UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC, <br>     Plaintiff, <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., ASTEC AMERICA, INC., EMERSON NETWORK POWER, INC., EMERSON ELECTRIC CO., BEL FUSE INC., CHEROKEE INTERNATIONAL CORP., DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., POWER-ONE, INC., TYCO ELECTRONICS CORP., TYCO ELECTRONICS LTD., <br>     Defendants. | Case No. 2:07-CV-497 TJW |

**CHEROKEE INTERNATIONAL CORP.**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Cherokee International Corporation discloses that the following entities own ten percent or more of its stock:

(1)  Greenwich Street Capital Partners, Inc.; and

(2)  Oaktree Capital Management, LLC.

                                          Respectfully Submitted

Date: December 18, 2007             By: /Irfan A. Lateef/
                                                     Irfan A. Lateef

                                             Irfan A. Lateef
                                             KNOBBE, MARTENS, OLSON & BEAR, LLP
                                             2040 Main Street, Fourteenth Floor
                                             Irvine, CA  92614
                                             Telephone:  (949) 760-0404
                                             Facsimile:  (949) 760-8502

ilateef@kmob.com

Melvin R. Wilcox, III
Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, Texas 75606
Telephone:  (903) 232-1892
Facsimile:  (903) 232-1881
mrw@smeadlaw.com

Attorneys for Defendant,
CHEROKEE INTERNATIONAL CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **CHEROKEE INTERNATIONAL CORP. CORPORATE DISCLOSURE STATEMENT** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 18, 2007.  Any other counsel of record will be served by facsimile transmission and first class mail.

/Irfan A. Lateef/
Irfan A. Lateef

4656870
121407