# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>      Plaintiff,<br><br> v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELECTRONICS NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC.<br>POWER-ONE, INC.<br><br>      Defendants. | Civil Action No. 2:07-CV-497-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

## JOINT PROPOSED DOCKET CONTROL ORDER

In accordance with the case status conference held herein on the 1st day of May, 2008, it is hereby

ORDERED that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| December 6, 2010 | Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| November 22, 2010 | Pretrial Conference – 9:30 a.m. in **Marshall, Texas** |
| November 15, 2010 | Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict. |

| | |
|---|---|
| November 10, 2010 | **Motions *in Limine* Due** |
| | The parties are ordered to **meet and confer** on their respective motions in limine and **advise the court of any agreements in this regard by 3:00 p.m. the business day before** the pretrial conference.  The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with appropriate instruction(s). |
| November 10, 2010 | **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings**.  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and –mail the Court Reporter, Susan Simmons, at Issimmons@yahoo.com . |
| November 10, 2010 | Response to Dispositive Motions (including *Daubert* motions) [1] <br> **Responses to dispositive motions filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e).  Motions for Summary Judgment shall comply with Local Rule CV56.** |
| October 27, 2010 | Deadline for filing Dispositive Motions and any other Motions that may require a hearing (including *Daubert* motions). |
| October 15, 2010 | Mediation to be completed |
| October 15, 2010 | Defendant to Identify Trial Witnesses |
| October 4, 2010 | Plaintiff to Identify Trial Witnesses |

---

[1]   The parties are directed to Local Rule CV-7(d), which provides that "[i]in the event a party fails to oppose a motion in the manner prescribed herein the court will assume that the party has no opposition."  Local Rule CV-7(e) provides that a party opposing a motion has **12 days, in addition to any added time permitted under Fed. R. Civ. P. 6(e)**, in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

2

|  |  |
|---|---|
| _____ | 75 days after claim construction ruling or Oct. 1, 2010, whichever is later,<br>Expert Discovery Deadline |
| _____ | 45 days after claim construction ruling or Sept. 1, 2010, whichever is later,<br>Designate Rebuttal Expert Witnesses other than claims construction.<br>Expert witness report due.<br>Refer to Discovery Order for required information |
| _____ | 30 days after claim construction ruling or Aug. 17, 2010, whichever is later,<br>comply with P.R. 3-8. |
| _____ | 30 days after claim construction ruling or Aug. 17, 2010, whichever is later,<br>party with the burden of proof to designate expert witnesses other than claims construction.<br>Expert witness report due.<br>Refer to discovery order for required information. |
| _____ | 15 days after claim construction ruling or Aug. 2, 2010, whichever is later,<br>Fact Discovery Deadline |
| July 7, 2010 | Claim construction hearing 9:00 a.m., **Marshall, Texas**. |
| June 14, 2010 | Comply with P.R. 4-5(c). |
| May 24, 2010 | Comply with P.R. 4-5(b). |
| April 19, 2010 | Comply with P.R. 4-5(a) |
| April 12, 2010 | Discovery deadline – claims construction issues |
| April 8, 2010 | Comply with P.R. 4-3. |
| March 9, 2010 | Comply with P.R. 4-2. |
| February 10, 2010 | Comply with P.R. 4-1. |
| November 16, 2009 | Respond to amended pleadings |
| November 2, 2009 | Amend pleadings<br>**(It is not necessary to file a Motion for Leave to Amend** |

| | |
|---|---|
| | **before the deadline to amend pleadings except to the extent the amendment seeks to add a new patent in suit. It is necessary to file a Motion for Leave to Amend after the amended pleadings date set forth herein.)** |
| April 15, 2009 | Join additional parties. |
| Jan. 5, 2009 | Parties shall inform the court if they have no outstanding disputes concerning privileged documents or information. |
| October 31, 2008 | Privilege logs to be exchanged by parties. |
| July 15, 2008 | Comply with P.R. 3-3 and 3-4. |

## OTHER LIMITATIONS

1. All depositions to be read into evidence as part of the parties' case –in-chief shall be EDITED so as to exclude all unnecessary, repetitious, and irrelevant testimony; ONLY those portions which are relevant to the issues in controversy shall be read into evidence.

2. The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Eastern district of Texas Local Rule CV-7(h).

3. The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (a) The fact that there are motions for summary judgment or motions to dismiss pending;

    (b) The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

    (c) The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

SIGNED this 16th day of May, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

4

CH1 4261522v.2