IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| VS. | § | 2:07CV497 (TJW-CE) |
| | § | |
| ARTESYN TECHNOLOGIES, INC., ET AL | § | |

**Minutes**
**Hearing on Synqor's Motion to Compel Fish Defendants to Provide End Product Information and Sunqor's Motin to Compel Lineage to Provide End Product Information**
**October 1, 2009**

**OPEN:** 9:32 a.m.                                              **ADJOURN:**    10:37 a.m.

ATTORNEY FOR PLAINTIFF:        See attached sign-in sheet.

ATTORNEYS FOR DEFENDANTS:    See attached sign-in sheet

LAW CLERK:                    Jim Warriner

COURTROOM DEPUTY:             Jan Lockhart, PLS, CP

COURT REPORTER:               Shelly Holmes, CSR

9:32 a.m. Court opened. The attorneys announced ready.

Mr. Hatcher presented argument on behalf of Plaintiff. The Court responded. The Court instructed Mr. Hatcher to correct his brief and re-file it.

10:00 a.m. Mr. Katz presented argument on behalf of the Fish Defendants. The Court responded.

10:23 a.m. Mr. Chang presented argument on behalf of Lineage.

10:30 a.m. Mr. Hatcher responded.

10:35 a.m. Mr. Thames addressed the Court regarding the fact that the parties may have another dispute in the near future.

10:37 a.m. The Court took the matter under submission. Court adjourned.