2:07 cv 497    SynQor v. Artesyn, et al

| Attorney | Party |
|---|---|
| Glenn Thames | Murata, Power-One, Delta |
| Steven Katz | Murata, Power-One, Delta |
| Whitney Fellberg | Murata, Power-One, Delta |
| Dale Chang | Lineage, Cherokee |
| Adam Davenport | Bel Fuse |
| Robert (Bob) McAughan | Artesyn, Astec |
| Michael Hatcher | SynQor |
| Drew DeVasto | Lineage-Cherokee |