**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTESYN TECHNOLOGIES, INC., ASTEC AMERICA, INC., BEL FUSE INC., CHEROKEE INTERNATIONAL CORP., DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., LINEAGE POWER CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., POWER-ONE, INC.,<br><br>Defendants. | Civil Action No.: 2:07cv497<br><br>**JURY TRIAL DEMANDED** |

**ANSWER OF DEFENDANT BEL FUSE INC. TO SYNQOR'S THIRD
AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Bel Fuse Inc. ("Bel Fuse"), by the undersigned attorney, hereby answers the Complaint in the above civil action as follows:

**THE PARTIES**

1.     In answer to paragraph 1 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

2.     In answer to paragraph 2 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

3. In answer to paragraph 3 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

4. In answer to paragraph 4 of the Complaint, Bel Fuse admits its principal place of business, state of incorporation and address. Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of the paragraph because the product names stated therein are insufficiently defined in the Complaint.

5. In answer to paragraph 5 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

6. In answer to paragraph 6 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

7. In answer to paragraph 7 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

8. In answer to paragraph 8 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

9. In answer to paragraph 9 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

10.     In answer to paragraph 10 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

11.     In answer to paragraph 11 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

12.     In answer to paragraph 12 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations concerning other defendants named in the Complaint.

## JURISDICTION AND VENUE

13.     In answer to paragraph 13 of the Complaint, Bel Fuse admits that this action purports to be an action for patent infringement, arising under the patent laws of the United States, Title 35 of the United State Code.  Bel Fuse further admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

14.     In answer to paragraph 14 of the Complaint, Bel Fuse admits the allegations therein so far as they pertain to Bel Fuse.  So far as the allegations pertain to the other defendants in this action, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations.

15.     In answer to paragraph 15 of the Complaint, so far as the allegations therein pertain to Bel Fuse, Bel Fuse denies that it makes, imports, uses, offers to sell and/or sells any products that infringe the patents at issue in this action.  Bel fuse admits that it sells products in the United States, including the state of Texas and this judicial district, that have been accused of infringing the patents at issue in this action.   So far as the allegations pertain to the other

defendants in this action, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations.

16.     In answer to paragraph 16 of the Complaint, so far as the allegations therein pertain to Bel Fuse, Bel Fuse denies that has committed any acts of infringement in this judicial district.  Bel Fuse admits that it is subject to personal jurisdiction in this judicial district. So far as the allegations pertain to the other defendants in this action, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations.

17.     In answer to paragraph 17 of the Complaint, Bel Fuse admits to venue.

## GENERAL ALLEGATIONS

18.     In answer to paragraph 18 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, except that Bel Fuse denies that the '190 patent was duly and legally issued, and admits that a true copy thereof is attached as Exhibit A to the Complaint.

19.     In answer to paragraph 19 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, except that Bel Fuse denies that the '021 patent was duly and legally issued, and admits that a true copy thereof is attached as Exhibit B to the Complaint.

20.     In answer to paragraph 20 of the Complaint, as the '034 patent has not been asserted against Bel Fuse, Bel Fuse, therefore, refuses to answer this paragraph or, if an answer is required, denies the allegations therein.

21.     In answer to paragraph 21 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, except that Bel

Fuse denies that the '083 patent was duly and legally issued, and admits that a true copy thereof is attached as Exhibit D to the Complaint.

22.    In answer to paragraph 22 of the Complaint, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein, except that Bel Fuse denies that the '702 patent was duly and legally issued, and admits that a true copy thereof is attached as Exhibit E to the Complaint.

### COUNT ONE
### The Emerson Affiliates' Infringement of the '190 Patent

23.    In answer to paragraph 23 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

24.    In answer to paragraph 24 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

25.    In answer to paragraph 25 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

26.    In answer to paragraph 26 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

27.    In answer to paragraph 27 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT TWO**
**The Emerson Affiliates' Infringement of the '021 Patent**

28.     In answer to paragraph 28 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

29.     In answer to paragraph 29 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

30.     In answer to paragraph 30 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

31.     In answer to paragraph 31 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

32.     In answer to paragraph 32 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT THREE**
**The Emerson Affiliates' Infringement of the '034 Patent**

33.     In answer to paragraph 33 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

34.     In answer to paragraph 34 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

35.     In answer to paragraph 35 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

36.     In answer to paragraph 36 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

37.     In answer to paragraph 37 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT FOUR
### The Emerson Affiliates' Infringement of the '083 Patent

