**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.,<br><br>    Plaintiff,<br>  v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELECTRONICS NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC.,<br>POWER-ONE, INC.,<br><br>    Defendants. | CIVIL ACTION NO.<br>2:07-CV-497-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO MODIFY DOCKET CONTROL ORDER
AND JOINT DISCOVERY ORDER REGARDING ADDITION OF PATENTS-IN-SUIT**

Having considered the parties' Joint Motion To Modify Docket Control Order and Joint Discovery Order Regarding Addition of Patents-In-Suit, the Court hereby GRANTS said Motion. It is therefore:

ORDERED that the Docket Control Order dated May 16, 2008 (Dkt. No. 128) is amended to reflect that Defendants' deadline for serving their P.R. 3-3 and 3-4 disclosures for the '083 and '702 patents is December 2, 2009;

IT IS FURTHER ORDERED that the Joint Discovery Order dated June 2, 2008 (Dkt No. 138) is amended as follows:

Paragraph 4(i) is amended to read: "SynQor shall have 52 hours of individual depositions of party fact witnesses (e.g., employees) per related defendant group with respect to SynQor's infringement claims;" and,

Paragraph 4(j) is amended to read: "each related defendant group shall have, at its discretion, 52 hours of individual depositions of party fact witnesses (e.g., employees) of SynQor with respect to SynQor's infringement claims."