**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.,<br><br>   Plaintiff,<br> v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELECTRONICS NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC.,<br>POWER-ONE, INC.,<br><br>   Defendants. | CIVIL ACTION NO.<br>2:07-CV-497-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO MODIFY DOCKET CONTROL ORDER
AND JOINT DISCOVERY ORDER REGARDING ADDITION OF PATENTS-IN-SUIT**

Having considered the parties' Joint Motion To Modify Docket Control Order and Joint Discovery Order Regarding Addition of Patents-In-Suit, the Court hereby GRANTS said Motion. It is therefore:

ORDERED that the Docket Control Order dated May 16, 2008 (Dkt. No. 128) is amended to reflect that Defendants' deadline for serving their P.R. 3-3 and 3-4 disclosures for the '083 and '702 patents is December 2, 2009;

IT IS FURTHER ORDERED that the Joint Discovery Order dated June 2, 2008 (Dkt No. 138) is amended as follows:

Paragraph 4(i) is amended to read: "SynQor shall have 52 hours of individual depositions of party fact witnesses (e.g., employees) per related defendant group with respect to SynQor's infringement claims;" and,

Paragraph 4(j) is amended to read: "each related defendant group shall have, at its discretion, 52 hours of individual depositions of party fact witnesses (e.g., employees) of SynQor with respect to SynQor's infringement claims."

SIGNED this 6th day of October, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE