UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-497-TJW-CE |
| | § | |
| ARTESYN TECHNOLOGIES, | § | |
| INC., ET AL. | § | |

**ORDER**

Before the Court is the plaintiff SynQor, Inc.'s ("SynQor") motion to compel production of end product information (Dkt. No. 269) from the defendants Delta Electronics, Inc., Delta Products Corp., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One, Inc. (collectively "the Fish Defendants"). After considering the parties' briefings and oral arguments at the October 1, 2009 hearing, the court grants-in-part the motion to compel. It is therefore ordered that each Fish Defendant shall provide the following supplements to its interrogatory responses within 14 days:

1. The Fish Defendants shall fully answer interrogatory nos. 9 and 20 with narrative responses, including identifying the end products with the full specificity within its knowledge, based upon its investigation, for each of its sales and disclosing the requested sales and technical personnel as well as associated Bates ranges. In instances where the Fish Defendants do not know the specific identity of the end product, the Fish Defendants are to supplement their responses with as much information about the end product as possible (e.g., identify the class or series to which the end product belongs if the model number is not known). Furthermore, the Fish Defendants shall provide a sworn statement that, based upon their investigations, they do not know any additional end product information beyond what is disclosed in the

    narrative response.

2. When fully answering interrogatory nos. 9 and 20, Delta Electronics, Inc., Delta Products Corp., Murata Power Solutions, Inc., and Power-One, Inc. may utilize, as part of their narrative responses, either of the spreadsheet formats used in their current responses, provided each include a narrative response with the spreadsheet attachment clearly explaining what each column and row represents and any blanks are filled in with "do not know," instead of left blank or with "N/A."

3. When fully answering interrogatory nos. 9 and 20, Delta Electronics, Inc., Delta Products Corp., Murata Power Solutions, Inc., and Power-One, Inc. may not utilize Rule 33(d).

4. Murata Manufacturing Co., Ltd. shall supplement its response to interrogatory 20 to identify all the requested sales and technical personnel as well as associated Bates ranges.

SIGNED this 6th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE