**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-497-TJW-CE |
| | § | |
| ARTESYN TECHNOLOGIES, | § | |
| INC., ET AL. | § | |

**ORDER**

Before the Court is the plaintiff SynQor, Inc.'s ("SynQor") motion to compel production of end product information (Dkt. No. 270) from the defendant Lineage Power Corp. ("Lineage"). After considering the parties' briefings and oral arguments at the October 1, 2009 hearing, the court grants-in-part the motion to compel. It is therefore ordered that Lineage shall provide the following supplements to its interrogatory responses within 14 days:

1. Lineage shall fully answer interrogatory nos. 9 and 20 with narrative responses, including identifying the end products with the full specificity within its knowledge, based upon its investigation, for each of its sales and disclosing the requested sales and technical personnel as well as associated Bates ranges. In instances where Lineage does not know the specific identity of the end product, Lineage is to supplement its responses with as much information about the end product as possible (e.g., identify the class or series to which the end product belongs if the model number is not known). Furthermore, Lineage shall provide a sworn statement that, based upon its investigation, it does not know any additional end product information beyond what is disclosed in the narrative response.

2. When fully answering interrogatory nos. 9 and 20, defendant Lineage may utilize, as part of its narrative response, the spreadsheet format used in the defendant Cherokee International

Corp.'s current response, provided Lineage includes a narrative response with the spreadsheet attachment clearly explaining what each column and row represents and any blanks are filled in with "do not know," instead of left blank or with "N/A."

3.    When fully answering interrogatory nos. 9 and 20, Lineage may not utilize Rule 33(d).

SIGNED this 6th day of November, 2009.

CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE