IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTESYN TECHNOLOGIES, INC.<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORPORATION,<br>MURATA ELECTRONICS NORTH AMERICA,<br>INC., MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS, INC.,<br>POWER-ONE, INC.,<br><br>    Defendants. | Civil Action No. 2:07-CV-497 (TJW-CE) |

**ORDER GRANTING
JOINT MOTION TO AMEND JOINT DISCOVERY ORDER
REGARDING TESTIFYING EXPERT WITNESSES AND EXPERT DEPOSITIONS**

Before the Court is the Joint Motion to Amend Joint Discovery Order Regarding Testifying Expert Witnesses and Expert Depositions. After careful consideration, the Court concludes that the Motion should be granted. It is therefore

ORDERED that the Joint Motion to Amend Joint Discovery Order Regarding Testifying Expert Witnesses and Expert Depositions is GRANTED. The parties shall comply with item 4(h) of the Joint Discovery Order dated June 2, 2008 [Dkt. 138], and submit either a joint proposal or their respective proposals on the number of testifying expert witnesses and limits on expert depositions for the Court's consideration by January 15, 2010.

SIGNED this 13th day of November, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE