UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| SYNQOR, INC.<br><br>      Plaintiff,<br><br>      v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELECTRONICS NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC.,<br>POWER-ONE, INC.<br><br>      Defendants. | Civil Action No. 2:07-cv-497-TJW-CE |

## ORDER GRANTING LINEAGE POWER CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AND FOR TERMINATION OF ELECTRONIC NOTICES

Having considered defendant Lineage Power Corporation's motion to withdraw and request for termination of electronic notices, the Court hereby **GRANTS** the motion. It is therefore

**ORDERED** that Dale Chang, Mark A. Flagel, Franklin D. Kang, and Joseph K. Liu of Latham & Watkins LLP; Shawn E. McDonald of Foley & Lardner LLP (who is listed on the court's docket as associated with Sheppard Mullin Richter & Hampton LLP); Diane DeVasto, Allen Franklin Gardner, and Michael E. Jones of Potter Minton PC are hereby withdrawn as counsel of record for Lineage Power Corporation. It is further

**ORDERED** that all electronic notifications to Dale Chang, Mark A. Flagel, Franklin D. Kang, Joseph K. Liu, Shawn E. McDonald, Diane DeVasto, Allen Franklin Gardner, Michael E.

Jones regarding this matter are hereby terminated.

SIGNED this 5th day of January, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE