UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELECTRONICS NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC.,<br>POWER-ONE, INC.<br><br>　　　　Defendants. | Civil Action No. 2:07-cv-497-TJW-CE |

### ORDER GRANTING CHEROKEE INTERNATIONAL CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AND FOR TERMINATION OF ELECTRONIC NOTICES

Having considered defendant Cherokee International Corporation's motion to withdraw and request for termination of electronic notices, the Court hereby **GRANTS** the motion. It is therefore

**ORDERED** that Dale Chang and Franklin D. Kang of Latham & Watkins LLP and Diane DeVasto, Allen Franklin Gardner, and Michael E. Jones of Potter Minton PC are hereby withdrawn as counsel of record for Cherokee International Corporation. It is further

**ORDERED** that all electronic notifications to Dale Chang, Franklin D. Kang, Diane DeVasto, Allen Franklin Gardner, and Michael E. Jones regarding this matter are hereby terminated.

SIGNED this 5th day of January, 2010.

                                                  CHARLES EVERINGHAM IV
                                                  UNITED STATES MAGISTRATE JUDGE