UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

SYNQOR, INC.

        Plaintiff,

    v.

ARTESYN TECHNOLOGIES, INC.,
ASTEC AMERICA, INC.,
BEL FUSE INC.,
CHEROKEE INTERNATIONAL CORP.,
DELTA ELECTRONICS, INC.,
DELTA PRODUCTS CORP.,
LINEAGE POWER CORP.,
MURATA ELECTRONICS NORTH AMERICA, INC.,
MURATA MANUFACTURING CO., LTD.,
MURATA POWER SOLUTIONS INC.,
POWER-ONE, INC.

        Defendants.

Civil Action No. 2:07-cv-497-TJW-CE

## DEFENDANTS CHEROKEE INTERNATIONAL CORPORATION AND LINEAGE POWER CORPORATION'S NOTICE OF JOINDER TO FISH DEFENDANTS MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS

On February 1, 2010, Defendants Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One, Inc. (collectively "Fish Defendants") filed a motion to limit the number of asserted patent claims by Plaintiff SynQor, Inc. (Docket # 373).   Defendants Cherokee International Corporation and Lineage Power Corporation hereby join in the Fish Defendants' motion.

DATED:        February 2, 2010              Respectfully submitted,

                                            WILSON, ROBERTSON & CORNELIUS, P.C.
                                            P.O. Box 7339
                                            Tyler, Texas 75711-7339
                                            Telephone: (903) 509-5000
                                            Facsimile: (903) 509-5091
                                            wc@wilsonlawfirm.com


                                            By:    /s/ William J. Cornelius

                                                   WILLIAM J. CORNELIUS
                                                   State Bar No. 04834700

                                            ATTORNEYS FOR DEFENDANTS
                                            CHEROKEE INTERNATIONAL CORPORATION AND
                                            LINEAGE POWER CORPORATION

OF COUNSEL:

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA  94549
Telephone:  (925) 627-4250
Facsimile: (925) 403-0900


**CERTIFICATE OF SERVICE**

        The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel on February 2, 2010.

                                            /s/ William Cornelius
                                            WILLIAM CORNELIUS