# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ARTESYN TECHNOLOGIES, INC., ASTEC AMERICA, INC., BEL FUSE INC., CHEROKEE INTERNATIONAL CORP., DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., LINEAGE POWER CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., MURATA POWER SOLUTIONS, INC., POWER-ONE, INC.,<br><br>Defendants. | Civil Action No.: 2:07cv497<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT BEL FUSE, INC.'S NOTICE TO JOIN FISH DEFENDANTS' MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS

TO THE HONORABLE JUDGE OF SAID COURT:

On February 1, 2010, Defendants Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One (collectively the "Fish Defendants") filed a motion asking the Court to order Plaintiff SynQor, Inc. to limit the number of patent claims it intends to assert against each of the defendants (Doc. No. 373). Defendant Bel Fuse, Inc. hereby joins in the Fish Defendants' motion.

Dated: February 3, 2010

Respectfully submitted,

_____
**Steven N. Williams**
Attorney-in-charge
Texas State Bar No. 21577625
swilliams@kcwfirm.com

**KENNEDY, CLARK & WILLIAMS, P.C.**
1700 Pacific Ave.
Suite 1280
Dallas, Texas 75201
Phone: (214) 979-1122
Fax: (214) 979-1123

ATTORNEYS FOR DEFENDANT
BEL FUSE INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 3, 2010.

_____
Steven N. Williams