# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

SYNQOR, INC.

                Plaintiff,

    v.

ARTESYN TECHNOLOGIES, INC., ET AL.

                Defendants.

Civil Action No. 2:07-CV-497-TJW-CE

**JURY TRIAL DEMANDED**

**DEFENDANTS ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA INC.
NOTICE OF JOINDER TO FISH DEFENDANTS' MOTION TO LIMIT
THE NUMBER OF ASSERTED CLAIMS**

On February 1, 2010, Defendants Delta Electronics, Inc., Delta Products Corp., Murata

Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc.

and Power-One, Inc. (collectively the "Fish Defendants") filed a motion to limit the number of

claims asserted by Plaintiff SynQor, Inc. (Doc. No. 373). Defendants Artesyn Technologies, Inc.

and Astec America Inc. hereby join in the Fish Defendants' motion.

Date:   February 3, 2010                    Respectfully submitted,

                                            By:     /s/ Jeffrey A. Andrews
Jennifer Parker Ainsworth                           Robert J. McAughan, Jr.
Texas State Bar No. 00784720                        Texas State Bar No. 00786096
jainsworth@wilsonlawfirm.com                        bmcaughan@lockelord.com
**WILSON, ROBERTSON & CORNELIUS, PC**               Nathan C. Dunn
One American Center                                 Texas State Bar No. 24036509
909 ESE Loop 323, Suite 400                         ndunn@lockelord.com
Tyler, Texas 75701                                  Jeffrey A. Andrews
Telephone:   903-509-5000                           Texas State Bar No. 24050227
Facsimile:   903-509-5091                           jandrews@lockelord.com
                                                    **LOCKE LORD BISSELL & LIDDELL LLP**
                                                    3400 JP Morgan Chase Tower
                                                    600 Travis Street
                                                    Houston, Texas 77002-3095
                                                    Telephone:   713-226-1200
                                                    Facsimile:   713-223-3717

                                            *Attorneys for Defendants*
                                            *Artesyn Technologies, Inc. and Astec*
                                            *America Inc.*


## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 3, 2010 upon all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

                                            /s/ Jeffrey A. Andrews
                                            Jeffrey A. Andrews