# EXHIBIT C

US007558083B2

(12) **United States Patent**
Schlecht

(10) **Patent No.:**     **US 7,558,083 B2**
(45) **Date of Patent:**       *Jul. 7, 2009**

(54) **HIGH EFFICIENCY POWER CONVERTER**

(75) Inventor: **Martin F. Schlecht**, Lexington, MA (US)

(73) Assignee: **SynQor, Inc.**, Boxborough, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/900,207**

(22) Filed: **Sep. 10, 2007**

(65) **Prior Publication Data**

US 2008/0151582 A1     Jun. 26, 2008

**Related U.S. Application Data**

(60) Continuation of application No. 11/509,146, filed on Aug. 23, 2006, now Pat. No. 7,269,034, which is a continuation of application No. 11/390,494, filed on Mar. 27, 2006, now Pat. No. 7,272,023, which is a continuation of application No. 10/812,314, filed on Mar. 29, 2004, now Pat. No. 7,072,190, which is a continuation of application No. 10/359,457, filed on Feb. 5, 2003, now Pat. No. 6,731,520, which is a continuation of application No. 09/821,655, filed on Mar. 29, 2001, now Pat. No. 6,594,159, which is a division of application No. 09/417,867, filed on Oct. 13, 1999, now Pat. No. 6,222,742, which is a division of application No. 09/012,475, filed on Jan. 23, 1998, now Pat. No. 5,999,417.

(60) Provisional application No. 60/036,245, filed on Jan. 24, 1997.

(51) **Int. Cl.**
*H02M 3/335*     (2006.01)
*G05F 1/577*     (2006.01)

(52) **U.S. Cl.** .................................. **363/21.06**

(58) **Field of Classification Search** ............. 363/15–18, 363/20, 21.01, 21.06, 21.14, 56.01, 56.02, 363/95, 97, 98, 125, 131, 132; 323/268, 323/271, 282
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,181,803 A     5/1916   Sargent

(Continued)

FOREIGN PATENT DOCUMENTS

CA     1 181 803     1/1985

(Continued)

OTHER PUBLICATIONS

Casey, Leo Francis, "Circuit Design For 1-10 MHZ DC-DC Conversion," MIT Doctoral Thesis, Jan. 1989, pp. 1-216.

(Continued)

*Primary Examiner*—Matthew V Nguyen
(74) *Attorney, Agent, or Firm*—Hamilton, Brook, Smith & Reynolds, P.C.

(57) **ABSTRACT**

A power converter nearly losslessly delivers energy and recovers energy from capacitors associated with controlled rectifiers in a secondary winding circuit, each controlled rectifier having a parallel uncontrolled rectifier. First and second primary switches in series with first and second primary windings, respectively, are turned on for a fixed duty cycle, each for approximately one half of the switching cycle. Switched transition times are short relative to the on-state and off-state times of the controlled rectifiers. The control inputs to the controlled rectifiers are cross-coupled from opposite secondary transformer windings.

**54 Claims, 7 Drawing Sheets**



### U.S. PATENT DOCUMENTS

| | | | | | | |
|---|---|---|---|---|---|---|
| 2,042,274 A | 5/1936 | Pollock | 3,757,195 A | 9/1973 | Sklaroof |
| 2,497,534 A | 2/1950 | Campbell | 3,769,545 A | 10/1973 | Crane |
| 2,852,730 A | 9/1958 | Magnuski | 3,771,040 A | 11/1973 | Fletcher et al. |
| 2,902,862 A | 9/1959 | Twiford et al. | 3,781,505 A | 12/1973 | Steigerwald |
| 2,953,738 A | 6/1960 | Bright | 3,781,638 A | 12/1973 | Anderson et al. |
| 3,008,068 A | 11/1961 | Wilting et al. | 3,787,730 A | 1/1974 | Ray et al. |
| 3,029,398 A | 4/1962 | McComb | 3,805,094 A | 4/1974 | Orlando |
| 3,083,328 A | 3/1963 | Mallery et al. | 3,816,810 A | 6/1974 | Friedman et al. |
| 3,141,140 A | 7/1964 | Rich | 3,818,237 A | 6/1974 | Straus |
| 3,146,406 A | 8/1964 | Wilting | 3,818,312 A | 6/1974 | Luursema et al. |
| 3,161,837 A | 12/1964 | Lloyd | 3,820,008 A | 6/1974 | Guarnaschelli |
| 3,174,042 A | 3/1965 | White | 3,824,450 A | 7/1974 | Johnson et al. |
| 3,229,111 A | 1/1966 | Schumacher et al. | 3,845,404 A | 10/1974 | Trilling |
| 3,241,035 A | 3/1966 | Rhyne, Jr. | 3,848,175 A | 11/1974 | Demarest |
| 3,295,042 A | 12/1966 | Evalds et al. | 3,851,240 A | 11/1974 | Park et al. |
| 3,307,073 A | 2/1967 | McLaughlin | 3,851,278 A | 11/1974 | Isono |
| 3,313,996 A | 4/1967 | Lingle | 3,859,638 A | 1/1975 | Hume, Jr. |
| 3,343,073 A | 9/1967 | Mesenhimer | 3,873,846 A | 3/1975 | Morio et al. |
| 3,400,325 A | 9/1968 | Webb | 3,879,647 A | 4/1975 | Hamilton et al. |
| 3,435,375 A | 3/1969 | Miller, Jr. | 3,879,652 A | 4/1975 | Billings |
| 3,443,194 A | 5/1969 | Cielo | 3,904,950 A | 9/1975 | Judd et al. |
| 3,448,370 A | 6/1969 | Harrigan | 3,909,695 A | 9/1975 | Peck |
| 3,454,853 A | 7/1969 | Hintz et al. | 3,909,700 A | 9/1975 | Ferro |
| 3,458,798 A | 7/1969 | Fang et al. | 3,912,940 A | 10/1975 | Vince |
| 3,459,957 A | 8/1969 | Kelley | 3,913,002 A | 10/1975 | Steigerwald et al. |
| 3,471,747 A | 10/1969 | Gershen | 3,913,036 A | 10/1975 | Hook |
| 3,495,157 A | 2/1970 | Nercessian | 3,916,289 A | 10/1975 | Lynch |
| 3,506,908 A | 4/1970 | Resch | 3,919,656 A | 11/1975 | Sokal et al. |
| 3,514,692 A | 5/1970 | Lingle | 3,927,363 A | 12/1975 | Mitchell et al. |
| 3,517,301 A | 6/1970 | Huber | 3,930,196 A | 12/1975 | Park et al. |
| 3,553,428 A | 1/1971 | McGhee | 3,932,764 A | 1/1976 | Corey |
| 3,564,393 A | 2/1971 | Williamson | 3,938,024 A | 2/1976 | Clarke |
| 3,569,818 A | 3/1971 | Dahlinger | 3,940,682 A | 2/1976 | Park et al. |
| 3,573,483 A | 4/1971 | White | 3,949,238 A | 4/1976 | Brookes |
| 3,573,494 A | 4/1971 | Houpt et al. | 3,959,716 A | 5/1976 | Gilbert, Jr. |
| 3,573,508 A | 4/1971 | Harris | 3,974,397 A | 8/1976 | Killough, Jr. |
| 3,573,544 A | 4/1971 | Zonis et al. | 3,976,932 A | 8/1976 | Collins |
| 3,573,597 A | 4/1971 | Genuit et al. | 3,986,052 A | 10/1976 | Hunter |
| 3,579,026 A | 5/1971 | Paget | 3,986,097 A | 10/1976 | Woods |
| 3,581,186 A | 5/1971 | Weinberger | 3,989,995 A | 11/1976 | Peterson |
| 3,582,754 A | 6/1971 | Hollmann et al. | 3,991,319 A | 11/1976 | Servos et al. |
| 3,582,758 A | 6/1971 | Gunn | 4,005,335 A | 1/1977 | Perper |
| 3,584,289 A | 6/1971 | Bishop et al. | 4,007,413 A | 2/1977 | Fisher et al. |
| 3,588,595 A | 6/1971 | Silvers | 4,010,381 A | 3/1977 | Fickenscher et al. |
| 3,599,073 A | 8/1971 | Wilson et al. | 4,011,518 A | 3/1977 | Irvine et al. |
| 3,604,920 A | 9/1971 | Niles | 4,017,746 A | 4/1977 | Miller |
| 3,619,713 A | 11/1971 | Biega et al. | 4,017,783 A | 4/1977 | Assow et al. |
| 3,629,648 A | 12/1971 | Brown et al. | 4,017,784 A | 4/1977 | Simmons et al. |
| 3,629,725 A | 12/1971 | Chun | 4,027,228 A | 5/1977 | Collins |
| 3,638,099 A | 1/1972 | Centala | 4,037,271 A | 7/1977 | Keller |
| 3,643,152 A | 2/1972 | Matsumura et al. | 4,044,268 A | 8/1977 | Hammel et al. |
| 3,646,395 A | 2/1972 | Pratti | 4,060,757 A | 11/1977 | McMurray |
| 3,657,631 A | 4/1972 | Martens et al. | 4,066,945 A | 1/1978 | Korte, Jr. |
| 3,660,672 A | 5/1972 | Berger et al. | 4,074,182 A | 2/1978 | Weischedel |
| 3,663,941 A | 5/1972 | Pasciutti | 4,078,247 A | 3/1978 | Albrecht |
| 3,665,203 A | 5/1972 | Barnett et al. | 4,104,539 A | 8/1978 | Hase |
| 3,668,508 A | 6/1972 | Archer et al. | 4,106,084 A | 8/1978 | Gibert |
| 3,684,891 A | 8/1972 | Sicron | 4,109,192 A | 8/1978 | Burbank et al. |
| 3,696,286 A | 10/1972 | Ule | 4,114,048 A | 9/1978 | Hull et al. |
| 3,704,381 A | 11/1972 | Nercessian | 4,115,704 A | 9/1978 | Hannemann et al. |
| 3,710,231 A | 1/1973 | Baker | 4,122,359 A | 10/1978 | Breikss |
| 3,714,545 A | 1/1973 | Chiffert | 4,126,793 A | 11/1978 | de Vries |
| 3,733,538 A | 5/1973 | Kernick et al. | 4,128,868 A | 12/1978 | Gamble |
| 3,735,235 A | 5/1973 | Hamilton et al. | 4,131,860 A | 12/1978 | Fyot |
| 3,737,755 A | 6/1973 | Calkin et al. | 4,140,959 A | 2/1979 | Powell |
| 3,742,242 A | 6/1973 | Morio et al. | 4,150,423 A | 4/1979 | Boschert |
| 3,743,861 A | 7/1973 | Bolmgren | 4,177,389 A | 12/1979 | Schott |
| 3,751,676 A | 8/1973 | Igarashi et al. | 4,184,197 A | 1/1980 | Ćuk et al. |
| 3,753,071 A | 8/1973 | Engel et al. | 4,187,458 A | 2/1980 | Milberger et al. |
| 3,753,076 A | 8/1973 | Zelina | 4,194,147 A | 3/1980 | Payne et al. |
| 3,754,177 A | 8/1973 | O'Reilly | 4,205,368 A | 5/1980 | Erche et al. |
| | | | 4,207,475 A | 6/1980 | Nercessian |
| | | | 4,208,594 A | 6/1980 | Guicheteau |

US 7,558,083 B2

Page 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 4,208,706 | A | 6/1980 | Suzuki et al. | 4,449,173 | A | 5/1984 | Nishino et al. |
| 4,209,710 | A | 6/1980 | Quarton | 4,449,174 | A | 5/1984 | Ziesse |
| 4,210,858 | A | 7/1980 | Ford et al. | 4,449,175 | A | 5/1984 | Ishii et al. |
| 4,210,958 | A | 7/1980 | Ikenoue et al. | 4,451,743 | A | 5/1984 | Suzuki et al. |
| 4,238,690 | A | 12/1980 | Clarke | 4,451,876 | A | 5/1984 | Ogata |
| 4,238,691 | A | 12/1980 | Ebert, Jr. | 4,465,966 | A | 8/1984 | Long et al. |
| 4,241,261 | A | 12/1980 | Ebert, Jr. | 4,471,289 | A | 9/1984 | Duley et al. |
| 4,245,194 | A | 1/1981 | Fahlen et al. | 4,473,756 | A | 9/1984 | Brigden et al. |
| 4,245,286 | A | 1/1981 | Paulkovich et al. | 4,476,399 | A | 10/1984 | Yoshida et al. |
| 4,251,857 | A | 2/1981 | Shelly | 4,479,175 | A | 10/1984 | Gille et al. |
| 4,253,136 | A | 2/1981 | Nanko | 4,484,084 | A | 11/1984 | Cheffer |
| 4,254,459 | A | 3/1981 | Belson | 4,499,531 | A | 2/1985 | Bray |
| 4,257,087 | A | 3/1981 | Cuk | 4,504,895 | A | 3/1985 | Steigerwald |
| 4,257,089 | A | 3/1981 | Ravis | 4,519,024 | A | 5/1985 | Federico et al. |
| 4,262,214 | A | 4/1981 | Patel | 4,520,296 | A | 5/1985 | Lepper et al. |
| 4,270,164 | A | 5/1981 | Wyman et al. | 4,523,265 | A | 6/1985 | Deprez |
| 4,270,165 | A | 5/1981 | Carpenter et al. | 4,524,411 | A | 6/1985 | Willis |
| 4,272,806 | A | 6/1981 | Metzger | 4,524,413 | A | 6/1985 | Ikenoue et al. |
| 4,274,133 | A | 6/1981 | Cuk et al. | 4,527,228 | A | 7/1985 | Chi Yu |
| 4,275,317 | A | 6/1981 | Frosch et al. | 4,528,459 | A | 7/1985 | Wiegel |
| 4,276,594 | A | 6/1981 | Morley | 4,533,986 | A | 8/1985 | Jones |
| 4,277,726 | A | 7/1981 | Burke | 4,535,399 | A | 8/1985 | Szepesi |
| 4,277,728 | A | 7/1981 | Stevens | 4,536,700 | A | 8/1985 | Bello et al. |
| 4,288,739 | A | 9/1981 | Nercessian | 4,538,073 | A | 8/1985 | Freige et al. |
| 4,288,865 | A | 9/1981 | Graham | 4,539,487 | A | 9/1985 | Ishii |
| 4,292,581 | A | 9/1981 | Tan | 4,546,421 | A | 10/1985 | Bello et al. |
| 4,293,904 | A | 10/1981 | Brooks et al. | 4,553,039 | A | 11/1985 | Stifter |
| 4,297,590 | A | 10/1981 | Vail | 4,556,802 | A | 12/1985 | Harada et al. |
| 4,300,191 | A | 11/1981 | Baranowski et al. | 4,561,046 | A | 12/1985 | Kuster |
| 4,301,496 | A | 11/1981 | Schwarz | 4,562,522 | A | 12/1985 | Adams et al. |
| 4,302,803 | A | 11/1981 | Shelly | 4,564,800 | A | 1/1986 | Jurjans |
| 4,307,441 | A | 12/1981 | Bello | 4,566,059 | A | 1/1986 | Gallios et al. |
| 4,310,771 | A | 1/1982 | Wyatt et al. | 4,571,551 | A | 2/1986 | Trager |
| 4,313,060 | A | 1/1982 | Fickenscher et al. | 4,575,640 | A | 3/1986 | Martin |
| 4,315,207 | A | 2/1982 | Apfel | 4,578,631 | A | 3/1986 | Smith |
| 4,316,097 | A | 2/1982 | Reynolds | 4,584,635 | A | 4/1986 | MacInnis |
| 4,317,056 | A | 2/1982 | Alberts | 4,586,119 | A | 4/1986 | Sutton |
| 4,318,007 | A | 3/1982 | Rizzi | 4,587,604 | A | 5/1986 | Nerone |
| 4,318,164 | A | 3/1982 | Onodera et al. | 4,591,782 | A | 5/1986 | Germer |
| 4,322,817 | A | 3/1982 | Kuster | 4,593,213 | A | 6/1986 | Vesce et al. |
| 4,323,787 | A | 4/1982 | Sato et al. | 4,605,999 | A | 8/1986 | Bowman et al. |
| 4,323,788 | A | 4/1982 | Smith | 4,607,195 | A | 8/1986 | Valkestijin et al. |
| 4,323,962 | A | 4/1982 | Steigerwald | 4,607,323 | A | 8/1986 | Sokal et al. |
| 4,325,017 | A | 4/1982 | Schade, Jr. | 4,618,919 | A | 10/1986 | Martin, Jr. |
| 4,327,298 | A | 4/1982 | Burgin | 4,621,313 | A | 11/1986 | Kiteley |
| 4,328,482 | A | 5/1982 | Belcher et al. | 4,622,511 | A | 11/1986 | Moore |
| 4,330,816 | A | 5/1982 | Imazeki et al. | 4,622,629 | A | 11/1986 | Glennon |
| 4,334,263 | A | 6/1982 | Adachi | 4,626,982 | A | 12/1986 | Huber |
| 4,336,587 | A | 6/1982 | Boettcher, Jr. et al. | 4,628,426 | A | 12/1986 | Steigerwald |
| 4,344,122 | A | 8/1982 | Jones | 4,635,179 | A | 1/1987 | Carsten |
| 4,344,124 | A | 8/1982 | Panicali | 4,638,175 | A | 1/1987 | Bradford et al. |
| 4,346,342 | A | 8/1982 | Carollo | 4,642,475 | A | 2/1987 | Fischer et al. |
| 4,347,558 | A | 8/1982 | Kalinsky | 4,642,743 | A | 2/1987 | Radcliffe |
| 4,353,113 | A | 10/1982 | Billings | 4,644,440 | A | 2/1987 | Kenny et al. |
| 4,355,884 | A | 10/1982 | Honda et al. | 4,648,017 | A | 3/1987 | Nerone |
| 4,356,541 | A | 10/1982 | Ikenoue et al. | 4,651,020 | A | 3/1987 | Kenny et al. |
| 4,357,654 | A | 11/1982 | Ikenoue et al. | 4,652,769 | A | 3/1987 | Smith et al. |
| 4,368,409 | A | 1/1983 | Sivanesan et al. | 4,659,942 | A | 4/1987 | Volp |
| 4,371,919 | A | 2/1983 | Andrews et al. | 4,663,699 | A | 5/1987 | Wilkinson |
| 4,381,457 | A | 4/1983 | Wiles | 4,670,661 | A | 6/1987 | Ishikawa |
| 4,386,394 | A | 5/1983 | Kocher et al. | 4,672,517 | A | 6/1987 | Mandelcorn |
| 4,393,316 | A | 7/1983 | Brown | 4,672,518 | A | 6/1987 | Murdock |
| 4,395,639 | A | 7/1983 | Bring | 4,672,528 | A | 6/1987 | Park et al. |
| 4,398,156 | A | 8/1983 | Aaland | 4,674,019 | A | 6/1987 | Martinelli |
| 4,399,499 | A | 8/1983 | Butcher et al. | 4,675,796 | A | 6/1987 | Gautherin et al. |
| 4,403,269 | A | 9/1983 | Carroll | 4,677,311 | A | 6/1987 | Morita |
| 4,415,960 | A | 11/1983 | Clark, Jr. | 4,677,534 | A | 6/1987 | Okochi |
| 4,423,341 | A | 12/1983 | Shelly | 4,680,688 | A | 7/1987 | Inou et al. |
| 4,427,899 | A | 1/1984 | Bruns | 4,680,689 | A | 7/1987 | Payne et al. |
| 4,438,411 | A | 3/1984 | Rubin et al. | 4,683,528 | A | 7/1987 | Snow et al. |
| 4,441,070 | A | 4/1984 | Davies et al. | 4,685,039 | A | 8/1987 | Inou et al. |
| 4,442,339 | A | 4/1984 | Mizuno et al. | 4,688,160 | A | 8/1987 | Fraidlin |
| 4,443,840 | A | 4/1984 | Geissler et al. | 4,691,273 | A | 9/1987 | Kuwata et al. |

