IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC. *et al.* <br><br> Defendants. | Civil Action No. 2:07-CV-497 (TJW) (CE) <br><br> **JURY** |

**ORDER GRANTING
DEFENDANTS DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA
ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD.,
MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS</u>**

On this day the Court considered Defendants Delta Electronics, Inc., Delta Products Corp., Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., Murata Power Solutions, Inc., and Power-One, Inc.'s (collectively "Fish Defendants'") Motion to for Summary Judgment of Indefiniteness. After careful consideration, the Court concludes that the Motion should be granted. It is therefore

ORDERED that Fish Defendants' Motion to Summary Judgment of Indefiniteness is GRANTED. Claims 1, 2, 5, 9, 11, 21, 22, 26, 40, 49, and 51 of U.S. Patent No. 7,558,083 and claims 1, 12, 15, 22, 24, 26, 55, 56, 59, 65, 71, 79, and 87 of U.S. Patent No. 7,564,702 are invalid for failure to comply with 35 U.S.C. § 112.