# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC.<br><br>             Plaintiff,<br><br>v.<br><br>ARTESYN TECHNOLOGIES, INC., ET AL.<br><br>             Defendants. | Civil Action No. 2:07-CV-497-TJW-CE<br><br>**JURY TRIAL DEMANDED** |

**ARTESYN TECHNOLOGIES, INC. AND ASTEC AMERICA INC. TRIAL WITNESS LIST**

| Individual | Contact Information | "Will Call"/ "May Call" | Live / By Deposition |
|---|---|---|---|
| Allen Rozman | Lineage Power Corporation<br>601 Shiloh Road<br>Plano, TX 75074 | May Call | Live |
| Brian Napper | FTI Consulting<br>One Front St., Suite 1600<br>San Francisco, CA 94111<br>(415) 283-4279 | Will Call | Live |
| Brian Narveson | c/o Texas Instruments Legal Dept.-Larry Schroeder<br>7839 Churchill Way, MS 3999<br>Dallas, Dallas, TX 75251 | May Call | Live Or By Deposition |
| Collon Lee | Astec America Inc<br>5810 Van Allen Way<br>Carlsbad, CA 92008<br>760-930-4600 | May Call | Live |
| Conor Quinn, Ph.D. | Astec America Inc.<br>7575 Market Place Dr.<br>Eden Prairie, MN 55344<br>952-941-1100 | May Call | Live |

| Individual | Contact Information | "Will Call"/ "May Call" | Live / By Deposition |
|---|---|---|---|
| Dan Tetzlaff | Astec America Inc.<br>7575 Market Place Dr.<br>Eden Prairie, MN 55344<br>952-941-1100 | May Call | Live |
| Douglas Arduini | Douglas P. Arduini<br>506 Cartagena Lane<br>San Ramon, CA 94583<br>(925) 804-6063 | May Call | By Deposition |
| Eddie Gallacher | Astec America Inc.<br>17/F Lu Plaza, 2 Wing Yip Street<br>Kwun Tong, Kowloon<br>Hong Kong | Will Call | Live |
| Extreme Networks, through its corporate representative Christopher Widmann | Extreme Networks<br>3585 Monroe Street<br>Santa Clara, CA 95051<br>408-579-2800 | May Call | By Deposition |
| Gordon E. Bloom | 115 Duran Drive<br>San Rafael, CA 94903 | May Call | By Deposition |
| Hewlett-Packard, through its corporate representative Amin Bemat | 3000 Hanover Street<br>Palo Alto, CA 94304<br>650-857-1501 | May Call | By Deposition |
| Jeffrey D. Shepard | 3679 Sierra Ave.<br>Norco, CA 92860 | Will Call | Live |
| Joseph C. McAlexander, III. | 101 W. Renner Road, Suite 350<br>Richardson, TX 75082 | Will Call | Live |
| Juniper Networks, through its corporate representative Scott Coonan | 1194 North Mathilda Ave.<br>Sunnyvale, CA 94089<br>408-745-2000 | May Call | By Deposition |
| Kenneth Small | 17595 Monebello Road<br>Cupertino, CA 95014 | May Call | By Deposition |
| L. Haachitaba Mweene, D.Sc. | 1305 East Oak Street<br>Wylie, TX 75098 | Will Call | By Deposition |
| Laura Ferrante | Astec America Inc.<br>508-308-4279 | Will Call | Live |
| M. Ray Mercer, Ph.D. | 311 Landsburg Lane<br>College Station, TX 77845 | Will Call | Live |

| Individual | Contact Information | "Will Call"/ "May Call" | Live / By Deposition |
|---|---|---|---|
| Mark Rice | Astec America Inc. 5810 Van Allen Way Carlsbad, CA 92008 760-930-4600 | Will Call | Live |
| Michael J. Callahan, Jr. | 805 River Road Austin, TX 78734 | Will Call | Live |
| Rachel Deonier | 1002 Elmcroft Blvd. # 402 Rockville, MD 20850 | May Call | By Deposition |
| Robert Ballenger | Cisco Systems, Inc. 170 W. Tasman Dr. San Jose, CA 95134 (408) 526-4000 | May Call | By Deposition |
| Robert Boschert | 16310 Shannon Road Los Gatos, CA 95032 | May Call | By Deposition |
| Robert Mammano | 2922 Java Road Costa Mesa, CA 92626 | May Call | By Deposition |
| Todd Schaible | Astec America Inc. 7575 Market Place Dr. Eden Prairie, MN 55344 952-941-1100 | May Call | Live |
| V. Tom Rhyne, Ph.D. | 8407 Horse Mountain Cove Austin, TX 78759 | Will Call | Live |

This Witness List does not identify those witnesses that Astec or Artesyn may choose to cross-examine at trial, either live or by deposition; and Astec and Artesyn each hereby reserve the right to cross-examine and/or impeach any witness called live or by deposition at trial by any party.

Astec and Artesyn each reserve the right to call, live or by deposition, any witness identified or called at trial by Plaintiff or any other Defendant.

    Astec and Artesyn each reserve the right to amendment and/or supplement this disclosure as allowed by the Court and law.

Date:   November 5, 2010            Respectfully submitted,

                                             By:   */s/ Jeffrey A. Andrews*

| | |
|---|---|
| Jennifer Parker Ainsworth | Robert J. McAughan, Jr. |
| Texas State Bar No. 00784720 | Texas State Bar No. 00786096 |
| **WILSON, ROBERTSON & CORNELIUS, PC** | *Lead Attorney* |
| One American Center | Nathan C. Dunn |
| 909 ESE Loop 323, Suite 400 | Texas State Bar No. 24036509 |
| Tyler, Texas 75701 | Jeffrey A. Andrews |
| Telephone:   903-509-5000 | Texas State Bar No. 24050227 |
| Facsimile:   903-509-5091 | **LOCKE LORD BISSELL & LIDDELL LLP** |
| jainsworth@wilsonlawfirm.com | 3400 JP Morgan Chase Tower |
| | 600 Travis Street |
| | Houston, Texas 77002-3095 |
| | Telephone:   713-226-1200 |
| | Facsimile:   713-223-3717 |
| | bmcaughan@lockelord.com |
| | |
| | *Attorneys for Defendant* |
| | *Astec America Inc.* |

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned certifies that the foregoing document was served on the 5th day of November 2010 on all counsel of record via e-mail.


                 */s/ Jeffrey A. Andrews*