# EXHIBIT 4

120485 eb

```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
                   MARSHALL DIVISION

SYNQOR, INC.                   *
                               *
VS.                            * CIVIL ACTION
                               * NO. 2:07-CV-497-TJW-CE
ARTESYN TECHNOLOGIES, INC.,    *
ASTEC AMERICA, INC., BEL       *
FUSE INC., CHEROKEE            *
INTERNATIONAL CORP., DELTA     *
ELECTRONICS, INC., DELTA       *
PRODUCTS CORP., LINEAGE        *
POWER CORP., MURATA            *
ELECTRONICS NORTH AMERICA,     *
INC., MURATA MANUFACTURING     *
CO., LTD., MURATA POWER        *
SOLUTIONS INC., POWER-ONE,     *
INC.                           *
```

```
          SECOND 30(b)(6) DEPOSITION OF MARK RICE
                         VOLUME 1
       UPON RECEIPT OF SIGNATURE, THE ORIGINAL OF THIS
            DEPOSITION WILL BE IN THE CUSTODY OF:

                 Michael D. Hatcher, Esquire
                     Sidley Austin LLP
                717 North Harwood, Suite 3400
                     Dallas, Texas  75201


Date                    Edith A. Boggs, CSR


2-24-10                 HOUSTON, TEXAS
```

fdfaa55b-2b20-47b6-ab65-65147592e2ec

```
                                                  Page 2
  8              DEPOSITION OF MARK RICE

 11      DEPOSITION AND ANSWERS of MARK RICE, taken before
 12   Edith A. Boggs, a certified shorthand reporter in Harris
 13   County for the State of Texas, taken at the law offices
 14   of Locke Lord Bissell & Liddell LLP, 600 Travis Street,
 15   Suite 3400, Houston, Texas, on the 24th day of February,
 16   2010, between the hours of 9:05 a.m. and 5:36 p.m.
```

```
                                                  Page 4
  1                    EXAMINATION INDEX

  3   QUESTIONS BY                      PAGE
  5   Mr. Hatcher                        6

  7                    INDEX OF EXHIBITS

  9   NO.    MARKED   DESCRIPTION
 11   AA51    7    SynQor's Amended Second Notice of
      Deposition of Astec Pursuant to Fed.R.Civ.P. 30(b)(6)

 12   AA52    8    SynQor's Second Notice of Deposition of
 13   Artesyn Pursuant to Fed.R.Civ.P. 30(b)(6)
 14   AA53    8    Quarter-Brick IBC Series
 15   AA54    9    Eighth-Brick IBC Series
 16   AA55   10    Typhoon Family 2nd Generation
      Quarter-Brick Intermediate Bus Converter Training Module

 17
      AA56   10    Astec/Artesyn Intermediate Bus
 18   Converters
 19   AA57   10    Astec On-Board DPA Products
 20   AA58   10    DC-DC Product Update
 21   AA59   23    Astec America Inc.'s Fourth Supplemental
      Responses to SynQor, Inc.'s First Set of Interrogatories
 22   to Defendants, Appendix ROG-9.1
 23   AA60   40    IBC Product Line Strategy
 24   AA61   60    Engineering, Custom product and DC-DC
      Update
```

```
                                                  Page 3
  1         A P P E A R A N C E S

  3   ATTORNEY FOR PLAINTIFF:

  5   Sidley Austin LLP
      717 North Harwood, Suite 3400
  6   Dallas, Texas  75201
  7   By:  Michael D. Hatcher, Esquire

  9   ATTORNEYS FOR DEFENDANTS, ARTESYN TECHNOLOGIES, INC
      AND ASTEC AMERICA, INC.:
 11   Locke Lord Bissell & Liddell LLP
      600 Travis Street, Suite 3400
 12   Houston, Texas  77002
 13   By:  Jeffrey A. Andrews, Esquire
      and Robert J. McAughan, Jr., Esquire

 16   ALSO PRESENT:
 17   Richard Sung, Esquire
      Mr. Michael Falwell, Videographer

 19   REPORTED BY:
 21   Edith A. Boggs, CSR
```

```
                                                  Page 5
  2   AA62   99    Solutions for Black Pearl
  3   AA63  125    E-mail dated 5-13-05 from Nick
      Leatherdale
  4   AA64  126    E-mail dated 6-26-05 from Jackie Day
  5   AA65  128    E-mail dated 3-7-05 from Jackie Day
  6   AA66  147    E-mail dated 10-31-02 from Keith
      Loehrlein

  7   AA67  151    E-mail dated 8-19-07 from Jim Quinlan

  8   AA68  154    DSBU Next Generation Wiring Closet DC-DC
  9   Power Request for Information
 10   AA69  160    Sales of bus converters shipped into or
      out of the United States beginning July 4, 2006
```

