# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC, | § |
| | § |
| v. | § CASE NO. 2:07-CV-497-TJW-CE |
| | § |
| ARTESYN TECHNOLOGIES, INC., ET. AL. | § |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 1031), which contains his recommendation that the court deny the Plaintiff's motion to strike Defendants' affirmative defenses and/or counterclaims of inequitable conduct as moot (Dkt. No. 462), has been presented for consideration. No party filed an objection to the report and recommendation.

The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this court. Accordingly, it is ORDERED that Plaintiff's motion to strike Defendants' affirmative defenses and/or counterclaims of inequitable conduct is DENIED as moot.

**IT IS SO ORDERED.**

SIGNED this 24th day of March, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1