38.     In answer to paragraph 38 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

39.     In answer to paragraph 39 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

40.     In answer to paragraph 40 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

41.     In answer to paragraph 41 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

42.     In answer to paragraph 42 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT FIVE
### The Emerson Affiliates' Infringement of the '702 Patent

43.     In answer to paragraph 43 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

44.     In answer to paragraph 44 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

45.     In answer to paragraph 45 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

46.     In answer to paragraph 46 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

47.     In answer to paragraph 47 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT SIX
### Bel Fuse's Infringement of the '190 Patent

48.     In answer to paragraph 48 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

49.     In answer to paragraph 49 of the Complaint, Bel Fuse denies the allegations contained therein.

50.     In answer to paragraph 50 of the Complaint, Bel Fuse denies the allegations contained therein.

51.     In answer to paragraph 51 of the Complaint, Bel Fuse denies the allegations contained therein.

52.     In answer to paragraph 52 of the Complaint, Bel Fuse denies the allegations contained therein.

## COUNT SEVEN
### Bel Fuse's Infringement of the '021 Patent

53.     In answer to paragraph 53 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

54.     In answer to paragraph 54 of the Complaint, Bel Fuse denies the allegations contained therein.

55.     In answer to paragraph 55 of the Complaint, Bel Fuse denies the allegations contained therein.

56.     In answer to paragraph 56 of the Complaint, Bel Fuse denies the allegations contained therein.

57.     In answer to paragraph 57 of the Complaint, Bel Fuse denies the allegations contained therein.

## COUNT EIGHT
### Bel Fuse's Infringement of the '083 Patent

58.     In answer to paragraph 58 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

59.     In answer to paragraph 59 of the Complaint, Bel Fuse denies the allegations contained therein.

60.     In answer to paragraph 60 of the Complaint, Bel Fuse denies the allegations contained therein.

61.     In answer to paragraph 61 of the Complaint, Bel Fuse denies the allegations contained therein.

62.     In answer to paragraph 62 of the Complaint, Bel Fuse denies the allegations contained therein.

## COUNT NINE
### Bel Fuse's Infringement of the '702 Patent

63.     In answer to paragraph 63 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

64.     In answer to paragraph 64 of the Complaint, Bel denies the allegations contained therein.

65.     In answer to paragraph 65 of the Complaint, Bel Fuse denies the allegations contained therein.

66.     In answer to paragraph 66 of the Complaint, Bel Fuse denies the allegations contained therein.

67.     In answer to paragraph 67 of the Complaint, Bel Fuse denies the allegations contained therein.

## COUNT TEN
### Cherokee's Infringement of the '190 Patent

68.     In answer to paragraph 68 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

69.    In answer to paragraph 69 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

70.    In answer to paragraph 70 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

71.    In answer to paragraph 71 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

72.    In answer to paragraph 72 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT ELEVEN
### Cherokee's Infringement of the '021 Patent

73.    In answer to paragraph 73 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

74.    In answer to paragraph 74 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

75.    In answer to paragraph 75 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

76.     In answer to paragraph 76 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

77.     In answer to paragraph 77 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT TWELVE**
**Cherokee's Infringement of the '083 Patent**

78.     In answer to paragraph 78 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

79.     In answer to paragraph 79 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

80.     In answer to paragraph 80 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

81.     In answer to paragraph 81 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

82.     In answer to paragraph 82 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT THIRTEEN
### Cherokee's Infringement of the '702 Patent

83.    In answer to paragraph 83 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

84.    In answer to paragraph 84 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

85.    In answer to paragraph 85 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

86.    In answer to paragraph 86 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

87.    In answer to paragraph 87 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT FOURTEEN
### Delta's Infringement of the '190 Patent

88.    In answer to paragraph 88 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

89.    In answer to paragraph 89 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

90.     In answer to paragraph 90 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

91.     In answer to paragraph 91 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

92.     In answer to paragraph 92 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT FIFTEEN
### Delta's Infringement of the '021 Patent

93.     In answer to paragraph 93 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

94.     In answer to paragraph 94 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

95.     In answer to paragraph 95 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

96.     In answer to paragraph 96 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

97.     In answer to paragraph 97 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT SIXTEEN
### Delta's Infringement of the '083 Patent