US 7,558,083 B2

Page 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4,694,384 | A | 9/1987 | Steigerwald et al. | 4,896,092 | A | 1/1990 | Flynn |
| 4,694,386 | A | 9/1987 | de Sartre | 4,899,271 | A | 2/1990 | Seiersen |
| 4,695,935 | A | 9/1987 | Oen et al. | 4,900,885 | A | 2/1990 | Inumada |
| 4,697,136 | A | 9/1987 | Ishikawa | 4,903,183 | A | 2/1990 | Noguchi et al. |
| 4,698,738 | A | 10/1987 | Miller et al. | 4,903,189 | A | 2/1990 | Ngo et al. |
| 4,706,177 | A | 11/1987 | Josephson | 4,908,857 | A | 3/1990 | Burns et al. |
| 4,709,316 | A | 11/1987 | Ngo et al. | 4,916,599 | A | 4/1990 | Traxler et al. |
| 4,709,318 | A | 11/1987 | Gephart et al. | 4,920,470 | A | 4/1990 | Clements |
| 4,716,514 | A | 12/1987 | Patel | 4,922,397 | A | 5/1990 | Heyman |
| 4,717,833 | A | 1/1988 | Small | 4,922,404 | A | 5/1990 | Ludwig et al. |
| 4,727,308 | A | 2/1988 | Huljak et al. | 4,924,170 | A | 5/1990 | Henze |
| 4,727,469 | A | 2/1988 | Kammiller | 4,926,303 | A | 5/1990 | Sturgeon |
| 4,730,242 | A | 3/1988 | Divan | 4,931,918 | A | 6/1990 | Inou et al. |
| 4,733,102 | A | 3/1988 | Nakayama et al. | 4,935,857 | A | 6/1990 | Nguyen et al. |
| 4,734,839 | A | 3/1988 | Barthold | 4,937,468 | A | 6/1990 | Shekhawat et al. |
| 4,734,844 | A | 3/1988 | Rhoads | 4,952,849 | A | 8/1990 | Fellows et al. |
| 4,734,924 | A | 3/1988 | Yahata et al. | 4,953,068 | A | 8/1990 | Henze |
| 4,745,299 | A | 5/1988 | Eng et al. | 4,958,268 | A | 9/1990 | Nagagata et al. |
| 4,745,538 | A | 5/1988 | Cross et al. | 4,959,764 | A | 9/1990 | Bassett |
| 4,747,034 | A | 5/1988 | Dickey | 4,959,766 | A | 9/1990 | Jain |
| 4,748,550 | A | 5/1988 | Okado | 4,961,128 | A | 10/1990 | Bloom |
| 4,754,160 | A | 6/1988 | Ely | 4,975,823 | A | 12/1990 | Rilly et al. |
| 4,754,161 | A | 6/1988 | Fox | 4,982,149 | A | 1/1991 | Shimanuki |
| 4,760,276 | A | 7/1988 | Lethellier | 5,001,318 | A | 3/1991 | Noda |
| 4,763,237 | A | 8/1988 | Wieczorek | 5,006,782 | A | 4/1991 | Pelly |
| 4,768,141 | A | 8/1988 | Hubertus et al. | 5,008,795 | A | 4/1991 | Parsley et al. |
| 4,772,994 | A | 9/1988 | Harada et al. | 5,010,261 | A | 4/1991 | Steigerwald |
| 4,777,382 | A | 10/1988 | Reingold | 5,012,401 | A | 4/1991 | Barlage |
| 4,777,575 | A | 10/1988 | Yamato et al. | 5,013,980 | A | 5/1991 | Stephens et al. |
| 4,779,185 | A | 10/1988 | Musil | 5,016,245 | A | 5/1991 | Lobjinski et al. |
| 4,782,241 | A | 11/1988 | Baker et al. | 5,017,800 | A | 5/1991 | Divan |
| 4,783,728 | A | 11/1988 | Hoffman | 5,019,717 | A | 5/1991 | McCurry et al. |
| 4,785,387 | A | 11/1988 | Lee et al. | 5,019,719 | A | 5/1991 | King |
| 4,788,450 | A | 11/1988 | Wagner | 5,019,954 | A | 5/1991 | Bourgeault et al. |
| 4,788,634 | A | 11/1988 | Schlecht et al. | 5,023,766 | A | 6/1991 | Laidler |
| 4,794,506 | A | 12/1988 | Hino et al. | 5,027,002 | A | 6/1991 | Thornton |
| 4,796,173 | A | 1/1989 | Steigerwald | 5,027,264 | A | 6/1991 | DeDoncker et al. |
| 4,800,479 | A | 1/1989 | Bupp | 5,029,062 | A | 7/1991 | Capel |
| 4,805,078 | A | 2/1989 | Munz | 5,036,452 | A | 7/1991 | Loftus |
| 4,809,148 | A | 2/1989 | Barn | 5,038,264 | A | 8/1991 | Steigerwald |
| 4,811,191 | A | 3/1989 | Miller | 5,038,265 | A | 8/1991 | Paladel |
| 4,812,672 | A | 3/1989 | Cowan et al. | 5,038,266 | A | 8/1991 | Callen et al. |
| 4,814,962 | A | 3/1989 | Magalhaes et al. | 5,041,777 | A | 8/1991 | Riedger |
| 4,814,965 | A | 3/1989 | Petersen | 5,043,859 | A | 8/1991 | Korman et al. |
| 4,823,249 | A | 4/1989 | Garcia, II | 5,047,911 | A | 9/1991 | Sperzel et al. |
| 4,825,348 | A | 4/1989 | Steigerwald et al. | 5,055,722 | A | 10/1991 | Latos et al. |
| 4,829,216 | A | 5/1989 | Rodriguez-Cavazos | 5,057,698 | A | 10/1991 | Widener et al. |
| 4,841,160 | A | 6/1989 | Yon et al. | 5,057,986 | A | 10/1991 | Henze et al. |
| 4,853,832 | A | 8/1989 | Stuart | 5,063,338 | A | 11/1991 | Capel et al. |
| 4,853,837 | A | 8/1989 | Gulczynski | 5,063,489 | A | 11/1991 | Inaba |
| 4,855,888 | A | 8/1989 | Henze et al. | 5,066,900 | A | 11/1991 | Bassett |
| 4,860,184 | A | 8/1989 | Tabisz et al. | 5,073,848 | A | 12/1991 | Steigerwald et al. |
| 4,860,185 | A | 8/1989 | Brewer et al. | 5,077,486 | A | 12/1991 | Marson et al. |
| 4,860,188 | A | 8/1989 | Bailey et al. | 5,079,686 | A | 1/1992 | Vinciarelli |
| 4,860,189 | A | 8/1989 | Hitchcock | 5,097,403 | A | 3/1992 | Smith |
| 4,864,479 | A | 9/1989 | Steigerwald et al. | 5,099,406 | A | 3/1992 | Harada et al. |
| 4,864,483 | A | 9/1989 | Divan | 5,101,336 | A | 3/1992 | Willocx et al. |
| 4,866,588 | A | 9/1989 | Rene | 5,103,110 | A | 4/1992 | Housworth et al. |
| 4,866,589 | A | 9/1989 | Satoo et al. | 5,103,387 | A | 4/1992 | Rosenbaum et al. |
| 4,868,729 | A | 9/1989 | Suzuki | 5,105,351 | A | 4/1992 | Harada et al. |
| 4,870,555 | A | 9/1989 | White | 5,111,372 | A | 5/1992 | Kameyama et al. |
| 4,873,616 | A | 10/1989 | Fredrick et al. | 5,111,374 | A | 5/1992 | Lai et al. |
| 4,873,618 | A | 10/1989 | Fredrick et al. | 5,113,334 | A | 5/1992 | Tuson et al. |
| 4,877,972 | A | 10/1989 | Sobhani et al. | 5,113,337 | A | 5/1992 | Steigerwald |
| 4,881,014 | A | 11/1989 | Okochi | 5,119,013 | A | 6/1992 | Sabroff |
| 4,882,646 | A | 11/1989 | Genuit | 5,119,283 | A | 6/1992 | Steigerwald et al. |
| 4,882,664 | A | 11/1989 | Pennington | 5,119,284 | A | 6/1992 | Fisher et al. |
| 4,882,665 | A | 11/1989 | Choi et al. | 5,122,726 | A | 6/1992 | Elliott et al. |
| 4,885,674 | A | 12/1989 | Varga et al. | 5,122,945 | A | 6/1992 | Marawi |
| 4,890,210 | A | 12/1989 | Myers | 5,126,651 | A | 6/1992 | Gauen |
| 4,890,214 | A | 12/1989 | Yamamoto | 5,128,603 | A | 7/1992 | Wölfel |
| 4,893,227 | A | 1/1990 | Gallios et al. | 5,132,888 | A | 7/1992 | Lo et al. |
| 4,893,228 | A | 1/1990 | Orrick et al. | 5,132,889 | A | 7/1992 | Hitchcock et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,138,184 | A | 8/1992 | Keefe | 5,537,021 | A | 7/1996 | Weinberg et al. |
| 5,138,249 | A | 8/1992 | Capel | 5,539,630 | A | 7/1996 | Pietkiewicz et al. |
| 5,140,509 | A | 8/1992 | Murugan | 5,541,827 | A | 7/1996 | Allfather |
| 5,140,512 | A | 8/1992 | O'Sullivan | 5,552,695 | A | 9/1996 | Schwartz |
| 5,140,514 | A | 8/1992 | Tuusa et al. | 5,559,423 | A | 9/1996 | Harman |
| 5,144,547 | A | 9/1992 | Masamoto | 5,559,682 | A | 9/1996 | Kanouda et al. |
| 5,146,394 | A | 9/1992 | Ishii et al. | 5,570,276 | A | 10/1996 | Cuk et al. |
| 5,157,269 | A | 10/1992 | Jordan et al. | 5,576,940 | A | 11/1996 | Steigerwald et al. |
| 5,159,541 | A | 10/1992 | Jain | 5,590,032 | A | 12/1996 | Bowman et al. |
| 5,161,241 | A | 11/1992 | Kanai | 5,594,629 | A | 1/1997 | Steigerwald |
| 5,162,663 | A | 11/1992 | Combs et al. | 5,621,621 | A | 4/1997 | Lilliestrale |
| 5,164,609 | A | 11/1992 | Poppe et al. | 5,625,541 | A | 4/1997 | Rozman |
| 5,168,435 | A | 12/1992 | Kobayashi et al. | 5,635,826 | A | 6/1997 | Sugawara |
| 5,173,846 | A | 12/1992 | Smith | 5,636,107 | A | 6/1997 | Lu et al. |
| 5,177,675 | A | 1/1993 | Archer | 5,636,116 | A | 6/1997 | Milavec et al. |
| 5,179,512 | A | 1/1993 | Fisher et al. | 5,663,876 | A | 9/1997 | Newton et al. |
| 5,206,800 | A | 4/1993 | Smith | 5,663,877 | A | 9/1997 | Dittli et al. |
| 5,208,740 | A | 5/1993 | Ehsani | 5,663,887 | A | 9/1997 | Warn et al. |
| 5,216,351 | A | 6/1993 | Shimoda | 5,691,870 | A | 11/1997 | Gebara |
| 5,218,522 | A | 6/1993 | Phelps et al. | 5,708,571 | A | 1/1998 | Shinada |
| 5,221,887 | A | 6/1993 | Gulczynski | 5,719,754 | A | 2/1998 | Fraidlin et al. |
| 5,224,025 | A | 6/1993 | Divan et al. | 5,726,869 | A | 3/1998 | Yamashita et al. |
| 5,233,509 | A | 8/1993 | Ghotbi | 5,729,444 | A | 3/1998 | Perol |
| 5,235,502 | A | 8/1993 | Vinciarelli et al. | 5,734,563 | A | 3/1998 | Shinada |
| 5,237,208 | A | 8/1993 | Tominaga et al. | 5,742,491 | A | 4/1998 | Bowman et al. |
| 5,237,606 | A | 8/1993 | Ziermann | 5,757,625 | A | 5/1998 | Schoofs |
| 5,254,930 | A | 10/1993 | Daly | 5,757,627 | A | 5/1998 | Faulk |
| 5,255,174 | A | 10/1993 | Murugan | 5,768,118 | A | 6/1998 | Faulk et al. |
| 5,264,736 | A | 11/1993 | Jacobson | 5,771,160 | A | 6/1998 | Seong |
| 5,267,135 | A | 11/1993 | Tezuka et al. | 5,774,350 | A | 6/1998 | Notaro et al. |
| 5,267,137 | A | 11/1993 | Goebel | 5,781,420 | A | 7/1998 | Xia et al. |
| 5,268,830 | A | 12/1993 | Loftus, Jr. | 5,781,421 | A | 7/1998 | Steigerwald et al. |
| 5,272,612 | A | 12/1993 | Harada et al. | 5,784,266 | A | 7/1998 | Chen |
| 5,272,613 | A | 12/1993 | Büthker | 5,805,432 | A | 9/1998 | Zaitsu et al. |
| 5,274,539 | A | 12/1993 | Steigerwald et al. | 5,818,704 | A | 10/1998 | Martinez |
| 5,274,543 | A | 12/1993 | Loftus, Jr. | 5,831,839 | A | 11/1998 | Pansier |
| 5,289,364 | A | 2/1994 | Sakurai | 5,841,641 | A | 11/1998 | Faulk |
| 5,303,138 | A | 4/1994 | Rozman | 5,841,643 | A | 11/1998 | Schenkel |
| 5,304,875 | A | 4/1994 | Smith | 5,870,299 | A | 2/1999 | Rozman |
| 5,305,191 | A | 4/1994 | Loftus, Jr. | 5,872,705 | A | 2/1999 | Loftus, Jr. et al. |
| 5,305,192 | A | 4/1994 | Bonte et al. | 5,880,939 | A | 3/1999 | Sardat |
| 5,343,383 | A | 8/1994 | Shinada et al. | 5,880,949 | A | 3/1999 | Melhem et al. |
| 5,353,212 | A | 10/1994 | Loftus, Jr. | 5,894,412 | A | 4/1999 | Faulk |
| 5,355,293 | A | 10/1994 | Carlstedt | 5,901,052 | A | 5/1999 | Strijker |
| 5,355,294 | A | 10/1994 | De Doncker et al. | 5,903,452 | A | 5/1999 | Yang |
| 5,363,323 | A | 11/1994 | Lange | 5,907,481 | A | 5/1999 | Svärdsjö |
| 5,377,090 | A | 12/1994 | Steigerwald | 5,929,692 | A | 7/1999 | Carsten |
| 5,386,359 | A | 1/1995 | Nochi | 5,946,202 | A | 8/1999 | Balogh |
| 5,396,412 | A | 3/1995 | Barlage | 5,946,207 | A | 8/1999 | Schoofs |
| 5,398,182 | A | 3/1995 | Crosby | 5,949,658 | A | 9/1999 | Thottuvelil et al. |
| 5,400,239 | A | 3/1995 | Caine | 5,956,242 | A | 9/1999 | Majid et al. |
| 5,410,467 | A | 4/1995 | Smith et al. | 5,956,245 | A | 9/1999 | Rozman |
| 5,412,308 | A | 5/1995 | Brown | 5,959,370 | A | 9/1999 | Pardi |
| 5,412,557 | A | 5/1995 | Lauw | 5,991,167 | A | 11/1999 | Van Lerberghe |
| 5,424,932 | A | 6/1995 | Inou et al. | 5,999,417 | A | 12/1999 | Schlecht |
| 5,428,523 | A | 6/1995 | McDonnal | 6,002,597 | A | 12/1999 | Rozman |
| 5,430,632 | A | 7/1995 | Meszlenyi | 6,005,773 | A | 12/1999 | Rozman et al. |
| 5,430,633 | A | 7/1995 | Smith | 6,011,703 | A | 1/2000 | Boylan et al. |
| 5,434,770 | A | 7/1995 | Dreifuerst et al. | 6,016,258 | A | 1/2000 | Jain et al. |
| 5,442,534 | A | 8/1995 | Cuk et al. | 6,016,261 | A | 1/2000 | DeWit et al. |
| 5,448,469 | A | 9/1995 | Rilly et al. | RE36,571 | E | 2/2000 | Rozman |
| 5,461,301 | A | 10/1995 | Truong | 6,026,005 | A | 2/2000 | Abdoulin |
| 5,477,091 | A | 12/1995 | Fiorina et al. | 6,038,148 | A | 3/2000 | Farrington et al. |
| 5,481,449 | A | 1/1996 | Kheraluwala et al. | 6,046,920 | A | 4/2000 | Cazabat et al. |
| 5,500,791 | A | 3/1996 | Kheraluwala et al. | 6,058,026 | A | 5/2000 | Rozman |
| 5,513,092 | A | 4/1996 | Goebel | 6,066,943 | A | 5/2000 | Hastings et al. |
| 5,514,921 | A | 5/1996 | Steigerwald | 6,069,799 | A | 5/2000 | Bowman et al. |
| 5,519,599 | A | 5/1996 | Shinada et al. | 6,069,804 | A | 5/2000 | Ingman et al. |
| 5,528,480 | A | 6/1996 | Kikinis et al. | 6,084,792 | A | 7/2000 | Chen et al. |
| 5,528,482 | A | 6/1996 | Rozman | 6,087,817 | A | 7/2000 | Varga |
| 5,530,635 | A | 6/1996 | Yashiro | 6,088,329 | A | 7/2000 | Lindberg et al. |
| 5,534,768 | A | 7/1996 | Chavannes et al. | 6,091,616 | A | 7/2000 | Jacobs et al. |
| 5,535,112 | A | 7/1996 | Vazquez Lopez et al. | 6,137,697 | A | 10/2000 | Tarodo et al. |

**US 7,558,083 B2**

Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,137,698 | A | 10/2000 | Yukawa et al. | EP | 0 476 278 | B1 | 3/1992 |
| 6,141,224 | A | 10/2000 | Xia et al. | EP | 0 481 466 | A1 | 4/1992 |
| 6,169,675 | B1 | 1/2001 | Shimamori et al. | EP | 0 484 610 | A1 | 5/1992 |
| 6,191,964 | B1 | 2/2001 | Boylan et al. | EP | 0 503 806 | B1 | 9/1992 |
| 6,208,535 | B1 | 3/2001 | Parks | EP | 0 508 664 | B1 | 10/1992 |
| 6,222,742 | B1 | 4/2001 | Schlecht | EP | 0 291 403 | B1 | 1/1993 |
| 6,246,592 | B1 | 6/2001 | Balogh et al. | EP | 0 529 180 | B1 | 3/1993 |
| 6,252,781 | B1 | 6/2001 | Rinne et al. | EP | 0 549 920 | B1 | 7/1993 |
| 6,278,621 | B1 | 8/2001 | Xia et al. | EP | 0 550 167 | A2 | 7/1993 |
| RE37,510 | E | 1/2002 | Bowman et al. | EP | 92120812.0 | | 7/1993 |
| 6,385,059 | B1 | 5/2002 | Telefus et al. | EP | 0 575 626 | B1 | 12/1993 |
| 6,417,653 | B1 | 7/2002 | Massie et al. | EP | 0 582 814 | A2 | 2/1994 |
| 6,430,071 | B1 | 8/2002 | Haneda | EP | 0 588 569 | A2 | 3/1994 |
| RE37,889 | E | 10/2002 | Rozman | EP | 0 257 817 | B1 | 4/1994 |
| RE37,898 | E | 11/2002 | Seragnoli | EP | 0 595 232 | B1 | 5/1994 |
| 6,477,065 | B2 | 11/2002 | Parks | EP | 0 599 814 | B1 | 6/1994 |
| 6,487,093 | B1 | 11/2002 | Vogman | EP | 0 336 725 | B1 | 7/1994 |
| 6,504,267 | B1 | 1/2003 | Giannopoulos | EP | 0 605 752 | A2 | 7/1994 |
| 6,535,407 | B1 | 3/2003 | Zaitsu | EP | 0 608 091 | A2 | 7/1994 |
| 6,552,917 | B1 | 4/2003 | Bourdillon | EP | 0 610 158 | A1 | 8/1994 |
| 6,580,258 | B2 | 6/2003 | Wilcox et al. | EP | 0 616 281 | A2 | 9/1994 |
| 6,594,159 | B2 | 7/2003 | Schlecht | EP | 0 618 666 | B1 | 10/1994 |
| 6,608,768 | B2 | 8/2003 | Sula | EP | 0 622 891 | A2 | 11/1994 |
| 6,700,365 | B2 | 3/2004 | Isham et al. | EP | 0 665 634 | B1 | 8/1995 |
| 6,721,192 | B1 | 4/2004 | Yang et al. | EP | 0 694 826 | A2 | 1/1996 |
| 6,728,118 | B1 | 4/2004 | Chen et al. | EP | 0 696 831 | A2 | 2/1996 |
| 6,731,520 | B2 | 5/2004 | Schlecht | EP | 0 709 949 | A2 | 5/1996 |
| 6,735,094 | B2 | 5/2004 | Steigerwald et al. | EP | 0 720 278 | A1 | 7/1996 |
| 6,836,415 | B1 | 12/2004 | Yang et al. | EP | 0 736 959 | A1 | 10/1996 |
| 6,845,019 | B2 | 1/2005 | Kim et al. | EP | 0 741 447 | A2 | 11/1996 |
| 6,853,563 | B1 | 2/2005 | Yang et al. | EP | 0 757 428 | B1 | 2/1997 |
| 6,853,568 | B2 | 2/2005 | Li et al. | EP | 0 798 846 | B1 | 10/1997 |
| 6,862,194 | B2 | 3/2005 | Yang et al. | EP | 0 805 540 | B1 | 11/1997 |
| 6,862,198 | B2 | 3/2005 | Muegge et al. | EP | 0 848 485 | A2 | 6/1998 |
| 6,927,987 | B2 * | 8/2005 | Farrington et al. ....... 363/56.02 | EP | 0 851 566 | B1 | 7/1998 |
| 6,930,893 | B2 | 8/2005 | Vinciarelli | EP | 0 854 564 | B1 | 7/1998 |
| 7,031,128 | B2 | 4/2006 | Nam | EP | 0 884 829 | A1 | 12/1998 |
| 7,050,309 | B2 | 5/2006 | Farrington | EP | 0 925 638 | B1 | 6/1999 |
| 7,072,190 | B2 | 7/2006 | Schlecht | EP | 0 932 929 | B1 | 8/1999 |
| 7,187,562 | B2 | 3/2007 | Stojcic et al. | EP | 0 944 162 | A1 | 9/1999 |
| 7,269,034 | B2 | 9/2007 | Schlecht | EP | 0 954 088 | A1 | 11/1999 |
| 7,272,021 | B2 | 9/2007 | Schlecht et al. | EP | 0 973 246 | A1 | 1/2000 |
| 7,272,023 | B2 | 9/2007 | Schlecht | EP | 0 996 219 | A2 | 4/2000 |
| 2003/0174522 | A1 | 9/2003 | Xu et al. | EP | 1 231 705 | A2 | 8/2002 |
| 2005/0047177 | A1 | 3/2005 | Tobita | FR | 2 535 133 | | 4/1984 |
| 2006/0209572 | A1 | 9/2006 | Schlecht | FR | 2 608 857 | | 12/1986 |
| 2006/0262575 | A1 | 11/2006 | Schlecht | GB | 2 110 493 | A | 6/1983 |
| 2006/0285368 | A1 | 12/2006 | Schlecht | GB | 2 117 144 | A | 10/1983 |
| 2008/0151580 | A1 | 6/2008 | Schlecht | GB | 2 131 238 | A | 6/1984 |
| 2008/0175024 | A1 * | 7/2008 | Schlecht et al. .............. 363/15 | GB | 2 160 722 | A | 12/1985 |
| | | | | GB | 2 217 931 | A | 11/1989 |
| | | FOREIGN PATENT DOCUMENTS | | GB | 2 233 479 | A | 1/1991 |
| | | | | GB | 2 244 155 | A | 11/1991 |
| CA | | 2042274 | 12/1991 | GB | 2 255 865 | A | 11/1992 |
| DE | | 29 02 862 | 8/1979 | GB | 2 291 287 | A | 1/1996 |
| EP | | 0 016 537 | 10/1980 | GB | 2 313 495 | A | 11/1997 |
| EP | | 0 041 883 | 12/1981 | JP | 09172775 | A | 6/1977 |
| EP | | 0 058 400 | 8/1982 | JP | 61-49583 | | 4/1986 |
| EP | | 0 139 870 | 5/1985 | JP | 61-27171 | | 12/1986 |
| EP | | 0 077 958 | B1 | 1/1986 | JP | 61-277372 | | 12/1986 |
| EP | | 0 184 963 | 6/1986 | JP | 62-233067 | | 10/1987 |
| EP | | 0 102 614 | 7/1987 | JP | 63-257458 | | 10/1988 |
| EP | | 0 244 186 | 11/1987 | JP | 63-277471 | | 11/1988 |
| EP | | 0 289 196 | 11/1988 | JP | 64-50762 | | 2/1989 |
| EP | | 0 343 855 | A2 | 11/1989 | JP | 1-134989 | | 9/1989 |
| EP | | 0 223 504 | 6/1990 | JP | 1-278265 | | 11/1989 |
| EP | | 0 410 866 | A1 | 1/1991 | JP | 1-283061 | | 11/1989 |
| EP | | 0 428 377 | B1 | 5/1991 | JP | 2-155465 | | 6/1990 |
| EP | | 0 429 310 | B1 | 5/1991 | JP | 2-202362 | | 8/1990 |
| EP | | 0 449 504 | A2 | 10/1991 | JP | 2-246774 | | 10/1990 |
| EP | | 0 467 778 | A2 | 1/1992 | JP | 3-18275 | | 1/1991 |
| EP | | 0 472 261 | A2 | 2/1992 | JP | 3-89851 | | 4/1991 |
| EP | | 0 474 471 | B1 | 3/1992 | JP | 4-105556 | | 4/1992 |

| JP | H5-64446 | 3/1993 |
| JP | 5-207745 | 8/1993 |
| JP | 05199744 A | 8/1993 |
| JP | 06098540 A | 4/1994 |
| JP | 6-187056 | 7/1994 |
| JP | 6-315263 | 11/1994 |
| JP | 06315263 A | 11/1994 |
| JP | 6-343262 | 12/1994 |
| JP | 06339266 A | 12/1994 |
| JP | 07007928 A | 1/1995 |
| JP | 07115766 A | 5/1995 |
| JP | 7-194104 | 7/1995 |
| JP | 07308062 A | 11/1995 |
| JP | 07337005 A | 12/1995 |
| JP | 07337006 A | 12/1995 |
| JP | H7-337005 | 12/1995 |
| JP | 08019251 A | 1/1996 |
| JP | 8-223906 | 8/1996 |
| JP | 08205533 A | 8/1996 |
| JP | 08223906 A | 8/1996 |
| JP | 08275518 A | 10/1996 |
| JP | 8-289538 | 11/1996 |
| JP | 08336282 A | 12/1996 |
| JP | 09093917 A | 4/1997 |
| JP | 09182416 A | 7/1997 |
| JP | 10066336 A | 3/1998 |
| JP | 10136646 A | 5/1998 |
| JP | 10146054 A | 5/1998 |
| JP | 10210740 A | 8/1998 |
| JP | 10248248 A | 9/1998 |
| JP | 11004577 A | 1/1999 |
| JP | 11069803 A | 3/1999 |
| JP | 11103572 A | 4/1999 |
| JP | 11146650 A | 5/1999 |
| JP | 11178335 A | 7/1999 |
| PL | 177578 B3 | 10/1995 |
| SA | 9711503 | 12/1997 |
| WO | WO 84/04634 | 11/1984 |
| WO | WO 86/02787 | 5/1986 |
| WO | WO 87/05165 | 8/1987 |
| WO | WO 88/09084 | 11/1988 |
| WO | WO 88/09084 A1 | 11/1988 |
| WO | WO 89/01719 | 2/1989 |
| WO | WO 91/07803 | 5/1991 |
| WO | WO 95/23451 | 8/1995 |
| WO | WO 95/30182 | 11/1995 |
| WO | WO 95/32458 | 11/1995 |
| WO | WO 98/18198 | 4/1998 |
| WO | WO 98/26496 | 6/1998 |
| WO | WO 01/97371 A1 | 12/2001 |
| WO | WO 2004/082119 A2 | 9/2004 |
| WO | WO 2005/008872 A1 | 1/2005 |

## OTHER PUBLICATIONS

Ferencz, Andrew, "A 250 W High Density Point-of-Load Converter," MIT Master of Science Theisis, Sep. 1989, pp. 1-117.