Page 6

1        PROCEEDINGS
2        THE VIDEOGRAPHER: Today is Wednesday,
3   February 24th, 2010.
4        This is the 30(b)(6) deposition of --
5   deposition of Artesyn Technologies/Astec America. Mark
6   Rice is the designated witness. This begins tape one,
7   and we are now on the record.
8        MR. HATCHER: Could you please --
9        MARK RICE
10  was called as a witness and, being first duly sworn by
11  the notary, testified as follows:
12       EXAMINATION
13  Q. (BY MR. HATCHER) An important preliminary point.
14  Could you please state your name.
15  A. Mark Rice.
16  Q. And where do you work?
17  A. I work at Emerson Network Power.
18  Q. Have you been deposed before?
19  A. Yes, I have.
20  Q. Was it just the once that I deposed you
21  previously or was there another time?
22  A. I had one a long -- several -- probably five or
23  six years prior, a personal deposition.
24  Q. Did that have anything to do with a patent
25  infringement case?

Page 7

1   A. No.
2   Q. Okay. What was it, at a high level, just --
3   A. It was a -- I believe it was a distribution
4   termination agreement.
5   Q. Do you understand that I'm going to ask you a
6   series of questions and you're under oath to answer to
7   the best of your ability?
8   A. Yes.
9   Q. Do you understand that your lawyer may object to
10  a question but you still must answer unless he instructs
11  you not to?
12  A. Correct.
13  Q. If for any reason you do not understand a
14  question of mine, you can ask me to clarify. Okay?
15  A. Yes.
16  Q. Otherwise, I will assume you understood the
17  question. Okay?
18  A. Okay.
19  Q. Is there any reason you cannot provide truthful
20  and accurate testimony today?
21  A. No.
22       MR. HATCHER: I'd like to mark as Exhibit AA
23  51 SynQor's amended second notice of deposition of
24  Astec.
25       (Exhibit AA 51 marked.)

Page 8

1        MR. HATCHER: And I'd like to mark as
2   Exhibit AA 52 SynQor's second notice of -- of deposition
3   of Artesyn.
4        (Exhibit AA 52 marked.)
5   Q. (BY MR. HATCHER) Have you seen Exhibits AA 51
6   and 52 before?
7   A. Yes, I have.
8   Q. Are you aware that you've been identified as a
9   corporate representative to testify on behalf of both
10  Artesyn and Astec today?
11  A. Yes.
12  Q. Are you aware you're supposed to provide the
13  information your company has on these topics and not
14  just your personal knowledge?
15  A. Yes.
16  Q. Do you believe you are prepared to do so today?
17  A. Yes, I am.
18  Q. And that's for all topics in both notices; is
19  that correct?
20  A. That's correct.
21       MR. HATCHER: I'd like to mark as Exhibit AA
22  53 a document entitled Quarter-Brick IBC Series
23  Application Note 190.
24       (Exhibit AA 53 marked.)
25  Q. (BY MR. HATCHER) What I'm going to do is I'm