98.     In answer to paragraph 98 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

99.     In answer to paragraph 99 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

100.     In answer to paragraph 100 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

101.     In answer to paragraph 101 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

102.     In answer to paragraph 102 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT SEVENTEEN
### Delta's Infringement of the '702 Patent

103.     In answer to paragraph 103 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

104.     In answer to paragraph 104 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

105.     In answer to paragraph 105 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

106.     In answer to paragraph 106 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

107.     In answer to paragraph 107 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT EIGHTEEN**
**<u>Murata's Infringement of the '190 Patent</u>**

108.     In answer to paragraph 108 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

109.     In answer to paragraph 109 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

110.     In answer to paragraph 110 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

111.    In answer to paragraph 111 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

112.    In answer to paragraph 112 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT NINETEEN**
**Murata's Infringement of the '021 Patent**

113.    In answer to paragraph 113 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

114.    In answer to paragraph 114 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

115.    In answer to paragraph 115 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

116.    In answer to paragraph 116 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

117.    In answer to paragraph 117 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

118.    In answer to paragraph 118 of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

## COUNT TWENTY
## Murata's Infringement of the '083 Patent

119.    In answer to paragraph 119 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

120.    In answer to paragraph 120 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

121.    In answer to paragraph 121 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

122.    In answer to paragraph 122 of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT TWENTY-ONE
## Murata's Infringement of the '702 Patent

123.    In answer to paragraph 1 [sic: 123] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

124.    In answer to paragraph 2 [sic: 124] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

125.    In answer to paragraph 3 [sic: 125] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

126.     In answer to paragraph 4 [sic: 126] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

127.     In answer to paragraph 5 [sic: 127] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT TWENTY-TWO
## Power-One's Infringement of the '190 Patent

128.     In answer to paragraph 6 [sic: 128] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

129.     In answer to paragraph 7 [sic: 129] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

130.     In answer to paragraph 8 [sic: 130] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

131.     In answer to paragraph 9 [sic: 131] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

132.     In answer to paragraph 10 [sic: 132] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT TWENTY-THREE**
**Power-One's Infringement of the '021 Patent**

133.     In answer to paragraph 11 [sic: 133] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

134.     In answer to paragraph 12 [sic: 134] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

135.     In answer to paragraph 13 [sic: 135] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

136.     In answer to paragraph 14 [sic: 136] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

137.     In answer to paragraph 15 [sic: 137] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

**COUNT TWENTY-FOUR**
**Power-One's Infringement of the '034 Patent**

138.     In answer to paragraph 16 [sic: 138] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

139.     In answer to paragraph 17 [sic: 139] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

140.    In answer to paragraph 18 [sic: 140] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

141.    In answer to paragraph 19 [sic: 141] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

142.    In answer to paragraph 20 [sic: 142] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT TWENTY-FIVE
## Power-One's Infringement of the '083 Patent

143.    In answer to paragraph 21 [sic: 143] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

144.    In answer to paragraph 22 [sic: 144] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

145.    In answer to paragraph 23 [sic: 145] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

146.    In answer to paragraph 24 [sic: 146] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

147.    In answer to paragraph 25 [sic: 147] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT TWENTY-SIX
### Power-One's Infringement of the '702 Patent

148.    In answer to paragraph 26 [sic: 148] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

149.    In answer to paragraph 27 [sic: 149] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

150.    In answer to paragraph 28 [sic: 150] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

151.    In answer to paragraph 29 [sic: 151] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

152.    In answer to paragraph 30 [sic: 152] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT TWENTY-SEVEN
### Lineage's Infringement of the '190 Patent

153.    In answer to paragraph 31 [sic: 153] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

154.     In answer to paragraph 32 [sic: 154] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

155.     In answer to paragraph 33 [sic: 155] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

156.     In answer to paragraph 34 [sic: 156] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

157.     In answer to paragraph 35 [sic: 157] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

### COUNT TWENTY-EIGHT
### <u>Lineage's Infringement of the '021 Patent</u>

158.     In answer to paragraph 36 [sic: 158] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

159.     In answer to paragraph 37 [sic: 159] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

160.     In answer to paragraph 38 [sic: 160] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

161.    In answer to paragraph 39 [sic: 161] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

162.    In answer to paragraph 40 [sic: 162] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

### COUNT TWENTY-NINE
### Lineage's Infringement of the '034 Patent

163.    In answer to paragraph 41 [sic: 163] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

164.    In answer to paragraph 42 [sic: 164] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

165.    In answer to paragraph 43 [sic: 165] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

166.    In answer to paragraph 44 [sic: 166] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

167.    In answer to paragraph 45 [sic: 167] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT THIRTY
### <u>Lineage's Infringement of the '083 Patent</u>