Mohandes, Bijan, MOSFET Synchronous Recitifiers Achieve 90% Efficiency—Part I and Part II, PCIM, Jun. 1991, pp. 10-13 & 55-61.

Cobos, J.A., et al., "Resonant Reset Forward Topologies for Low Output Voltage On Board Converters," IEEE, 1994, pp. 703-708.

Tabisz, W.A., et al., "A MOSFET Resonant Synchronous Rectifier for High-Frequency DC/DC Converters," Proceedings of the Power Electronics Specialists Conference, San Antonio, TX, Jun. 10-15, 1990, pp. 769-779.

Wiegman, H.L.N., et al., "A Dual Active Bridge SMPS Using Synchronous Rectifiers," HFPC May 1990 Proceedings, pp. 336-346.

Shoyama, Masahito, et al., "Zero-Voltage-Switching Realized by Magnetizing Current of Transformer in Push-Pull Current-Fed DC-DC Converter," IEEE, 1993, pp. 178-184.

Shoyama, Masahito, et al., "Zero-Voltage-Switched Push-Pull DC-DC Converter," IEEE, 1991, pp. 223-229.

Xiao, Li, et al., "Soft Switched PWM DC/DC Converter With Synchronous Rectifiers," IEEE 1996, pp. 476-484.

Blanchard, Richard, et al., "The Design of a High Efficiency, Low Voltage Power Supply Using MOSFET Synchronous Rectification and Current Mode Control," IEEE, 1985, pp. 355-361.

Jitaru, Ionel Dan, et al, "High Efficiency DC-DC Converter," IEEE, 1994, pp. 638-644.

Harper, D.J., et al., "Controlled Synchronous Rectifier," HFPC May 1988 Proceedings, pp. 165-172.

Acker, Brian, et al., "Currrent-Controlled Synchronous Rectification," IEEE 1994, pp. 185-191.

Murakami, Naoki, et al., "A High-Efficiency 30-W Board Mounted Power Supply Module," IEEE 1991, pp. 122-127.

Casey, Leo F., et al., "A High Frequency, Low Volume, Point-of-Load Power Supply for Distributed Power Systems," IEEE 1987, pp. 439-450.

Schlecht, Martin F., "Research Results from the Study of A High Efficiency, Highly Manufacturable DC-DC Converter," unpublished, pp. 1-32.

Gachora, John Mburu, "Design of a Four-Phase Switchmode High Efficiency Power Supply," MIT Master of Engineering Thesis, 1994, pp. 1-66.

Blanchard R., et al., "MOSFETs Move In On Low Voltage Rectification," Official Proceedings of the Ninth International PCI '84 Conference, Oct. 29-31, 1984, pp. 213-222.

Garcia, O. et al., "Zero Voltage Switching In The PWM Half Bridge Topology With Complementary Control And Synchronous Rectification," Record of the Annual Power Electronics Specialist Conference, Pesc, Atlanta, Jun. 12-15, 1995, vol. 1, No. CONF. 26, Jun. 12, 1995, IEEE, pp. 286-291.

Mweene, L. Haachitaba, et al., "A High-Efficiency 1.5 kW, 390-50 V Half-Bridge Converter Operated at 100% Duty-Ratio,"IEEE, 1992, pp. 723-730.

Mweene, Loveday Haachitaba, "The Design of Front-End DC-DC Converters of Distributed Power Supply Systems with Improved Efficiency and Stability," Thesis, Massachusetts Institute of Technology, Sep. 1992, pp. 1-184.

Defendant Artesyn Technologies, Inc.'s Invalidty Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Defendant Artesyn Technologies, Inc.'s Amended Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Sep. 10, 2008.

Defendant Astec America Inc.'s Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Defendant Astec America Inc.'s Amended Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Sep. 10, 2008.

Defendant Bel Fuse Inc.'s Invalidity Contentions Pursuant to Patent Rule 3-3 and Accompanying Document Production Pursuant to Patent Rule 3-4 and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), onJul. 15, 2008.

Defendant Cherokee International Corp.'s Invalidity Contentions and Accompanying Document Production Pursuant to Rules 3-3 and 3-4 and associated exhibits contained in binders vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), Jul. 15, 2008.

Delta Electronics, Inc. and Delta Products Corp.'s Invalidity Contentions Pursuants to Patent Rule 3-3 and Production of Documents Under Patent Rule 3-4 and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Delta Electronics, Inc. and Delta Products Corp.'s First Supplemental Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc. v. Artesyn Technologies, Inc., et al.*, Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Sep. 9, 2008.

Lineage Power Corp.'s Invalidity Contentions Pursuant to Patent Rule 3-3 and Production of Documents Under Patent Rule 3-4(b) and associated exhibits contained in binders, vols. 1-4, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Lineage Power Corp.'s First Supplemental Invalidity Contentions and associated exhibits contained in binders, vols. 1-4, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Sep. 18, 2008.

Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.'s Invalidity Contentions Pursuant to Patent Rule 3-3 and Production of Documents Under Patent Rule 3-4 and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.'s First Supplemental Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), U.S.D.C. (E.D. Tex.), on Sep. 9, 2008.

Power-One, Inc.'s Invalidity Contentions Pursuant to Patent Rule 3-3 and Production of Documents Under Patent Rule 3-4 and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Jul. 15, 2008.

Power-One, Inc.'s First Supplemental Invalidity Contentions and associated exhibits contained in binders, vols. 1-3, filed in *Synqor, Inc.* v. *Artesyn Technologies, Inc., et al.,* Civil Action No. 2:07-CV-497-TJW-CE (E.D. Tex.), on Sep. 9, 2008.

"Building-Block Converters Distribute Power Throughout Large Systems," Electronic Design, pp. 202 (DMMP 0002586).

Carbone, Jim, "Distributed Power Tags Keep Falling." *Purchasing.* Jul. 11, 1996. (DMMP0002121-DMMP0002121).

"Power Module Lets Users Customize Supplies," Electronic Design, Jun. 25, 1961, p. 213 (DMMP 0001852).

Abe, Seiya, et al., "Stability Improvement of Distributed Power System by Using Full-Regulated Bus Converter," pp. 2549-2553, Nov. 6-10, 2005, Annual Conference of IEEE (ARTN00000424-ARTN00000428).

Abe, Seiya, et al., "System Stability of Full-Regulated Bus Converter in Distributed Power System," Undated Abstract prepared in conjunction with Dept. of EESE, Kyushu University, TDK Corporation, and TDK Innoveta, Inc., pp. 563-568 (ARTN00000429-ARTN00000434).

Abramczyk, Edward R.,et al., "Mospower Applications Handbook," Siliconix Incorporated, 1984. ISBN 0-930519-00-0. (DMMP0016840-DMMP0017334).

Abramovitz, Alexander, et al., "A Novel Self-Oscillating Synchronously-Rectified DC-DC Converter," pp. 163-170 (1991). ISBN 0-7803-0090-4. (ARTN00000435-ARTN00000442).

Abramovitz, Alexander, et al., "A Novel Self-Oscillating Synchronously-Rectified DC-DC Converter," PESC '91: 22nd Annual IEEE Power Electronics Specialists Conference, pp. 163-170 (1991). ISBN 0-7803-0090-4. (DMMP0017411-DMMP0017419).

Acker, Brian, et al., "Current-Controlled Synchronous Rectification," pp. 185-191. ISBN0-7803-1456-5/94. (DMMP0001506-DMMP0001512).

Acker, Brian, et al., "Current-Controlled Synchronous Rectification," pp. 88-95. ISBN 0-7803-2730-6. (DMMP0001513-DMMP0001520).

Aguilar, A., et al., "An Improved Battery Charger/Discharger Topology with Power Factor Correction," CIEP '95, San Luis Potosf, Mexico, Oct. 16-19, 1995, pp. 2-7. ISBN0-7803-3071-4. (DMMP0001521-DMMP0001526).

Ahn, K.S., et al., "Clamp Mode Forward ZVS-MRC with Self-Driven Synchronous Rectifier," pp. 470-475, (1996). ISBN 0-7803-3507-4. (ARTN00000458-ARTN00000463).

Alou, P., et al., "A High Efficiency Voltage Regulator Module with Single Winding Self-Driven Synchronous Rectification," pp. 1510-1515 (2000). ISBN 0-7803-5692-6. (DMMP0017420-DMMP0017425).

Alou, P., et al., "Design of a 1.5V Output Voltage On-Board DC/DC Converter with Magnetic Components Integrated in a Multilater PCB," pp. 764-769. ISBN 0-7803-3704-2/97. (DMMP0001527-DMMP0001532).

Alou, P., et al., "Design of a Low Output Voltage DC/DC Converter for Telecom Application with a New Scheme for Self-Driven Synchronous Rectification," pp. 866-872. ISBN 0-7803-5160-6/99. (DMMP0001533-DMMP0001539).

Alvarez, Leon Scott, "Control of Multi-Switch Multi-Output Power Converters," Unpublished master's thesis, Massachusetts Institute of Technology, May 1988. (DMMP0001547-DMMP0001578).

Alvarez-Barcia, L., et al., "Low Power Multioutput Converter with Post-Regulation based on Synchronous Rectification and Windings Integrated in the PCB," pp. 191-197, ISBN 0-7803-4340-9/98. (DMMP0001540-DMMP0001546).

Amtex Electronics Pty Ltd., "Chapter 1: Principles of Power Conversion," pp. 1-17, undated. (DMMP0006388-DMMP0006388).

Andreycak, Bill, "Power Management Solution Delivers Efficient Multiple Outputs," Aug. 1, 2001, Power Electronics Technology website, http://www.printthis.clickability.com/pt/cpt?action=cpt&title=Power+Management+Solut... printed on Dec. 15, 2007. (DMMP0001579-DMMP0001583).

Arduini, Douglas P., "A Distributed Power System with a Low-Cost Universal DC/DC Converter," Power Conversion Electronics Sep. 1995 Proceedings, pp. 315-322. (DMMP0001584-DMMP0001591).

Artesyn Technologies and Amtex Electronics Pty. Ltd., "Chapter 1: Principles of Power Conversion," pp. 1-17. (DMMP0001600-DMMP0001616).

Ashdowne, B., et al., "L'Alimentation Repartie—Une Solution Pour Les Annees Quatre Vingt Dix," S.21.A Distributed Power System, Programme General, Intelec '93, pp. xv-xxxxii, and pp. 47-50. (DMMP0001617-DMMP0001649).

Astec Powerpoint Presentation entitled, AMPSS®, Astec Modular Power Supply System,"undated. (ARTN00000464-ARTN00000562)."

Author unknown, "Chapter II: Inverters and Converters," and "Chapter III, Regulated Power Supplies." Undated. (DMMP0016369-DMMP0016417).

Balogh, Laszlo, "Design Review: 100W, 400kHz, DC/DC Converter With Current Doubler Synchronous Rectification Achieves 92% Efficiency," pp. 2-1-2-26, DC/DC Converter by Texas Instruments. (ARTN00000563-ARTN00000588).

Balogh, Laszlo, "The Performance of the Current Doubler Rectifier with Synchronous Rectification," Technical Papers of the Tenth International High Frequency Power Conversion 1995 Conference, pp. 216-225; May 6-12, 1995. ISBN 0-931033-54-3. (DMMP 0017426-DMMP0017437).

Balogh, Laszlo, et al., "Unique Cascaded Power Converter Topology for High Current Low Output Voltage Applications," 2001 Texas Instruments Incorporated, pp. 1-1 through 1-23. (DMMP0001650-DMMP0001673).

Barlage, F. Michael, "Synchronous Rectification and Regulation in Multiple Cross Regulated Outputs," Technical Papers of the Ninth International High Frequency Power Conversion 1994 Conference, pp. 185-193, Apr. 17-21, 1994. (DMMP0017438-DMMP0017447).

Barry, Mike, "Design Issues in Regulated and Unregulated Intermediate Bus Converters," pp. 1389-1394. ISBN 0-7803-8269-2/04. (DMMP0001698-DMMP0001703).

Beatty, Debra, et al., "Topical Overview of Soft-Switching PWM High Frequency Converters," Electrical and Computer Engineering Department, University of Central Florida, pp. 47-52. Undated. (DMMP0001710-DMMP0001715).

Belopolsky, Yakov, et al., "Hybrid Technologies for High Frequency Switching Power Supplies," 103-108. ISSN 0569-5503/91. (DMMP0001716-DMMP0001721).

Berkowitz, R., et al., "A Distributed Power Architecture for System 75 Digital Communications System," The Power Sources Conference 1984, pp. S9/1-1 through S9/1-6. (DMMP0001722-DMMP0001727).

Billings, Keith H., Handbook of Switchmode Power Supplies, McGraw-Hill Publishing Company, 1989. ISBN 0-07-005330-8. (DMMP0015233-DMMP0015911).

## US 7,558,083 B2
Page 9

Bindra, Ashok, "Two-Stage Conversion Redefines Dsitributed Power Architecture," May 1, 2003, Power Electronics Technology website, http://www.printthis.clickability.com/pt/cpt&title=Two-Stage-Conversion+R . . . , printed on Dec. 15, 2007. (DMMP0001793-DMMP0001795).

Blanchard, R., et al., "Design Of A High Efficiency, Low Voltage Power Supply Using Mosfet Synchronous Rectification And Current Mode Control," 16th Annual IEEE Power Electronics Specialists Conference, pp. 353-361 (1985). IEEE Catalog No. 85CH2117-0. (DMMP 0001804-DMMP 0001812).

Blake, Carl, et al., "Synchronous Rectifiers Versus Schottky Diodes: A Comparison of the Losses os a Sychronous Rectifier Versus the Losses of a Schottky Diode Rectifier," pp. 17-23 (1994). IEEE 0-7803-1456-5. (DMMP0017448-DMMP0017454).

Blake, Carl, et al., "Synchronous Rectifiers versus Schottky Diodes: A Comparison of the Losses of a Synchronous Rectifier Versus the Losses of a Schottky Diode Rectifier," 1994 IEEE (ARTN00000651-ARTN00000657).

Blanc, J., "Practical Applicaton of MOSFET Synchronous Rectifiers," Intelec Thirteenth International Telecommunications Energy Conference, 494-501 (1991). IEEE Catalog No. CH2970-2/91/0000-0495. (DMMP0001796-DMMP0001803).

Blanc, James, et al., "Use of Enhancement- And Depletion-Mode Mosfets in Synchronous Rectification," Proceedings of the Power Electronics Show & Conference, pp. 1-8, 390-395; Oct. 7-9, 1986. (DMMP0017455-DMMP0017469).

Blanchard, R., et al., "MOSFETs Move in on Low Voltage Rectification," Official Proceedings of the Ninth International PCI '84 Conference, pp. 213-222, Oct. 29-31, 1984. (DMMP0016061-DMMP0016072).

Boschert Incorporated marketing brochure, "Boschert An International Leader in Switching Power Supplies," undated. (DMMP 0001813-DMMP 0001836).

Boschert Incorporated marketing brochure, Boschert An International Leader in Switching Power Supplies. (DMMP0001837-DMMP0001851).

Broschert, Inc., "Power Module Lets Users Customize Supplies," Electronic Design, Jun. 25, 1981, p. 213. (DMMP0002590).

Bowles, B.A., et al., "Modelling Interference Properties of SMPS DC Power Distribution Busses," pp. 119-126. (DMMP 0001861-DMMP 0001868).

Bowman, Wayne C., et al. ,"A High Density Board Mounted Power Module for Distributed Powering Achitectures," pp. 43-54. IEEE Catalog No. CH2853-0/90/0000-0043. (DMMP 0001869-DMMP 0001880).

Brakus, Bogdan, "DC/DC Modules for Low Voltage Applications: The New Generation of Board Mounted Modules in Thick-Copper Multilayer Technology," Intelec '98 Twentieth International Telecommunications Energy Conference Oct. 4-8, 1998, ISBN: 0-7803-5069-3, IEEE Catalog No. 98CH36263C. (DMMP 0001881-DMMP 0001901).

Briskman, R.D., "Comsat Technical Review," vol. 7, No. 1, Spring 1977. (DMMP0001902-DMMP0002077).

Brown, Jess, "Addressing the topologies, converters, and switching devices for intermediate bus architectures," ISBN :90-75005-OS-S, pp. 1-9. EPE 2005—Dresden. (ARTN00000677-ARTN00000685).

Burns, J., et al., "An Intelligent, Fault Tolerant, High Power, Distributed Power System for Massively Parallel Processing Computers," pp. 795-800 (1994). ISBN 0-7803-1456-5/94. (DMMP0002078-DMMP0002084).

Carpenter, B., et al., "A Distributed Power System for Military VLSI Applications," Technical Papers of the Third International High Frequency Power Conversion 1988 Conference, May 1-5, 1988, pp. 430-441. ISBN 0-931033-07-1. (DMMP 0002122-DMMP 0002135).

Carr, Gregory A., et al., "X2000 Power System Architecture," pp. 381-386. Unpublished paper, California Institute of Technology, Jet Propulsion Laboratory. (DMMP0002136-DMMP0002141).

Carsten, B., "Distributed Power System of the Future Utilizing High Frequency Converters," Technical Papers of the Second International High Frequency Power Conversion 1987 Conference, Apr. 21-23, 1987. pp. 1-14. (DMMP 0002159-DMMP 0002173).

Carsten, B., "VLSI & VHSIC Power System Design Considerations," International PCI '86 Conference, Oct. 1986, pp. 1-15. (DMMP 0002142-DMMP 0002158).

Casey, Leo F., et al., "A High Frequency, Low Volume, Point-of-Load Power Supply for Distributed Power Systems," Proceedings of the 18th Annual IEEE Power Electronics Specialists Conference—PESC, Blacksburg, VA, Jun. 21, 26, 1987. ISSN 0275-9306/87/0000-0439. (DMMP0002189-DMMP0002200).

Casey, Leo Francis, "Circuit Design for 1-10 MHZ DC-DC Conversion," Unpublished doctoral dissertation, Massachusetts Institute of Technology (Feb. 1, 1989). (ARTN0000760-ARTN00000975).

Chen, W., et al., "Design of a High-Efficiency, Low-Profile Forward Converter with 3.3-v Output," The Thirteenth Annual VPEC Power Electronics Seminar, pp. 105-112; Sep. 24-26, 1995. (DMMP0017470-DMMP0017479).

Chen, Wei, et al., "Design of High Efficiency, Low Profile, Low Voltage Converter with Integrated Magnetics," pp. 911-917 (1987). ISBN 0-7803-3704-2/97. (DMMP 0002201-DMMP 0002207).

Chen, Y., "New Multi-Output Switching Converters with MOSFET-Rectifier Post Regulators," IEEE Transactions on Industrial Electronics, vol. 45, No. 4 (1998). ISSN 0278-0046/98. (DMMP0002208-DMMP0002215).

Cheng, K.W.E., "Comparative Study of AC/DC Converters for More Electric Aircraft," Power Electronics and Variable Speed Drives, pp. 21-21, Sep. 21-23, 1998, Conference Publication No. 456 IEE 1998. (DMMP0002216-DMMP0002221).

Choi, Byungcho, "Intermediate Line Filter Design to Meet Both Impedance Compatibility and EMI Specifications," IEEE Transactions on Power Electronics, vol. 10, No. 5, Sep. 1995, pp. 583-588. (ARTN0001183-ARTN00001188).

Chol, Byungcho, Ph.D., "Dynamics and Control of Switchmode Power Conversions in Distributed Power Systems," Unpublished doctoral dissertation, Virginia Polytechnic Institute and State University (1992). (ARTN00000983-ARTN00001182).

Cobos, J., et al., "Active Clamp PWM Forward Converter with Self Driven Synchronous Rectification\highlight2 ," S.20.C DC/DC Converters: Distributed Power, pp. 200-206, undated.(DMMP0002229-DMMP0002235).

Cobos, J.A., et al., "Comparison of High Efficiency Low Output Voltage Forward Topologies\highlight2 ," pp. 887-894 (1994). ISBN 0-7803-1859-5. (DMMP0002236-DMMP0002243).

Cobos, J.A., et al., "Low Output Voltage DC/DC Conversion," pp. 1676-1681 (1994). ISBN 0-7803-1328-3. (\highlight0 DMMP0002244-DMMP0002249).

Cobas, J.A., et al., "New Driving Scheme for Self Driven Synchronous Rectifiers," Fourteenth Annual Applied Power Electronics Conference and Expedition, vol. 2, pp. 840-846, Mar. 14-18, 1999. ISBN 0-7803-5160-6. (DMMP0002250-DMMP0002257).

Cobos, J.A., et al., "Optimized Synchronous Rectification Stage for Low Output Voltage (3.3V) DC/DC Conversion," 25th Annual IEEE Power Electronics Specialists Conference, Jun. 20-25, 1994, pp. 902-908. (DMMP0002258-DMMP0002265).

Cobos, J.A., et al., "RCD Clamp PWM Forward Converter With Self Driven Synchronous Rectification," pp. 1336-1341 (1993). ISBN 0-7803-0891-3. (DMMP0002266-DMMP0002271).

Cobos, J.A., et al., "Resonant Reset Forward Topologies for Low Output Voltage on Board Converters," pp. 703-708 (1994). ISBN 0-7803-1456-5. (DMMP0002272-DMMP0002272).