Page 9

1   going to mark three or four documents now, and while I'm
2   doing that, if you can just flip through them quickly
3   just so you know what they are. If I have specific
4   questions about specific things, I'll point them to you.
5        MR. HATCHER: I'm going to mark as Exhibit
6   AA 54 a document entitled Eighth-Brick IBC Series
7   Application Note 182.
8        (Exhibit AA 54 marked.)
9        MR. ANDREWS: Mike, I'd like to -- I just
10  want to note that these don't have production numbers on
11  them. Did you pull these off the Internet recently?
12       MR. HATCHER: Yes, your web site.
13       MR. ANDREWS: Okay.
14       MR. HATCHER: Your client's web site.
15  Excuse me.
16       MR. ANDREWS: Are they the current versions
17  that you pulled off say in the past couple of months
18  or --
19       MR. HATCHER: Yes.
20       MR. ANDREWS: Okay.
21       MR. HATCHER: I believe so. I didn't
22  personally do it but yes, I believe so.
23       MR. ANDREWS: That's fine.
24       MR. HATCHER: I'd like to mark as Exhibit AA
25  55 a document that's been Bates labeled ARTN 879697

3 (Pages 6 to 9)

Page 38

1  that meant?
2      A. Well, it's -- all I can say is what is actually
3  written in here.  How it's used or what they built on
4  their board is their design.  So, we would -- all we
5  know is that they're using a Volterra semi-conductor
6  based discrete dc-dc converter but whether it's isolated
7  or nonisolated, that's really their design.  We wouldn't
8  have any knowledge or control over that.
9      Q. Artesyn and Astec do not know one way or the
10 other whether it's nonisolated?
11     A. We don't know if it's nonisolated or isolated,
12 correct.
13     Q. Turning to Page 17, Artesyn and Astec know that
14 Sun uses Artesyn and Astec's variable duty cycle bus
15 converters that it buys from Artesyn and Astec to power
16 two or more nonisolated switching regulators; is that
17 correct?
18         MR. ANDREWS:  Objection to form.
19     A. We know that Sun has purchased our bus
20 converters.
21     Q. (BY MR. HATCHER)  And uses them to feed multiple
22 dc-dc converters, correct?
23     A. What we know and what's believed is that it's
24 used in an Intel based blade server project that is
25 referred to as Scorpio, and the Scorpio blade server had

Page 39

1  a short production run.  It's now into life in the LB 40
2  and the Scorpio is believed to feed dc-dc converters.
3      Q. Are those nonisolated regulating dc-dc
4  converters?
5      A. We don't know if it's isolated or nonisolated.
6  It's just a dc-dc converter.
7      Q. Who was it at -- at Artesyn or Astec that had
8  this amount of knowledge about the Sun end product?
9      A. In this report, it's stated as Laura Ferrante and
10 Randy Schoephoerster.
11     Q. Did -- did you ask them whether or not they knew
12 if they were nonisolated regulating converters?
13     A. I spoke -- I spoke to Laura Ferrante, and she
14 said that these were -- what she believed they were used
15 for was powering disk drives, as well as dc-dc
16 converters.
17     Q. Did she know what type of dc-dc converters,
18 whether they were nonisolated?
19     A. I don't recall whether they were listed as
20 isolated or nonisolated.
21     Q. That's something I would like to check, if
22 possible, at a break.  I'll make a note to myself, too,
23 whether Artesyn and Astec's belief or best information
24 is that they are nonisolated switching regulators
25 when -- when it refers to feed dc-dc converters.

Page 40

1      Artesyn and Astec do know that Sun at least
2  offers its end products incorporating Artesyn and
3  Astec's variable duty cycle bus converters for sale in
4  the U.S., correct?
5          MR. ANDREWS:  Objection to form.
6      A. Sun offers their products globally, and the U.S.
7  is included.
8          MR. HATCHER:  I'd like to mark as Exhibit AA
9  60 a document Bates labeled ARTN 1708572 through 613.
10         (Exhibit AA 60 marked.)
11     Q. (BY MR. HATCHER)  If you could, please take a
12 moment to familiarize yourself with Exhibit AA 60.  I've
13 got a fair number of questions about it.  I guess to
14 preview, I mean, what I'm going to be interested in is
15 that this appears to me to lay out -- to indicate that
16 Artesyn and Astec have knowledge of various customers'
17 use of their intermediate bus converters, their -- their
18 unregulated and variable duty cycle bus converters and
19 that generally they're all used to power multiple
20 nonisolated switching regulators, and it lists accounts
21 and has end applications -- or end product information,
22 including diagrams of some of the products.  So, take
23 your time --
24     A. Okay.
25     Q. -- and then I'll ask you about it.