168.    In answer to paragraph 46 [sic: 168] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

169.    In answer to paragraph 47 [sic: 169] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

170.    In answer to paragraph 48 [sic: 170] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

171.    In answer to paragraph 49 [sic: 171] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

172.    In answer to paragraph 50 [sic: 172] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## COUNT THIRTY-ONE
### <u>Lineage's Infringement of the '702 Patent</u>

173.    In answer to paragraph 51 [sic: 173] of the Complaint, Bel Fuse repeats its answers to the preceding paragraphs.

174.    In answer to paragraph 52 [sic: 174] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

175.    In answer to paragraph 53 [sic: 175] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

176.    In answer to paragraph 54 [sic: 176] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

177.    In answer to paragraph 55 [sic: 177] of the Complaint, as the allegations concern another defendant, Bel Fuse is without knowledge or information sufficient to form a belief as to the truth of the allegations therein.

## WILLFUL INFRINGEMENT BY DEFENDANTS

178.    In answer to paragraph 56 [sic: 178] of the Complaint, Bel Fuse denies the allegations therein, as applied to Bel Fuse.

## AFFIRMATIVE DEFENSES

179.    Bel Fuse has not infringed nor induced or contributed to infringement of the '190 patent.

180.    Bel Fuse has not infringed nor induced or contributed to infringement of the '021 patent.

181.    Bel Fuse has not infringed nor induced or contributed to infringement of the '083 patent.

182.    Bel Fuse has not infringed nor induced or contributed to infringement of the '702 patent.

183.    The '190 patent is invalid under at least one of 35 U.S.C. §§ 101, 102, 103, 112, and other statutes which may be discovered to be applicable during the course of discovery in the civil action.

184.    The '021 patent is invalid under at least one of 35 U.S.C. §§ 101, 102, 103, 112, and other statutes which may be discovered to be applicable during the course of discovery in the civil action.

185.    The '083 patent is invalid under at least one of 35 U.S.C. §§ 101, 102, 103, 112, and other statutes which may be discovered to be applicable during the course of discovery in the civil action.

186.    The '702 patent is invalid under at least one of 35 U.S.C. §§ 101, 102, 103, 112, and other statutes which may be discovered to be applicable during the course of discovery in the civil action.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Bel Fuse prays that the Court deny all of the requests for relief specified by SynQor in the Complaint as they apply to Bel Fuse and particularly requests that the Court:

A.    Render judgment finding that Bel Fuse has not infringed, directly or indirectly, the '190, '021, '083, and '702 patents;

B.    Render judgment that Bel Fuse has not willfully infringed, directly or indirectly, any of the '190, '021, '083, and '702 patents;

C.    Render judgment that each of the '190, '021, '083, and '702 patents is invalid or otherwise unenforceable;

D.    Deny preliminary or permanent injunctions against Bel Fuse and for alleged direct or indirect infringement of the '190, '021, '083, and '702 patents;

E.      Deny an award of compensatory damages against Bel Fuse;

F.      Deny an award of enhanced or of trebled damages against Bel Fuse;

G.      Deny an award of interest against Bel Fuse;

H.      Find that this case against Bel Fuse is not exceptional pursuant to 35 U.S.C. § 285;

I.      Find this to be an exceptional case and award Bel Fuse its reasonable attorney's fees and costs; and

J.      The Court shall award such and other further relief as the Court may deem just and proper.

Respectfully submitted,


/s/ Steven N. Williams
**Steven N. Williams**
Texas State Bar No. 21577625
williams@slater-matsil.com

Adam C. Davenport
Texas State Bar No. 24065117
davenport@slater-matsil.com

**SLATER & MATSIL, L.L.P.**
17950 Preston Road, Suite 1000
Dallas, Texas 75252
Telephone: (972) 732-1001
Facsimile: (972) 732-9218

ATTORNEYS FOR DEFENDANT
BEL FUSE INC.

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 2, 2009.


/s/ Steven N. Williams
Steven N. Williams