Cobos, J.A., et al., "Self Driven Synchronous Rectification in Resonant Topologies: Forward ZVS-MRC, Forward ZCS-QRC and LCC-PRC," 0-7803-0582-5, 1992 IEEE, pp. 185-190.

Cobos, J.A., et al., "Several Alternatives for Low Output Voltage on Board Converters," pp. 163-169 (1998). ISBN 0-7803-4340-9. (DMMP 0002278-DMMP 0002284).

Cobos, J.A., et al., "Study of the Applicability of Self-Driven Synchronous Rectification to Resonant Topologies," pp. 933-940 (1992). ISBN 0-7803-0695-3. (DMMP0002285-DMMP0002292).

Photograph from Tektronix, Inc.'s, "TM 503 Power Module Instruction Manual," Rev. May 1984. (See DMMP0007937-DMMP0007995). (DMMP0007936).

Croll, P., et al., "Multiple Output DC/DC Zero-Current Switch Quasi-Resonant Converter," S.20.C DC-DC Converters—Distributed

Power, Convertisseurs Continu-Continu, pp. 215-220. (ARTN00001260-ARTN00001265).

de Hoz, A., et al., "Analaysis and Design of a Zero Current Switched Quasi-Resonant Converter with Synchronous Rectification for Low Output Voltage Applications," pp. 221-228 (1992). ISBN 0-7803-0695-3. (DMMP0002312-DMMP0002319).

de la Cruz, E., et al., "Analysis of Suitable PWM Topologies to Meet Very High Efficiency Requirements for a Board DC/DC Converters in Future Telecom Systems," S.20.C DC/DC Converters: Distributed Power, pp. 207-214 (DMMP0002320-DMMP0002327).

de la Cruz, E., et al., "Performances Comparison of Four Practical Implementations Based on PWM, Quasi and Multiresonant Topologies for on Board DC/DC Converters in Distributed Power Architectures," pp. 917-925 (1992). ISBN 0-7803-0695-3. (DMMP0002296-DMMP0002304).

de la Cruz, E., et al., "Review of Suitable Topologies for on Board DC/DC Converters in Distributed Power Architectures for Telecom Applications," pp. 59-65 (1992). ISBN 0-7803-0779-8. (DMMP0002305-DMMP0002311).

Diaz, J., et al., "A New Lossless Power Mosfet Driver Based on Simple DC/DC Converters," pp. 37-43 (1995). ISBN 0-7803-2730-6. (DMMP0016081-DMMP0016087).

Diazzi, C., et al., "80W-400W Monolithic Buck Regulators Integrated in Multipower BCD Technology," HFPC May 1988 Proceedings, pp. 212-226. (DMMP0002538-DMMP0002552).

Dixon, L.H., Jr., "High Power Factor Preregulators for Off-Line Power Supplies," Unitrode Corporation and Texas Instruments Incorporated, pp. 6-1 through 6-16 (2003). (DMMP0002585-DMMP0002585).

Dwane, Patrick, et al., "A Resonant High Side Gate Driver for Low Voltage Applications," pp. 1979-1985 (2005). ISBN 0-7803-9033-4. (DMMP0016088-DMMP0016094).

Ericsson, Inc., "Selection of Architecture for Systems Using Bus Converters and POL Converters," Ericsson Design Note 023, pp. 1-7, May 2005. (DMMP0003503-DMMP0003509).

"Electronics Life" magazine excerpts, Mar. 1995, pp. 45-52. (Translation not provided). (DMMP0016106-DMMP0016114).

"Electronic Life" magazine excerpts, Nov. 1995, pp. 81-90. (Translation not provided). (DMMP0016095-DMMP0016105).

Farrington, R., et al., "Comparison of Single-Ended-Parallel MRC and Forward MRC," pp. 203-210 (1992). ISBN 0-7803-0485-3. (DMMP0003510-DMMP0003517).

Ferencz, A., "A 250 W High Density Point-of-Load Converter," Unpublished master's thesis, Massachusetts Institute of Technology (Sep. 1989). (DMMP0003518-DMMP0003577).

Ferenczi, O., "Power Supplies, Part B: Switched-Mode Power Supplies," StuElsevier Science Publishers (1987). ISBN 0-444-98998-6. (DMMP0003638-DMMP0003725).

Ferreira, J.A., et al., "A Self Oscillating Bidirectional DC to DC Converter Employing Minimum Circuitry," pp. 125-129. Undated. (DMMP0017541-DMMP0017545).

Fisher, R.A., et al., "A 1 MHz 100W Commercial, High Density Point-of-Load Power Supply Using Direct-Bond Copper and Surface Mount Technologies," Fifth Annual IEEE Applied Power Electronics Conference and Exposition, Mar. 11-16, 1990, pp. 55-63. (DMMP0003737-DMMP0003747).

Franz, G.A., "Multilevel Simulation Tools for Power Converters," pp. 629-633 (1990). IEEE Catalog No. CH2853-0/90/0000-0629. (DMMP 0003779-DMMP0003783).

Fu-Sheng, Tsai, "A Low-Cost, Low-Loss Active Voltage-Clamp Circuit fo Interleaved Single-Ended Forward PWM Converter," 1993 IEEE, pp. 729-733. (DMMP0008154-DMMP0008158).

Gachora, John Mburu, "Design of a Four-Phase Switchmode High Efficiency Power Supply," Unpublished master's thesis, Massachusetts Institute of Technology, Cambridge, MA (May 16, 1994). (ART00001449-ART00001516).

Garcia, O., "Zero Voltage Switching in the PWM Half Bridge Topology with Complementary Control and Synchronous Rectification," pp. 286-291 (1994). ISBN 0-7803-2730-6. (DMMP0003789-DMMP0003794).

Garcia, O., et al., "PCB Based Transformers for Multiple Output DC/DC Converters," pp. 51-55 (1995). ISBN 0-7803-3071-4. (DMMP0003784-DMMP0003788).

Gaudreau, M.P.J., et al., "Solid-State High Voltage, DC Power Distribution & Control," Proceedings of the 1999 Particle Accelerator Conference, New York, 1999, pp. 568-570. ISBN 0-7803-5573-3. (DMMP0003795-DMMP0003797).

Gegner, J.P., et al., "High Power Factor AC-to-DC Converter Using a Reactive Shunt Regulator," pp. 349-355 (1994). ISBN 0-7803-1859-5. (DMMP0003931-DMMP0003937).

Ghislanzoni, L., "Parallel Power Regulation of a Constant Frequency, ZV-ZC Switching Resonant Push-Pull," Proceedings of the European Space Power Conference, Florence, Italy, Sep. 2-6, 1991. (ESA SP-320, Aug. 1991). ISBN 92-9092-122-6. (DMMP 0003938-DMMP 0003947).

Gillett, J.B., et al., "Transistor Rectifier-Regulator," IBM Technical Dislcosure Bulletin, vol. 22, No. 6, Nov. 1979, pp. 2319-2320. (ART00001517-ARTN00001519).

Goodenough, F., "Power-Supply Rails Plummet and Proliferate," Electronic Design, Jul. 24, 1995, pp. 51-54. (DMMP 0003948-DMMP 0003951).

Gottlieb, Irving M., "Power Control with Solid State Devices," pp. 1-372, Reston Publishing Company, Inc., 1985. ISBN 0-8359-5584-2. (DMMP0014852-DMMP0015232).

Gottlieb, Irving M., "Power Supplies, Switching Regulators, Inverters and Converters, Second Editiion," TAB Books, pp. 1-483 (1994). ISBN 0-8306-4405-9 (H). (DMMP0003952-DMMP0004434).

Graf, Rudolf F., "Converter and Filter Circuits," Butterworth-Heinemann, (1997). ISBN 0-7506-9878-0. (DMMP 0004435-DMMP 0004629).

Grant, Duncan A., et al., "Power MOSFETS: Theory and Applications," Chapter 7.1, pp. 183-253; John Wiley & Sons. (DMMP0017546-DMMP0017617).

Greenland, P., "Start:DPA Developments: A Reason for Change in Power Conversion," Nov. 5, 2004, "http://www.powermanagementdesignline.com/ 52200069;jsessionid=WEKDPBVXEVRK...12/15/2007." (DMMP0004630-DMMP0004633).

Greenland, P., "Start:DPA Development: A Reason for Change in Power Conversion," Nov. 5, 2004, http://www.powermanagementdesignline.com/ 52200069;jsessionid=WEKDPBVXEVRK...12/15/2007 (DMMP0004634-DMMP0004637).

Gutmann, R.J., "Application of RF Circuit Design Principles to Distributed Power Converters," IEEE Transactions of Industrial Electronics and Control Instrumentation, pp. 156-164 (1980). ISSN 0018-9421. (DMMP0004638-DMMP0004646).

Hadjivassilev, S.T., et al., "Front-End Converter System for Distributed Power Supply," ENE Conference on Power Electronics and Applications, Sep. 13-16, 1993, Publication No. 377 vol. 3 Electronic Power Supply Systems. ISBN 0-85296-585-0. (DMMP 0004672-DMMP 0004679).

Hamo, D., "A 360W, Power Factor Corrected, Off-Line Power Supply, Using the HIP5500," Intersil Intelligent Power, No. AS9417, Nov. 1994, pp. 1-6. (DMMP0004680-DMMP0004685).

Harada, Kazurou, et al., "A Novel ZVS-PMW Half-Bridge Converter," pp. 588-593 (1994). ISBN 0-7803-2034-4. (DMMP0016222-DMMP0016227).

Harada, Kazurou, et al., "Analysis and Design of ZVS-PWM Half-Bridge Converter with Secondary Switches," pp. 280-285 (1995). ISBN 0-7803-2730-5. (DMMP0016228- DMMP0016233).\par.

Harada, Kazurou, et al., "Analysis and Design of ZVS-PWM Half-Bridge Converter with Secondary Switches," pp. 280-285 (1995). ISBN 0-7803-2730-6. (DMMP0017480-DMMP0017485).

Harper, D.J., et al., "Controlled Sychronous Rectifier," 1988 High Frequency Power Conversion International, pp. 165-172 (May 1988). ISBN 0-931033-07-1. (DMPP0017486-DMPP0017495).

Hartman, W.D., "System Designer's Guide to Modular dc/dc Converters," Electronic Products, vol. 30, No. 19, Mar. 1, 1998. (DMMP0004686-DMMP0004692).

Hartman, William D., "System Designer's Introduction to Modular DC/DC Converters," Proceedings of the Power Electronics Show & Conference, Anaheim, CA, Feb. 22-25, 1988 (DMMP0004693-DMMP0004700).

Heath, C.C., "The Market for Distributed Power Systems," pp. 225-229 (1991). IEEE Catalog No. CH2992-6/91/0000/0225. (DMMP0004706-DMMP0004710).

Higahsi, T., et al., "On the Cross Regulation of Multi-Output Resonant Converters," 1988 Spring National Convention Record, The Institute of Electronics, Information and Communication Engineers, pp. 289-290 (Mar. 28-31, 1988). (DMMP0016234-DMMP0016236). Translation not available.

Honeywell, Inc., "Low Input Voltage D.C. to D.C. Converter, Final Report, Contract No. NAS 5-3441, National Aeronautics and Space Adminstration," Jun. 26, 1963-Mar. 26. 1984. (DMMP0007745-DMMP0007862).

Hsieh, G-C., et al., "A Study on Full-Bridge Zero-Voltage Switched PWM Converter: Design and Experimentation," pp. 1281-1285 (1993). ISBN 0-7803-0891-3. (DMMP0004711-DMMP0004715).

Hua, G.C., et al., "Development of a DC Distributed Power System," pp. 763-769 (1994). ISBN 0-7803-1456-5. (DMMP0004716-DMMP0004722).

Huang, H., "Coordination Design Issues in the Intermediate Bus Architecture," DCDC Technical White Paper from Astec Power (Jul. 2004). (DMMP0004723-DMMP0004730).

Huang, Hong, "Coordination Design Issues in the Intermediate Bus Architecture," DCDC Technical White Paper, Jul. 2004, Astec International Limited. (DMMP0001592-DMMP0001599).

Huillet, H., et al., "High Frequency Quasi-Resonant Buck Converter on Insulated Substrate for Avionics Distributed Power Systems," pp. 647-653 (1992). ISBN 0-7803-0485-3. (DMMP0004731-DMMP0004737).

Huliehel, F.A., et al., "A New Design Approach for Distributed Power Systems," VPEC, pp. 214-218 (1993). (DMMP0004738-DMMP0004742).

Hunter, R.D., "Regulatory and Technological Trends in Power Supplies," pp. 10-15 (1993). IEEE Catalog No. CH3310-0/93/0000-0002. (DMMP0004743-DMMP0004748).

IEEE Technology Update Series, "Power Electronics Technology and Applications 1993," Pierre A. Thollot, ed. (NJ: IEEE Technical Activities Board) (1992). ISBN 0-7803-0880-8. (DMMP0007560-DMMP0007644).

IEEE Technology Update Series, "Power Electronics Technology and Applications 1993," Pierre A. Thollot, ed. (NJ: IEEE Technical Activities Board) (1992). ISBN 0-7803-0880-8. (DMMP0007653-DMMP0007737).

Ivensky, G., et al., "A Resonant DC-DC Transformer," pp. 731-737 (1992). ISBN 0-7803-0485-3. (DMMP0004781-DMMP0004787).

Jacobs, M.E., et al., "Distributed Power Architecture Concepts," ntelec International Telecommunications Energy Conference, New Orleans, LA, Nov. 4-7, 1984. IEEE Catalog No. CH2073-5/84/0000-0105. (DMMP0004788-DMMP0004794).

Jamerson, S., "Post-Regulation Techniques for 100 KHz to 300 KHz Multiple-Output PWM Supplies (Limitations, Trends, and Predictions)," Technical Papers of the Fourth International High Frequency Power Conversion Conference, May 14-18, 1989, Naples, FL., pp. 260-273. (DMMP0004817-DMMP 0004831).

Jamerson, Cliff, et al., "1500 Watt Magnetics Design Comparison: Parallel Forward Converter vs. Dual Forward Converter," Technical Papers of the Fifth International High Frequency Power Conversion 1990 Conference, May 6-11, 1990, Santa Clara, CA, pp. 347-358. ISBN 0-931033-25-X. (DMMP 0004803-DMMP 0004816).

Jenson, James Lee, "An Improved Square-Wave Oscillator Curcuit," IEEE Transactions on Circuit Theory, pp. 276-279, Sep. 1957. (DMMP0016237-DMMP0016240).

Ji, H.K., et al., "Active Clamp Forward Converter with MOSFET Synchronous Rectification," PESC '94, 25th Annual IEEE Power Electronics Specialists Conference, Record vol. II, pp. 895-901. ISBN 0-7803-1859-5. (DMMP 0004832-DMMP 0004840).

Jitaru, I.D., "High Efficiency DC-DC Converter," APEC '94, Ninth Annual Applied Power Electronics Conference and Exposition, vol. 2, pp. 638-208 (Feb. 13-17, 1994). ISBN 0-7803-1456-5. (DMMP0004841-DMMP0004854).

Jitaru, Ionel Dan, "The Impact of Low Output Voltage Requirements on Power Converters," Technical Papers of the Tenth International High Frequency Power Conversion 1995 Conference, May 6-12, 1995, San Jose, CA, pp. 1-10. ISBN 0-931033-54-3. (DMMP 0004855-DMMP 0004866).

Jitaru, Ionel, Dan, et al., "High Efficiency DC-DC Converter," Abstract, \highlight2 Department of Electrical Engineering, Polytechnic Institute of Bucharest, Bucharest, Romania, \highlight0 pp. 638-644 (1994). ISBN 0-7803-1456-5. (ARTN00001785-ARTN00001791).

Jovanovic, M.M., et al., "Design Considerations for Forward Converter with Synchronous Rectifiers," Virginia Power Electronics Center, 1993 Power Electronics Seminar, Sep. 19-21, 1993, pp. 163-173. (DMMP0004867-DMMP0004879).

Jovanovic, M.M., et al., "Evaluation of Synchronous-Rectification Efficiency Improvement Limits in Forward Converters," pp. 387-395 (1995). ISSN 0278-0046. (DMMP0004880-DMMP0004888).

Jovanovic, Milan M., et al., "Evaluation of Synchronous-Rectification Efficiency Improvement Limits in Forward Converters," IEEE Transactions on Industrial Electronics, vol. 42, No. 4, Aug. 1995, pp. 387-395. ISBN0278-0046. (ARTN00001792-ARTN00001800).

Kagan, Richard S., et al., "Improving Power Supply Efficiency with MOSFET Synchronous Rectifiers," Ninth International Solid-State Power Electronics Conference, Jul. 13-15, 1982, D-4 p. 1 through D-4 p. 5. (ARTN00001801-ARTN00001806).

Kagan, Richard, et al., "Improving Power Supply Efficiency with MOSFET Synchronous Rectifiers," Proceedings of the Powercon.9 Ninth International Solid-State Power Electronics Conference Washington, D.C., Jul. 13-15, 1982, pp. D-4 p. 1 through D-4 p. 5. (DMMP0004978-DMMP0004983).

Kang, Y.G., et al., "A Parallel Resonant Converter with Postregulators," IEEE Transactions on Power Electronics, 7:296-303 (1992. ISSN 0885-8993. (DMMP0004984-DMMP0004991).

Kassakian, J.G., et al., "High-Frequency High-Density Converters for Distributed Power Supply Systems," Proceedings of the IEEE, 76:362-376 (1988). (DMMP0004992-DMMP0005006).

Kester, W., et al., "Section 3, Switching Regulators," pp. 3.1-3.71, undated. (DMMP0005007-DMMP0005077).

Kester, W., et al., "Section 3, Switching Regulators," pp. 3.1-3.71, undated. (DMMP0005078-DMMP0005148).

Klapfish, M., "Trends in AC/DC Switching Power Supplies and DC/DC Converters," pp. 361-365 (1993). ISBN 0-7803-0982-0. (DMMP0005149-DMMP0005153).

Kociecki, John, et al., "A High Power-Density DC-DC Converter Board," Second Annual IEEE Applied Power Electronics Conference and Exposition, Mar. 2-6, 1987, San Diego, CA. IEEE Catalog No. 87CH2402-6. (DMMP0005154-DMMP0005167).

Kollman, R., et al., "Processor Power Subsystem Architectures," pp. 1183-1189 (2000). ISBN 0-7803-5864-3. (DMMP0005175-DMMP0005181).

Korman, C.S., et al., "A Synchronous Rectifier for High-Density Power Supplies," HFPC—May 1985 Proceedings, pp. 126-139. (ARTN00001864-ARTN00001875).

Krauthamer, S., "High Efficiency Synchronous Rectification in Spacecraft Power Systems," European Space Power Conference, Gratz, Austria, Aug. 23-27, 1993, pp. 1-5. (DMMP0017506-DMMP0017510).

Krauthamer, Stan, et al., "State-of-the-Art of DC Components for Secondary Power Distribution on Space Station Freedom," Fifth Annual IEEE Applied Power Electronics Conference and Exposition, Mar. 11-16, 1990, Los Angeles, CA. (DMMP0005182-DMMP0005197).

Krein, P.T., et al., "Autonomous Control Technique for High-Performance Switches," IEEE Transactions on Industrial Electronics, 39:215-222 (1992). ISSN 0278-0046. (DMMP0005198-DMMP0005205).

Lam, E., et al., "Revolutionary Advances in Distributed Power Systems," pp. 30-36 (2003). ISBN 0-7803-7768-0. (DMMP0005206-DMMP0005212).

Lee, F.C., et al., "Power Management Issues for Future Generation Microprocessors," pp. 27-33 (1999). ISBN 0-7803-5290-4. (DMMP0005213-DMMP0005219).

Lemnios, Z.J., et al., "Low-Power Electronics," IEEE Design & Test of Computers, pp. 8-13 (1994). ISSN 0740-7475. (DMMP0005220-DMMP0005225).

Leu, Ching-shan, et al., "A High-Frequency AC Bus Distributed Power System," Virginia Power Electronics Center, 1990 Power Electronics Seminar, Sep. 17-19, 1990, pp. 98-107. (DMMP0005226-DMMP0005237).

Leung, H.M., "SPICE Simulation and Modeling of DC-DC Flyback Converter," unpublished master's thesis, Massachusetts Institute of Technology (Aug. 1995). (DMMP0005250-DMMP0005314).

Lewis, L.R., et al., "Modeling, Analysis and Design of Distributed Power Systems," pp. 152-159 (1989). IEEE Catalog No. CH2721-9/89/0000/0152. (DMMP0005315-DMMP0005322).

Lewis, L.R. et al., "Modeling, Analysis, and Design of Distributed Power Systems," pp. 452-459, IEEE Catalog No. CH2721-9/89/0000/0152, 1989 IEEE. (ARTN00001897-ARTN00001904).

Lewis, R., et al., "Distributed Power System Analysis, Final Report Prepared for IBM Corporation," Mar. 1989, Virginia Power Electronic Center, Bradley Department of Electrical Engineering, Virginia Polytechnic Institute and State University, Mar. 1989. (ARTN00001905-ARTN00002179).

Liang, Y.C., et al., "Design Considerations of Power MOSFET for High Frequency Synchronous Rectification," pp. 388-395 (1995). ISSN 0885-8993/95. (DMMP0005323-DMMP0005332).

Lindman, P., "Powering Tomorrow's Data Internetworking Systems," Ericsson Microelectronics, pp. 506-511, undated, (DMMP0005342-DMMP0005347).

Lindman, P., et al., "Applying Distributed Power Modules in Telecom Systems," pp. 365-373 (1996). ISSN 0885-8996/96. (DMMP0005333-DMMP0005341).

Linera, F.F., et al., "Closing the Feedback Loop in the Half-Bridge Complementary-Control DC-to-DC Converter," Twelfth Annual Applied Power Electronics Conference and Exposition vol. 2, Feb. 23-27, 1997, Atlanta, GA. ISBN 0-7803-3704-2. (DMMP0005348-DMMP0005354).

Lingle, John T., "Low Input Voltage D.C. to D.C. Converter Final Report," National Aeronautics and Space Administration, Contract No. NAS 5-3441, pp. 1-64, Appendices A-C; Jun. 26, 1963-Mar. 26, 1964. (DMMP0016245-DMMP0016362).

Lingle, John T., "Low Input Voltage D.C. to D.C. Converter Final Report," National Aeronautics and Space Administration, Contract No. NAS 5-3441, pp. 1-64, Appendices A-C; Jun. 26, 1963-Mar. 26, 1964. (DMMP0015912-DMMP0016029).

Lo, D.S., et al., "A Compact DC-to-DC Power Converter for Distributed Power Processing," IEEE Transactions on Power Electronics, 7:714-724 (1992). ISSN 0885-8993/92. (DMMP0005355-DMMP0005367).

Lo, Edward Wai-chau, "Cost Analysis of Powering an Optical Customer Access Network," ntelec Fourteenth International Telecommunications Energy Conference, Oct. 4-8, 1992, Washington, D.C., pp. 96-103. ISBN0-7803-0779-8. (DMMP 0005368-DMMP 0005377).

Lo, P.S., et al., "Development of a DC-to-DC Power Converter for Distributed Power Processing," Unisys Corporation, pp. 413-422. IEEE Catalog No. CH2719-3/89/0000-0413. 1989 IEEE. (ARTN00002211-ARTN00002220).