Page 41

1      A. Okay.
2      Q. Okay.  What is Exhibit AA 60?
3      A. It -- it appears to be an internal document, a
4  marketing document.
5      Q. Does it basically present Artesyn and Astec's
6  strategy for sales and marketing for its unregulated and
7  variable duty cycle bus converters?
8          MR. ANDREWS:  Objection to form.
9      A. I'm not sure if Jon is with the company but --
10 and I'm also not sure clearly what his intention was but
11 it appears to go through what some of the strategies are
12 with the IBC.
13     Q. (BY MR. HATCHER)  I'm sorry, did you say you do
14 or don't know who Jon Firth is?
15     A. I think he was somebody in the Artesyn marketing.
16     Q. Do you know whether he's still with the company?
17     A. I don't think -- he's no longer with the company.
18         THE COURT REPORTER:  I'm sorry, can I get
19 you to --
20     A. No, he's no longer with the company.  He's no
21 longer with the company.
22     Q. (BY MR. HATCHER)  Okay.  Do you know what his
23 position was when he was with the company?
24     A. I don't know what his exact position was but he
25 was involved in marketing activity.

11 (Pages 38 to 41)

Page 186

1  like it's already been done but check and confirm
2  whether or not any of the data sheets that you did find
3  had the '190 patent on it and if it did, then I want to
4  know who had it.
5      A.  Uh-huh.
6          MR. HATCHER:  All right.  So, with that, I
7  think that's all I have for today and it's probably a
8  good stopping point --
9          MR. ANDREWS:  Okay.
10         MR. HATCHER:  -- to go until tomorrow.
11         THE VIDEOGRAPHER:  The time is approximately
12 5:36 p.m.  We are going off the record.
13     (Whereupon at 5:36 p.m. the
14     deposition was adjourned.)

Page 187

1      E R R A T A   S H E E T
3  Correction            Page    Line

Page 188

1      I, MARK RICE, have read the foregoing deposition
and hereby affix my signature that same is true and
2  correct, except as noted above.
                    _____
3                   MARK RICE
4
   THE STATE OF _____
5  COUNTY OF _____
6  Before me, _____, on this day personally
   appeared MARK RICE, known to me (or proved to me under
7  oath or through _____) (description of identity
   card or other document) to be the person whose name is
8  subscribed to the foregoing instrument and acknowledged
   to me that they executed the same for the purposes and
9  consideration therein expressed.
10 Given under my hand and seal of office this _____ day
   of _____, _____.
11
                    _____
12 NOTARY PUBLIC IN AND FOR
   THE STATE OF _____

Page 189

1  STATE OF TEXAS     *
   COUNTY OF HARRIS   *
2
       I, the undersigned certified shorthand reporter
3  and notary public in and for the State of Texas, certify
   that the facts stated in the foregoing pages are true
4  and correct.
5      I further certify that I am neither attorney or
   counsel for, nor related to or employed by, any of the
6  parties to the action in which this deposition is taken
   and, further, that I am not a relative or employee of
7  any counsel employed by the parties hereto, or
   financially interested in the action.
8
       SUBSCRIBED AND SWORN TO under my hand and seal of
9  office on this the 8th day of March, 2010.
10
11         Edith A. Boggs
           EDITH A. BOGGS, CSR
12         Certified Shorthand Reporter and
           Notary Public in and for
13         the State of Texas
14 Notary Expires:  5-10-2012
   Certificate No. 3022
15 Expiration date:  12-31-2011
   Esquire Deposition Solutions, LLC
16 Registration No. 3