Maksimovic, Dragan, "A Mos Gate Drive with Resonant Transitions," pp. 527-532 (1991). ISBN 0-7803-0090-4. (DMMP0016363-DMMP0016368).

Malik, R., "The Power System Challenge—Understanding the Total Picture," IEEE, pp. 202-208 (2003). ISBN 0-7803-7768-0. (DMMP0005378-DMMP0005384).

Mammano, B., "Distributed Power Systems," pp. 1-1-1-12, Unitrode Corporation (1993). (DMMP0005385-DMMP0005396).

Mammano, R., "Isolating the Control Loop," pp. 2-1-2-16, Unitrode Corporation and Texas Instruments Incorporation (2001). (DMMP0005397-DMMP0005413).

Mannion, Patrick, "New Challenges Place Power Squarely in the Spotlight," Electronic Design, Nov. 3, 1997, 8 pages, numbers illegible. (ARTN00002826-ARTN00002832).

Marchetti, R., "Power Systems Architectures What's In? What's Out?," Battery Power Products & Technology, (2003). (DMMP 0005414-DMMP 0005415).

Matsuo, H., "Comparison of Multiple-Output DC-DC Converters using Cross Regulation," IEEE Power Electronics Specialists Conference, San Diego, CA, Jun. 18-22, 1979. IEEE Catalog No. 79CH1461-3 AES. (DMMP0005416-DMMP0005434).

Maxim Integrated Products, "Power Supplies for Telecom Systems," Sep. 6, 2000. (DMMP0005435-DMMP0005449).

Maxim Integrated Products, "Synchronous Rectification Aids Low-Voltage Power Supplies," Maxim Application Note, http://www.maxim-ic.com/appnotes.cfm/an_pk/652, Jan. 31, 2001. (DMMP0005450-DMMP0005457)..

MC-Service, "Service Manual for Sony DCR-VX1000/VX1000E RMT-803 Sony Digital Video Camera Recorder, (DMMP0007137-DMMP0007345)." Contains the following supplements: "DCR-VX1000/VX1000E RMT-803, Service Manual, Supplement-3: Electrical Part Changed," (DMMP0007382); "DCR-VX1000/VX1000E RMT-803, Service Manual, Supplement-2: Addition for Bist Check," (DMMP0007383-DMMP0007386) "DCR-VX1000/VX1000E RMT-803, Service Manual, Supplement-2: Addition for Bist Check," (DMMP0007387-DMMP0007390); "DCR-VX1000/VX1000E RMT-803, Service Manual, Supplement-1," (DMMP0007391-DMMP0007394); "DV Mechanical Adjustment Manual I," (DMMP0007395-DMMP0007435).

Micro Linear Battery Power Control IC General Description and Features, Jan. 1997 (DMMP 0005467-DMMP 0005467).

Miles, F.M., et al., "Market Trends Toward Enhanced Control of Electronic Power Systems," pp. 92-98 (1993). ISBN 0-7803-0982-0. (DMMP0005468-DMMP0005474).

Miwa, B.A., "Hybrid Construction of a 10MHz DC-DC Converter for Distributed Power Systems," Unpublished master's thesis, Massachusetts Institute of Technology, Feb. 1989. (DMMP0005475-DMMP 0005537).

Miwa, B.A., et al., "High Efficiency Power Factor Correction Using Interleaving Techniques," pp. 557-568 (1992). ISBN 0-7803-0485-3. (DMMP 0005538-DMMP 0005549).

Miwa, Brett, et al., "Copper-Based Hybrid Fabrication of a 50 high-light2 W, 5 MHz 40V-5V DC/DC Converter," Massachusetts Institute of Technology, pp. 256-261. IEEE Catalog No. CH219-3-89/0000-0256, 1989 IEEE,. (ART00002247-ART00002255).

Moore, B.D., "Step-Up/Step-Down Converters Power Small Portable Systems," EDN, Feb. 3, 1994, pp. 79-84. (DMMP0005550-DMMP0005554).

Moore, Bruce, "Synchronous rectification aids low-voltage power supplies," EDN Access—Apr. 27, 1995, http://www.edn.com/archives/1 995/042795/09dF4.htm. (ART00002256-ART00002262).

Morrison, D.G., "Distributed Power Moves to Intermediate Voltage Bus," Electronic Design, pp. 56-62 (Sep. 16, 2002). (DMMP0005555-DMMP0005560).

Morrison, David G., "Distributed Power Moves to Intermediate Voltage Bus," http://electronicdesign.com/Articles/Print.cfm?ArticleID=2744, Sep. 16, 2002. (ART00002263-ART00002269).

Mullet, G.C., "The Rule of the Power Source In System Design," Proceedings of the Power Sources Users Conference, Oct. 15-17, 1985, Anaheim, CA. (DMMP0005672-DMMP0005680).

Mullett, Charles E., "Practical Design of Small Distributed Power Systems," PCIM, Jan. 1991, pp. 21-27. (ARTN00002276-ARTN00002281).

Mullett, Charles E., "Practical Design of Small Distributed Power Systems," Power Conversion & Intelligent Motion, pp. 104-111 (Jan. 1991). (DMMP0017511-DMMP0017519).

Murakami, N., et al., "A High-Efficiency 30-W Board Mounted Power Supply Module," Thirteenth International Telecommunications Energy Conference, ntelec91, Nov. 5-8, 1991, Kyoto, Japan. ISBN 0-87942-670-5. (DMMP 0005681-DMMP 0005688).

Murakami, N., et al., "A Highly Efficient Low-Profile 300-W Power-Pack for Telecommunications Systems," pp. 786-792 (1994). ISBN 0-7803-1456-5. (DMMP0005697-DMMP0005703).

Murakami, N., et al., "A Simple and Efficient Synchronous Rectifier for Forward DC-DC Converters," pp. 463-468. ISBN 0-7803-0982-0. (ARTN0002288-ARTN00002293).

Mweene, L.H., "The Design of Front-End DC-DC Converters of Distributed Power Supply Systems with Improved Efficiency and Stability," unpublished doctoral thesis, Massachusetts Institute of Technology, Sep. 1992. (DMMP0005712-DMMP0005895).

Mweene, L.H., et al., "A High Efficiency 1.5kW, 390-50 V Half-Bridge Converters Operated at 100% Duty-Ratio," pp. 723-730 (1992). ISBN 0-7803-0485-3. (DMMP0005704-DMMP0005711).

Mweene, Loveday H., et al., "A 1 kW, 500 kHz Front-end Converter for Distributed Power Supply System," pp. 423-432 (1989). IEEE Catalog No. CH2719-3/89. (DMMP0017520-DMMP00017529).

Narveson, B., "How Many Isolated DC-DC's Do You Really Need?," pp. 692-695 (1996). ISBN 0-7803-3044-7. (DMMP0005896-DMMP0005899).

Narveson, B., "What is the Right Bus Voltage?," pp. 883-888 (1998). ISBN 0-7803-4340-9. (DMMP0005900-DMMP0005905).

Narveson, B., et al., "Why the Market is Ready for a Non-Isolated DC/DC Power Module Standard," pp. 335-341 (1998). ISBN 0-7803-8269-2. (DMMP0005906-DMMP0005912).

Newhart, Milton, "Product Report on DC-DC Converters," Electronic Design, vol. 34, Issue 21, pp. 169-170, Sep. 11, 1986. (DMMP0005920-DMMP0005921).

Newhart, Milton, "Product Report: On DC-DC Converters," Electronic Design, Sep. 11, 1986, pp. 169-170. (DMMP00002587-DMMP0002588).

Nochi, H., et al., "Full-Wave Current Resonant Multi-Output Converters," pp. 528-535 (1990). IEEE Catalog No. CH2873-8/90. (DMMP0005922-DMMP0005929).

Ollero, S., et al., "New Post-Regulation and Protection Methods for Multiple Output Power Converters With Synchronous Rectification," pp. 462-469 (1996). ISBN 0-7803-3507-4. (DMMP0005930-DMMP0005937).

Ollero, S., et al., "Post-Regulation and Protection Methods for Multiple Output Power Converters With Synchronous Rectification," pp. 462-469. ISBN 0-7803-3507-4. (ARTN00002503-ARTN00002510).

Osiichin, N., et al., "Evolving Central-Office Powering Architecture," Fifth International Telecommunications Energy Conference; Oct. 18-21, 1983. IEEE Catalog No. 83CH1855-6. (DMMP0016418-DMMP001624).

Pagotto, L., "Distributed Power Supplies, Course Notes for a Seminar Presented During the Power Electronics Conference '90," The Power Electronics Conference '90, Feb. 14-16, 1990, Long Beach, CA. (DMMP0005938-DMMP0005949).

Panov, Y., et al., "Design and Performance Evaluation of Low-Voltage/High-Current DC/DC On-Board Modules," Fourteen Annual Applied Power Electronics Conference and Exposition, vol. 1, Mar. 14-18, 1999, Dallas, TX. ISBN 0-7803-5160-6. (DMMP0005950-DMMP0005958).

Pedersen, F.H., "Low Voltage High Efficiency Power Conversion," Proceedings of the Fifth European Space Power Conference, Tarragon, Spain, Sep. 21-25, 1998, ESA SP-416, Sep. 1998, pp. 51-56. (ARTN00002519-ARTN00002524).

Pepper, S.H., "A New High Efficiency Post-Regulation Technique for Multiple Output Converters," Ninth International Solid-State Power Electronics Conference, Washington, D.C., Jul. 13-15, 1982, pp. D-3 p. 1 through D-3 p. 9. (DMMP0005968-DMMP0005977).

Perkinson, Joseph, "UPS Systems—A Review," Third Annual IEEE Applied Power Electronics Conference and Exposition, pp. 151-154 (Feb. 1-5, 1988). IEEE Catalog No. CH2504-9. (DMMP0016425-DMMP0016429).

Peterson, William A., et al., "A Half Bridge, Self-Oscillating, Multi-Resonant Converter," pp. 77-84 (1993). ISBN 0-7803-0982-0. (DMMP0016430-DMMP0016437).

Photograph from "Instruction Manual for AA501 Distortion Analyzer WIth Options," Artek Media, Revised Nov. 1981. (See, DMMP0001345-DMMP0001505). (DMMP00001344).

Powerex, Inc., "Introduction to Solid State Power Electronics", John William Motto, Jr., ed., (PA: Powerex, Inc.), Feb. 1977. (DMMP0005561-DMMP0005671).

Pressman, Abraham I., "Switching and Linear Power Supply, Power Converter Design," Hayden Book Company, Inc. (1977). ISBN 0-8104-5847-0. (DMMP0005997-DMMP 0006387).

Qian, J., "Advance Single-Stage Power Factor Correction Techniques," unpublished doctoral thesis, Virginia Polytechnic Institute and State University, Sep. 25, 1997. (DMMP0006547-DMMP0006731).

Cho, R.B., et al., "Analysis and Design of Multi-Stage Distributed Power Systems," Virginia Power Electronics Center, pp. 55-61 (DMMP0002222-DMMP0002228).

Ratajczak, Robin, "Linear/Switching Supply Isolates, Holds Down Noise," Electronic Design 25, Dec. 6, 1979, p. 156. (DMMP0002589-DMMP0002589).

Ren, Y., et al., "Two-Stage 48V Power Pod Exploration for 64-Bit Microprocessor," pp. 426-431 (2003). ISBN 0-7803-7768-0. (DMMP0006772-DMMP0006777).

Renauer, J.G., "Challenges in Powering High Performance Low Voltage Processors," Eleventh Annual Applied Power Electronics Conference and Exposition, vol. 2, Mar. 3-7, 1996, San Jose, CA. ISBN 0-7803-3045-5. (DMMP0006778-DMMP0006787).

Rittenhouse, G.E., et al. ,"A Low-Voltage Power MOSFET With a Fast-Recovery Body Diode for Synchronous Rectification," pp. 96-106 (1996). IEEE Catalog No. CH2873-8/90. (DMMP0006788-DMMP0006798).

Rodriguez, G.E., "Voltage Conversion and Regulation Techniques Employed in the Prime Converter for the Anchored Interplanetary Monitoring Platform (AIMP) Spacecraft," Supp. to IEEE Transactions on Aerospace and Electronic Systems, vol. AES-2, pp. 466-476 (1966). (DMMP0006799-DMMP0006809).

Rostek, Paul M., "Power System Design for Massive Parallel Computer Systems," Ninth Annual Applied Power Electronics Conference and Exposition, vol. 2, Feb. 13-17, 1994, Orlando, FL., pp. 808-814. ISBN 0-7803-1456-5. (DMMP 0006810-DMMP 0006818).

Rozman, A.F., et al., "Circuit Considerations for Fast, Sensitive Low-Voltage Loads in a Distributed Power System," pp. 34-42 (1995). ISBN 0-7803-2482-X. (DMMP0006828-DMMP0006836).

Rutledge, W.T., "Distributed Power 'Time for a Second Look,'", Conference Proceedings ntelec '86 International Telecommunications Energy Conference, Oct. 19-22, 1986, Toronto, Canada. ISBN 0-9692316-1-X. (DMMP0006837-DMMP0006845).

Sakai, E., et al., "Mosfet Synchronous Rectificer with Saturable Transformer Commutation for High Frequency Converters," pp. 1024-1031 (1993). ISBN 0-7803-1243-0. (DMMP0006846-DMMP0006853).

Sakai, Eijii, et al., "A New Synchronous Rectifier Using Bipolar Transistor Driven by Current Transformer," pp. 424-429 (1992). ISBN 0-7803-0779-8. (DMMP0017530-DMMP0017535).

Sakaii, Eijii, et al., "Synchronous Rectifier for Low Voltage Switching Converter," pp. 1-5 (1995). ISBN 0-7803-2750-0. (DMMP0017536-DMMP0017540).

Sampson, P. et al., "Energy Systems Meeting the Requirements for Distributed Telecommunications Systems," Trends in Telecommunications, vol. 8, No. 3, pp. 24-32, undated. (DMMP0006854-DMMP0006862).

Schulz, S., et al., "Design Considerations for a Distributed Power System," pp. 611-617 (1990). IEEE Catalog No. CH2873-8/90. (DMMP0006867-DMMP0006873).

Schulz, S., et al., "Integrating a Series of High-Density Converters," PowerTechnics Magazine, pp. 32-37 (Jan. 1990). (DMMP0006874-DMMP0006878).

Schwartz, F.C., "A Controllable DC Transformer," Paper 18.3, presented at the 1970 Intermag Conference, Washington, D.C., Apr. 21-24. (DMMP0006879-DMMP0006880).

Sebastian, J., et al., "A Complete Study of the Double Forward-Flyback Converter," PESC '88 Record, pp. 142-149 (1988). IEEE Catalog No. CH2523-9/88. (DMMP0006881-DMMP0006888).

Sebastian, J., et al., "A Study of the Two-Input Dc-to-Dc Switching Post-Regulators," pp. 35-45 (1996). ISBN 0-7803-3633-4. (DMMP0006904-DMMP0006914).

Sebastian, J., et al., "An Overall Study of the Half-Bridge Complementary-Control DC-to-DC Converter," pp. 1229-1235 (1995). ISBN 0-7803-2730-6. (DMMP0006926-DMMP0006932).

Sebastian, J., et al., "Average-Current-Mode Control of Two-Input Buck Postregulators Used in Power-Factor Correctors," pp. 569-576 (1999). ISSN 0278-0046/99. (DMMP0006889-DMMP0006896).

Sebastian, J., et al., "Input Current Shaper Based on the Series Connection of a Voltage Source and Loss-Free Resistor," pp. 461-467 (1998). ISBN 0-7803-4340-9. (DMMP0006897-DMMP0006903).

Sebastian, J., et al., "Very Efficient Two-Input Dc-to-DC Switching Post-Regulators," pp. 874-880 (1996). ISBN 0-7803-3500-7. (DMMP0006933-DMMP0006939).

Severns, Rudolf P., et al., "Modern DC-To-DC Switchmode Power Converter Circuits," Van Nostrand Reinhold Company, 1985. ISBN 0-442-21396-4. (DMMP0016482-DMMP0016839).

Severns, Rudy, "Switchmode Converter Topologies—Make Them Work for You!", Intersil Inc. Application Bulletin A035. (DMMP0004749-DMMP0004780).

SGS-Thomson, "Microelectronics Application Note: Designing with the L296 Monolithic Power Switching Regulator," pp. 1-43 (1996). (DMMP0007082-DMMP0007124).

Shepard, Jeffrey D., "Power Supplies," by Reston Publishing Company (1984). ISBN 0-8359-5568-0. (DMMP 0007125-DMMP 0007129).

Shi, F., et al., "Fault Tolerant Distributed," pp. 671-677 (1996). ISBN 0-7803-3044-75. (DMMP0007130-DMMP0007136).

Shoyama, Masahito, et al., "Zero-Voltage-Switching by Magnetizing Current of Transformer in Push-Pull DC-DC Converter," Intelec'91, Nov. 1991, pp. 640-647. (ARTN00002763-ARTN0002770).

Smith, Craig D., "Distributed Power Systems Via ASICs Using SMT," Surface Mount Technology, Oct. 1990, pp. 29-32. (ARTN00002771-ARTN00002774).

Steigerwald, Robert L., et al., "Investigation of Power Distribution Architectures for Distributed Avionics Loads," PESC95 Record, vol. 1, 26th Annual IEEE Power Electronics Specialists Conference, 1995. ISBN 0-7803-2730-6. (DMMP0007436-DMMP0007444).

Sun, Ning, et al., "Forward Converter Regulator Using Controlled Transformer," IEEE Transactions on Power Electronics, vol. 11, No. 2, Mar. 1996, pp. 356-364. ISSN 0885-8993/96. (DMMP0007445-DMMP0007453).

Suranyi, Gabriel G., "Bus Voltage Level Comparisons for Distrbuted Power Architectures," PCIM, Jun. 1995, pp. 8-26. (ARTN00002778-ARTN00002789).

Suranyi, Gabriel G., "Bus Voltage Level Comparisons for Distributed Power Architectures," PCIM'94, Official Proceedings of the Twenty-Ninth International Power Conversion Conference, Sep. 17-22, 1994, pp. 10-18. ISBN 0-931033-51-9.(DMMP0007454-DMMP0007464).

Suranyi, Gabriel G., "The Value of Distributed Power," pp. 104-110 (1995). ISBN 0-7803-2482-X. (DMMP0007465-DMMP0007471).

SynQor Marketing Brochure, "SynQor High Efficiency DC/DC Converters," Rev. B, Nov. 2003. (DMMP0007472-DMMP0007495).

SynQor Marketing Brochure, "The PowerQor Series of DC/DC Converters." (DMMP0007496-DMMP0007501).

SynQor, Inc. "Technical Specification BQ50120QTA20," Mar. 17, 2006. (ARTN00005604.01-ARTN00005664.12).

SynQor, Inc. "Technical Specification: Product # NQ04T33VMA16, 16 Amp, Wide Output Range, Non-Isloated DC/DC Converter," Jul. 6, 2006. (ARTN00005664.13-ARTN00005664.32).

SynQor, Inc. "Technical Specification: Product # NQ12T50SMA16, 16A Non-Isloated, SMT DC/DC Converter with Wide Trim," May 24, 2004. (ARTN00005664.33-ARTN00005664.47).

SynQor, Inc. Press Release, "SynQor Introduces 1.2V output Module for 60A series of Half-Brick DC/DC Converters," Mar. 28, 2002. (ARTN00002801-ARTN00002801).

SynQor, Inc. Press Release, "SynQor Introduces Wide-Input, Point-of-Load DC/DC Converters," Apr. 30, 2004. (ARTN00002802-ARTN00002802).

SynQor, Inc. Press Release, "SynQor's Bus Converter Delivers 240 Watts in Quarter-Brick," Aug. 2, 2002. (ARTN00005664.51-ARTN00005664.51).

SynQor, Inc., "IBA vs. DPA: What to Consider When Choosing an On-Board Power Architecture," a Technical White Paper by SynQor, pp. 1-4, undated. (DMMP0006863-DMMP0006866).

Tabisz, Wojciech A., et al., "A MOSFET Resonant Synchronous Rectifier for HIgh-Frequency DC/DC Converters," pp. 769-779. IEEE Catalog No. CH2873-8/90/0000-0769. (ARTN00002806-ARTN00002816).

Tabisz, Wojciech, et al., "Present and Future of Distributed Power Systems," pp. 11-18 (1992). ISBN 0-7803-0458-3. (DMMP0007502-DMMP0007509).

Takagi, Masakazu, et al., "Ultra High Efficiency of 95% for DC/DC Converter—Considering Theoretical Limitation of Efficiency," Seventeenth Annual IEEE Applied Power Electronics Conference and Exposition, Mar. 10-14, 2002, vol. 2, pp. 735-741. ISBN 0-7803-7404-5. (DMMP0007510-DMMP0007518).

Tam, Kwa-Sur, et al., "Functional Models for Space Power Electronic Circuits," IEEE Transactions on Aerospace and Electronic Systems, vol. 31, No. 1 Jan. 1995, pp. 288-296. (DMMP0007519-DMMP0007527).

Taylor, T.M., et al., "Distributing Power Processing: The Systems Solution," Fifth International Telecommunications Energy Conference, Tokyo, Japan, Oct. 18-21, 1983. (DMMP0007528-DMMP0007535).

TDK Innoveta Inc., and TDK Corporation Powerpoint Presentation, "Stability Analysis of Bus Architecture," 2004 IBM Power Technology Symposium, Sep. 14-15, 2004. (DMMP0007536-DMMP0007559).

Tektronix, Inc. "Instruction Manual for AA501 Distortion Analyzer WIth Options," Artek Media, Revised Nov. 1981. (DMMP0001345-DMMP0001505).

Tektronix, Inc., "PS5004 Precision Power Supply, Instruction Manual," Rev. Jan. 1986. (DMMP0006405-DMMP0006546).

Tektronix, Inc., "TM 5003 Power Module Instruction Manual," Rev. Dec. 1981. (DMMP0007863-DMMP0007935).

Tektronix, Inc., "TM 503 Power Module Instruction Manual," Rev. May 1984. (DMMP0007937-DMMP0007995).

Theron, P.C., et al., "Soft Switching Self Oscillation FET-Based DC-DC Converters," pp. 641-648 (1992). ISBN 0-7803-0695-3. (DMMP0007645-DMMP0007652).

Thorsell, Lars, "Mini DC-DC Supplies Simplify Redundancy in Parallel Systems," Academic OneFile, Gale. Northeastern University, Gale Document No. A6321372; Jul. 2008. (DMMP0017335-DMMP0017338).

Thorsell, Lars, "Will Distributed On-Board DC/DC Converters Become Economically Beneficial in Telecom Switching Equipment," pp. 63-69 (1990). IEEE Catalog No. CH2928-0/90. (DMMP0007738-DMMP0007744).

Traister, Robert J., "Voltage Regulator Circuit Manual," CA: Academic Press, Inc., et al. (1989). ISBN 0-12-697410-1. (DMMP0007996-DMMP0008148).

Uceda, J., et al., "Supplying Power at Low Voltage (3.3V)," pp. 244-251 (1995). ISBN 0-7803-2672-5. (DMMP0008159-DMMP0008166).

Unknown, "Transistor Inverters and Converters," Chapters 7-11, pp. 116-204. (DMMP0016438-DMMP0016481).

Vazquez, M., et al., "Fixed Frequency Forward-Flyback Converter with Two Fully Regulated Outputs," pp. 161-166 (1995). ISBN 0-7803-2750-0. (DMMP0014238-DMMP0014243).

Vazquez, Manuel, et al., "A Systematic Approach to Select Distributed, Centralised or Mixed Power Architecture in Telecom Applications," pp. 129-136 (1998). ISBN 0-7803-5069-3. (DMMP0014230-DMMP0014237).

Vithanage, A., et al., "150W Board Mounted Power Supply Module Using Highly Compact and Efficient Synchronous Rectifiers," pp. 177-183 (1998). ISBN 0-7803-4340-9. (DMMP014244-DMMP0014250).

Vlatkovic, Vlatko, "Small-Signal Snalysis of the Phase-Shifted PWM Converter," pp. 128-135 (1992). ISSN 0885-8993/92. (DMMP0014251-DMMP0014258).

Watson, Robert, "New Techniques in the Design of Distributed Power Systems," unpublished doctoral thesis, Virginia Polytechnic Institute and State University , Aug. 7, 1998. (DMMP0014259-DMMP0014270).

Weinberg, Alan H., et al., "A New Zero Voltage and Zero Current Power-Switching Technique," IEEE Transactions on Power Electronics, vol. 2, No. 4, pp. 655-665; Oct. 4, 1992. ISSN 0885-8993. (DMMP0014271-DMMP0014281).

Weinberg, S.H., "A Novel Lossless Resonant MOSFET Driver," pp. 1003-1010 (1992). ISBN 0-7803-0695-3. (DMMP0017358-DMMP0017365).

White, Robert V., "Emerging On-Board Power Architectures," pp. 799-804 (2003). ISBN 0-7803-7768-0/03. (DMMP0014282-0014287).

White, Robert V., et al., "Principles of Fault Tolerance," pp. 18-25 (1996). ISBN 0-7803-3044-7/96. (DMMP0014294-DMMP0014301).

US 7,558,083 B2
Page 15

Wiegman, Herman L., "A Resonant Pulse Gate Drive For High Frequency Applications," pp. 738-743 (1992). ISBN 0-7803-0485-3. (DMMP0017366-DMMP0017371).

Wildrick, Carl M., "Stability of Distributed Power Supply Systems," Unpublished doctoral dissertation, Virginia Polytechnic Institute and State Unversity, Feb. 1993. (ARTN00002871-ARTN00002974).

Wildrick, Carl M., et al., "A Method of Defining the Load Impedance Specification for a Stable Distributed Power System," IEEE Transactions on Power Electronics, vol. 10, No. 3, May, 1995, pp. 280-285. (ARTN00002865-ARTN00002870).

Xi, Y., et al., "A Zero Voltage Switching and Self-Reset Forward Converter Topology," pp. 827-833 (1999). ISBN 0-7803-5160-6/99 (DMMP0014694-DMMP0014700).

Xi, Y., et al., "An Improved Technique for the Synchronous Rectifier Mosfets in the Forward Converter Topology," CCECE '97, pp. 552-555 (1997). ISBN 0-7803-3716-6. (DMMP0014701-DMMP0014704).

Xi, Y., et al., "The Point of Use DC/DC Power Distribution: The Architecture and an Implementataion," pp. 498-505 (2000). ISBN 0-7803-6407-4. (DMMP0004795-DMMP0004802).

Xi, Youhao, et al., "A Precisely Regulated Multiple Output Forward Converter Topology," Fifteenth Annual IEEE Applied Power Electronics Conference and Exposition,\i \i0 vol. 2,\i \i0 pp. 986-992; Feb. 6-10, 2000. IEEE Catalog No. 00CH37058. (DMMP0014686-DMMP0014693).

Xian, Li, et al., "Soft Switched PWM DC/DC Converter with Synchronous Rectifiers," pp. 476-484 (1996). ISBN 0-7803-3507-4. (DMMP0014705-DMMP0014713).

Xuefei, Xie, et al., "Studies of Self-Driven Synchronous Rectification in Low Voltage Power Conversion," IEEE 1999 International Conference on Power Electronics and Drive Systems, PEDS '99, pp. 212-217 (1999). ISBN 0-7803-5769-8. (DMMP0014714-DMMP0014719).

Yang, E.X., et al., "Isolated Boost Circuit For Power Factor Correction," Virginia Power Electronics Center: The VPEC Annual Power Electronics Seminar, pp. 97-104 (Sep. 20-22, 1992). (DMMP0014720-DMMP0014729).

Yang, Zhihua, et al., "A New Dual Channel Resonant Gate Drive Circuit For Synchronous Rectifiers," pp. 756-762 (2006). ISBN 0-7803-9547-6. (DMMP0017397-DMMP0017403).

Yoshida, Koji, et al., "A Novel Zero Voltage Switching Half Bridge Converter," pp. 566-572 (1994). ISBN 0-7803-2034-4. (DMMP0017404-DMMP0017410).

Yoshida, Koji, et al., "Zero Voltage Switching Approach For Flyback Converter," pp. 324-329 (1992). ISBN 0-7803-0779-8. (DMMP0014730-DMMP0014735).

Yuancheng, Ren, et al., "Two-Stage Approach for 12V VR," pp. 1306-1312. ISBN 0-7803-8269-2. (ARTN00002525-ARTN00002531).

Yuhui, Chen, et al., "Resonant MOSFET Gate Driver with Efficient Energy Recovery," IEEE Transactions on Power Electronics, vol. 19, No. 2, pp. 470-477 (Mar. 2004). ISSN 0885-8993. (DMMP0016073-DMMP0016080).

Zhang, Michael T., et al. "Analysis and Evaluation of Interleaving Techniques in Forward Converters," IEEE Transactions on Power Electronics, vol. 13, No. 4, pp. 690-698 (Jul. 1998). ISSN 0885-8993. (DMMP0014793- DMMP0014801).

Zhang, Michael T., et al., "Cummutation Analysis of Self-Driven Synchronous Rectifiers in an Active-Clamp Forward Converter," pp. 868-873 (1996). ISBN 0-7803-3500-7 (DMMP0014802-DMMP0014807).

Zhang, Michael T., et al., "Design Considerations and Performance Evaluations of Synchronous Rectification in Flyback Converters," pp. 623-630 (1997). ISBN 0-7803-3704-2. (DMMP0014785-DMMP0014792).

Zhang, Michael T., et al., "Design Considerations for Low-Voltage On-Board DC/DC Modules for Next Generations of Data Processing Circuits," pp. 328-337 (1996). ISSN 0885-8993. (DMMP0014814-DMMP0014823).

Zhou, Xunwei, et al., "A Novel High-input-voltage, High Efficiency and Fast Transient Voltage Regulator Module—Push-pull Forward Converter," pp. 279-283 (1999). ISBN 0-7803-5160-6. (DMMP0014834-DMMP0014838).

Zhou, Xunwei, et al., "A Novel High-input-voltage, High Efficiency and Fast Transient Voltage Regulator Module—Push-pull Forward Converter," pp. 279-283 (1999). ISBN 0-7803-5160-6. (DMMP0014839-DMMP0014843).

Zhou, Xunwei, et al., "Investigation of Candidate VRM Topologies for Future Microprocessors," Thirteenth Annual Applied Power Electronics Conference and Exposition, vol. 1, pp. 145-150 (Feb. 15-19, 1988). ISBN 0-7803-4340-9. (DMMP0014844-DMMP0014851).

* cited by examiner





FIG. 3

FIG. 4



FIG. 5



FIG. 6A

FIG. 6B



FIG. 7



FIG. 8



FIG. 9



FIG. 10

US 7,558,083 B2

1

# HIGH EFFICIENCY POWER CONVERTER

### RELATED APPLICATIONS

This application is a continuation of application Ser. No. 11/509,146, filed Aug. 23, 2006, now U.S. Pat. No. 7,269, 034, which is a continuation of application Ser. No. 11/390, 494, filed Mar. 27, 2006, now U.S. Pat. No. 7,272,023, which is a continuation of application Ser. No. 10/812,314, filed on Mar. 29, 2004, now U.S. Pat. No. 7,072,190, which is a continuation of application Ser. No. 10/359,457, filed Feb. 5, 2003, now U.S. Pat. No. 6,731,520, which is a continuation of application Ser. No. 09/821,655, filed Mar. 29, 2001, now U.S. Pat. No. 6,594,159, which is a divisional of application Ser. No. 09/417,867, filed Oct. 13, 1999, now U.S. Pat. No. 6,222,742, which is a divisional of 09/012,475, filed Jan. 23, 1998, now U.S. Pat. No. 5,999,417, which claims the benefit of U.S. Provisional Application 60/036,245 filed Jan. 24, 1997.

The entire teachings of the above applications are incorporated herein by reference.

### BACKGROUND OF THE INVENTION

This invention pertains to switching power converters. A specific example of a power converter is a DC-DC power supply that draws 100 watts of power from a 48 volt DC source and converts it to a 5 volt DC output to drive logic circuitry. The nominal values and ranges of the input and output voltages, as well as the maximum power handling capability of the converter, depend on the application.

It is common today for switching power supplies to have a switching frequency of 100 kHz or higher. Such a high switching frequency permits the capacitors, inductors, and transformers in the converter to be physically small. The reduction in the overall volume of the converter that results is desirable to the users of such supplies.

Another important attribute of a power supply is its efficiency. The higher the efficiency, the less heat that is dissipated within the supply, and the less design effort, volume, weight, and cost that must be devoted to remove this heat. A higher efficiency is therefore also desirable to the users of these supplies.

A significant fraction of the energy dissipated in a power supply is due to the on-state (or conduction) loss of the diodes used, particularly if the load and/or source voltages are low (e.g. 3.3, 5, or 12 volts). In order to reduce this conduction loss, the diodes are sometimes replaced with transistors whose on-state voltages are much smaller. These transistors, called synchronous rectifiers, are typically power MOSFETs for converters switching in the 100 kHz and higher range.

The use of transistors as synchronous rectifiers in high switching frequency converters presents several technical challenges. One is the need to provide properly timed drives to the control terminals of these transistors. This task is made more complicated when the converter provides electrical isolation between its input and output because the synchronous rectifier drives are then isolated from the drives of the main, primary side transistors. Another challenge is the need to minimize losses during the switch transitions of the synchronous rectifiers. An important portion of these switching losses is due to the need to charge and discharge the parasitic capacitances of the transistors, the parasitic inductances of interconnections, and the leakage inductance of transformer windings.

### SUMMARY OF THE INVENTION

Various approaches to addressing these technical challenges have been presented in the prior art, but further improvements are needed. In response to this need, a new power circuit topology designed to work with synchronous rectifiers in a manner that better addresses the challenges is presented here.

In preferred embodiments of the invention, a power converter comprises a power source and a primary transformer winding circuit having at least one primary winding connected to the source. A secondary transformer winding circuit has at least one secondary winding coupled to the at least one primary winding. Plural controlled rectifiers, such as voltage controlled field effect transistors, each having a parallel uncontrolled rectifier, are connected to a secondary winding. Each controlled rectifier is turned on and off in synchronization with the voltage waveform across a primary winding to provide an output. Each primary winding has a voltage waveform with a fixed duty cycle and transition times which are short relative to the on-state and off-state times of the controlled rectifiers. A regulator regulates the output while the fixed duty cycle is maintained.

In the preferred embodiments, first and second primary transformer windings are connected to the source and first and second primary switches are connected in series with the first and second primary windings, respectively. First and second secondary transformer windings are coupled to the first and second primary windings, respectively. First and second controlled rectifiers, each having a parallel uncontrolled rectifier, are in series with the first and second secondary windings, respectively. A controller turns on the first and second primary switches in opposition, each for approximately one half of the switching cycle with transition times which are short relative to the on-state and off-state times of the first and second controlled rectifiers. The first and second controlled rectifiers are controlled to be on at substantially the same times that the first and second primary switches, respectively, are on.

In a system embodying the invention, energy may be nearly losslessly delivered to and recovered from capacitors associated with the controlled rectifiers during their transition times.

In the preferred embodiments, the first primary and secondary transformer windings and the second primary and secondary transformer windings are on separate uncoupled transformers, but the two primary windings and two secondary windings may be coupled on a single transformer.

Preferably, each controlled rectifier is turned on and off by a signal applied to a control terminal relative to a reference terminal of the controlled rectifier, and the reference terminals of the controlled rectifiers are connected to a common node. Further, the signal that controls each controlled rectifier is derived from the voltage at the connection between the other controlled rectifier and its associated secondary winding.

Regulation may be through a separate regulation stage which in one form is on the primary side of the converter as part of the power source. Power conversion may then be regulated in response to a variable sensed on the primary side of the converter. Alternatively, the regulator may be a regulation stage on the secondary side of the converter, and power conversion may be regulated by control of the controlled

**3**

rectifiers. Specifically, the on-state voltage of a controlled rectifier may be made larger than its minimum value to provide regulation, or the on-state duration of a controlled rectifier may be shorter than its maximum value to provide regulation.

The preferred systems include reset circuits associated with transformers for flow of magnetizing current. The energy stored in the magnetizing inductance may be recovered. In one form, the reset circuit comprises a tertiary transformer winding, and in another form it comprises a clamp.

In preferred embodiments, the power source has a current fed output, the current fed output characteristic of the power source being provided by an inductor. Alternatively, the power source may have a voltage-fed output where the voltage-fed output characteristic of the power source is provided by a capacitor. In either case, the characteristics may alternatively be provided by active circuitry.

With the preferred current-fed output, the primary switches are both turned on during overlapping periods, and the overlapping periods may be selected to achieve maximum efficiency. With the voltage-fed output, the primary switches are both turned off during overlapping periods. Additional leakage or parasitic inductance may be added to the circuit to accommodate an overlap period.

In one embodiment, a signal controlling a controlled rectifier is derived with a capacitive divider circuit. A circuit may determine the DC component of the signal controlling the controlled rectifier, and the DC component of the signal may be adjusted to provide regulation.

In accordance with another aspect of the invention, an ORing controlled rectifier connects the converter's output to an output bus to which multiple converter outputs are coupled, and the ORing controlled rectifier is turned off if the power converter fails. Preferably, the signal controlling the ORing controlled rectifier is derived from one or more secondary windings. The ORing controlled rectifier is turned on when the converter's output voltage approximately matches the bus voltage.

### BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, features and advantages of the invention will be apparent from the following more particular description of preferred embodiments of the invention, as illustrated in the accompanying drawings in which like reference characters refer to the same parts throughout the different views. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. **1** is a block diagram illustrating a preferred embodiment of the invention.

FIG. **2** is a schematic of an embodiment of the invention with synchronous rectifiers replaced by diodes.

FIG. **3** is an illustration of a preferred embodiment of the invention with the controlled rectifiers and parallel uncontrolled rectifiers illustrated.

FIG. **4** illustrates an alternative location of the synchronous rectifiers in the circuit of FIG. **3**.

FIG. **5** illustrates the circuit of FIG. **3** with important parasitic capacitances and inductances illustrated.

FIG. **6A** illustrates another embodiment of the invention with the tertiary winding connected to the primary side.

FIG. **6B** illustrates another embodiment of the invention with a voltage fed isolation stage.

FIG. **7** illustrates a secondary circuit having capacitive dividers to divide the voltages applied to the control terminals of the controlled rectifiers.

**4**

FIG. **8** shows an alternative embodiment in which the output is regulated by controlling the voltage applied to the control terminals of the controlled rectifiers.

FIG. **9** illustrates an embodiment of the invention in which the primary windings are tightly coupled.

FIG. **10** illustrates the use of an ORing controlled rectifier to couple the power converter to an output bus.

### DETAILED DESCRIPTION OF THE INVENTION

A description of preferred embodiments of the invention follows.

One embodiment of the invention described herein pertains to an electrically isolated DC-DC converter that might be used to deliver power at a low DC voltage (e.g. 5 volts) from a DC source such as a battery or a rectified utility. In such a converter a transformer is used to provide the electrical isolation and to provide a step-down (or step-up) in voltage level according to its turns-ratio. Switches in the form of power semiconductor transistors and diodes are used in conjunction with capacitors and inductors to create the conversion. A control circuit is typically included to provide the drive signals to the transistorsy control terminals.

When the switching frequency is high (e.g. 100 kHz and above) it is typical today to use power MOSFETs and Schottky diodes for the converter's switches since these majority carrier devices can undergo faster switch transitions than minority carrier devices such as power bipolar transistors and bipolar diodes.

Most DC-DC converters are designed to provide regulation of their output voltage in the face of input voltage and output current variations. For example, a converter might need to maintain a 5 volt output (plus or minus a few percent) as its input varies over the range of 36 to 75 volts and its output current ranges from 1 to 25 amps. This ability to provide regulation is usually the result of the power circuit's topology and the manner in which its switching devices are controlled. Sometimes the regulation function is supplied by (or augmented with) a linear regulator.

FIG. **1** shows a block diagram of a DC-DC converter that represents one embodiment of the invention. It shows a two stage converter structure where the power first flows through one stage and then through the next. One stage provides the regulation function and the other provides the electrical isolation and/or step-down (or step-up) function. In this embodiment the regulation stage is situated before the isolation stage, but this ordering is not necessary for the invention. Notice also that the block diagram shows a control function. As mentioned, the purpose of this control function is to determine when the transistors in the power circuit will be turned on and off (or to determine the drive of a linear regulator). To aid in this function the control circuit typically senses voltages and currents at the input, at the output, and/or within the power circuit.

FIG. **2** shows one way to implement the two power stages represented in the block diagram of FIG. **1**. In this figure diodes, rather than synchronous rectifiers, are used to simplify the initial description of the circuit's operation. The topology of the regulation stage is that of a "down converter". This canonical switching cell has a capacitor, $C_{IN}$, a transistor, $Q_R$, a diode, $D_R$, and an inductor, L. Regulation is by control of the duty cycle of the transistor $Q_R$ in response to one or more parameters sensed in the circuit. In a well known manner the regulation stage can be modified by providing higher order filters at its input and output, by replacing the diode with a synchronous rectifier, by adding resonant elements to create a "multi-resonant" converter and the like.

5

The topology of the isolation stage shown in FIG. 2 has two transformers that are not, in this case, coupled. Each of these transformers T1 and T2 has three windings: a primary winding $T1_{PRI}$, $T2_{PRI}$; a secondary winding $T1_{SEC}$, $T2_{SEC}$; and a tertiary winding $T1_{TER}$, $T2_{TER}$. The transformer windings are connected through MOSFETs Q1 and Q2 on the primary windings and through diodes D1, D2, D3, and D4 on the secondary and tertiary windings. The stage is "current-fed", in this case by the inductor L from the output of the regulation stage. By this it is meant that the current flowing into the primary side of the isolation stage is held relatively constant over the time frame of the switching cycle. It also means that the voltage across the primary side of the isolation stage is free to have large, high frequency components. The output filter is simply a capacitor $C_{OUT}$ whose voltage is relatively constant over the time frame of the switching cycle. Additional filtering stages could be added to this output filter in a known manner.

The operation of the isolation stage proceeds in the following manner. First, for approximately one half of the switching cycle, transistor Q1 is on and Q2 is off. The current flowing through inductor L therefore flows through the primary winding of transformer T1, and a corresponding current (transformed by the turns ratio) flows through the secondary winding of T1 and through diode D1 to the output filter capacitor $C_{OUT}$ and the load. During this time the magnetizing current in T1 is increasing due to the positive voltage placed across its windings. This positive voltage is determined by the output capacitor voltage, $V_{OUT}$, plus the forward voltage drop of D1.

During the second half of the switching cycle, transistor Q2 and diode D2 are on and Q1 and D1 are off. While the current of inductor L flows through transformer T2 in the same manner as described above for T1, the magnetizing current of transformer T1 flows through its tertiary winding and diode D3 to the output filter capacitor, $C_{OUT}$. This arrangement of the tertiary winding provides a means to reset the T1 transformer core with a negative voltage and to recover most of the magnetizing inductance energy. The tertiary winding may alternatively be connected to other suitable points in the power circuit, including those on the primary side of the transformer.

Other techniques for resetting the core and/or for recovering the magnetizing energy are known in the art and may be used here. In particular, the tertiary winding could be eliminated and replaced with a conventional clamp circuit attached to either the primary or secondary winding and designed to impose a negative voltage across the transformer during its operative half cycle. Techniques to recover the energy delivered to this clamp circuit, such as the one in which a transistor is placed in anti-parallel with a clamping diode so that energy can flow from the clamping circuitry back into the magnetizing inductance, could also be used.

Notice that because the isolation stage of FIG. 2 is fed by an inductor (L), it is important to make sure there is at least one path through which the current in this inductor can flow. At the transitions between each half cycle, it is therefore typical to turn on the new primary side transistor (say Q2) before turning off the old primary side transistor (say Q1). The time when both transistors are on will be referred to as an overlap interval.

In a conventional current-fed push-pull topology where all the transformer windings are coupled on a single core, turning on both primary-side transistors will cause the voltage across the transformer windings to drop to zero, the output diodes to turn off, and the power to stop flowing through the isolation stage.

6

Here, however, since two separate, uncoupled transformers are used, the voltage across the transformer windings does not have to collapse to zero when both Q1 and Q2 are on. Instead, both of the output diodes D1 and D2 turn on, both transformers have a voltage across them determined by the output voltage, and the current of inductor L splits (not necessarily equally) between the two halves of the isolation stage. The power flow through the isolation stage is therefore not interrupted (except to charge/discharge parasitic capacitances and inductances). This means the output filter ($C_{OUT}$) can be made much smaller and simpler than would otherwise be necessary. It also means that the isolation stage does not impose a large fundamental frequency voltage ripple across the inductor (L) which provides its current-fed input characteristic.

After an appropriate amount of overlap time has elapsed, the old primary side transistor (say Q1) is turned off. The voltage across this transistor rises as its parasitic capacitance is charged by the current that had been flowing through the channel. Once this voltage rises high enough to forward bias diode D3 connected to the tertiary winding, the transistor voltage becomes clamped, although an over-ring and/or a commutation interval will occur due to parasitic leakage inductance. Eventually, all of the current in inductor L will flow through switch Q2, switch Q1 will be off, and the magnetizing current of T1 will flow through diode D3.

Now replace output diodes D1 and D2 with MOSFET synchronous rectifiers Q3 and Q4, as shown in FIG. 3. Note that in this and later figures, the body diode of the MOSFET synchronous rectifier is explicitly shown since it plays a role in the circuit's operation. More generally, the schematical drawings of Q3 and Q4 depict the need for a controlled rectifier (e.g. a transistor) and an uncontrolled rectifier (e.g. a diode) connected in parallel. These two devices may be monolithically integrated, as they are for power MOSFETs, or they may be separate components. The positions of these synchronous rectifiers in the circuit are slightly different than the positions of the diodes in FIG. 2. They are still in series with their respective secondary windings, but are connected to the minus output terminal rather than the positive output terminal. This is done to have the sources of both N-channel MOSFETs connected to a single, DC node. If P-channel MOSFETs are to be used, their position in the circuit would be as shown in the partial schematic of FIG. 4. This position permits the P-channel devices to also have their sources connected to a single, DC node.

As shown in FIG. 3, the gates of the synchronous rectifier MOSFETs are cross-coupled to the opposite transformers. With this connection, the voltage across one transformer determines the gate voltage, and therefore the conduction state (on or off) of the MOSFET connected to the other transformer, and vice versa. These connections therefore provide properly timed drives to the gates of the MOSFETs without the need for special secondary side control circuitry.

For instance, during the half cycle in which transistor Q1 is turned on and transistor Q2 is off, the current of inductor L flows into the primary of T1 and out its secondary. This secondary side current will flow through transistor Q3 (note that even if Q3's channel is not turned on, the secondary side current will flow through the transistor's internal anti-parallel body diode). The voltage across transformer T1's secondary winding is therefore positive, and equal to the output voltage $V_{OUT}$ plus the voltage drop across Q3. The voltage across T2's secondary winding is negative during this time, with a magnitude approximately equal to the output voltage if the magnetizing inductance reset circuitry takes approximately the whole half cycle to finish its reset function. (The negative

7

secondary winding voltage may be made greater than the positive voltage so that the core will finish its reset before the next half cycle begins. This could be accomplished, for example, by using less turns on the tertiary winding.)

Referring to FIG. 3, the voltage at node A during this state of operation is nearly zero with respect to the indicated secondary-side ground node (actually the voltage is slightly negative due to the drop across Q3). The voltage at node B, on the other hand, is, following our example, approximately twice the output voltage (say 10 volts for a 5 volt output). Given the way these nodes are connected to the synchronous rectifier transistors, Q3 is turned on and Q4 is turned off. These respective conduction states are consistent with transformer T1 delivering the power and transformer T2 being reset.

In the second half-cycle when Q2 is on and Q1 is off, the voltage at node B will be nearly zero (causing Q3 to be off) and the voltage at node A will be approximately twice the output voltage (causing Q4 to be on).

During the transition from one half-cycle to the next, the sequence of operation is as follows. Start with Q1 and Q3 on, Q2 and Q4 off. (The clamp circuit's diode D4 may still be on, or it may have stopped conducting at this point if the magnetizing inductance has finished resetting to zero.) First, Q2 is turned on. If we ignore the effects of parasitic capacitances and inductances, the voltage across T2 steps from a negative value to a positive value. The current flowing through inductor L splits between the two primary windings, causing current to flow out of both secondary windings. These secondary currents flow through Q3 and Q4. Since the voltages at both node A and node B are now nearly zero, Q3, which was on, will now be off, and Q4 will remain off (or more precisely, the channels of these two devices are off). The secondary side currents therefore flow through the body diodes of Q3 and Q4.

At the end of the overlap interval, Q1 is turned off. The current stops flowing through transformer T1, the body diode of Q3 turns off, and the voltage at node A rises from nearly zero to approximately twice the output voltage as T1 begins its reset half-cycle. With node A voltage high, the channel of transistor Q4 turns on, and the secondary side current of transformer T2 commutates from the body diode of Q4 to its channel.

Notice that during the overlap interval, the secondary side currents flow through the body diodes of transistors Q3 and Q4, not their channels. Since these diodes have a high on-state voltage (about 0.9V) compared to the on-state voltage of the channel when the gate-source voltage is high, a much higher power dissipation occurs during this interval. It is therefore desirable to keep the overlap interval short compared to the period of the cycle.

Notice also the benefit of using two, uncoupled transformers. The voltage across a first transformer can be changed, causing the channel of the MOSFET synchronous rectifier transistor connected to a second transformer to be turned off, before the voltage across the second transformer is made to change. This could not be done if both primary and both secondary windings were tightly coupled in the same transformer, since the voltages across all the windings would have to change together.

FIG. 5 shows the same topology as FIG. 3, but with several important parasitic capacitances and inductances indicated schematically. Each indicated capacitor (C3 and C4) represents the combined effect of one synchronous rectifier's input capacitance and the other rectifier's output capacitance, as well as other parasitic capacitances. Each indicated inductor (L$_{P1}$ and L$_{P2}$) represents the combined effect of a transformer leakage inductance and the parasitic inductance associated

8

with the loops formed by the primary side components and the secondary side components. These elements store significant energy that is dissipated each switching cycle in many prior art power circuits where diodes are replaced with synchronous rectifiers. Here, however, the energy stored in these parasitic components is nearly losslessly delivered to and recovered from them. By nearly lossless it is meant that no more than approximately 30% of the energy is dissipated. With one implementation of the present invention, less than 10% dissipation is obtained.

The nearly lossless delivery and recovery of energy is achieved because the circuit topology permits the synchronous rectifier switch transitions to proceed as oscillations between inductors and capacitors. These transitions are short compared to the overall on-state and off-state portions of the switching cycle (e.g. less than 20% of the time is taken up by the transition). This characteristic of nearly lossless and relatively short transitions, which we will call soft switching, is distinct from that used in full resonant, quasi-resonant, or multi-resonant converters where the oscillations last for a large portion, if not all, of the on-state and/or off-state time.

The way in which the soft-switching characteristic is achieved can be understood in the following manner. Start with transistors Q1 and Q3 on, Q2 and Q4 off. The voltage at node A, and therefore the voltage across C4, is nearly zero and the voltage at node B (and across C3) is approximately twice the output voltage. The current flowing through inductor L, I$_L$, is flowing into the primary winding of T1. The current flowing out of the secondary winding of T1 is I$_L$ minus the current flowing in T1's magnetizing inductance, I$_M$, both referenced to the secondary side. The magnetizing current is increasing towards its maximum value, I$_{MPK}$, which it reaches at the end of the half cycle.

When Q2 is turned on at the end of the half cycle, the voltage across both windings of both transformers steps to zero volts in the circuit model depicted in FIG. 5. An L-C oscillatory ring ensues between capacitor C3 and the series combination of the two parasitic inductances, L$_{P1}$ and L$_{P2}$. If we assume the parasitic capacitances and inductances are linear, the voltage across C3 decreases cosinusoidally toward zero while the current flowing out of the dotted end of T2's secondary winding, I$_{LP2}$, builds up sinusoidally toward a peak determined by the initial voltage across C3 divided by the characteristic impedance.

$$\sqrt{\frac{L_{P1} + L_{P2}}{C_3}}$$

Note that the current flowing out of the dotted end of T1's secondary winding, I$_{LP1}$, decreases by the same amount that I$_{LP2}$ increases such that the sum of the two currents is (I$_L$ − I$_{MPK}$), referenced to the secondary side. Also note that during this part of the transition, the voltages across both transformers' secondary windings will be approximately the output voltage minus half the voltage across C3. As the oscillation ensues, therefore, the transformer winding voltages, which started at zero, build up toward the output voltage.

The oscillation described above will continue until either the current I$_{LP2}$ reaches (I$_L$−I$_{MPK}$) or the voltages across C3 reaches zero. The first scenario occurs for lower values of (I$_L$−I$_{MPK}$) and the second occurs for higher values of this current.

If I$_{LP2}$ reaches (I$_L$−I$_{MPK}$) first (and assuming the voltage across C3 has fallen below the threshold voltage of Q3 so that I$_{LP1}$ is flowing through the body diode of Q3), the oscillation

9

stops because the body diode will not let $I_{LP1}$ go negative. $I_{LP2}$ and $I_{LP1}$ will hold constant at $(I_L - I_{MPK})$ and zero, respectively. Whatever voltage remains across C3 will then discharge linearly due to the current $I_{LP2}$ until the body diode of Q4 turns on. The body diode will then carry $I_{LP2}$ until the overlap interval is over and Q1 is turned off.

When Q1 is turned off, the magnetizing current $I_{MPK}$ will charge the parallel capacitance of C4 and C1, the parasitic output capacitance of Q1, until the voltage across them is high enough to forward bias the clamping diode D3. At this point the reset portion of T1's cycle commences.

Notice that for this first scenario, the complete transition is accomplished with portions of oscillatory rings that, to first order, are lossless. (Some loss does occur due to parasitic series resistance, but this is generally less than 20% of the total energy and typically around 5%.) It could be said that the energy that had been stored in $L_{P1}$ has been transferred to $L_{P2}$, and that the energy that had been stored in C3 has been transferred to C4.

If, on the other hand, the voltage across C3 reaches zero (or, more precisely, a diode drop negative) first, then the body diode of Q4 will turn on and prevent this voltage from ringing further negative. The currents $I_{LP1}$ and $I_{LP2}$ (which are flowing through the body diodes of Q3 and Q4) will hold constant until the overlap interval is over and Q1 is turned off.

Once Q1 is turned off, an oscillation ensues between $L_{P1}$ and C1. This oscillation is driven by the current remaining in $L_{P1}$ when Q1 was turned off. Given typical parameter values, this oscillation will continue until $I_{LP1}$ reaches zero, at which point the body diode of Q3 will turn off. Finally, the magnetizing current $I_{MPK}$ charges up the parallel combination of C4 and C1 until the clamping diode D3 turns on to start the reset half-cycle.

Notice that for this second scenario, the transition is almost accomplished in a (to first order) lossless manner. Some loss does occur because in the final portion of the transition the voltages across C4 and C1 do not start out equal. C1 has already been partially charged whereas C4 is still at zero volts. As these capacitor voltages equalize, an energy will be lost. This lost energy is a small fraction (typically less than one third) of the energy stored in C1 before the equalization occurs. The energy stored in C1 equals the energy stored in $L_{P1}$ when Q1 was turned off, which itself is a small fraction (typically less than one third) of the energy that was stored in this parasitic inductance when it was carrying the full load current, $(I_L - I_M)$ As such, the energy lost in this second scenario is a very small fraction (typically less than one ninth) of the total energy originally stored in (or delivered to) $L_{P1}$, $L_{P2}$, C3 and C4. In other words, most of the parasitic energy is recovered.

Note that since the second scenario has a small amount of loss, it may be desirable to avoid this scenario by adjusting component values. One approach would be to make C3 and C4 bigger by augmenting the parasitic capacitors with explicit capacitors placed in parallel. With large enough values it is possible to ensure that the first scenario described above holds true for the full range of load currents expected.

The descriptions given above for both scenarios must be modified to account for the nonlinear nature of capacitors C3, C4, and C1, and also to account for the reverse recovery charge of the body diodes of Q3 and Q4. The details of the nonlinear waveforms are too complex to be described here, but the goal of recovering most of the parasitic energy is still achieved.

As mentioned previously, it is desirable to keep the overlap period as short as possible to minimize the time that the secondary currents are flowing through the body diodes of Q3

10

and Q4. It is also desirable to allow the energy recovering transitions just described to reach completion. These two competing desires can be traded off to determine an optimum overlap duration. In general, it is desirable to make sure the new primary switch is turned on before the old one is turned off, and that the portion of the half-cycle during which the uncontrolled rectifiers are conducting should, for efficiency sake, be less than 20%. Note that due to delays in the gate drive circuitry it is possible for the overlap interval to appear negative at some point in the control circuit.

The size of the output filter required to achieve a given output voltage ripple is affected by the AC ripple in the current of inductor L. This ripple current is largely caused by the switching action of the preregulation stage. A larger inductance, or a higher order filter for the output of the regulation stage, as shown in FIG. 6 where inductor $L_B$ and capacitor $C_B$ have been added, will reduce this ripple current.

The required size of the output filter is also affected by the AC ripple currents flowing in the magnetizing inductances of the transformers. Making these inductances as large as possible to reduce their ripple currents is therefore desirable. It is also beneficial to connect the tertiary reset windings back to a suitable point on the primary side as shown in FIG. 6A where they are connected to capacitor $C_B$, rather than to connect them to the output filter, as shown in FIG. 3. This alternative connection reduces by a factor of two the ripple current seen by the output filter due to the magnetizing inductance currents, compared to the connection shown in FIG. 3, since these magnetizing currents no longer flow to the output capacitor during their respective reset half cycles.

The power converter circuits described so far have all had an isolation stage that is current fed. It is also possible to incorporate the invention with an isolation stage that is voltage fed. By "voltage fed" it is meant that the voltage across the primary side of the isolation stage is held relatively constant over the time frame of the switching cycle. Such a converter circuit is shown in FIG. 6B where two uncoupled transformers are used.

The operation of the voltage-fed isolation stage is slightly different than for a current-fed isolation stage. Each primary transistor is still turned on for approximately one half the cycle, but instead of providing a brief overlap period during which both primary transistors, Q1 and Q2, are turned on together, here the primary transistors are both turned off for a brief overlap period.

During each half cycle, the current flowing into one primary winding and out its respective secondary winding can be determined as follows. Say transistors Q1 and Q3 have just been turned on to begin a new half cycle. At the completion of their switch transition they will be carrying some initial current (to be discussed in more detail below). There is also a difference between the voltage across capacitor $C_B$ and the voltage across capacitor $C_{OUT}$, both reflected to the secondary side. This voltage differential will be called $\Delta V$. It appears across the series circuit composed of the leakage/parasitic inductances and resistances of the primary and secondary windings, $T_{1PRI}$ and $T_{1SEC}$, the transistors Q1 and Q3, and the capacitors $C_B$ and $C_{OUT}$. The current flowing through this series L-R circuit responds to the voltage across it, $\Delta V$, in accordance with the component values, all referenced to the secondary side.

Since $C_B$ and $C_{OUT}$ are charged and discharged throughout the half cycle, $\Delta V$ will vary. But if we assume $\Delta V$ is relatively constant, then the current flowing through the series L-R circuit will change exponentially with an L/R time constant. If this time constant is long compared to the duration of the half cycle, then the current will have a linearly ramping shape.

US 7,558,083 B2

11

If the time constant is short, that the current will quickly reach a steady value determined by the resistance.

To understand the switch transitions that occur between each half cycle, consider the leakage/parasitic inductances, $L_{P1}$ and $L_{P2}$, and the capacitances associated with the controlled rectifiers, C3 and C4, to be modeled in the same way as was shown in FIG. 5. Assume Q2 and Q4 have been on and are carrying a final current level, $I_F$, at the end of the half cycle. Transistor Q1 is then turned on, causing the voltage $V_{CB}$ to be applied across primary winding $T1_{PRI}$, and its reflected value across secondary winding $T1_{SEC}$. An oscillation between C4 and $L_{P1}$ will ensue, with the voltage across C4 starting at approximately twice the output voltage. After approximately one quarter of a cycle of this oscillation, the voltage across C4 will attempt to go negative and is clamped by the body diode of Q3. At this point the current flowing through $L_{P1}$ will have reached a peak value, $I_S$, determined by approximately twice the output voltage divided by the characteristic impedance, $\sqrt{L_{P1}/C4}$. This transition discharges capacitor C4 and builds up the current in LP1 to the value IS in a nearly lossless manner.

During the quarter cycle of oscillation the voltage across the gate of transistor Q4 will drop below the threshold value for the device, and the channel of Q4 will turn off. The current that had been flowing through the channel will commutate to the body diode of Q4.

At this point current if flowing through both transformers' secondary windings and through the body diodes of Q3 and Q4. Q3 is carrying the current $I_S$ and Q4 is carrying the current $I_F$. Now transistor Q2 is turned off and its voltage rises as parasitic capacitors are losslessly charged until the voltage is clamped by the diode in series with the tertiary windings, $T2_{TER}$. Inductor $L_{P2}$ now has a negative voltage across it and its current $I_{LP2}$, will therefore linearly ramp down to zero as its energy is recovered back to CB through the clamping circuit. Once this current reaches zero, the body diode of Q4 will turn off and the current will become negative, but only to the point where it equals the second transform's magnetizing current, $I_{MPK}$ (reflected to the secondary side). This current will linearly charge capacitor C3 nearly losslessly as energy is delivered to the capacitor from the magnetizing inductance of the second transformer (reflected to the secondary side). This current will linearly charge capacitor C3 nearly losslessly as energy is delivered to the capacitor from the magnetizing inductance of the second transformer.

As the voltage across C3 rises above the threshold value, transistor Q3 will turn on and the current that had been flowing through the body diode of Q3 will commutate to the channel of Q3. The new half cycle will then proceed as discussed above, with Is being the initial value of current mentioned in that discussion.

As with the current-fed isolation stage, the transition between the two half cycles has a period of time when the two body diodes are conducting. This condition is highly dissipative and should be kept short by keeping the overlap period that both primary side transistors, Q1 and Q2, are off short.

In all of the power converter circuits described above, it might be desirable to slow down the switch transitions in the isolation stage for many reasons. For instance, slower transitions might reduce the high frequency differential-mode and common-mode ripple components in the output voltage waveform. There are several ways the switch transitions might be slowed down. For instance, in a well known manner a resistor could be placed in series with the gate of the primary side transistor Q1 (or Q2) in FIG. 5 so that its gate voltage would change more slowly. Similarly, a resistor could be

12

placed in series with the gate of a synchronous rectifier Q3 or (Q4). In either case an RC circuit is created by the added resistor, R, and the capacitance, C, associated with the transistor. If this RC product is long compared to the normal length of the oscillatory transitions described above, the switch transitions will be slowed down.

If the length of the switch transitions are on the order of $\sqrt{(LC)}$ or longer, where L is the leakage/parasitic inductance ($L_{P1}$ and/or $L_{P2}$) that oscillates with the capacitor (C3 or C4), then the nearly lossless transitions described above will not be achieved. The more the switch transitions are slowed down, the more the energy delivered to and/or recovered from the capacitors associated with the controlled rectifiers will be dissipated. As such, there is a tradeoff between the power converter's efficiency and its other attributes, such as output ripple content. This tradeoff might result in slower switch transitions in situations where high efficiency is not required or if better synchronous rectifiers in the future have much smaller capacitances.

As discussed above, the synchronous rectifier MOSFETs Q3 and Q4 in the circuit of FIG. 3 are driven with a gate-source voltage equal to approximately twice the output voltage. For a 5 volt output, the 10 volt drive that results is appropriate for common MOSFETs. If the output voltage is such that the gate drive voltage is too large for the ratings of the MOSFET, however, steps must be taken to reduce the drive voltage. For example, if the output voltage is 15 volts, a 30 volt gate drive will result, and it is typically desired that the gate be driven to only 10 volts. Also, some MOSFETs are designed to be driven with only 5 volts, or less, at their gates.

FIG. 7 shows one way to reduce the drive voltage while maintaining the energy recovery feature. The voltage waveform at node B (or at node A) is capacitively divided down by the series combination of capacitors C5 and C3 (or by C6 and C4). The values of these capacitors are chosen to provide the division of the AC voltage provided at node B (or node A) as desired. For example, if node B has a 30 volt step change and a 10 volt step change is desired at the gate of Q3, then C5 should have one half the capacitance of C3. Since C3 may be comprised of the parasitic capacitance of Q3, it is likely to be nonlinear. In this case, an effective value of capacitance that relates the large scale change in charge to the large scale change in voltage should be used in the calculation to determine C5.

Since a capacitor divider only divides the AC components of a waveform, additional components need to be added to determine the DC component of the voltage applied to the gates of Q3 and Q4. FIG. 7 shows one way to do this in which two resistors, R1 and R2 (or R3 and R4), provide the correct division of the DC component of the voltage at node B (or node A). These resistors should have values large enough to keep their dissipation reasonably small. On the other hand, the resistors should be small enough such that the time constant of the combined capacitor/resistor divider is short enough to respond to transients such as start-up.

Other techniques employing diodes or zener diodes that are known in the art could be used instead of the resistor technique shown in FIG. 7.

One variation of the invention described herein would be to create a power supply with multiple outputs by having more than one secondary winding on each transformer in the isolation stage. For example, by using two secondary windings with the same number of turns it would be possible to create a positive 12 volt output and a negative 12 volt output. If the two secondary windings have a different number of turns it would be possible to create two output voltages of different magnitudes (e.g., 5 volts and 3.3 volts). Another approach for

**13**

creating multiple outputs would be to have multiple isolation stages, each with a turns-ratio appropriate for their respective output voltages.

When multiple outputs are provided in this manner, a phenomenon commonly called cross-regulation occurs. A single regulation stage cannot control the various output voltages independently, because output voltages depend not just on the relative turns ratios, but also on the voltage drops that result as the various output currents flow through the impedances of their various output paths. A change in any one or more output currents therefore causes a change in the voltages of those outputs that are not used for feedback to the regulation stage, so the outputs can be said to be semi-regulated. If this variation due to changes in output currents is a problem, then various approaches for providing regulation of the uncontrolled outputs can be provided. For example, a linear regulator might be added to each output that is not otherwise regulated.

One advantageous approach to providing linear regulation with the power circuits described here is to control how much the synchronous rectifier MOSFETs are turned on during their conduction state. This can be done by adding circuitry to limit the peak voltage to which their gates will be driven so that their on-state resistances can be made larger than their minimum values. It can also be done by controlling the portion of operative half cycle during which a MOSFET's gate voltage is allowed to be high so that the MOSFET's body diode conducts for the rest of the time. With both techniques, the amount to which the output voltage can be regulated is the difference between the voltage drop of the synchronous rectifiers when their channels are fully on (i.e., when they are at their minimum resistance) and when only their body diodes are carrying the current.

One way to accomplish the first technique, that of controlling the peak gate voltage, is to use the basic capacitor divider circuit that was shown in FIG. **7**. All that is needed is to make the resistor divider ratio, (or, alternatively, the diode clamping voltage if such an approach is chosen) dependent on a control signal derived from the error in the output voltage compared to its desired value. The goal is to shift the DC component of the gate voltage in response to the error signal such that the peak voltage applied to the gate, and therefore the on-state resistance and voltage of the synchronous rectifier, helps to minimize this error. Various control circuitry schemes that might be used to achieve this goal will be obvious to one skilled in the art. Note that this approach preserves the energy recovery feature of the gate drive. Note also that if the voltages at nodes A and B are such that no AC division is desired, then C**5** and C**6** should be made large compared to C**3** and C**4**.

FIG. **8** shows an alternative method to control the DC component of the gate voltage waveform. The output voltage (or a scaled version of it) is subtracted from a reference voltage and the error is multiplied by the gain of an op-amp circuit. The output of the op-amp (node C) is then connected to the synchronous rectifier gates through resistors that are large enough to not significantly alter the AC waveforms at the gates. With this connection, the DC components of the gate voltages will equal the output voltage of the op-amp at node C. If the gain of the op-amp circuit is large enough, such as when an integrator is used, the error in the output voltage will be driven toward zero. $Z_F$ and $Z_1$ are impedances that should be chosen, with well established techniques, to ensure stability of this feedback loop while providing the gain desired.

The range of voltage required at the output of the op-amp depends on the particular application, and it may include negative values. This range influences the supply voltage requirements for the op-amp. Also, if the op-amp's output voltage gets too high, the synchronous rectifiers may not turn off when they are supposed to. Some means of limiting this voltage, such as a clamp circuit, may therefore be desirable.

**14**

One way to accomplish the second technique, that of controlling the portion of the half cycle in which the MOSFET is gated on, is to place a low power switch network between the gate of Q**3** (or Q**4**), node B (or node A), and ground. This network (composed, say, of analog switches operated with digital control signals) might be used to keep the gate voltage grounded for some period of time after the node voltage increases, and to then connect the gate to node B (or A) for the remainder of the half cycle with a switch capable of bidirectional current flow. The length of the delay would be based on a signal derived from the error in the output voltage. With this approach, the energy recovery feature associated with discharging each synchronous rectifier's gate capacitance is preserved, but the charging transition will become lossy. Alternatively, the switch network could be controlled to start out the half cycle with the gate connected to node B (or A), and then after some delay to connect the gate to ground.

Using a synchronous rectifier to provide regulation as well as rectification, as described above, is not limited to multiple-output situations. It can also be used in single-output situations either as the total regulation stage or as an additional regulation stage to augment the first one.

It is also possible to use DC-DC switching regulators on the secondary side to achieve the additional regulation desired, or to create more than one output voltage from any of the outputs of the isolation stage.

With multiple outputs it is not necessary for the gate of each controlled rectifier to be connected to secondary winding of the other transformer which corresponds to the same output. For instance, if the two outputs are 5 volts and 3.3 volts, the gates of the 3.3 volts output controlled rectifiers could be connected to the 5 volt output secondary windings. Doing so would give these controlled rectifiers a 10 volt gate drive, resulting in a lower on-state resistance than if they had a 6.6 volt gate drive.

In some situations, it may be desirable to place the isolation stage first in the power flow, and to have the regulation stage follow. For example, when there are many outputs sharing the total power, the circuit might be configured as one isolation/step-down (or step-up) stage followed by several DC-DC switching or linear regulators.

No matter where the isolation stage is situated, if it is to be current fed this requirement could be met with active circuitry as well as by a passive component such as an inductor. For instance, if the current fed isolation stage follows a regulation stage that is achieved with a linear regulator, then this linear regulator could be designed to have a large AC output impedance to achieve the input requirement of the current fed isolation stage.

When the regulation stage precedes the isolation stage, it is not necessary to sense the isolated output voltage to control the regulation. An alternative approach is to sense the voltage on the primary side of the isolation stage, which may eliminate the need for secondary side circuitry and the need to bridge the feedback control signal across the isolation barrier.

For example, in FIG. **6** the voltage across CB, the capacitor of the third-order output filter of the down converter, could be used. This voltage nearly represents the isolated output voltage (corrected for the turns-ratio). It differs only due to the resistive (and parasitic inductance commutation) drops between CB and the output. Since these drops are small and proportional to the current flowing through the isolation stage, the output can be said to be semi-regulated and the error in output voltage they create can either be tolerated or corrected.

To correct the error, the current on the primary side could be sensed, multiplied by an appropriate gain, and the result used to modify the reference voltage to which the voltage across CB is compared. Since these resistive drops vary with temperature, it might also be desirable to include temperature compensation in the control circuitry. Note that this approach

15

16

could also be used to correct for resistive drops along the leads connecting the supply's output to its load.

The embodiments of the invention described above have used two uncoupled transformers for the isolation stage. It is also possible, as shown in FIG. 9, to use a single transformer T in which, for example, there are two primary windings $T_{PRI1}$, $T_{PRI2}$ and two secondary windings, $T_{SEC1}$, $T_{SEC2}$. While the two primary windings may be tightly coupled, either the two secondaries should be loosely coupled to each other or the connections to the output capacitors and synchronous rectifier transistors should provide adequate parasitic inductance. The resulting leakage and parasitic inductance on the secondary side can then be modeled as is shown in FIG. 9.

With this inductance present in the secondary side loops, the operation of the coupled isolation stage during the overlap period is similar to what was described above for the uncoupled case. With Q1 and Q3 on, turn Q2 on. The voltage across the transformer windings, as modeled in FIG. 9, drops to zero, which is consistent with what must happen if the primary windings are tightly coupled. A nearly-lossless energy saving transition involving inductor/capacitor oscillations and linear discharges then ensues.

What is different here is that the overlap period during which both Q1 and Q2 are on cannot last too long. If the overlap lasts too long, the transient waveforms will settle into a state where the voltages at nodes A and B rise to the output voltage. If this voltage is higher than the gates' threshold levels, transistors Q3 and Q4 will partially turn on. A large amount of energy will then be dissipated while this state persists, and it is possible for the output capacitor to be significantly discharged.

These problems can be avoided by making sure the overlap period when both Q1 and Q2 are on does not last too long. For a given converter, an overlap period can be found which will give the highest converter efficiency. The more leakage/parasitic inductance there is, the longer an overlap period that can be tolerated. Based on the overlap time provided by a given control circuit, it may become necessary to add additional inductance by increasing the leakage or parasitic inductance.

With a coupled transformer it is not necessary to provide a separate reset circuit (whether it uses a tertiary winding or not) since the magnetizing current always has a path through which it can flow. With a coupled transformer it is necessary to keep the lengths of the two halves of the cycle well balanced to avoid imposing an average voltage across the core and driving it into saturation. Several techniques for balancing the two half cycles are well known in the art.

When two or more power supplies are connected in parallel, diodes are sometimes placed in series with each supply's output to avoid a situation where one supply's failure, seen as a short at its output, takes down the entire output bus. These "ORing" diodes typically dissipate a significant amount of energy. One way to reduce this dissipation is to replace the diode with a MOSFET having a lower on-state voltage. This "ORing" synchronous rectifier MOSFET can be placed in either output lead, with its body diode pointing in the direction of the output current flow.

With the invention described here, the voltage for driving the gate of this MOSFET, Q5, can be derived by connecting diodes to node A and/or node B (or to nodes of capacitor dividers connected to these nodes), as shown in FIG. 10. These diodes rectify the switching waveforms at node A and/or node B to give a constant voltage suitable for turning on the ORing MOSFET at node D. A filter capacitor, $C_F$, might be added to the circuit as shown in the figure, or the parasitic input capacitance of the ORing MOSFET might be used alone. A resistor $R_F$ ensures the gate voltage discharges when the drive is removed.

If the power supply fails in a way that creates a short at its output, such as when a synchronous rectifier shorts, the voltages at nodes A and B will also be shorted after the transient

is complete. With its gate drive no longer supplied, the ORing MOSFET will turn off, and the failed supply will be disconnected from the output bus.

When two (or more) power supplies of the type described here are placed in parallel, a problem can arise. If one power supply is turned on while another is left off (i.e. not switching), the output bus voltage generated by the first supply will appear at the gates of the second supply's synchronous rectifiers. Once this voltage rises above the threshold value, these synchronous rectifiers will turn on and draw current. At the least this will result in extra dissipation, but it could result in a shorted output bus. This problem can occur even if both supplies are turned on and off together if one supply's transition "gets ahead" of the other.

There are several approaches to solving this problem. One is to make sure both supplies have matched transitions. Another is to connect the supplies together with ORing diodes so that no supply can draw current from the combined output bus. If an ORing MOSFET is used instead of an ORing diode, however, this second approach can still fail to solve the problem. For instance, consider the case where a supply drives its ORing MOSFET with the technique shown in FIG. 10. Assume the bus voltage is already high due to another supply, and the first supply is then turned on in a way that causes its output voltage to rise slowly toward its desired value. If the ORing MOSFET's gate voltage rises high enough to turn it on before the newly rising output voltage approximately matches the existing bus voltage, then there will be at least a momentary large current flow as the two voltages equalize. To avoid this problem additional circuitry can be added to make sure an ORing MOSFET is not turned on until its supply's output voltage has approximately reached the bus voltage. This might be done by sensing the two voltages and taking appropriate action, or it might be done by providing a delay between when the ORing MOSFET's gate drive is made available and when it is actually applied to the gate. Such a delay should only affect the turn-on, however; the turn-off of the ORing MOSFET should have minimal delay so that the protective function of the transistor can be provided.

While this invention has been particularly shown and described with references to preferred embodiments thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention as defined by the appended claims. Those skilled in the art will recognize or be able to ascertain using no more than routine experimentation, many equivalents to the specific embodiments of the invention described specifically herein. Such equivalents are intended to be encompassed in the scope of the claims. For instance, the regulation stage could be composed of an up-converter. The ideas that have been presented in terms of the N-channel implementation of the synchronous rectifier MOSFET can be modified to apply to the P-channel implementation, as well. The components shown in the schematics of the figures (such as Q3 in FIG. 3) could be implemented with several discrete parts connected in parallel. In addition, certain aspects of the invention could be applied to a power converter having only one primary transformer winding and/ or one secondary transformer winding.

What is claimed is:

1. A non-regulating isolating step-down DC-DC power converter that provides a non-regulated, isolated DC output having a non-regulated output voltage, comprising:

   i) at least one isolating step-down transformer that is not driven into saturation, the at least one transformer having plural windings including at least one primary winding and at least one secondary winding;

   ii) plural power MOSFET switches in circuit with the at least one primary winding, the plural power MOSFET

17

switches causing power from a DC input to flow into the at least one primary winding;

iii) control circuitry coupled to the plural power MOSFET switches, the control circuitry determining when the power MOSFET switches are turned on and off in a switching cycle at a switching frequency, the switching cycle substantially comprising two substantial portions, a first portion and a second portion; and

iv) plural controlled rectifiers in circuit with the at least one secondary winding, each having a parallel uncontrolled rectifier, each controlled rectifier being turned on for an on-state time and off for an off-state time in synchronization with a voltage waveform of the at least one primary winding to provide the non-regulated, isolated DC output having a non-regulated voltage, the voltage waveform of the at least one primary winding having a fixed duty cycle and transition times which are short relative to the on-state and the off-state times of the controlled rectifiers;

v) a first controlled rectifier of the plural controlled rectifiers being conductive during the first portion of the switching cycle and a second controlled rectifier of the plural controlled rectifiers being conductive during the second portion of the switching cycle, there being a short time, during a transition between the portions, when the first controlled rectifier and the second controlled rectifier are both off and their corresponding uncontrolled rectifiers are both conducting.

**2**. A DC-DC power converter as claimed in claim **1** wherein the at least one isolating step-down transformer comprises plural transformers that are each not driven into saturation, each having plural windings including at least one primary winding and at least one secondary winding, power flowing to the isolated DC output from a first of the plural transformers during the first portion of the switching cycle and from a second of the plural transformers during the second portion of the switching cycle.

**3**. A DC-DC power converter as claimed in claim **1** further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to a gate of the first controlled rectifier and coupled to a first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to a gate of the second controlled rectifier and coupled to a second of the at least one secondary winding.

**4**. A DC-DC power converter as claimed in claim **3** wherein one of the capacitors in each of the voltage divider circuits is intrinsic parasitic capacitance.

**5**. A DC-DC power converter as claimed in claim **1** wherein each controlled rectifier is controlled by a signal derived from a voltage of the at least one secondary winding.

**6**. A DC-DC power converter as claimed in claim **1** wherein a gate of the first controlled rectifier is driven by a first signal derived from a voltage of a first of the at least one secondary winding, and a gate of the second controlled rectifier is driven by a second signal derived from a voltage of a second of the at least one secondary winding.

**7**. A DC-DC power converter as claimed in claim **6** further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to the gate of the first controlled rectifier and coupled to the first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to the gate of the second controlled rectifier and coupled to the second of the at least one secondary winding.

18

**8**. A DC-DC power converter as claimed in claim **1** wherein the fixed duty cycle is approximately 50% of the switching cycle.

**9**. A DC-DC power converter as claimed in claim **1** further comprising a filter inductor directly connected to plural of the windings of the at least one transformer, all current that flows through the inductor flowing through a first of the plural windings during the first portion of the switching cycle and a second of the plural windings during the second portion of the switching cycle.

**10**. A DC-DC power converter as claimed in claim **9** further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to a gate of the first controlled rectifier and coupled to a first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to a gate of the second controlled rectifier and coupled to a second of the at least one secondary winding.

**11**. A DC-DC power converter as claimed in claim **9** wherein a gate of the first controlled rectifier is driven by a signal derived from a voltage of a first of the at least one secondary winding, and a gate of the second controlled rectifier is driven by a signal derived from a voltage of a second of the at least one secondary winding.

**12**. A DC-DC power converter as claimed in claim **11** further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to the gate of the first controlled rectifier and coupled to the first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to the gate of the second controlled rectifier and coupled to the second of the at least one secondary winding.

**13**. A DC-DC power converter as claimed in claim **1** wherein the non-regulated voltage of the non-regulated, isolated DC output is associated with an input voltage on the DC input according to a turns ratio of the at least one transformer.

**14**. A DC-DC power converter as claimed in claim **1** wherein the non-regulated voltage of the non-regulated, isolated DC output drops with increasing current flow through the non-regulating isolating step-down converter.

**15**. A DC-DC power converter as claimed in claim **1** wherein power flow through the non-regulating isolating step-down converter is substantially uninterrupted.

**16**. A DC-DC power converter as claimed in claim **1** wherein energy is nearly losslessly delivered to and recovered from capacitors associated with the controlled rectifiers during transition times of the power MOSFET switches.

**17**. A DC-DC power converter as claimed in claim **1** wherein each of the at least one transformer has only one primary winding.

**18**. A DC-DC power converter as claimed in claim **1** adapted to receive a wide range of voltages at the DC input.

**19**. A DC-DC power converter as claimed in claim **18** adapted to receive a range of about 36-75 volts at the DC input.

**20**. A DC-DC power converter as claimed in claim **1** adapted to provide a range of currents of about 1 to 25 amps at the non-regulated, isolated DC output.

**21**. A DC-DC power converter as claimed in claim **1** wherein the switching frequency is in the range of 100 kHz and above.

**22**. A non-regulating isolating step-down DC-DC power converter through which power flows from a DC input to provide a non-regulated, isolated DC output having a non-regulated voltage, comprising:

i) at least one isolating step-down transformer that is not driven into saturation, the at least one transformer hav-

ing plural windings including at least one primary winding and at least one secondary winding;

ii) plural power MOSFET switches in circuit with the at least one primary winding, the plural power MOSFET switches causing power from the DC input to flow into the at least one primary winding;

iii) control circuitry coupled to the plural power MOSFET switches, the control circuitry determining when the power MOSFET switches are turned on and off in a switching cycle at a switching frequency, the switching cycle substantially comprising two substantial portions, a first portion and a second portion;

iv) plural controlled rectifiers in circuit with the at least one secondary winding, each having a parallel uncontrolled rectifier, each controlled rectifier being turned on for an on-state time and off for an off-state time in synchronization with a voltage waveform of the at least one primary winding to provide the non-regulated, isolated DC output having a non-regulated voltage, the voltage waveform of the at least one primary winding having a fixed duty cycle and transition times which are short relative to the on-state and the off-state times of the controlled rectifiers; and

v) a filter inductor directly connected to plural of the windings of the at least one transformer, all current that flows through the inductor flowing through a first of the plural windings during the first portion of the switching cycle, and a second of the plural windings during the second portion of the switching cycle.

23. A DC-DC power converter as claimed in claim 22 wherein the at least one isolating step-down transformer comprises plural transformers that are each not driven into saturation, each having plural windings including at least one primary winding and at least one secondary winding, power flowing to the isolated DC output from a first of the plural transformers during the first portion of the switching cycle and from a second of the plural transformers during the second portion of the switching cycle.

24. A DC-DC power converter as claimed in claim 22 further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to a gate of the first controlled rectifier and coupled to a first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to a gate of the second controlled rectifier and coupled to a second of the at least one secondary winding.

25. A DC-DC power converter as claimed in claim 24 wherein one of the capacitors in each of the voltage divider circuits is intrinsic parasitic capacitance.

26. A DC-DC power converter as claimed in claim 22 wherein each controlled rectifier is controlled by a signal derived from a voltage of the at least one secondary winding.

27. A DC-DC power converter as claimed in claim 22 wherein a gate of the first controlled rectifier is driven by a first signal derived from a voltage of a first of the at least one secondary winding, and a gate of the second controlled rectifier is driven by a second signal derived from a voltage of a second of the at least one secondary winding.

28. A DC-DC power converter as claimed in claim 27 further comprising a first voltage divider circuit, having first voltage dividing capacitors, coupled to the gate of the first controlled rectifier and coupled to the first of the at least one secondary winding, and a second voltage divider circuit, having second voltage dividing capacitors, coupled to the gate of the second controlled rectifier and coupled to the second of the at least one secondary winding.

29. A DC-DC power converter as claimed in claim 22 wherein the fixed duty cycle is approximately 50% of the switching cycle.

30. A DC-DC power converter as claimed in claim 22 wherein the non-regulated voltage of the non-regulated, isolated DC output is associated with an input voltage on the DC input according to a turns ratio of the at least one transformer.

31. A DC-DC power converter as claimed in claim 22 wherein the non-regulated voltage of the non-regulated, isolated DC output drops with increasing current flow through the non-regulating isolating step-down converter.

32. A DC-DC power converter as claimed in claim 22 wherein power flow through the non-regulating isolating step-down converter is substantially uninterrupted.

33. A DC-DC power converter as claimed in claim 22 wherein energy is nearly losslessly delivered to and recovered from capacitors associated with the controlled rectifiers during transition times of the power MOSFET switches.

34. A DC-DC power converter as claimed in claim 22 wherein each of the at least one transformer has only one primary winding.

35. A DC-DC power converter as claimed in claim 22 adapted to receive a wide range of voltages at the DC input.

36. A DC-DC power converter as claimed in claim 35 adapted to receive a range of about 36-75 volts at the DC input.

37. A DC-DC power converter as claimed in claim 22 adapted to provide a range of currents of about 1 to 25 amps at the non-regulated, isolated DC output.

38. A DC-DC power converter as claimed in claim 22 wherein the switching frequency is in the range of 100 kHz and above.

39. A method of converting power from DC to DC to provide a non-regulated, isolated DC output having a non-regulated voltage, comprising:

flowing power from a DC input through a non-regulating isolating step-down converter, the non-regulating isolating step-down converter providing a non-regulated, isolated DC output having a non-regulated voltage, and in the isolating step-down converter:

i) causing plural power MOSFET switches to be turned on in a switching cycle at a switching frequency, the switching cycle substantially comprising two substantial portions, a first portion and a second portion, to cause power to flow into at least one isolating step-down transformer that is not driven into saturation, the at least one transformer having plural windings including at least one primary winding and at least one secondary winding; and

ii) turning plural controlled rectifiers on for an on-state time and off for an off-state time, the plural controlled rectifiers being in circuit with the at least one secondary winding, each controlled rectifier having a parallel uncontrolled rectifier, the plural controlled rectifiers being turned on and off in synchronization with a voltage waveform of the at least one primary winding to provide the non-regulated, isolated DC output, the voltage waveform of the at least one primary winding having a fixed duty cycle and transition times which are short relative to the on-state and the off-state times of the controlled rectifiers;

iii) a first controlled rectifier of the plural controlled rectifiers being conductive during the first portion of the switching cycle and a second controlled rectifier of the plural controlled rectifiers being conductive during the second portion of the switching cycle, there being a short time, during a transition between the portions, when the

**21**

first controlled rectifier and the second controlled rectifier are both off and their corresponding uncontrolled rectifiers are both conducting.

**40**. A method as claimed in claim **39** further comprising flowing current through a filter inductor directly connected to plural of the windings of the at least one transformer, all current that flows through the inductor flowing through a first of the plural windings during the first portion of the switching cycle and flowing through a second of the plural winding during the second portion of the switching cycle.

**41**. A method as claimed in claim **40** further comprising gating the first controlled rectifier from a first voltage divider circuit, having first voltage dividing capacitors, that is coupled to a first of the at least one secondary winding and gating the second controlled rectifier from a second voltage divider circuit, having second voltage dividing capacitors, that is coupled to a second of the at least one secondary winding.

**42**. A method as claimed in claim **40** further comprising gating the first controlled rectifier by a signal derived from a voltage of a first of the at least one secondary winding and gating the second controlled rectifier by a signal derived from the voltage of a second of the at least one secondary winding.

**43**. A method as claimed in claim **42** further comprising gating the first controlled rectifier from a first voltage divider circuit, having first voltage dividing capacitors, that is coupled to the first of the at least one secondary winding, and gating the second controlled rectifier from a second voltage divider circuit, having second voltage dividing capacitors, that is coupled to the second of the at least one secondary winding.

**44**. A method as claimed in claim **39** wherein the at least one isolating step-down transformer comprises plural transformers that are each not driven into saturation, each having plural windings including at least one primary winding and at least one secondary winding, power flowing to the isolated DC output from a first of the plural transformers during the first portion of the switching cycle and from a second of the plural transformers during the second portion of the switching cycle.

**45**. A method as claimed in claim **39** wherein each controlled rectifier is controlled by a signal derived from a voltage of the at least one secondary winding.

**46**. A method as claimed in claim **39** wherein a gate of the first controlled rectifier is driven by a first signal derived from voltages of a first of the at least one secondary winding, and a gate of the second controlled rectifier is driven by a second signal derived from voltages of a second of the at least one secondary winding.

**47**. A method as claimed in claim **46** wherein the first controlled rectifier is gated from the first of the at least one secondary winding through a first voltage divider circuit, having first voltage dividing capacitors, and the second controlled rectifier is gated from the second of the at least one secondary winding through a second voltage divider circuit, having second voltage dividing capacitors.

**48**. A method as claimed in claim **39** wherein each of the at least one transformer has only one primary winding.

**49**. A method of converting power from DC to DC to provide a non-regulated, isolated DC output having a non-regulated voltage, comprising:

**22**

flowing power from a DC input through a non-regulating isolating step-down converter, the non-regulating isolating step-down converter providing a non-regulated, isolated DC output having a voltage, and in the isolating step-down converter:

i) causing plural power MOSFET switches to be turned on in a switching cycle at a switching frequency, the switching frequency substantially comprising two substantial portions, a first portion and a second portion, to cause power to flow into at least one isolating step-down transformer that is not driven into saturation, the at least one transformer having plural windings including at least one primary winding and at least one secondary winding;

ii) turning plural controlled rectifiers on for an on-state time and off for an off-state time, the plural controlled rectifiers being in circuit with the at least one secondary winding, each controlled rectifier having a parallel uncontrolled rectifier, the plural controlled rectifiers being turned on and off in synchronization with a voltage waveform of the at least one primary winding to provide the non-regulated, isolated DC output, the voltage waveform of the at least one primary winding having a fixed duty cycle and transition times which are short relative to the on-state and the off-state times of the controlled rectifiers;

iii) flowing current through a filter inductor directly connected to plural of the windings of the at least one transformer, all current that flows through the inductor flowing through a first of the plural windings during the first portion of the switching cycle and flowing through a second of the plural winding during the second portion of the switching cycle.

**50**. A method as claimed in claim **49** wherein the at least one isolating step-down transformer comprises plural transformers that are each not driven into saturation, each having plural windings including at least one primary winding and at least one secondary winding, power flowing to the isolated DC output from a first of the plural transformers during the first portion of the switching cycle and from a second of the plural transformers during the second portion of the switching cycle.

**51**. A method as claimed in claim **49** wherein each controlled rectifier is controlled by a signal derived from a voltage of the at least one secondary winding.

**52**. A method as claimed in claim **49** wherein a gate of the first controlled rectifier is driven by a first signal derived from voltages of a first of the at least one secondary winding, and a gate of the second controlled rectifier is driven by a second signal derived from voltages of a second of the at least one secondary winding.

**53**. A method as claimed in claim **52** wherein the first controlled rectifier is gated from the first of the at least one secondary winding through a first voltage divider circuit, having first voltage dividing capacitors, and the second controlled rectifier is gated from the second of the at least one secondary winding through a second voltage divider circuit, having second voltage dividing capacitors.

**54**. A method as claimed in claim **49** wherein each of the at least one transformer has only one primary winding.

\*   \*   \*   \*   \*