# Exhibit 1

(To Appendix A)

# SUSAN SIMMONS, CSR
## Official Court Reporter
U.S. District Courts
100 East Houston Street
Marshall, Texas 75670
903/935-3868
SS# 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

*n 14 $\frac{132}{227}$*

December 1, 2008

Mr. Mike Hatcher                    RE: SynQor Vs.
Sidley Austin                            Artesyn, Et Al
717 North Harwood, Suite 3400         2:07-CV-497
Dallas, Texas 75201

*34133-80020*

Transcript of Telephonic Hearing held in above-mentioned case
$72.00

(Transcript sent electronically.)

TOTAL DUE:     $72.00

*.30770*
*12/4/2008*

*Von# 1949204*

*R PT*

**THANK YOU!!**
Please pay from this invoice.

RECEIVED

DEC 1 2008

DALLAS ACCOUNTING

# STATEMENT

**LEGALINK**
A MERRILL COMMUNICATIONS COMPANY



REMIT TO: LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7951

Merrill Communications
One Merrill Circle
St. Paul, MN 55108

MICHAEL D. HATCHER
SIDLEY AUSTIN BROWN & WOOD
717 NORTH HARWOOD
SUITE 3400
DALLAS TX   75201

Tuesday, June 23 2009

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged |
|---|---|---|---|---|---|---|
| 12037322 | 06/17/09 | Synqor, Inc. vs. Artesyn Technologies, Inc et al | Robert J Bosshen | 06/02/09 | 415.00 | 7 |
| 12037347 | 06/18/09 | Synqor, Inc. vs. Artesyn Technologies, Inc et al | Kenneth T Small | 06/03/09 | 320.00 | 6 |
| | | | | Total : | 735.00 | |

Tax ID No :    20-2665382

Listed above are the invoices open on your account.
In order to provide the finest service to you, please review the invoices listed.  Should you require INVOICE COPIES and/or
PAYMENT VERIFICATION, please email your request to: LLinvcopybos@merrillcorp.com

Remit to:      LegaLink, Inc.
P.O. Box 277951
Atlanta, GA  30384-7951

If you require additional information please contact:

Peter Milton
LegaLink- A Merrill Company
Corporate Collections Administrator
Direct (651) 632-4508
email: peter.milton@merrillcorp.com

34133-90080    30970

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax (617) 542-2119

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12037284 | 06/30/2009 | 1205-80572 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/03/2009 | LSF | 2:07-CV-497-T |

*2007785*

Michael D. Hatcher
Sidley Austin Brown & Wood
717 North Harwood
Suite 3400
Dallas, TX 75201

**CASE CAPTION**

Synqor, Inc. vs. Artesyn Technologies, Inc et al

**TERMS**

Immediate, sold Merrill FOB facility

*34133_80020*

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Kenneth T. Small

603.30

TOTAL  DUE  >>>>          603.30

Thank you for using Merrill Legal Solutions. We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

TAX ID NO.: 20-2665382                                                (214) 981-3302

*Please detach bottom portion and return with payment.*

Michael D. Hatcher
Sidley Austin Brown & Wood
717 North Harwood
Suite 3400
Dallas, TX 75201

Invoice No.:  12037284
Date       :  06/30/2009
**TOTAL DUE** :     603.30

Job No.    :  1205-80572
Case No.   :  2:07-CV-497-TJW-CE
Synqor, Inc. vs. Artesyn Technologie

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

LegaLink Boston
101 Arch Street, 3rd Floor
Boston, MA 02110
(617) 542-0039   Fax  (617) 542-2119

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 12037280 | 06/30/2009 | 1205-80519 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/02/2009 | LSF | 2:07-CV-497-T |

| CASE CAPTION |
|---|
| Synqor, inc. vs. Artesyn Technologies, Inc et al |

| TERMS |
|---|
| Immediate, sold Merrill FOB facility |

Michael D. Hatcher
Sidley Austin Brown & Wood
717 North Harwood
Suite 3400
Dallas, TX 75201

34133-90020

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Robert J. Boschert

                                                                     901.65

                                        TOTAL DUE  >>>>        901.65

Thank you for using Merrill Legal Solutions.  We appreciate your business!

Do you have audio recordings you need transcribed? Count on Merrill for
high-quality audio recording transcription services by litigation support experts.
Contact your local Merrill office today or email audiotran@merrillcorp.com to submit
your work request or for more information.

PLEASE NOTE OUR REMITTANCE ADDRESS:
LEGALINK, INC.
PO BOX 277951
ATLANTA, GA  30384

TAX ID NO.: 20-2665382                                    (214) 981-3302

*Please detach bottom portion and return with payment.*

Michael D. Hatcher
Sidley Austin Brown & Wood
717 North Harwood
Suite 3400
Dallas, TX 75201

Invoice No.:  12037280
Date       :  06/30/2009
TOTAL DUE  :     901.65

Job No.    :  1205-80519
Case No.   :  2:07-CV-497-TJW-CE
Synqor, Inc. vs. Artesyn Technologie

Remit To:    LegaLink, Inc.
             PO Box 277951
             Atlanta, GA 30384

**Shelly Holmes, CSR**
2593 Myrtle Road
Diana, Texas 75640
Phone (903) 663-5082  Fax (903) 663-9105
SSN: 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
shellyholmes@skynetcountry.com

| DATE |
|---|
| 10/15/09 |

| BILL TO |
|---|
| Mr. Michael Hatcher |
| Sidley Austin |
| 717 N Harwood |
| Suite 3400 |
| Dallas , TX 75201 |

| DESCRIPTION | AMOUNT |
|---|---|
| 2:07-cv-497; SynQor vs. Artesyn Technologies, Inc., et al.;  held before United States Magistrate Judge Chad Everingham | |
| Motion to Compel Hearing 10/1/09 | $125.00 |
| 34133 - 80020 | |
| **INVOICE DUE UPON RECEIPT** | |
| 30970 | |
| **TOTAL** | **$125.00** |



00606380-31

**ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

### Invoice # JD103048

2038009

| Invoice Date | Terms |
|---|---|
| 11/12/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 94627 | 11/10/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/29/2009, ION TABAN | | | |
| EXPERT ORIGINAL & 1 TRANSCRIPT/WORD INDEX (247 Pages) | $ 4.25 | 247.00 | $ 1,049.75 |
| EXHIBITS | $ 125.00 | 1.00 | $ 125.00 |
| VIDEO | $ 1,323.00 | 1.00 | $ 1,323.00 |
| APPEARANCE FEE | $ 185.00 | 1.00 | $ 185.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| | | | $ 2,752.75 |
| DELIVERY - OTHER | | | $ 31.27 |
| | | | $ 31.27 |

RECEIVED
NOV 2 3 2009
CHICAGO AP

***CONTINUED ON NEXT PAGE ...***

Tax Number: 20-3491300

**Method of Payment**

Company: Esquire - Boston
Invoice Number: JD103048
Invoice Date: 11/12/2009
Balance: $ 2,784.02
Due Date: 12/12/2009
Late Date: 12/27/2009
Late Amount: $ 3,062.42

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
[ ][ ][ ]

Credit Card Number
[ ][ ][ ][ ]  [ ][ ][ ][ ]  [ ][ ][ ][ ]  [ ][ ][ ][ ]

Exp. Date
[ ][ ]

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number _____

Print Name (as it appears on your credit card) _____

Signature (as it appears on your credit card) _____

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000103048 11122009 5 000278402 1 12122009 12272009 8 000306242 23



## ESQUIRE

an Alexander Gallo Company

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # JD103048

| Invoice Date | Terms |
|---|---|
| 11/12/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603.

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/29/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 94627 | 11/10/2009 | F-S-O |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|

**RECEIVED**

**NOV 2 3 2009**

**CHICAGO AP**

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO SURCHARGE APPLIED

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,784.02~~ $2,497.75 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,784.02~~ $2,497.75 |
| Payment Due: | 12/12/2009 |

Tax Number: 20-3491300

After 12/27/2009 Pay This Amount: $ 3,062.42

### Method of Payment

Company: Esquire - Boston
Invoice Number: JD103048
Invoice Date: 11/12/2009
Balance: $ 2,784.02
Due Date: 12/12/2009
Late Date: 12/27/2009
Late Amount: $ 3,062.42

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000103048 11122009 5 000278402 1 12122009 12272009 8 000306242 23



**ESQUIRE**

ⓔ **ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (888) 619-3925
Fax (888) 590-3205

www.esquiresolutions.com

## Invoice # JD102190

| Invoice Date | Terms |
|---|---|
| 11/10/2009 | NET 30 |

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/28/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 94611 | 11/06/2009 | F-S-O |
| **Description** | | | | |

Services Provided on 10/28/2009, TADAHIKO MURATA

*B 4133 - 80020*

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS,
APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING,
VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR
REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT
YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO SURCHARGE APPLIED

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 3,945.14 |
| Paid: | $ 0.00 |
| Balance Due: | $ 3,945.14 |
| Payment Due: | 12/10/2009 |

After 12/25/2009 Pay This Amount: $ 4,339.65

Tax Number: 20-3491300

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD102190
Invoice Date: 11/10/2009
Balance: $ 3,945.14
Due Date: 12/10/2009
Late Date: 12/25/2009
Late Amount: $ 4,339.65

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized _____

Credit Card Number _____

Exp. Date _____

Daytime Phone Number _____

Print Name (as it appears on your credit card) _____

Signature (as it appears on your credit card) _____

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000102190 11102009 2 000394514 5 12102009 12252009 6 000433965 35

 **ESQUIRE**

Esquire · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD98471



| Invoice Date | Terms |
|---|---|
| 10/28/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/20/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 89845 | 10/28/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/20/2009, JAMES SMITH | | | |
| EXPERT CERTIFIED TRANSCRIPT/WORD INDEX (319 Pages) | $ 3.60 | 319.00 | $ 1,148.40 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ | ~~1.00~~ | ~~$ 20.00~~ |
| ROUGH DRAFT | ~~$ 425.00~~ | ~~1.00~~ | ~~$ 425.00~~ |
| LITIGATION SUPPORT DISK | ~~$ 50.00~~ | ~~1.00~~ | ~~$ 50.00~~ |
| CONDENSED TRANSCRIPT | ~~$ 50.00~~ | ~~1.00~~ | ~~$ 50.00~~ |
| | | | $ 1,694.00 |
| DELIVERY - OTHER | | | |
| | | | ~~$ 30.11~~ |
| | | | $ 30.11 |

*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| ~~Amount Due:~~ | ~~$ 1,724.11~~ $1,148.40 |
| Paid: | $ 0.00 |
| Balance Due: | ~~$ 1,724.11~~ $1,148.40 |
| Payment Due: | 11/27/2009 |

Tax Number: 20-3491300

After 12/12/2009 Pay This Amount: $ 1,896.52

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD98471
Invoice Date: 10/28/2009
Balance: $ 1,724.11
Due Date: 11/27/2009
Late Date: 12/12/2009
Late Amount: $ 1,896.52

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                                    Exp. Date

☐ Check Enclosed
**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000098471 10282009 9 000172411 2 11272009 12122009 4 000189652 39



**ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

·00606380~31

# ESQUIRE
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD107812

| Invoice Date | Terms |
|---|---|
| 11/30/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

M. Hatcher
SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

30970
2043094

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/04/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 96110 | 11/18/2009 | F-P-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/04/2009, AMRITLAL PATEL | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (220 Pages) | $ 5.95 | 220.00 | $ 1,309.00 |
| EXHIBITS | $ 50.50 | 1 | $ 50.50 |
| VIDEO | $ 1,130.50 | 1 | $ 1,130.50 |
| APPEARANCE FEE AFTER HOURS | $ 45.00 | .50 | $ 22.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 340.00 | 1 | $ 340.00 |
| LITIGATION SUPPORT DISK | $ 25.00 | 1.00 | $ 25.00 |
| | | | $ 2,897.50 |
| DELIVERY - OTHER | | | $ 26.29 |
| | | | $ 26.29 |

RECEIVED
DEC 0 9 2009
CHICAGO AP

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD107812
Invoice Date: 11/30/2009
Balance: $ 2,923.79
Due Date: 01/01/2010
Late Date: 01/16/2010
Late Amount: $ 3,216.17

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000107812 11302009 0 000292379 3 01012010 01162010 6 000321617 05



**ESQUIRE**

Esquire · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD107812

| Invoice Date | Terms |
|---|---|
| 11/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/04/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 96110 | 11/18/2009 | F-P-O |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.

We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,923.79~~ $2,490.00 |
| Paid: | $ 0.00 |
| **Balance Due :** | ~~$ 2,923.79~~ $2,490.00 |
| **Payment Due :** | 01/01/2010 |
| After 01/16/2010 Pay This Amount: | $ 3,216.17 |

## Method of Payment

Company: Esquire · Boston
Invoice Number: JD107812
Invoice Date: 11/30/2009
Balance: $ 2,923.79
Due Date: 01/01/2010
Late Date: 01/16/2010
Late Amount: $ 3,216.17

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

**Amount Authorized**

| | | | | | | | | | | | | | |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000107812 11302009 0 000292379 3 01012010 01162010 6 000321617 05



**ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*M. Hatcher*

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60503

## Invoice # JD108032

| Invoice Date | Terms |
|---|---|
| 12/02/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/17/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 99122 | 12/01/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 11/17/2009, JOHN STEEL | | | |
| ORIGINAL & 1 CERTIFIED TRANSCRIPT/WORD INDEX (162 Pages) | $ 5.30 | 162.00 | $ 858.60 |
| EXHIBITS | $ 146.50 | 1.00 | $ 146.50 |
| VIDEO | $ 1,338.00 | 1.00 | $ 1,338.00 |
| APPEARANCE FEE | $ 185.00 | 1.00 | $ 185.00 |
| APPEARANCE FEE AFTER HOURS | $ 80.00 | 1.00 | $ 80.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,658.10 |
| DELIVERY - OTHER | | | $ 23.79 |
| | | | $ 23.79 |

RECEIVED
DEC 1 6 2009
TO AP

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Method of Payment

Company: Esquire - Boston
Invoice Number: JD108032
Invoice Date: 12/02/2009
Balance: $ 2,681.89
Due Date: 01/01/2010
Late Date: 01/16/2010
Late Amount: $ 2,950.08

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number ☐☐☐☐☐☐☐☐☐☐☐☐☐☐ Exp. Date ☐☐☐☐

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000108032 12022009 4 000268189 7 01012010 01162010 6 000295008 97

REVIEW



## ESQUIRE

an Alexander Gallo Company

2044658

Esquire - Boston
3700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

00606380-31

### Invoice # JD108032

| Invoice Date | Terms |
|---|---|
| 12/02/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/17/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 99122 | 12/01/2009 | F-S-O |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION   SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: DALLAS, TX

THANK YOU

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $~~2,681.89~~ $2,343.10 |
| Paid: | $ 0.00 |
| **Balance Due :** | $~~2,681.89~~ $2,343.10 |
| **Payment Due:** | 01/01/2010 |
| After 01/16/2010 Pay This Amount: | $ 2,950.08 |

### Method of Payment

Company. Esquire - Boston
Invoice Number: JD108032
Invoice Date: 12/02/2009
Balance: $ 2,681.89
Due Date: 01/01/2010
Late Date: 01/16/2010
Late Amount: $ 2,950 08

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

- [ ] VISA
- [ ] MasterCard
- [ ] American Express

- [ ] Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐     ☐☐☐☐
Credit Card Number                                        Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000108032 12022009 4 000268189 7 01012010 01162010 6 000295008 97



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

20475170

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD112711

| Invoice Date | Terms |
|---|---|
| 12/16/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/02/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 102308 | 12/15/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/02/2009, MARK RICE | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (193 Pages) | $ 4.60 | 193.00 | $ 887.80 |
| EXHIBITS | $ 118.50 | 1.00 | $ 118.50 |
| VIDEO | $ 1,872.50 | 1.00 | $ 1,872.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 167.00 | 1.00 | $ 167.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 3,116.70 |

| | | |
|---|---|---|
| DELIVERY - OTHER | | $ 17.27 |
| PARKING-VIDEOGRAPHER | | $ 15.00 |
| Credit issued to reflect 5.5 video hrs & 1 dvd, ticket 26392 | | $ -825.00 |
| | | $ -792.73 |

### CONTINUED ON NEXT PAGE ...

Tax Number:  20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD112711
Invoice Date: 12/16/2009
Balance: $ 2,323.97
Due Date: 01/15/2010
Late Date: 01/30/2010
Late Amount: $ 2,556.37

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

| Amount Authorized |
|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000112711 12162009 6 000232397 1 01152010 01302010 1 000255637 35



**ESQUIRE**
an Alexander Gallo Company

**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD112711

| Invoice Date | Terms |
|---|---|
| 12/16/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/02/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 102308 | 12/15/2009 | F-S-O |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION, PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for all charges incurred
Payment due in 30 days
***REVISED INVOICE***

LOCATION, HOUSTON, TX

Tax Number: 20-3491300

| Tax: | $ 0.00 |
|---|---|
| Amount Due: | ~~$ 2,323.97~~ $2,053.80 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,323.97~~ $2,053.80 |
| Payment Due: | 01/15/2010 |

After 01/30/2010 Pay This Amount: $ 2,556.37

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD112711
Invoice Date: 12/16/2009
Balance: $ 2,323.97
Due Date: 01/15/2010
Late Date: 01/30/2010
Late Amount: $ 2,556.37

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000112711 12162009 6 000232397 1 01152010 01302010 1 000255637 35



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

20050624

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD115341

| Invoice Date | Terms |
|---|---|
| 12/28/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/03/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 102352 | 12/22/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/03/2009, MARK RICE | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (219 Pages) | $ 4.60 | 219.00 | $ 1,007.40 |
| EXHIBITS | $ 168.00 | 1.00 | $ 168.00 |
| VIDEO | $ 1,338.00 | 1.00 | $ 1,338.00 |
| APPEARANCE FEE | $ 185.00 | 1.00 | $ 185.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 197.80 | 1.00 | $ 197.80 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,966.20 |
| PARKING-VIDEOGRAPHER | | | $ 6.00 |
| DELIVERY - OTHER | | | $ 10.00 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD115341
Invoice Date: 12/28/2009
Balance: $ 2,493.59
Due Date: 01/27/2010
Late Date: 02/11/2010
Late Amount: $ 2,742.95

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000115341 12282009 1 000249359 8 01272010 02112010 2 000274295 82


**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD115341

| Invoice Date | Terms |
|---|---|
| 12/28/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/03/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 102352 | 12/22/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Credit issued to reduce video & app fee, -ticket 26500 | | | $ -497.50 |
| | | | $ -472.61 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE.
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
**REVISED INVOICE**

LOCATION: HOUSTON, TX

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,493.59~~ $2,015.90 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,493.59~~ $2,015.90 |
| Payment Due: | 01/27/2010 |
| After 02/11/2010 Pay This Amount: | $ 2,742.95 |

## Method of Payment

Company. Esquire - Boston
Invoice Number: JD115341
Invoice Date: 12/28/2009
Balance: $ 2,493.59
Due Date: 01/27/2010
Late Date: 02/11/2010
Late Amount: $ 2,742.95

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000115341 12282009 1 000249359 8 01272010 02112010 2 000274295 82





**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD116465

| Invoice Date | Terms |
|---|---|
| 12/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/25/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 99129 | 12/09/2009 | F-S-O |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| Services Provided on 11/25/2009, MARK JUTRAS | | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (193 Pages) | | $ 4.25 | 193.00 | $ 820.25 |
| EXHIBITS | | $ 48.50 | 1.00 | $ 48.50 |
| VIDEO | | $ 938.00 | 1.00 | $ 938.00 |
| ADMINISTRATIVE FEE | | ~~$ 30.00~~ | ~~1.00~~ | ~~$ 30.00~~ |
| LITIGATION SUPPORT DISK | | ~~$ 35.00~~ | ~~1.00~~ | ~~$ 35.00~~ |
| CONDENSED TRANSCRIPT | | ~~$ 0.00~~ | ~~1.00~~ | ~~$ 0.00~~ |
| | | | | $ 1,861.75 |
| DELIVERY - OTHER | | | | ~~$ 17.66~~ |
| PARKING-VIDEOGRAPHER | | | | ~~$ 17.00~~ |
| | | | | $ 34.66 |

Tax Number: 20-3491300

**CONTINUED ON NEXT PAGE ...**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD116465
Invoice Date: 12/30/2009
Balance: $ 1,896.41
Due Date: 01/29/2010
Late Date: 02/13/2010
Late Amount: $ 2,086.05

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000116465 12302009 4 000189641 4 01292010 02132010 4 000208605 50



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD116465

| Invoice Date | Terms |
|---|---|
| 12/30/2009 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/25/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 99129 | 12/09/2009 | F-S-O |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO SURCHARGE APPLIED
THANK YOU

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 1,896.41~~ $1,806.75 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 1,896.41~~ $1,806.75 |
| Payment Due: | 01/29/2010 |
| After 02/13/2010 Pay This Amount: | $ 2,086.05 |

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD116465
Invoice Date: 12/30/2009
Balance: $ 1,896.41
Due Date: 01/29/2010
Late Date: 02/13/2010
Late Amount: $ 2,086.05

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000116465 12302009 4 000189641 4 01292010 02132010 4 000208605 50



**ESQUIRE**

Esquire · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*an Alexander Gallo Company*

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*20547286*

## Invoice # JD120433

| Invoice Date | Terms |
|---|---|
| 01/15/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/16/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 104969 | 01/06/2010 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/16/2009, CARLOS BUSTOS | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (390 Pages) | $ 4.55 | 390.00 | $ 1,774.50 |
| EXHIBITS | $ 264.00 | 1.00 | $ 264.00 |
| VIDEO | $ 1,323.00 | 1.00 | $ 1,323.00 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ | ~~1.00~~ | ~~$ 20.00~~ |
| LITIGATION SUPPORT DISK | ~~$ 35.00~~ | ~~1.00~~ | ~~$ 35.00~~ |
| | | | $ 3,416.50 |
| DELIVERY - OTHER | | | ~~$ 30.15~~ |
| | | | $ 30.15 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 3,446.65~~ $3,361.50 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 3,446.65~~ $3,361.50 |
| Payment Due: | 02/14/2010 |

Tax Number:  20-3491300

After 03/01/2010 Pay This Amount: $ 3,791.32

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company. Esquire - Boston
Invoice Number: JD120433
Invoice Date: 01/15/2010
Balance: $ 3,446.65
Due Date: 02/14/2010
Late Date: 03/01/2010
Late Amount: $ 3,791.32

**Amount Authorized**

Credit Card Number

Exp. Date

☐ Check Enclosed

*Please Make Check Payable to Esquire*

Daytime Phone Number

Print Name (as it appears on your credit card)

☐ DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

001 0000120433 01152010 2 000344665 2 02142010 03012010 4 000379132 87



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*2054288*

## Invoice # JD120425

| Invoice Date | Terms |
|---|---|
| 01/15/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/17/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 104980 | 01/06/2010 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 12/17/2009, MILIVOJE BRKOVIC | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (340 Pages) | $ 4.55 | 340.00 | $ 1,547.00 |
| EXHIBITS | $ 225.00 | 1.00 | $ 225.00 |
| VIDEO | $ 1,323.00 | 1.00 | $ 1,323.00 |
| APPEARANCE FEE AFTER HOURS | $ 60.00 | 1.00 | $ 60.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 35.00 | 1.00 | $ 35.00 |
| | | | $ 3,210.00 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

Tax Number:  20-3491300

## CONTINUED ON NEXT PAGE ...

---

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Boston
Invoice Number: JD120425
Invoice Date: 01/15/2010
Balance: $ 3,227.50
Due Date: 02/14/2010
Late Date: 03/01/2010
Late Amount: $ 3,550.25

☐ Check Enclosed

*Please Make Check Payable to Esquire*

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000120425 01152010 9 000322750 4 02142010 03012010 4 000355025 79



**ESQUIRE**
an Alexander Gallo Company

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD120425

| Invoice Date | Terms |
|---|---|
| 01/15/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/17/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 104980 | 01/06/2010 | F-S-O |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO SURCHARGE APPLIED

THANK YOU

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 3,227.50~~ $ 3,095.00 |
| Paid: | $ 0.00 |
| Balance Due: | ~~$ 3,227.50~~ $ 3,095.00 |
| Payment Due: | 02/14/2010 |
| After 03/01/2010 Pay This Amount: | $ 3,550.25 |

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD120425
Invoice Date: 01/15/2010
Balance: $ 3,227.50
Due Date: 02/14/2010
Late Date: 03/01/2010
Late Amount: $ 3,550.25

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000120425 01152010 9 000322750 4 02142010 03012010 4 000355025 79



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

00606380-31

20621714

## Invoice # JD99957

| Invoice Date | Terms |
|---|---|
| 10/31/2009 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/21/2009 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 89884 | 10/30/2009 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 10/21/2009, MARTIN SCHLECHT | | | |
| EXPERT CERTIFIED TRANSCRIPT/WORD INDEX (438 Pages) | $ 3.25 | 438.00 | $ 1,423.50 |
| VIDEO | $ 60.00 | 8.50 | $ 510.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 582.40 | 1.00 | $ 582.40 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 50.00 | 1.00 | $ 50.00 |
| | | | $ 2,635.90 |
| DELIVERY - OTHER | | | $ 34.30 |
| | | | $ 34.30 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,670.20 $1,933.50 |
| Paid: | $ 0.00 |
| Balance Due: | $ 2,670.20 $1,933.50 |
| Payment Due: | 12/02/2009 |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,*
*CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER*
*SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION*
*PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAILS AND QUESTIONS.*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*VIDEO SURCHARGE APPLIED*
*THANK YOU*

Tax Number: 20-3491300

After 12/17/2009 Pay This Amount: $ 2,937.22

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD99957
Invoice Date: 10/31/2009
Balance: $ 2,670.20
Due Date: 12/02/2009
Late Date: 12/17/2009
Late Amount: $ 2,937.22

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000099957 10312009 8 000267020 8 12022009 12172009 4 000293722 92

00606380-31



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

206245

## Invoice # JD125545

| Invoice Date | Terms |
|---|---|
| 02/05/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/13/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 110063 | 01/29/2010 | F-S-O |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/13/2010, JULIE DAVIES | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (313 Pages) | $ 5.15 | 313.00 | $ 1,611.95 |
| EXHIBITS | $ 212.00 | 1.00 | $ 212.00 |
| VIDEO | $ 1,130.50 | 1.00 | $ 1,130.50 |
| APPEARANCE FEE AFTER HOURS | $ 55.00 | 0.50 | $ 27.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 408.00 | 1.00 | $ 408.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 3,459.95 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:  20-3491300

-------------------------------------------------------------

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD125545
Invoice Date: 02/05/2010
Balance: $ 3,477.45
Due Date: 03/07/2010
Late Date: 03/22/2010
Late Amount: $ 3,825.20

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number

☐ Check Enclosed
**Please Make Check Payable to Esquire**

Exp. Date

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000125545 02052010 4 000347745 7 03072010 03222010 7 000382520 21

**⬭ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



# ESQUIRE
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD125545

| Invoice Date | Terms |
|---|---|
| 02/05/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/13/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 110063 | 01/29/2010 | F-S-O |

| Description | | | Price | Qty | Amount |
|---|---|---|---|---|---|
| | | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business.
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: SAN FRANCISCO, CA

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 3,477.45~~ $2,954.45 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 3,477.45~~ $2,954.45 |
| Payment Due: | 03/07/2010 |
| After 03/22/2010 Pay This Amount: | $ 3,825.20 |

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD125545
Invoice Date: 02/05/2010
Balance: $ 3,477.45
Due Date: 03/07/2010
Late Date: 03/22/2010
Late Amount: $ 3,825.20

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000125545 02052010 4 000347745 7 03072010 03222010 7 000382520 21

00606380 -31



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD126782

| Invoice Date | Terms |
|---|---|
| 02/10/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/14/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 110072 | 01/29/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 01/14/2010, MARK JUTRAS | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (256 Pages) | $ 5.10 | 256.00 | $ 1,305.60 |
| EXHIBITS | $ 47.50 | 1.00 | $ 47.50 |
| VIDEO | $ 893.00 | 1.00 | $ 893.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 334.40 | 1.00 | $ 334.40 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,650.50 |
| DELIVERY - OTHER | | | $ 21.47 |
| PARKING-REPORTER | | | $ 4.00 |
| | | | $ 25.47 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD126782
Invoice Date: 02/10/2010
Balance: $ 2,675.97
Due Date: 03/12/2010
Late Date: 03/27/2010
Late Amount: $ 2,943.57

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized
☐☐☐☐☐☐ ☐☐☐☐☐☐☐☐ ☐☐☐☐

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000126782 02102010 1 000267597 4 03122010 03272010 4 000294357 22



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # JD126782*

| Invoice Date | Terms |
|---|---|
| 02/10/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 01/14/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 110072 | 01/29/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: SAN FRANCISCO, CA

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,675.97~~ $2,246.10 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,675.97~~ $2,246.10 |
| Payment Due: | 03/12/2010 |
| After 03/27/2010 Pay This Amount: | $ 2,943.57 |

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD126782
Invoice Date: 02/10/2010
Balance: $ 2,675.97
Due Date: 03/12/2010
Late Date: 03/27/2010
Late Amount: $ 2,943.57

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

☐ Check Enclosed

Credit Card Number

Exp. Date

Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000126782 02102010 1 000267597 4 03122010 03272010 4 000294357 22



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*606380-31*

*20650046*

## Invoice # JD131446

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/08/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115348 | 02/23/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/08/2010, CARLOS BUSTOS | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (399 Pages) | $ 4.55 | 399.00 | $ 1,815.45 |
| VIDEO | $ 1,323.00 | 1.00 | $ 1,323.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 526.40 | 1.00 | $ 526.40 |
| CUSTOM TABS (42 Units) | $ 0.25 | 42.00 | $ 10.50 |
| B&W 8.5 x 11 EXHIBITS (671 Units) | $ 0.25 | 671.00 | $ 167.75 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 3,913.10 |
| DELIVERY - OTHER | | | $ 41.26 |
| | | | $ 41.26 |

**Received**

MAR 0 9 2010

*30970*

**Chicago AP**

### CONTINUED ON NEXT PAGE ...

Tax Number:  20-3491300

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Company  Esquire - Boston
Invoice Number  JD131446
Invoice Date  02/26/2010
Balance: $ 3,954 36
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount: $ 4,349 80

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

001 0000131446 02262010 1 000395436 3 03282010 04122010 6 000434980 17



**ESQUIRE**

*An Alexander Gallo Company*

**ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD131446



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/08/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115348 | 02/23/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

### Received

MAR 0 9 2010

### Chicago AP

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 3,954.38~~ $3,306.20 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 3,954.38~~ $3,306.20 |
| Payment Due: | 03/28/2010 |

Tax Number: 20-3491300

After 04/12/2010 Pay This Amount: $ 4,349.80

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD131446
Invoice Date: 02/26/2010
Balance: $ 3,954.38
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount: $ 4,349.80

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
*Please Make Check Payable to Esquire*

Amount Authorized

[ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]
Credit Card Number

[ ] [ ] [ ] [ ]
Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000131446 02262010 1 000395436 3 03282010 04122010 6 000434980 17



**ESQUIRE**
Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

60 6380 31
30970
2065047

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD131489

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/02/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115361 | 02/18/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/02/2010, ION TABAN | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (194 Pages) | $ 5.75 | 194.00 | $ 1,115.50 |
| EXHIBITS | $ 96.25 | 1.00 | $ 96.25 |
| VIDEO | $ 1,323.00 | 1.00 | $ 1,323.00 |
| APPEARANCE FEE FULL DAY | $ 400.00 | 1.00 | $ 400.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 3,004.75 |
| Services Provided on 02/02/2010, ION TABAN | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (108 Pages) | $ 5.75 | 108.00 | $ 621.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |

**Received**

MAR 09 2010

**Chicago AP**

## CONTINUED ON NEXT PAGE ...

M.Helcher

Tax Number: 20-3491300

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Company: Esquire - Boston
Invoice Number: JD131489
Invoice Date: 02/26/2010
Balance: $ 3,720.28
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount: $ 4,092.31

Please Make Check Payable to Esquire

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000131489 02262010 9 000372028 5 03282010 04122010 6 000409231 45



**ESQUIRE**
an Alexander Gallo Company

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD131489

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/02/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115361 | 02/18/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/02/2010, ION TABAN | | | |
| CONDENSED TRANSCRIPT | ~~$0.00~~ | ~~1.00~~ | ~~$0.00~~ |
| | | | $691.00 |
| DELIVERY - OTHER | | | ~~$24.53~~ |
| | | | $24.53 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: MARKHAM, ONTARIO

Tax Number:  20-3491300

| | |
|---|---|
| Tax: | $0.00 |
| Amount Due: | ~~$3,720.28~~ $3,155.75 |
| Paid: | $0.00 |
| Balance Due : | ~~$3,720.28~~ $3,155.75 |
| Payment Due: | 03/28/2010 |

After 04/12/2010 Pay This Amount:   $4,092.31

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD131489
Invoice Date: 02/26/2010
Balance: $3,720.28
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount: $4,092.31

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000131489 02262010 9 000372028 5 03282010 04122010 6 000409231 45

 006006380  31  2006504

**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
*an Alexander Gallo Company*

Telephone (817) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD131539

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115412 | 02/23/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/09/2010, CARLOS BUSTOS | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (154 Pages) | $ 4.55 | 154.00 | $ 700.70 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 206.40 | 1.00 | $ 206.40 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| | | | $ 977.10 |
| Services Provided on 02/09/2010, CARLOS BUSTOS | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (49 Pages) | $ 4.55 | 49.00 | $ 222.95 |
| VIDEO | $ 828.00 | 1.00 | $ 828.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 60.80 | 1.00 | $ 60.80 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| | | | $ 1,181.75 |

Received
MAR 09 2010
Chicago AP

### CONTINUED ON NEXT PAGE ...

**Tax Number:** 20-3491300

---

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD131539
Invoice Date: 02/26/2010
Balance: $ 2,177.34
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount: $ 2,395.07

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized
| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

| | | | |
|---|---|---|---|

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

### Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000131539 02262010 7 000217734 2 03282010 04122010 6 000239507 59



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # JD131539*

| Invoice Date | Terms |
|---|---|
| 02/26/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115412 | 02/23/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| DELIVERY - OTHER | | | | ~~$ 18.49~~ $ 18.49 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DESK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION.  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION. PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*VIDEO SURCHARGE APPLIED*

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,177.34~~ $1,751.65 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,177.34~~ $1,751.65 |
| Payment Due: | 03/28/2010 |

After 04/12/2010 Pay This Amount:  $ 2,395.07

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD131539
Invoice Date: 02/26/2010
Balance: $ 2,177.34
Due Date: 03/28/2010
Late Date: 04/12/2010
Late Amount  $ 2,395.07

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000131539 02262010 7 000217734 2 03282010 04122010 6 000239507 59



00606380-31
2068303

**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD132246

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/12/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115430 | 02/27/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

Services Provided on 02/12/2010, MICHAEL SCHIANO

| | Price | Qty | Amount |
|---|---|---|---|
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (174 Pages) | $ 4.55 | 174.00 | $ 791.70 |
| EXHIBITS | $ 33.00 | 1.00 | $ 33.00 |
| VIDEO | $ 800.50 | 1.00 | $ 800.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 224.00 | 1.00 | $ 224.00 |
| LITIGATION SUPPORT DISK | $ 35.00 | 1.00 | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 1,904.20 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

**Received**

MAR 1 9 201

**Chicago AP**

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

---

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD132246
Invoice Date: 02/28/2010
Balance: $ 1,921.70
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount: $ 2,113.87

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                                    Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000132246 02282010 7 000192170 0 04012010 04162010 2 000211387 59



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # JD132246

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor. | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/12/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115430 | 02/27/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

## Received

### MAR 1 9 2010

### Chicago AP

$1729.00

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: BOSTON, MA
EXTRA HEAVY/VIDEO

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 1,921.70~~ $1,625.20 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 1,921.70~~ $1,625.20 |
| Payment Due: | 04/01/2010 |

After 04/16/2010 Pay This Amount:     $ 2,113.87

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD132246
Invoice Date: 02/28/2010
Balance: $ 1,921.70
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount: $ 2,113.87

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                                   Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000132246 02282010 7 000192170 0 04012010 04162010 2 000211387 59

00 606380 - 31

2068306

**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD132269

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/10/2010 | SYNQOR INC vs ARTESYN TECHNOLOGIE | 115416 | 03/27/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/10/2010, NABIL KEILANI | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (425 Pages) | $ 4.55 | 425.00 | $ 1,933.75 |
| VIDEO | $ 1,378.00 | 1.00 | $ 1,378.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 576.00 | 1.00 | $ 576.00 |
| CUSTOM TABS (21 Units) | $ 0.50 | 21.00 | $ 10.50 |
| B&W 8.5 x 11 EXHIBITS (354 Units) | $ 0.50 | 354.00 | $ 177.00 |
| LITIGATION SUPPORT DISK | $ 35.00 | 1.00 | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 4,130.25 |
| | | | |
| DELIVERY - OTHER | | | $ 32.73 |
| | | | $ 32.73 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

### Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

**Amount Authorized**

Credit Card Number

Exp. Date

☐ Check Enclosed
**Please Make Check Payable to Esquire**

Daytime Phone Number

Company. Esquire - Boston
Invoice Number. JD132269
Invoice Date: 02/28/2010
Balance. $ 4,162.98
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount $ 4,579.28

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000132269 02282010 9 000416298 6 04012010 04162010 2 000457928 22



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## *Invoice # JD132269*

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/10/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115416 | 03/27/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|

## Received

MAR 19

## Chicago AP

$3746.69

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: BOSTON, MA
THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 4,162.98~~ $3,488.75 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 4,162.98~~ $3,488.75 |
| Payment Due: | 04/01/2010 |

Tax Number:  20-3491300

After 04/16/2010 Pay This Amount:      $ 4,579.28

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD132269
Invoice Date: 02/28/2010
Balance: $ 4,162.98
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount: $ 4,579.28

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                                                          Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000132269 02282010 9 000416298 6 04012010 04162010 2 000457928 22

00606380-31    2048308



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

### Invoice # JD132285

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/11/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115423 | 02/27/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/11/2010, NABIL KEILANI | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (144 Pages) | $ 4.55 | 144.00 | $ 655.20 |
| EXHIBITS | $ 104.50 | 1.00 | $ 104.50 |
| VIDEO | $ 663.00 | 1.00 | $ 663.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 188.80 | 1.00 | $ 188.80 |
| LITIGATION SUPPORT DISK | $ 35.00 | 1.00 | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 1,666.50 |
| DELIVERY - OTHER | | | $ 20.08 |
| | | | $ 20.08 |

**Received**

M~R 1 9 2010

**Chicago AP**

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

--------------------------------------------------------------

## Method of Payment

Company. Esquire - Boston
Invoice Number. JD132285
Invoice Date: 02/28/2010
Balance: $ 1,686.58
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount: $ 1,855.24

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

Credit Card Number                          Exp. Date

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000132285 02282010 6 000168658 7 04012010 04162010 2 000185524 00



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD132285

| Invoice Date | Terms |
| --- | --- |
| 02/28/2010 | NET 30 |

| Date of Loss | |
| --- | --- |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 02/11/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 115423 | 02/27/2010 | UPS |

| Description | Price | Qty | Amount |
| --- | --- | --- | --- |

## Received

MAR 1 9 2010

## Chicago AP

$1517.93

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DESK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: BOSTON, MA

Tax Number: 20-3491300

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 1,686.58~~ $1,422.70 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 1,686.58~~ $1,422.70 |
| Payment Due: | 04/01/2010 |
| After 04/16/2010 Pay This Amount: | $ 1,855.24 |

## Method of Payment

Company. Esquire - Boston
Invoice Number. JD132285
Invoice Date: 02/28/2010
Balance. $ 1,686.58
Due Date: 04/01/2010
Late Date: 04/16/2010
Late Amount: $ 1,855.24

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000132285 02282010 6 000168658 7 04012010 04162010 2 000185524 00

00606380-31

206830

**≈ESQUIRE**

Esquire · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD132329

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/04/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 113079 | 02/19/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/04/2010, MILIVOJE BRKOVIC | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (233 Pages) | $ 4.75 | 233.00 | $ 1,106.75 |
| EXHIBITS | $ 3.50 | 1.00 | $ 3.50 |
| VIDEO | $ 1,078.00 | 1.00 | $ 1,078.00 |
| APPEARANCE FEE HOURLY (7 Units) | $ 35.00 | 7.00 | $ 245.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 262.50 | 1.00 | $ 262.50 |
| LITIGATION SUPPORT DISK | $ 35.00 | 1.00 | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,750.75 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

**Received**

MAR 9 2011

**Chicago AP**

## CONTINUED ON NEXT PAGE ...

Tax Number:  20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### Method of Payment

Company. Esquire - Boston
Invoice Number: JD132329
Invoice Date: 02/28/2010
Balance: $ 2,768.25
Due Date: 04/02/2010
Late Date: 04/17/2010
Late Amount: $ 3,045.08

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                                Exp. Date

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000132329 02282010 5 000276825 2 04022010 04172010 8 000304508 59



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD132329

| Invoice Date | Terms |
|---|---|
| 02/28/2010 | NET 30 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/04/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 113079 | 02/19/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| | | | |

*$2491.43*

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION  SAN DIEGO, CA
THANK YOU

Tax Number:  20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,768.25~~ $2,188.25 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,768.25~~ $2,188.25 |
| Payment Due: | 04/02/2010 |

After 04/17/2010 Pay This Amount: $ 3,045.08

## Method of Payment

Company. Esquire - Boston
Invoice Number: JD132329
Invoice Date: 02/28/2010
Balance: $ 2,768.25
Due Date: 04/02/2010
Late Date: 04/17/2010
Late Amount: $ 3,045.08

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐☐☐
Credit Card Number                                           Exp. Date

☐ Check Enclosed
Please Make Check Payable to Esquire

Daytime Phone Number

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000132329 02282010 5 000276825 2 04022010 04172010 8 000304508 59



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

2018|6|97

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD134208

| Invoice Date | Terms |
|---|---|
| 03/10/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/17/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117031 | 03/04/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/17/2010, JOHN STEEL | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (206 Pages) | $ 4.60 | 206.00 | $ 947.60 |
| EXHIBITS | $ 32.50 | 1.00 | $ 32.50 |
| VIDEO | $ 1,275.50 | 1.00 | $ 1,275.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,325.60 |
| DELIVERY - OTHER | | | $ 23.26 |
| | | | $ 23.26 |

Rece~
MAR ~
Chicago ~

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company. Esquire - Boston
Invoice Number: JD134208
Invoice Date: 03/10/2010
Balance: $ 2,348.86
Due Date: 04/09/2010
Late Date: 04/24/2010
Late Amount: $ 2,583.75

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000134208 03102010 9 000234886 2 04092010 04242010 7 000258375 28





**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

an Alexander Gallo Company

## Invoice # JD134208

| Invoice Date | Terms |
|---|---|
| 03/10/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/17/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117031 | 03/04/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DESK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS*
*We appreciate your business*
*Attorney is responsible for payment of all charges incurred*
*Payment due in 30 days*
*LOCATION, DALLAS, TX*

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,348.86~~ $2,255.60 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,348.86~~ $2,255.60 |
| Payment Due: | 04/09/2010 |
| After 04/24/2010 Pay This Amount: | $ 2,583.75 |

## Method of Payment

Company: Esquire - Boston
Invoice Number JD134208
Invoice Date 03/10/2010
Balance: $ 2,348.86
Due Date: 04/09/2010
Late Date: 04/24/2010
Late Amount: $ 2,583.75

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000134208 03102010 9 000234886 2 04092010 04242010 7 000258375 28



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD136044

| Invoice Date | Terms |
|---|---|
| 03/16/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/24/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117053 | 03/11/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/24/2010, MARK RICE | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (233 Pages) | $ 4.60 | 233.00 | $ 1,071.80 |
| EXHIBITS | $ 149.50 | 1.00 | $ 149.50 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 217.35 | 1.00 | $ 217.35 |
| B&W 8.5 x 11 EXHIBITS (412 Units) | $ 0.40 | 412.00 | $ 164.80 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 1,673.45 |
| DELIVERY - OTHER | | | $ 25.92 |
| | | | $ 25.92 |

**Received**

MAR 24 2010

**Chicago AP**

*CONTINUED ON NEXT PAGE ...*

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD136044
Invoice Date: 03/16/2010
Balance: $ 1,699.37
Due Date: 04/15/2010
Late Date: 04/30/2010
Late Amount: $ 1,869.31

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

001 0000136044 03162010 1 000169937 5 04152010 04302010 7 000186931 25



**ESQUIRE**
Ésquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD136044

| Invoice Date | Terms |
|---|---|
| 03/16/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/24/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117053 | 03/11/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: HOUSTON, TX

Tax Number:  20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $~~1,699.37~~ $1,386.10 |
| Paid: | $ 0.00 |
| Balance Due : | $~~1,699.37~~ $1,386.10 |
| Payment Due: | 04/15/2010 |
| After 04/30/2010 Pay This Amount: | $ 1,869.31 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company  Esquire - Boston
Invoice Number: JD136044
Invoice Date: 03/16/2010
Balance: $ 1,699.37
Due Date: 04/15/2010
Late Date: 04/30/2010
Late Amount: $ 1,869.31

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized
_____

Credit Card Number
☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    Exp. Date ☐☐☐☐

Daytime Phone Number
_____

Print Name (as it appears on your credit card)
_____

Signature (as it appears on your credit card)
_____

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000136044 03162010 1 000169937 5 04152010 04302010 7 000186931 25





**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

20693389

## Invoice # JD136082

| Invoice Date | Terms |
|---|---|
| 03/16/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/25/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117055 | 03/15/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/25/2010, MARK RICE | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (74 Pages) | $ 4.60 | 74.00 | $ 340.40 |
| EXHIBITS | $ 4.50 | 1.00 | $ 4.50 |
| VIDEO | $ 963.00 | 1.00 | $ 963.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 54.95 | 1.00 | $ 54.95 |
| B&W 8.5 x 11 EXHIBITS (133 Units) | $ 0.40 | 133.00 | $ 53.20 |
| LITIGATION SUPPORT DISK | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 1,485.15 |
| Services Provided on 02/25/2010, MARK RICE-30(B)(6) | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (144 Pages) | $ 4.60 | 144.00 | $ 662.40 |
| EXHIBITS | $ 42.00 | 1.00 | $ 42.00 |

**Received**

MAR 24 2010

Chicago AP

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD136082
Invoice Date: 03/16/2010
Balance: $ 2,392.67
Due Date: 04/15/2010
Late Date: 04/30/2010
Late Amount: $ 2,631.94

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit Card Number                                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000136082 03162010 7 000239267 2 04152010 04302010 7 000263194 23



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com



## Invoice # JD136082

| Invoice Date | Terms |
|---|---|
| 03/16/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/25/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117055 | 03/15/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|

Services Provided on 02/25/2010, MARK RICE-30(B)(6)

| | | Price | Qty | Amount |
|---|---|---|---|---|
| ADMINISTRATIVE FEE | | $20.00 | 1.00 | $20.00 |
| ROUGH DRAFT | | $115.00 | 1.00 | $115.00 |
| LITIGATION SUPPORT DISK | | $50.00 | 1.00 | $50.00 |
| CONDENSED TRANSCRIPT | | $0.00 | 1.00 | $0.00 |
| | | | | $889.40 |
| DELIVERY - OTHER | | | | $18.12 |
| | | | | $18.12 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION: HOUSTON, TX

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,392.67  $2,065.50 |
| Paid: | $ 0.00 |
| Balance Due : | $ 2,392.67  $2,065.50 |
| Payment Due: | 04/15/2010 |

Tax Number:  20-3491300

After 04/30/2010 Pay This Amount:  $ 2,631.94

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD136082
Invoice Date: 03/16/2010
Balance: $ 2,392.67
Due Date: 04/15/2010
Late Date: 04/30/2010
Late Amount: $ 2,631.94

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized
_____

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000136082 03162010 ? 000239267 2 04152010 04302010 7 000263194 23



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*20/2375*

## Invoice # JD136423

| Invoice Date | Terms |
|---|---|
| 03/17/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 02/24/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 117053 | 03/11/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 02/24/2010, MARK RICE | | | |
| VIDEO | $ 1,050.00 | 1.00 | $ 1,050.00 |
| | | | $ 1,050.00 |

Received
Received
APR 09 2010
APR 09 2010
Chicago AP
Chicago AP

*SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO ONLY*

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 1,050.00 |
| Paid: | $ 0.00 |
| Balance Due : | $ 1,050.00 |
| Payment Due: | 04/16/2010 |

Tax Number: 20-3491300

After 05/01/2010 Pay This Amount: $ 1,155.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD136423
Invoice Date: 03/17/2010
Balance: $ 1,050.00
Due Date: 04/16/2010
Late Date: 05/01/2010
Late Amount: $ 1,155.00

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized
_____

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000136423 03172010 2 000105000 1 04162010 05012010 7 000115500 82

*M. Haber*



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

*JTN03*
*2014004*
*406380-31*

## Invoice # JD141506

| Invoice Date | Terms |
|---|---|
| 03/31/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/27/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 128890 | 03/31/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 03/27/2010, JERRY CHANG | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (220 Pages) | $ 5.60 | 220.00 | $ 1,232.00 |
| VIDEO | $ 964.25 | 1.00 | $ 964.25 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 340.00 | 1.00 | $ 340.00 |
| LITIGATION SUPPORT DISK | $ 25.00 | 1.00 | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,581.25 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

*CONTINUED ON NEXT PAGE ...*

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD141506
Invoice: 03/31/2010
Balance: $ 2,598.75
Due Date: 05/02/2010
Late Date: 05/17/2010
Late Amount: $ 2,858.63

☐ VISA
☐ MasterCard
☐ American Express

Amount Authorized
☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                        Exp. Date

☐ Check Enclosed

Please Make Check Payable to Esquire

Daytime Phone Number

_____
Print Name (as it appears on your credit card)

**DO YOU NEED A W9?**
VISIT http://w9.esquiresolutions.com/w9.html

_____
Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000141506 03312010 3 000259875 0 05022010 05172010 8 000285863 60

**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD141506

| Invoice Date | Terms |
|---|---|
| 03/31/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/27/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 128890 | 03/31/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

**Received**

APR 1 4 2010

**Chicago AP**

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: SAN FRANCISCO, CA
THANK YOU

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$2,598.75~~ $2,196.25 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$2,598.75~~ $2,196.25 |
| Payment Due: | 05/02/2010 |

After 05/17/2010 Pay This Amount: $ 2,858.63

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD141506
Invoice Date: 03/31/2010
Balance: $ 2,598.75
Due Date: 05/02/2010
Late Date: 05/17/2010
Late Amount: $ 2,858.63

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

**Remit to: Esquire    PO Box 1518,    New York NY 10008-1518**

001 0000141506 03312010 3 000259875 0 05022010 05172010 8 000285863 60



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



2074004

# ESQUIRE
*an Alexander Gallo Company*

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

606380-31

## Invoice # JD141500

| Invoice Date | Terms |
|---|---|
| 03/31/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/26/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 128889 | 03/29/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 03/26/2010, JERRY CHANG | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (53 Pages) | $ 5.60 | 53.00 | $ 296.80 |
| VIDEO | $ 323.00 | 1.00 | $ 323.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| REALTIME FEED (48 Pages) | $ 1.85 | 48.00 | $ 88.80 |
| LITIGATION SUPPORT DISK | $ 25.00 | 1.00 | $ 25.00 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 753.60 |
| DELIVERY - OTHER | | | $ 17.50 |
| | | | $ 17.50 |

## CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Method of Payment

☐ VISA
☐ MasterCard
☐ American Express

Company: Esquire - Boston
Invoice Number: JD141500
Invoice Date: 03/31/2010
Balance: $ 771.10
Due Date: 04/30/2010
Late Date: 05/15/2010
Late Amount: $ 848.21

☐ Check Enclosed
**Please Make Check Payable to Esquire**

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐  ☐☐☐☐
Credit Card Number                                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518

001 0000141500 03312010 9 000077110 4 04302010 05152010 2 000084821 05



**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD141500

| Invoice Date | Terms |
|---|---|
| 03/31/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/26/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 126889 | 03/29/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

# Received

APR 1 4 2010

## Chicago AP

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION  SOME SERVICES AND RATES MAY VARY BY JOB OR REGION
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
JOB LOCATION: SAN FRANSICO, CA
THANK YOU

Tax Number: 20-3491300

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$771.10~~ $707.80 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$771.10~~ $707.80 |
| Payment Due: | 04/30/2010 |

After 05/15/2010 Pay This Amount: $ 848.21

---

## Method of Payment

Company. Esquire - Boston
Invoice Number: JD141500
Invoice Date: 03/31/2010
Balance: $ 771.10
Due Date: 04/30/2010
Late Date: 05/15/2010
Late Amount: $ 848.21

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

Credit Card Number

Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000141500 03312010 9 000077110 4 04302010 05152010 2 000084821 05



**ESQUIRE**
an Alexander Gallo Company

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

207 58 18  Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

606380-31

### Invoice # JD144869

| Invoice Date | Terms |
|---|---|
| 04/15/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/01/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 131106 | 04/14/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| Services Provided on 04/01/2010, ARTHUR HOFMANN | | | | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (422 Pages) | | $ 3.35 | 422.00 | $ 1,413.70 |
| EXHIBITS | | $ 104.50 | 1.00 | $ 104.50 |
| ADMINISTRATIVE FEE | | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | | $ 558.40 | 1.00 | $ 558.40 |
| LITIGATION SUPPORT DISK | | $ 50.00 | 1.00 | $ 50.00 |
| CONDENSED TRANSCRIPT | | $ 0.00 | 1.00 | $ 0.00 |
| | | | | $ 2,146.60 |

Received

APR 9 3 2010

Chicago AP

| DELIVERY - OTHER | $ 16.92 |
|---|---|
| | $ 16.92 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | $ 2,163.52  $1,518.20 |
| Paid: | $ 0.00 |
| Balance Due : | $ 2,163.52  $1,518.20 |
| Payment Due: | 05/15/2010 |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE,
CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER
SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION.
PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
VIDEO SURCHARGE APPLIED

LOCATION: CHICAGO,IL

Tax Number: 20-3491300

After 05/30/2010 Pay This Amount: $ 2,379.87

### Method of Payment

Company: Esquire - Boston
Invoice Number: JD144869
Invoice Date: 04/15/2010
Balance: $ 2,163.52
Due Date: 05/15/2010
Late Date: 05/30/2010
Late Amount: $ 2,379.87

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

**Please Make Check Payable to Esquire**

Amount Authorized

Credit Card Number                    Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire    PO Box 1518,    New York NY 10008-1518  ✓

001 0000144869 04152010 9 000216352 1 05152010 05302010 7 000237987 68




**ESQUIRE**

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

606380-31

## Invoice # JD144989

| Invoice Date | Terms |
|---|---|
| 04/15/2010 | NET 30 |

| Date of Loss | |
|---|---|
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/25/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 128887 | 04/13/2010 | UPS |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Services Provided on 03/25/2010, MICHAEL GARBI | | | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (214 Pages) | $ 5.60 | 214.00 | $ 1,198.40 |
| EXHIBITS | $ 28.50 | 1.00 | $ 28.50 |
| VIDEO | $ 798.00 | 1.00 | $ 798.00 |
| ADMINISTRATIVE FEE | $ 20.00 | 1.00 | $ 20.00 |
| ROUGH DRAFT | $ 280.00 | 1.00 | $ 280.00 |
| LITIGATION SUPPORT DISK | $ 27.50 | 1.00 | $ 27.50 |
| CONDENSED TRANSCRIPT | $ 0.00 | 1.00 | $ 0.00 |
| | | | $ 2,352.40 |
| DELIVERY - OTHER | | | $ 18.04 |
| | | | $ 18.04 |

**Received**
APR 2 3 2010
**Chicago AP**

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD144989
Invoice Date: 04/15/2010
Balance $ 2,370.44
Due Date: 05/15/2010
Late Date: 05/30/2010
Late Amount: $ 2,607.48

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to Esquire

Amount Authorized
Credit Card Number
Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

**Remit to: Esquire   PO Box 1518,   New York NY 10008-1518**

001 0000144989 04152010 2 000237044 7 05152010 05302010 7 000260748 87



### ESQUIRE

Esquire - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Telephone (617) 956-9920
Toll Free (866) 619-3925
Fax (866) 590-3205

www.esquiresolutions.com

## Invoice # JD144989

| Invoice Date | Terms |
|---|---|
| 04/15/2010 | NET 30 |

| | |
|---|---|
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 03/25/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIE | 128887 | 04/13/2010 | UPS |

| Description | | Price | Qty | Amount |
|---|---|---|---|---|
| | | | | |

SERVICES AND CHARGES TYPICALLY INCLUDE TRANSCRIPT/WORD INDEX, EXHIBITS, APPEARANCE FEE, CONDENSED TRANSCRIPT, LITIGATION SUPPORT DISK, SHIPPING, VIDEO CHARGES AND MAY INCLUDE OTHER SERVICE CHARGES BASED ON JOB OR REGION. SOME SERVICES AND RATES MAY VARY BY JOB OR REGION PLEASE CONTACT YOUR LOCAL OFFICE FOR SPECIFIC DETAIL AND QUESTIONS.
We appreciate your business
Attorney is responsible for payment of all charges incurred
Payment due in 30 days
LOCATION, PALO ATLO, CA

| | |
|---|---|
| Tax: | $ 0.00 |
| Amount Due: | ~~$ 2,370.44~~ $2,024.90 |
| Paid: | $ 0.00 |
| Balance Due : | ~~$ 2,370.44~~ $2,024.90 |
| Payment Due: | 05/15/2010 |

Tax Number: 20-3491300

After 05/30/2010 Pay This Amount: $ 2,607.48

## Method of Payment

Company: Esquire - Boston
Invoice Number: JD144989
Invoice Date: 04/15/2010
Balance: $ 2,370.44
Due Date: 05/15/2010
Late Date: 05/30/2010
Late Amount: $ 2,607.48

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed

Please Make Check Payable to Esquire

Amount Authorized

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐   ☐☐☐☐
Credit Card Number                          Exp. Date

Daytime Phone Number

Print Name (as it appears on your credit card)

Signature (as it appears on your credit card)

DO YOU NEED A W9?
VISIT http://w9.esquiresolutions.com/w9.html

Remit to: Esquire   PO Box 1518,   New York NY 10008-1518

001 0000144989 04152010 2 000237044 7 05152010 05302010 7 000260748 87

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE

INVOICE NO: 20800233

**MAKE CHECKS PAYABLE TO:**

Thomas Hankinson
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Phone:

Colette Kuemmeth, CSR, RMR
Official Court Reporter
219 South Dearborn Street
Room 2328A
Chicago, IL 60604

Phone:  (312) 554-8931

Tax ID:

| | CRIMINAL | X CIVIL | DATE ORDERED 05-12-2010 | DATE DELIVERED 05-13-2010 |

Case Style: 10-1975, In Re Supoena to Huawei v
Transcript of proceedings before the Hon. Joan B. Gottschall, 4/7/10

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 15 | 6.05 | 90.75 | | | | | | | 90.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 90.75 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $90.75 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                         DATE

(All previous editions of this form are
canceled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

26799006

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

00606380-1

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD148050

| Invoice Date | 04/26/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 05/26/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/10/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119177 | 04/23/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 04/10/2010, CHUN_JEN HU | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (93 Pages) | |
| APPEARANCE FEE | $ 418.50 |
| ADMINISTRATIVE FEE | $ 250.00 |
| REALTIME FEED (76 Pages) | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 125.40 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| | $ 0.00 |
| | $ 848.90 |
| Services Provided on 04/10/2010, GUISONG HUANG | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (110 Pages) | |
| EXHIBITS | $ 495.00 |
| ADMINISTRATIVE FEE | $ 135.00 |
| REALTIME FEED (91 Pages) | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 150.15 |
| | $ 35.00 |

**Received**

MAY 5 2010

**Chicago AP**

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #: JD148050
Payment Due: 05/26/2010

**Amount Due After 06/10/2010** $ 4,193.20

Amount Due On/Before 06/10/2010  $ 3,812.00

$3,425.05

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000148050 04262010 4 000381200 2 05262010 06102010 2 000419320 32

 M. Holster



**ESQUIRE**

**ESQUIRE**
*an Alexander Gallo Company*

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

## Invoice # JD148050



| | |
|---|---|
| **Invoice Date** | 04/26/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 05/26/2010 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/10/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119177 | 04/23/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 04/10/2010, GUISONG HUANG | |
|    INTERPRETING SERVICES | $ 1,100.00 |
|    INTERPRETING SERVICES | $ 750.00 |
|    CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,686.15 |
| | |
|    TRAVEL DAY-REPORTER | $ 250.00 |
|    DELIVERY - OTHER | $ 26.95 |
| | $ 276.95 |

*LOCATION: TAIPEI, TAIWAN*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/10/2010** | **$ 4,193.20** |
| Amount Due On/Before 06/10/2010 | $ 3,812.00 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**
*an Alexander Gallo Company*

VISA

| | |
|---|---|
| Invoice #: | JD148050 |
| Payment Due: | 05/26/2010 |
| **Amount Due After 06/10/2010** | **$ 4,193.20** |
| Amount Due On/Before 06/10/2010 | $ 3,812.00 |

$ 3,425.05

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000148050 04262010 4 000381200 2 05262010 06102010 2 000419320 32





**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

*20792291*

00606380-31

### Invoice # JD147373

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice Date | 04/22/2010 |
| Terms | NET 45 |
| Payment Due | 06/22/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Via |
|---|---|---|---|---|
| 04/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119164 | 04/21/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 04/09/2010, CHUN_JEN HU | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (199 Pages) | $ 895.50 |
| EXHIBITS | $ 81.00 |
| APPEARANCE FEE | $ 250.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| REALTIME FEED (162 Pages) | $ 267.30 |
| LITIGATION SUPPORT DISK | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| INTERPRETING SERVICES | $ 1,700.00 |
| | $ 3,248.80 |
| DELIVERY - OTHER | $ 28.10 |
| | $ 28.10 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   20-3481300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD147373 |
| Payment Due: | 05/22/2010 |
| **Amount Due After 06/06/2010** | **$ 3,604.59** |
| Amount Due On/Before 06/06/2010 | $ 3,276.90 |

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

*30910*
H. Helen

001  0000147373  04222010  5  000327690  3  05222010  06062010  1  000360459  57



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

### Invoice # JD147373

| Invoice Date | 04/22/2010 |
| --- | --- |
| Terms | NET 45 |
| Due | 05/22/2010 |
| | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | | |
| --- | --- | --- | --- | --- | --- |
| 04/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119184 | 04/21/2010 | | UPS |

| | | | | | Amount |
| --- | --- | --- | --- | --- | --- |

*LOCATION: TAIPEI, TAIWAN*

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/06/2010** | **$ 3,604.59** |
| Amount Due On/Before 06/06/2010 | ~~$ 3,270.80~~ $2,943.80 |

Tax Number: 20-3481380

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA

**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice #: | JD147373 |
| --- | --- |
| Payment Due: | 05/22/2010 |
| **Amount Due After 06/06/2010** | **$ 3,604.59** |
| Amount Due On/Before 06/06/2010 | ~~$ 3,270.80~~ |
| | $2,943.80 |

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000147373 04222010 5 000327690 3 05222010 06062010 1 000360459 57



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:
Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

*20 7537114*

## ESQUIRE
an Alexander Gallo Company

### Invoice # JD147335

*00606580-31*



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice Date | 04/22/2010 |
| Terms | NET 45 |
| Payment Due | 05/22/2010 |
| | |
| | |
| | |
| | |

| 04/07/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | Assignment # 119182 | 04/14/2010 | Shipped Via UPS |
|---|---|---|---|---|

| Description | Amount |
|---|---|
| Services Provided on 04/07/2010, GUISONG HUANG | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (115 Pages) | |
| EXHIBITS | $ 517.50 |
| APPEARANCE FEE | $ 79.50 |
| ADMINISTRATIVE FEE | $ 250.00 |
| REALTIME FEED (93 Pages) | $ 99.00 |
| LITIGATION SUPPORT DISK | $ 153.45 |
| CONDENSED TRANSCRIPT | $ 35.00 |
| INTERPRETING SERVICES | $ 9.00 |
| | $ 1,100.00 |
| | $ 2,155.45 |
| | |
| DELIVERY - OTHER | $ 14.21 |
| | $ 14.21 |

Tax Number:    20-3461335

**CONTINUED ON NEXT PAGE ...**

---

Please detach and return this bottom portion with your payment
or pay online at WWW.esquireconnect.net

VISA  [card logos]

**ESQUIRE**
An Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #:          JD147335
Payment Due:        05/22/2010

**Amount Due After 06/06/2010      $ 2,388.63**

Amount Due On/Before 06/06/2010     $ 2,150.66

*$1,850.45*

Remit to:
Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

*30970*

*N. Hatcher*

001 0000147335 04222010 9 000216966 8 05222010 06062010 1 000238663 44



**ESQUIRE**

Esquire Solutions · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

### Invoice # JD147335

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

|  | 04/22/2010 |
|---|---|
|  | NET 45 |
|  | 05/22/2010 |
| Date of Loss |  |
| Insured |  |
|  |  |
| Claim Number |  |

| Assignment |  | Assignment # | Shipped |  |
|---|---|---|---|---|
| 04/07/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119182 | 04/14/2010 | UPS |

| | Amount |
|---|---|

LOCATION: TAIPEI, TAIWAN

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/06/2010** | **$ 2,386.63** |
| Amount Due On/Before 06/06/2010 | ~~$2,166.66~~ $1,850.45 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD147335 |
| Payment Due: | 05/22/2010 |
| **Amount Due After 06/06/2010** | **$ 2,386.63** |
| Amount Due On/Before 06/06/2010 | ~~$ 2,166.66~~ |
| | $1,850.45 |

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000147335 04222010 9 000216966 8 05222010 06062010 1 000238663 44

**Shelly Holmes, CSR**
Certified Shorthand Reporter
2593 Myrtle Road
Diana, Texas 75640
Phone (903) 663-5082  Fax (903) 663-9105
SSN: 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
shellyholmes@skynetcountry.com

| DATE |
| --- |
| 5/25/10 |

| BILL TO |
| --- |
| Mr. Michael Hatcher |
| Sidley Austin |
| 717 N Harwood |
| Suite 3400 |
| Dallas, TX 75201 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| 2:07cv-497; Syncor vs. Artesyn, et al., held before United States Magistrate Judge Chad Everingham | |
| Motion to Compel Hearing 4/15/10 | 219.00 |
| **INVOICE DUE UPON RECEIPT** | |
| **TOTAL** | **$219.00** |

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (888) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

## Invoice # JD147351

| | |
|---|---|
| Invoice Date | 04/22/2010 |
| Terms | NET 45 |
| Payment Due | 05/22/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 04/08/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119183 | 04/15/2010 | UPS |

**Description**

Original Deposition for JASON CHEN, 04/08/2010

LOCATION: TAIPEI, TAIWAN

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/06/2010** | $ 3,076.41 |
| Amount Due On/Before 06/06/2010 | $ 2,796.55 |

Tax Number:   20-3481380

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA** ~~MasterCard~~ ~~Discover~~

**ESQUIRE**
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | JD147351 |
| Payment Due: | 05/22/2010 |
| **Amount Due After 06/06/2010** | $ 3,076.41 |
| Amount Due On/Before 06/06/2010 | $ 2,796.55 |

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000147351 04222010 5 000279855 9 05222010 06062010 1 000307841 52



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

# ESQUIRE
an Alexander Gallo Company

### *Invoice # JD160419*

| | |
|---|---|
| Invoice Date | 06/07/2010 |
| Terms | NET 45 |
| Payment Due | 07/07/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

30970 ①

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/19/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 141440 | 06/02/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 05/19/2010, OHANNES WANES (BOSTON, MA) | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (231 Pages) | $ 1,051.05 |
| EXHIBITS | $ 214.00 |
| VIDEO | $ 1,268.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,588.05 |
| DELIVERY - OTHER | $ 26.93 |
| | $ 26.93 |

**RAT**

**Received**

JUN 1 3 2010

**Chicago AP**

84228 - 80020
34133 - 80020

THANK YOU

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 07/22/2010** | **$ 2,876.48** |
| Amount Due On/Before 07/22/2010 | ~~$ 2,614.98~~ $2,533.05 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** [card logos]

# ESQUIRE
an Alexander Gallo Company

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD160419 |
| Payment Due: | 07/07/2010 |
| **Amount Due After 07/22/2010** | **$ 2,876.48** |
| Amount Due On/Before 07/22/2010 | ~~$ 2,614.98~~ |

$2,533.05

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000160419 06072010 0 000261498 2 07072010 07222010 3 000287648 91



**ESQUIRE**

Esquire Solutions · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com



**Invoice # JD166779**    2095979

MICHAEL HATCHER ,ESQ    3770 ℗
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice Date | 06/25/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/25/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/03/2010 | SYNQOR INC vs ARTESYN TECHNOLOGIES, INC | 145357 | 06/24/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 06/03/2010, EDDIE GALLACHER (HOUSTON, TX) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (157 Pages) | $ 722.20 |
| EXHIBITS | $ 193.20 |
| VIDEO    34133·50020    RRT | $ 1,088.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| LITIGATION SUPPORT DISK | $ 85.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,058.40 |
| DELIVERY - OTHER | $ 17.50 |
| | $ 17.50 |

*JOB LOCATION  HOUSTON, TX*

| | Tax· | $ 0.00 |
|---|---|---|
| | Paid· | $ 0.00 |
| | **Amount Due After 08/09/2010** | **$ 2,283.49** |
| Tax Number:  20-3491300 | Amount Due On/Before 08/09/2010 | $ 2,075.90  $2,003.40 |

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**

VISA MASTERCARD DISCOVER AMERICAN EXPRESS

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #    JD166779
Payment Due    07/25/2010
**Amount Due After 08/09/2010    $ 2,283.49**

Amount Due On/Before 08/09/2010    $ 2,075.90
    $2,003.40

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1516
www.esquiresolutions.com

**Thank you for your business!**

001 0000166779 06252010 5 000207590 3 07252010 08092010 6 000228349 19

00606380-31



**ESQUIRE**
an Alexander Gallo Company

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

*Invoice # JD171645*     7101226

| | |
|---|---|
| Invoice Date | 07/13/2010 |
| Terms | NET 45 |
| Payment Due | 08/12/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603



| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/23/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 147630 | 07/03/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 06/23/2010, SEIICHI TAKAHASHI (BOSTON, MA) | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (82 Pages) | $ 373.10 |
| EXHIBITS | $ 7.00 |
| VIDEO | $ 670.00 |
| ADMINISTRATIVE FEE | 34133-80020 |
| LITIGATION SUPPORT DISK | $ 20.00 |
| INTERPRETING SERVICES | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 610.00 |
| | $ 0.00 |
| | $ 1,715.10 |
| DELIVERY - OTHER | $ 12.00 |
| PARKING-VIDEOGRAPHER | $ 34.99 |
| | $ 46.99 |

Michael Hatcher 30970 (P)

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 08/27/2010** | **$ 1,938.30** |
| Amount Due On/Before 08/27/2010 | $ 1,762.00   $1,660.10 |

Tax Number:  20-3491300

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA   DISCOVER

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD171645 |
| Payment Due: | 08/12/2010 |
| **Amount Due After 08/27/2010** | **$ 1,938.30** |
| Amount Due On/Before 08/27/2010 | $ 1,762.00   $1,660.10 |

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000171645 07132010 1 000176209 7 08122010 08272010 8 000193830 15

00606380-31



**ESQUIRE**

Esquire Solutions · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

2101.227

### Invoice # JD171634

| | |
|---|---|
| **Invoice Date** | 07/13/2010 |
| **Terms** | NET 45 |
| **Payment Due** | 08/12/2010 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjuster** | |
| **Claim Number** | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 06/22/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 147621 | 07/02/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 06/22/2010. SEIICHI TAKAHASHI (BOSTON, MA) | |
| MEDICAL TECHNICAL ORIGINAL TRANSCRIPT/WORD INDEX (137 Pages) | $ 623.35 |
| EXHIBITS | $ 46.50 |
| VIDEO | $ 1,520.00 |
| ADMINISTRATIVE FEE          34133-80020 | $ 99.00 |
| LITIGATION SUPPORT DISK | $ 85.00 |
| INTERPRETING SERVICES | $ 1,310.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,554.85 |
| DELIVERY · OTHER | $ 17.14 |
| PARKING-VIDEOGRAPHER | $ 21.00 |
| | $ 38.14 |

Michael Archer
30970 ℗

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 08/27/2010** | **$ 3,952.29** |
| Amount Due On/Before 08/27/2010 | |

Tax Number:    20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD171634 |
| Payment Due | 08/12/2010 |
| **Amount Due After 08/27/2010** | **$ 3,952.29** |
| Amount Due On/Before 08/27/2010 | $ 3,592.29 |

$ 3,499.85

**Remit to:**

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000171634 07132010 1 000359299 3 08122010 08272010 8 000395229 98

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

 **ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Toll Free (866) 619-3925
Fax (866) 590-3205

## Invoice # JD178647



RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice Date | 08/04/2010 |
| Terms | NET 45 |
| Payment Due | 09/03/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 07/20/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 148706 | 08/03/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 07/20/2010, BRIAN NARVESON (SCHAUMBURG, IL) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (129 Pages) | $ 483.75 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| LITIGATION SUPPORT DISK | ~~$ 50.00~~ |
| | $ 553.75 |
| DELIVERY - OTHER | ~~$ 12.93~~ |
| | $ 12.93 |

VIDEO SURCHARGE APPLIED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 09/18/2010** | ~~$ 566.68~~ $483.75 |
| Amount Due After 09/18/2010 | $ 623.35 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD178647 |
| Payment Due: | 09/03/2010 |
| **Amount Due On/Before 09/18/2010** | ~~$ 566.68~~ $483.75 |
| Amount Due After 09/18/2010 | $ 623.35 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000178647 08042010 9 000056668 6 09032010 09182010 0 000062335 08

# INVOICE

**Sarnoff**
COURT REPORTERS

877.955.3855 PHONE   20 Corporate Park, Suite 350
949.955.3854 FAX      Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136031 | 8/5/2010 | 138398 |
| **Job Date** | **Case No.** | |
| 7/22/2010 | 2:07-CV-497 (TJW) (CE) | |
| | **Case Name** | |
| | Synqor, Inc. vs. Artesyn Tech. | |
| | **Payment Terms** | |
| | Due upon receipt | |

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Mammano | 108.00 | Pages | 318.60 |
| Exhibits | 23.00 | | 14.95 |
| Exhibits - color | | | |
| Technology Package * | 4.00 | Pages | 6.00 |
| Transcript & Exhibit Repository - Complimentary | | | -35.00 |
| Delivery & Processing Costs | | | -0.00 |
| | | | -48.70 |

TOTAL DUE >>>   $423.25
AFTER 9/19/2010 PAY   $465.58

$339.55

Deposition held in Irvine, CA.

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript, E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

Tax ID: 88-0432563

Phone: 312-853-7731   Fax:

*Please detach bottom portion and return with payment.*

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Job No.    : 138398          BU ID        :3-SF
Case No.   : 2:07-CV-497 (TJW) (CE)
Case Name : Synqor, Inc. vs. Artesyn Tech.

Invoice No. : 136031          Invoice Date :8/5/2010
Total Due : $423.25   $339.55
AFTER 9/19/2010 PAY $465.58

**PAYMENT WITH CREDIT CARD**  AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Sarnoff Information Technologies, Inc.**
**20 Corporate Park**
**Suite 350**
**Irvine, CA  92606**

# INVOICE



## Sarnoff
### COURT REPORTERS

877.955.3855 PHONE  20 Corporate Park, Suite 350
949.955.3854 FAX  Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136034 | 8/5/2010 | 138397 |
| Job Date | Case No. | |
| 7/21/2010 | 2:07-CV-497 (TJW) (CE) | |
| Case Name | | |
| Synqor, Inc. vs. Artesyn Tech. | | |
| Payment Terms | | |
| Due upon receipt | | |

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|---|---|---|---|
| Gordon E. Bloom | 144.00 | Pages | 468.00 |
| Exhibits | 52.00 | | 33.80 |
| Exhibits - color | 8.00 | Pages | 12.00 |
| Technology Package * | | | 35.00 |
| Transcript & Exhibit Repository - Complimentary | | | 0.00 |
| Delivery & Processing Costs | | | 60.00 |

TOTAL DUE >>>    $616.80

AFTER 9/19/2010 PAY    $678.48

$513.80

Deposition held in San Rafael, CA.

*Technology Package includes condensed transcript and CD with final ASCII text file, full size PDF transcript, condensed PDF transcript, E-Transcript Bundle with linked exhibits, Livenote LEF, Summation SBF, and Sanction Database file.

Tax ID: 88-0432563

Phone: 312-853-7731    Fax:

*Please detach bottom portion and return with payment*

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Job No.    : 138397    BU ID    :3-SF
Case No.    : 2:07-CV-497 (TJW) (CE)
Case Name : Synqor, Inc. vs. Artesyn Tech.

Invoice No. : 136034    Invoice Date : 8/5/2010
Total Due : $616.80  $513.80
AFTER 9/19/2010 PAY $678.48

Remit To: **Sarnoff Information Technologies, Inc.**
**20 Corporate Park**
**Suite 350**
**Irvine, CA 92606**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136160 | 8/6/2010 | 141506 |
| **Job Date** | **Case No.** | |
| 7/21/2010 | 2:07-CV-497 (TJW) (CE) | |
| **Case Name** | | |
| Synqor, Inc. vs. Artesyn Tech. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Sarnoff.**
COURT REPORTERS

877.955.3855 PHONE  20 Corporate Park, Suite 350
949.955.3854 FAX  Irvine, CA 92606
www.sarnoffcourtreporters.com

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

VIDEO COPIES OF:

Gordon (Ed) Bloom
Video Convert to MPG1                                  122.50
Handling & Delivery Costs                              ~~25.00~~

TOTAL DUE  >>>        ~~$147.50~~  $122.50
AFTER 9/20/2010  PAY        $162.25

**Tax ID: 88-0432563**                    Phone: 312-853-7731    Fax:

*Please detach bottom portion and return with payment.*

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Job No.  : 141506        BU ID      : SFVID
Case No.  : 2:07-CV-497 (TJW) (CE)
Case Name : Synqor, Inc. vs. Artesyn Tech.

Invoice No.  : 136160        Invoice Date : 8/6/2010
Total Due  : ~~$ 147.50~~    $122.50
AFTER 9/20/2010 PAY  $162.25

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sarnoff Information Technologies, Inc.**
**20 Corporate Park**
**Suite 350**
**Irvine, CA 92606**



# INVOICE

**Sarnoff.**
COURT REPORTERS

877.955.3855 phone   20 Corporate Park, Suite 350
949.955.3854 fax     Irvine, CA 92606
www.sarnoffcourtreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 136162 | 8/6/2010 | 141611 |
| **Job Date** | **Case No.** | |
| 7/22/2010 | 2:07-CV-497 (TJW) (CE) | |
| **Case Name** | | |
| Synqor, Inc. vs. Artesyn Tech. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

VIDEO COPIES OF:
    Bob Mammano
        Video Convert to MPG1                                110.00
        Handling & Delivery Costs                            ~~25.00~~

TOTAL DUE >>>       ~~$135.00~~   $110.00
AFTER 9/20/2010 PAY         $148.50

Tax ID: 88-0432563

Phone: 312-853-7731   Fax:

*Please detach bottom portion and return with payment.*

Russell E. Cass, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Job No.    : 141611        BU ID       : SFVID
Case No.   : 2:07-CV-497 (TJW) (CE)
Case Name  : Synqor, Inc. vs. Artesyn Tech.

Invoice No. : 136162        Invoice Date : 8/6/2010
Total Due   : ~~$135.00~~   $110.00
AFTER 9/20/2010 PAY $148.50

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Sarnoff Information Technologies, Inc.**
          **20 Corporate Park**
          **Suite 350**
          **Irvine, CA  92606**

# INVOICE

Curry Johnson Julian, Inc.
Court Reporters, Videographers & Litigation Support
P. O. Box 270
Tyler, TX 75710
Phone:903-533-1172  Fax:903-533-8101

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 6222 | 8/26/2010 | 2315 |
| Job Date | Case No. | |
| 7/13/2010 | 2:07-CV-497 | |
| Case Name | | |
| Synqor, Inc. vs. Artesyn Technologies, Inc., et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Michael D. Hatcher
Sidley Austin - Dallas
717 N. Harwood, Suite 3400
Dallas, TX 75201

ORIGINAL TRANSCRIPT OF:

| Claim Construction Hearing | 858.00 |
|---|---|
| | TOTAL DUE  >>> $858.00 |

Tax ID: 47-0898346

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Mr. Michael D. Hatcher
Sidley Austin - Dallas
717 N. Harwood, Suite 3400
Dallas, TX 75201

| Invoice No. | : | 6222 |
|---|---|---|
| Invoice Date | : | 8/26/2010 |
| **Total Due** | : | **$ 858.00** |

Remit To:  **Curry Johnson Julian, Inc.**
            **P. O. Box 270**
            **Tyler, TX 75710**

| Job No. | : | 2315 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 2:07-CV-497 |
| Case Name | : | Synqor, Inc. vs. Artesyn Technologies, Inc., et al. |



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 580-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD187094



THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| | 08/31/2010 |
| | NET 45 |
| Payment Due | 09/30/2010 |
| | |
| | |
| Adjuster | |
| | |

| 08/05/2010 | SYNOOR INC vs. ARTESYN TECHNOLOGIES, INC | 148921 | 08/17/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/05/2010, MARTIN SCHLECHT (CHICAGO, IL.)

| | |
|---|---|
| ONE COPY OF TRANSCRIPT/WORD INDEX (417 Pages) | $ 729.75 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 544.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 1,343.75 |
| | |
| DELIVERY - OTHER | $ 26.35 |
| | $ 26.35 |

VIDEO SURCHARGE APPLIED

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 10/15/2010** | | ~~$ 1,370.10~~ **$729.75** |
| Amount Due After 10/15/2010 | | $ 1,507.11 |

Tax Number: 20-3491300

---

**ESQUIRE**

VISA

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD187094 |
| Payment Due: | 09/30/2010 |
| **Amount Due On/Before 10/15/2010** | ~~$ 1,370.10~~ **$729.75** |
| Amount Due After 10/15/2010 | $ 1,507.11 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000187094 08312010 5 000137010 5 09302010 10152010 5 000150711 83

# Certified Reporting Services

**Invoice**

Visit our web site at www.certifiedreportingservices.com

901 E. 2nd St.
Suite 102
Benicia, CA 94510
Phone: (888) 747-9674        Fax: (888) 747-9675

| Invoice Date | Invoice # |
|---|---|
| Tuesday, September 14, 2010 | 15134P |

*(handwritten)* 911334

Thomas D. Rein
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Phone:   (312) 853-7000       Fax:    (312) 853-7036

| | |
|---|---|
| **Witness:** | Mohan Mankikar |
| **Case:** | SynQor vs. Artesyn Technologies |
| **Venue:** | United States District Court - Eastern District |
| **Case #:** | 2:07-CV-497-TJW-C |
| **Date:** | 9/2/2010 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 3:11 PM |
| **Reporter:** | |
| **Claim #:** | |
| **File #:** | 7208Y |

| Description | | | |
|---|---|---|---|
| Certified Transcript | $2.50 | 210 | $525.00 |
| Exhibits/Scans | $0.45 | 1213 | $545.85 |
| Rough Draft/ASCII | $1.25 | 210 | $262.50 |
| Shipping, handling, processing (2-day) | $50.00 | 1 | $50.00 |
| | **Sub Total** | | $1,383.35 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $1,383.35 |

*(handwritten)* $1070.85

Fed. I.D. # 26-3636915

*Thank you for your business. Please pay upon receipt.*

visit our web site at www.certifiedreportingservices.com

801 E. 2nd St.
Suite 102
Benicia, CA 94510
Phone: (888) 747-9574          Fax: (888) 747-9575

| Invoice Date | Invoice # |
|---|---|
| Friday, September 10, 2010 | 11041Y |

*@113326*

Thomas D. Rein
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Phone:  (312) 853-7000      Fax:  (312) 853-7036

| | |
|---|---|
| **Witness:** | Rene W. Henmond, Jr. - Confidential |
| **Case:** | SynQor vs. Artesyn Technologies |
| **Venue:** | United States District Court - Eastern District |
| **Case #:** | 2:07-CV-497-TJW-C |
| **Date:** | 8/24/2010 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 4:24 PM |
| **Reporter:** | Actoria Reporting Svcs |
| **Claim #:** | |
| **File #:** | 7183Y |

| Description | Rate | Amount | Total |
|---|---|---|---|
| Certified Transcript - Technical | $2.70 | 207 | $558.90 |
| Rough Draft/ASCII | $1.25 | 207 | $258.75 |
| Exhibits/Scans | $0.45 | 51 | $22.95 |
| Shipping, handling, processing (2-day) | $60.00 | 1 | $60.00 |
| | Sub Total | | $898.50 |
| | Payments | | $0.00 |
| | Balance Due | | $898.50 |

$581.85

Fed. I.D. # 26-3836915
*Thank you for your business. Please pay upon receipt.*

# Certified Reporting Services

**Invoice**

visit our web site at www.certifiedreportingservices.com

501 E. 2nd St.
Suite 102
Benicia, CA 94510
Phone: (888) 747-9574    Fax: (888) 747-9575

| Invoice Date | Invoice # |
|---|---|
| Friday, September 10, 2010 | 11045Y |

*2113328* (handwritten)

Thomas D. Rein
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Phone:    (312) 853-7000    Fax:    (312) 853-7036

| | |
|---|---|
| **Witness:** | Wayne Bowman - Confidential |
| **Case:** | SynQor vs. Artesyn Technologies |
| **Venue:** | United States District Court - Eastern District |
| **Case #:** | 2:07-CV-497-TJW-C |
| **Date:** | 8/25/2010 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 1:33 PM |
| **Reporter:** | Ictoria Court Reporting |
| **Claim #:** | |
| **File #:** | 7194Y |

| Description | Price | Qty | Amount |
|---|---|---|---|
| Certified Transcript - Expert | $2.70 | 98 | $264.60 |
| Rough Draft/ASCII | $1.25 | 98 | $122.50 |
| Exhibits/Scans | $0.45 | 65 | $29.25 |
| Processing / Production / Shipping | $35.00 | 1 | $35.00 |
| | Sub Total | | $451.35 |
| | Payments | | $0.00 |
| | Balance Due | | ~~$451.35~~ |

$293.85 (handwritten)

Fed. I.D. # 26-3836915

*Thank you for your business. Please pay upon receipt.*



00606380-32

2/16/28

### ESQUIRE

Esquire Solutions · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700 ·
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## *Invoice # JD190775*

| | |
|---|---|
| Invoice Date | 09/14/2010 |
| Terms | NET 45 |
| Payment Due | 10/14/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 165719 | 08/24/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/18/2010, ROBERT PEBLY (PORTLAND, OR) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (87 Pages) | $ 508.95 |
| APPEARANCE FEE (4.50 Units) | $ 450.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 110.40 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 1,154.35 |
| Services Provided on 08/18/2010, STACY SORENSON (PORTLAND, OR) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (46 Pages) | $ 269.10 |
| EXHIBITS | $ 201.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 57.60 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 612.70 |

*Received*
*SEP 27 2010*
*Chicago AP*

34133-80020
M. HATCHER (D)
30970

**CONTINUED ON NEXT PAGE ...**

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

### ESQUIRE



VISA

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD190775 |
| Payment Due: | 10/14/2010 |

**Amount Due On/Before 10/29/2010** — $ 3,706.47

Amount Due After 10/29/2010 — $ 4,080.42

$2,551.30

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000190775 09142010 6 000370947 1 10142010 10292010 4 000408042 59



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD190775

| Invoice Date | 08/14/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/14/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 165719 | 08/24/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/18/2010, JOHN THOMPSON (PORTLAND, OR) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (105 Pages) | $ 614.25 |
| VIDEO | $ 958.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 100.20 |
| REALTIME SERVICE PROVIDED | $ 100.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 1,896.45 |
| DELIVERY - OTHER | $ 00.97 |
| PARKING-VIDEOGRAPHER | $ 45.00 |
| | $ 45.97 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

- - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD190775 |
| Payment Due: | 10/14/2010 |
| **Amount Due On/Before 10/29/2010** | $ 3,709.47 |
| Amount Due After 10/29/2010 | $ 4,080.42 |

$2,551.30

Remit to:
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000190775 09142010 6 000370947 1 10142010 10292010 4 000408042 59



## ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

### *Invoice # JD190775*



| Invoice Date | 09/14/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 10/14/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 165719 | 08/24/2010 | UPS |

| Description | Amount |
|---|---|
| | |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/29/2010** | ~~$ 3,769.47~~ $2,551.30 |
| Amount Due After 10/29/2010 | $ 4,080.42 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

## ESQUIRE

VISA

| | |
|---|---|
| Invoice #: | JD190775 |
| Payment Due: | 10/14/2010 |
| **Amount Due On/Before 10/29/2010** | ~~$ 3,769.47~~ |
| Amount Due After 10/29/2010 | $ 4,080.42 |

$2,551.30

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000190775 09142010 6 000370947 1 10142010 10292010 4 000408042 59

00606380-37



ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**

an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

2/14/57

### Invoice # JD186643 ✓

| | |
|---|---|
| Invoice Date | 08/30/2010 ✓ |
| Terms | NET 45 |
| Payment Due | 09/29/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 162677 | 08/25/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/18/2010, STEWART DAVIS (CHICAGO, IL) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (401 Pages) | $ 2,610.51 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 585.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,216.51 |
| DELIVERY - OTHER | $ 15.32 |
| | $ 15.32 |

SEP 20 2010

Okay to pay 9/15/10

Paul E. Veith, #45490 c/m number: 34133-80020
PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.
VIDEO SURCHARGE APPLIED

| | |
|---|---|
| Tax | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/14/2010** | $ 3,231.83 $2,610.51 |
| Amount Due After 10/14/2010 | $ 3,555.01 |

Tax Number: 20-3481300

---

Please detach and return this bottom portion with your payment
or pay online at **WWW.ESQUIRECONNECT.NET**

VISA MasterCard DISCOVER

**ESQUIRE**
an Alexander Gallo Company

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD186643 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | $ 3,231.83 |
| Amount Due After 10/14/2010 | $ 3,555.01 |

$2,610.51

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000186643 08302010 6 000323183 0 09292010 10142010 2 000355501 61

*2114667*

# Certified Reporting Services

**Invoice**

visit our web site at www.certifiedreportingservices.com
801 E. 2nd St.
Suite 102
Benicia, CA 94510
Phone: (888) 747-9674   Fax: (888) 747-9675

| Invoice Date | Invoice # |
|---|---|
| Thursday, September 16, 2010 | 11074Y |

Thomas D. Rein
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Phone:   (312) 853-7000   Fax:   (312) 853-7036

| | |
|---|---|
| **Witness:** | Rene W. Henmond, Jr. - Confidential |
| **Case:** | SynQor vs. Artesyn Technologies |
| **Venue:** | United States District Court - Eastern District |
| **Case #:** | 2:07-CV-497-TJW-C |
| **Date:** | 8/24/2010 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 4:24 PM |
| **Reporter:** | Victoria Reporting Svcs |
| **Claim #:** | |
| **File #:** | 7193Y |

| Description | Each | Count | Cost |
|---|---|---|---|
| DVD Encoding - (Hours) | $30.00 | 4.75 | $142.50 |
| DVD Creation | $35.00 | 1 | $35.00 |
| DVD Shipping | $15.00 | 1 | $15.00 |
| | Sub Total | | $192.50 |
| | Payments | | $0.00 |
| | Balance Due | | $192.50 |

**$178.50**

Fed. I.D. # 26-3836915

*Thank you for your business. Please pay upon receipt.*

RR 2114661

## Certified Reporting Services

visit our web site at www.certifiedreportingservices.com

### Invoice

901 E. 2nd St
Suite 102
Benicia, CA 94510
Phone: (888) 747-9674      Fax: (888) 747-9675

| Invoice Date | Invoice # |
|---|---|
| Thursday, September 16, 2010 | 11075Y |

Thomas D. Rein
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

Phone:   (312) 853-7000      Fax:   (312) 853-7036

| | |
|---|---|
| Witness: | Wayne Bowman - Confidential |
| Case: | SynQor vs. Artesyn Technologies |
| Venue: | United States District Court - Eastern District |
| Case #: | 2:07-CV-497-TJW-C |
| Date: | 8/25/2010 |
| Start Time: | 9:00 AM |
| End Time: | 1:33 PM |
| Reporter: | Victoria Court Reporting |
| Claim #: | |
| File #: | 7194Y |

| Description | each | Qty. | Total |
|---|---|---|---|
| DVD Encoding - (Hours) | $30.00 | 2.5 | $75.00 |
| DVD Creation | $35.00 | 1 | $35.00 |
| DVD Shipping | $15.00 | 1 | $15.00 |
| | Sub Total | | $125.00 |
| | Payments | | $0.00 |
| | Balance Due | | $125.00 |

$110.00

Fed. I.D. # 26-3836915

*Thank you for your business. Please pay upon receipt.*



*0060638032*  (handwritten)

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**ESQUIRE**
an Alexander Gallo Company



21/5190  (handwritten)

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

### Invoice # JD188988

| | |
|---|---|
| Invoice Date | 09/08/2010 |
| Terms | NET 45 |
| Payment Due | 10/08/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 161572 | 09/01/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/09/2010, RACHEL DEONIER (POTOMAC, MD) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (216 Pages) | $ 777.60 |
| EXHIBITS | $ 63.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 299.20 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 50.00 |
| | $ 1,259.80 |
| DELIVERY - OTHER | $ 15.32 |
| | $ 15.32 |

Okay to pay, 9/20/10  (handwritten)

Paul E. Veith, #45490
c/m number: 34133-80020

**RECEIVED**
**SEP 23 2010**
**CHICAGO AP**  (stamp)

VIDEO SURCHARGE APPLIED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| Amount Due On/Before 10/23/2010 | $ 1,275.12  $840.60 |
| Amount Due After 10/23/2010 | $ 1,402.63 |

Tax Number: 20-3491300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**
an Alexander Gallo Company

VISA  DISCOVER

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD188988 |
| Payment Due: | 10/08/2010 |
| Amount Due On/Before 10/23/2010 | $ 1,275.12  $840.60 |
| Amount Due After 10/23/2010 | $ 1,402.63 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000188988 09082010 0 000127512 2 10082010 10232010 1 000140263 61



*00606380-32*

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

Remit to:
**Esquire Deposition Solutions**
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

2115499



SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*Invoice # JD188012*

| Invoice Date | 08/31/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/02/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/16/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 164931 | 08/20/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/16/2010, JEFF HOLT (DALLAS, TX) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (210 Pages) | $ 1,835.40 |
| EXHIBITS | $ 111.50 |
| VIDEO | $ 963.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 107.00 |
| REALTIME CANCELLATION FEE | $ 275.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,452.70 |
| DELIVERY - OTHER | $ 24.40 |
| | $ 24.40 |

RECEIVED

SEP 23 2010

CHICAGO AP

34133-80020

M. HATCHER (P)

30970

*approval attached* CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**ESQUIRE**
an Alexander Gallo Company

VISA

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

| | |
|---|---|
| Invoice #: | JD188012 |
| Payment Due: | 10/02/2010 |
| **Amount Due On/Before 10/17/2010** | ~~$ 3,477.10~~ $3,184.90 |
| Amount Due After 10/17/2010 | $ 3,824.81 |

**Thank you for your business!**

001 0000188012 08312010 1 000347710 1 10022010 10172010 8 000382481 56



### ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



# ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD188012

| Invoice Date | 08/31/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/02/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/16/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 164931 | 08/20/2010 | UPS |

| Description | Amount |
|---|---|
| | |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/17/2010** | ~~$ 3,477.10~~ |
| Amount Due After 10/17/2010 | $ 3,824.81 |

Tax Number:  20-3491300

---

### ESQUIRE
an Alexander Gallo Company

VISA  

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD188012 |
| Payment Due: | 10/02/2010 |
| **Amount Due On/Before 10/17/2010** | ~~$ 3,477.10~~ |
| Amount Due After 10/17/2010 | $ 3,824.81 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

$ 3,184.90

**Thank you for your business!**

001 0000188012 08312010 1 000347710 1 10022010 10172010 8 000382481 56

 

00606380-32

**≋ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD187976

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice Date | 08/31/2010 |
| --- | --- |
| Terms | NET 30 |
| Payment Due | 10/02/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 08/17/2010 | SYNQOR INC vs  ARTESYN TECHNOLOGIES, INC | 164633 | 08/26/2010 | UPS |

| Description | Amount |
| --- | --- |
| Services Provided on 08/17/2010, DARLA PETERSON (CHIPPEWA FALLS, WI) | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (44 Pages) | $ 333.96 |
| EXHIBITS | $ 3.50 |
| APPEARANCE FEE (5 Units) | $ 225.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 50.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 703.46 |
| Services Provided on 08/17/2010, ROBBIE RONGSTAD (CHIPPEWA FALLS, WI) | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX (123 Pages) | $ 933.57 |
| EXHIBITS | $ 123.75 |
| VIDEO | $ 1,023.00 |
| ADMINISTRATIVE FEE | $ 20.00 |

RECEIVED
SEP 23 2010
CHICAGO AP

3433-80020
M. HATCHOR ① 30970

**CONTINUED ON NEXT PAGE ...**

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** [card logos]

**≋ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #:   JD187976
Payment Due:   10/02/2010

**Amount Due On/Before 10/17/2010**   ~~$ 3,401.68~~ $2,417.78

Amount Due After 10/17/2010   $ 3,741.79

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000187976 08312010 4 000340163 5 10022010 10172010 8 000374179 26



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # JD187976

| | |
|---|---|
| Invoice Date | 08/31/2010 |
| Terms | NET 30 |
| Payment Due | 10/02/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/17/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 164633 | 08/26/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/17/2010, ROBBIE RONGSTAD (CHIPPEWA FALLS, WI) | |
| ROUGH DRAFT | $ 101.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| TELECONFERENCING (285 Units) | $ 199.95 |
| | $ 2,455.17 |
| DELIVERY - OTHER | $ 17.50 |
| MILEAGE-VIDEOGRAPHER | $ 117.50 |
| MILEAGE-REPORTER | $ 108.00 |
| | $ 243.00 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/17/2010** | $ 3,491.63  $2,417.78 |
| Amount Due After 10/17/2010 | $ 3,741.79 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA / DISCOVER



**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD187976 |
| Payment Due: | 10/02/2010 |
| **Amount Due On/Before 10/17/2010** | $ 3,491.63 |
| Amount Due After 10/17/2010 | $ 3,741.79 |

$2,417.78

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000187976 08312010 4 000340163 5 10022010 10172010 8 000374179 26



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD191117

| Invoice Date | 09/15/2010 |
|---|---|
| Terms | NET 45 |
| Due | 10/15/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment Date | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 163179 | 08/31/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/18/2010, GARY BAKER (TIGARD, OR) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (232 Pages) | $ 835.20 |
| EXHIBITS | $ 94.25 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 308.80 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 1,308.25 |
| DELIVERY - OTHER | $ 12.93 |
| | $ 12.93 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/30/2010** | $ 1,321.18 $929.45 |
| Amount Due After 10/30/2010 | $ 1,453.30 |

Tax Number: 20-3491300

**ESQUIRE**

VISA [cards]

| | |
|---|---|
| Invoice #: | JD191117 |
| Payment Due: | 10/15/2010 |
| **Amount Due On/Before 10/30/2010** | $ 1,321.18 $929.45 |
| Amount Due After 10/30/2010 | $ 1,453.30 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000191117 09152010 1 000132118 8 10152010 10302010 7 000145330 64

717575

2116670

## Certified Reporting Services

Case Invoice

visit our web site at www.certifiedreportingservices.com

801 E. 2nd St. - Suite 102
Benicia, CA 94510

| Date |
|------|
| 9/24/2010 |

Phone: (707) 747-9674        Fax (707) 748-1341

Sidley Austin
717 North Harwood
Suite 3400
Dallas, TX 75201

SEP 22

Phone   (214) 981-3300
Fax     (214) 981-3400

### SynQor vs. Artesyn Technologies 2:07-CV-497-TJW-CE

| Invoice # | Claim No. | File No. | Billed | Paid Witness | | | Job Date |
|-----------|-----------|----------|--------|--------------|--|--|----------|
| 11070Y | | | 9/15/2010 | Patrizio Vinciarelli | | | 9/11/2010 |
| | Certified Transcript - Technical - Boston | | | | $3.25 | 160 | $520.00 |
| | Expedite - 3 Day 70% | | | | $2.28 | 160 | $364.80 |
| | Exhibits/Scans | | | | $0.45 | 232 | $104.40 |
| | Shipping, handling, processing (2-day) | | | | $50.00 | 1 | $50.00 |
| | | | | | **Amount Paid** | | **$0.00** |
| | | | | | **Amount Due** | | -$1,039.20- $624.40 |
| | | | | | **Case Balance** | | -$1,039.20- $624.40 |

Fed. I.D. # 26-3836915

*Thank you for your business.  Please pay upon receipt.*

34133-80020

M. HATCHER

Ⓟ

30970



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

00606380 - 3

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

21304044

**Invoice # JD206901**

34133.80020

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

30970

M. Hatch (P)



| | |
|---|---|
| | 11/08/2010 |
| Terms | NET 45 |
| | 12/08/2010 |
| | |
| | |
| | |
| | |

| Assignment | Case | | Shipped | Shipped Via |
|---|---|---|---|---|
| 10/20/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 181769 | 11/01/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 10/20/2010, MICHAEL CALLAHAN (DALLAS, TX) | |
| ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX | $3,277.98 |
| EXHIBITS | $107.50 |
| VIDEO | $1,338.00 |
| ADMINISTRATIVE FEE | $20.00 |
| ROUGH DRAFT | $402.65 |
| LITIGATION SUPPORT DISK | $50.00 |
| CONDENSED TRANSCRIPT | $0.00 |
| | $5,197.13 |
| DELIVERY - OTHER | $26.81 |
| | $26.81 |

Received

NOV 17 2010

Chicago AP

*PLEASE NOTE:  THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $0.00 |
| Paid: | $0.00 |
| **Amount Due On/Before 12/23/2010** | ~~$5,223.94~~ $4,723.48 |
| Amount Due After 12/23/2010 | $5,746.33 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at WWW.ESQUIRECONNECT.NET

**ESQUIRE**

VISA

| | |
|---|---|
| Invoice #: | JD206901 |
| Payment Due: | 12/08/2010 |
| **Amount Due On/Before 12/23/2010** | ~~$5,223.94~~ $4,723.48 |
| Amount Due After 12/23/2010 | $5,746.33 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001  0000206901  11082010  2  000522394  5  12082010  12232010  9  000574633  68

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

 **ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD203975

| Invoice Date | 10/27/2010 |
| --- | --- |
| Terms | NET 45 |
| Payment Due | 11/26/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 10/20/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 181807 | 10/22/2010 | UPS |

| Description | Amount |
| --- | --- |
| Services Provided on 10/20/2010, JAMES DICKENS (DALLAS, TX) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (426 Pages) | $ 1,592.16 |
| EXHIBITS | $ 188.05 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 401.85 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,251.56 |
| DELIVERY - OTHER | $ 85.02 |
| | $ 36.02 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 12/11/2010** | ~~$ 2,287.58~~ **$1,780.21** |
| Amount Due After 12/11/2010 | $ 2,516.34 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

VISA

 **ESQUIRE**
an Alexander Gallo Company

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
| --- | --- |
| Invoice #: | JD203975 |
| Payment Due: | 11/26/2010 |
| **Amount Due On/Before 12/11/2010** | ~~$ 2,287.58~~ **$1,780.21** |
| Amount Due After 12/11/2010 | $ 2,516.34 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000203975 10272010 0 000228758 2 11262010 12112010 0 000251634 87

# ESQUIRE

**Esquire Solutions - Boston**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

## ESQUIRE
an Alexander Gallo Company

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # JD211906*

00606780·3× (handwritten)

#549#33474 (handwritten)

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | | |
|---|---|
| 11/23/2010 |
| NET 45 |
| 12/23/2010 |

| 10/22/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 181523 | 11/05/2010 | UPS |
|---|---|---|---|---|

Services Provided on 10/22/2010, BRETT REED (CHICAGO, IL)

| | |
|---|---|
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $790.00 |
| VIDEO | $540.00 |
| ADMINISTRATIVE FEE | ~~$20.00~~ |
| ROUGH DRAFT | ~~$492.80~~ |
| | $1,842.80 |
| DELIVERY - OTHER | ~~$28.65~~ |
| | $28.65 |

34133-80026 (handwritten)

| | |
|---|---|
| *VIDEO SURCHARGE APPLIED* | Tax: | $0.00 |
| | Paid: | $0.00 |
| | **Amount Due On/Before 01/07/2011** | ~~$1,871.45~~ $1,330.00 (handwritten) |
| | Amount Due After 01/07/2011 | $2,058.60 |

Tax Number: 20-3481500

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

## ESQUIRE
an Alexander Gallo Company

**VISA** [card logos]

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

| | |
|---|---|
| Invoice #: | JD211906 |
| Payment Due: | 12/23/2010 |
| **Amount Due On/Before 01/07/2011** | ~~$1,871.45~~ $1,330.00 (handwritten) |
| Amount Due After 01/07/2011 | $2,058.60 |

**Thank you for your business!**

001 0000211906 11232010 8 000187145 0 12232010 01072011 2 000205860 06



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*713381*

*00606380.37*

**Invoice # JD189064**

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*30970*

| | | | |
|---|---|---|---|
| | 09/08/2010 | | |
| | NET 45 | | |
| | 10/08/2010 | | |

| 08/20/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 166233 | 08/23/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/20/2010, KAN SETO (PALO ALTO, CA)

| Description | Amount |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 870.53 |
| VIDEO | $ 418.00 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| ROUGH DRAFT | ~~$ 115.20~~ |
| APPEARANCE FEE | ~~$ 105.00~~ |
| | $ 1,528.73 |
| DELIVERY - OTHER | ~~$ 11.66~~ |
| | $ 11.66 |

NOV 2 9 2010

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/23/2010** | ~~$ 1,540.30~~ $1,288.53 |
| Amount Due After 10/23/2010 | $ 1,694.43 |

Tax Number: 20-3491300

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** ~~~~ discover



**ESQUIRE**
an Alexander Gallo Company

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD189064 |
| Payment Due: | 10/08/2010 |
| **Amount Due On/Before 10/23/2010** | ~~$ 1,540.30~~ |
| Amount Due After 10/23/2010 | $ 1,694.43 |

*$1,288.53*

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000189064 09082010 9 000154039 3 10082010 10232010 1 000169443 92



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*2133x83*  *00606380.32*

Invoice # JD188549

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*M. HATCHER*
*(P)*
*30970*

| | |
|---|---|
| 09/07/2010 |
| NET 45 |
| 10/07/2010 |
| |
| |
| |

| Assignment | | Account # | | UPS |
|---|---|---|---|---|
| 08/11/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 148953 | 08/30/2010 | UPS |

**Description**

Services Provided on 08/11/2010, RICHARD FARRINGTON (DALLAS, TX)

| | |
|---|---|
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 1,053.86 |
| EXHIBITS | $ 77.50 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| ROUGH DRAFT | ~~$ 185.15~~ |
| | $ 1,336.51 |
| | |
| DELIVERY - OTHER | ~~$ 17.87~~ |
| | $ 17.87 |

*34133 - 80020*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 2-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/22/2010** | ~~$ 1,354.38~~ $1,131.36 |
| Amount Due After 10/22/2010 | $ 1,489.82 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER

**ESQUIRE**
an Alexander Gallo Company

| | |
|---|---|
| Invoice #: | JD188549 |
| Payment Due: | 10/07/2010 |
| **Amount Due On/Before 10/22/2010** | ~~$ 1,354.38~~ $1,131.36 |
| Amount Due After 10/22/2010 | $ 1,489.82 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000188549 09072010 2 000135438 8 10072010 10222010 5 000148982 39



**⊘ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*H53084*  *00606380-3*

**Invoice # JD188596**

| | |
|---|---|
| | 09/07/2010 |
| | NET 45 |
| | 10/07/2010 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 08/13/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 182533 | 08/18/2010 | UPS |
|---|---|---|---|---|

**Description**

Services Provided on 08/13/2010, SCOTT COONAN (SAN FRANCISCO, CA)

| | |
|---|---|
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 1,132.16 |
| EXHIBITS | $ 42.75 |
| VIDEO | $ 655.50 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 150.40 |
| TELECONFERENCING | $ 110.25 |
| | $ 2,111.06 |
| | |
| DELIVERY - OTHER | $ 16.75 |
| | $ 16.75 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 10/22/2010** | | $~~2,127.81~~ $1,830.41 |
| Amount Due After 10/22/2010 | | $ 2,340.59 |

Tax Number: 20-3491386

*Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net*

**VISA** [logos]



**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

| | |
|---|---|
| Invoice #: | JD188596 |
| Payment Due: | 10/07/2010 |
| **Amount Due On/Before 10/22/2010** | $~~2,127.81~~ $1,830.41 |
| Amount Due After 10/22/2010 | $ 2,340.59 |

**Thank you for your business!**

001 0000188596 09072010 4 000212781 1 10072010 10222010 5 000234059 15



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # JD188681*      00606380·38

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| 09/07/2010 |
| NET 45 |
| 10/07/2010 |

| | | | | |
|---|---|---|---|---|
| 08/04/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 148688 | 08/16/2010 | UPS |

Services Provided on 08/04/2010, MARTIN SCHLECHT (CHICAGO, IL)

| | |
|---|---|
| ONE COPY OF TRANSCRIPT PACKAGE | $ 1,533.20 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| ROUGH DRAFT | ~~$ 545.60~~ |
| | $ 2,098.80 |
| DELIVERY - FED EX/OVERNIGHT | ~~$ 15.32~~ |
| | $ 15.32 |

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tex: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/22/2010** | ~~$ 2,114.12~~ $1,533.20 |
| Amount Due After 10/22/2010 | $ 2,325.53 |

Tax Number:   20-3491506

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA**



**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD188681 |
| Payment Due: | 10/07/2010 |
| **Amount Due On/Before 10/22/2010** | ~~$ 2,114.12~~ $1,533.20 |
| Amount Due After 10/22/2010 | $ 2,325.53 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000188681 09072010 2 000211412 4 10072010 10222010 5 000232553 25



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # JD186552*    00606 380-37

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| 08/30/2010 | |
| NET 45 | |
| 09/29/2010 | |

| 08/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 162470 | 08/13/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/09/2010, JOHN WILLIAMSON (AUSTIN, TX)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 506.26 |
| EXHIBITS | $ 106.50 |
| VIDEO | $ 633.00 |
| WAITING TIME | $ 9.01 |
| APPEARANCE FEE | $ 53.07 |
| APPEARANCE FEE | $ 21.62 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 86.40 |
| | $ 1,449.26 |
| DELIVERY - OTHER | $ 14.06 |
| | $ 14.06 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 10/14/2010** | | ~~$ 1,463.34~~ $1,249.78 |
| Amount Due After 10/14/2010 | | $ 1,609.67 |

Tax Number:   20-3461300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

**VISA** [logos]

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

| | |
|---|---|
| Invoice #: | JD186552 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | ~~$ 1,463.34~~ $1,249.78 |
| Amount Due After 10/14/2010 | $ 1,609.67 |

**Thank you for your business!**

001 0000186552 08302010 4 000146334 0 09292010 10142010 2 000160967 70



**ESQUIRE**

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # JD186610*

00606380-37

| | |
|---|---|
| 09/30/2010 | |
| NET 45 | |
| 09/29/2010 | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | | | | |
|---|---|---|---|---|
| 08/11/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 182526 | 08/25/2010 | UPS |

Services Provided on 08/11/2010, CHRISTOPHER WIDMANN (SAN FRANCISCO, CA)

| | |
|---|---|
| ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $761.90 |
| VIDEO | $608.00 |
| ROUGH DRAFT | ~~$190.40~~ |
| | $1,560.30 |
| | |
| DELIVERY - OTHER | ~~$57.73~~ |
| PARKING-REPORTER | ~~$32.00~~ |
| PARKING-VIDEOGRAPHER | ~~$32.00~~ |
| | $121.73 |

| | |
|---|---|
| Tax: | $0.00 |
| Paid: | $0.00 |
| Amount Due On/Before 10/14/2010 | ~~$1,682.03~~ $1,369.90 |
| Amount Due After 10/14/2010 | $1,850.23 |

Tax Number: 20-3481300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

| | |
|---|---|
| Invoice #: | JD186610 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | ~~$1,682.03~~ $1,369.90 |
| Amount Due After 10/14/2010 | $1,850.23 |

**ESQUIRE**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000186610 08302010 5 000168203 9 09292010 10142010 2 000185023 34



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

21734498

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

00606380.32

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD186691

| | |
|---|---|
| 08/30/2010 |
| NET 45 |
| 09/29/2010 |

| 08/10/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 148961 | 08/27/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/10/2010, RICHARD FARRINGTON (DALLAS, TX)

| | |
|---|---|
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 814.40 |
| EXHIBITS | $ 55.50 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 334.65 |
| | $ 1,224.55 |
| | |
| DELIVERY - OTHER | $ 16.57 |
| | $ 16.57 |

VIDEO SURCHARGE APPLIED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/14/2010** | $ 1,241.12  $ 869.90 |
| Amount Due After 10/14/2010 | $ 1,365.23 |

Tax Number:  20-3481500

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA**

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD186691 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | $ 1,241.12  $ 869.90 |
| Amount Due After 10/14/2010 | $ 1,365.23 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000186691 08302010 1 000124112 1 09292010 10142010 2 000136523 91



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*2733500*
*75180*

**Invoice # JD186719**

*00606380-32*

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | | | | |
|---|---|---|---|---|
| 08/30/2010 | | | | |
| NET 45 | | | | |
| 09/29/2010 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 08/12/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 155776 | 08/25/2010 | UPS | |

Services Provided on 08/12/2010, LOVEDAY MWEENE (DALLAS, TX)

| | |
|---|---|
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 621.20 |
| EXHIBITS | $ 129.50 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| | $ 770.70 |
| DELIVERY - OTHER | ~~$ 23.13~~ |
| | $ 23.13 |

*34133-80020*

VIDEO SURCHARGE APPLIED

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 10/14/2010** | | ~~$ 793.83~~ $ 750.70 |
| Amount Due After 10/14/2010 | | $ 873.21 |

Tax Number: 20-3491300

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA**

| | |
|---|---|
| Invoice #: | JD186719 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | ~~$ 793.83~~ $ 750.70 |
| Amount Due After 10/14/2010 | $ 873.21 |

**ESQUIRE**
an Alexander Gallo Company

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000186719 08302010 2 000079383 9 09292010 10142010 2 000087321 15



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

*213501*

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*00606388-32*

**Invoice # JD170447**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | 07/08/2010 |
| --- | --- |
| | NET 45 |
| | 08/07/2010 |

| 06/16/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 146774 | 07/06/2010 | UPS |
| --- | --- | --- | --- | --- |

Services Provided on 06/16/2010, VIJAYAN THOTTUVELIL (DALLAS, TX)

| | |
| --- | --- |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT PACKAGE | $ 734.20 |
| EXHIBITS | $ 38.35 |
| VIDEO | $ 735.50 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| REALTIME CANCELLATION FEE | $ 275.00 |
| | $ 1,803.05 |
| DELIVERY - OTHER | ~~$ 16.47~~ |
| | $ 15.47 |

*LOCATION: DALLAS, TX*

| | | |
| --- | --- | --- |
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 08/22/2010** | | ~~$ 1,818.52~~ $1,783.05 |
| Amount Due After 08/22/2010 | | $ 2,000.37 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net



**ESQUIRE**

VISA

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice #: | JD170447 |
| --- | --- |
| Payment Due: | 08/07/2010 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

| **Amount Due On/Before 08/22/2010** | ~~$ 1,818.52~~ $1,783.05 |
| --- | --- |
| Amount Due After 08/22/2010 | $ 2,000.37 |

**Thank you for your business!**

001 0000170447 07082010 1 000181852 0 08072010 08222010 1 000200037 74



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*0735503*   *006de380-32*

**Invoice # JD165854**

| | |
|---|---|
| 06/23/2010 |
| NET 45 |
| 07/23/2010 |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 06/02/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 145356 | 06/22/2010 | UPS |
|---|---|---|---|---|

Services Provided on 06/02/2010, CONOR QUINN (HOUSTON, TX)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 844.50 |
| EXHIBITS | $ 147.20 |
| VIDEO | $ 1,119.25 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| | $ 2,131.05 |
| DELIVERY - OTHER | ~~$ 17.50~~ |
| | $ 17.50 |

JOB LOCATION: HOUSTON, TX

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 08/07/2010** | ~~$ 2,148.55~~ $ 2,111.05 |
| Amount Due After 08/07/2010 | $ 2,363.41 |

Tax Number:   26-3481380

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**VISA** [card logos]

| | |
|---|---|
| Invoice #: | JD165854 |
| Payment Due: | 07/23/2010 |
| **Amount Due On/Before 08/07/2010** | ~~$ 2,148.55~~ $ 2,111.05 |
| Amount Due After 08/07/2010 | $ 2,363.41 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000165854 06232010 6 000214855 2 07232010 08072010 5 000236341 60



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

## Invoice # JD214321

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice Date | 11/30/2010 |
| Terms | NET 30 |
| Payment Due | 01/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/19/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 187812 | 11/29/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/19/2010, M_RAY MERCER (HOUSTON, TX) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (308 Pages) | $ 2,642.84 |
| EXHIBITS | $ 205.20 |
| VIDEO | $ 1,336.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 278.30 |
| REALTIME SERVICE PROVIDED | $ 100.00 |
| LITIGATION SUPPORT DISK | $ 30.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| WAITING TIME | $ 19.91 |
| | $ 4,653.45 |
| DELIVERY - OTHER | $ 19.04 |
| | $ 19.04 |



### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3481300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

| | |
|---|---|
| Invoice #: | JD214321 |
| Payment Due: | 01/02/2011 |
| **Amount Due On/Before 01/17/2011** | ~~$ 4,672.49~~ $4,285.84 |
| Amount Due After 01/17/2011 | $ 5,139.74 |

**ESQUIRE**

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000214321 11302010 7 000467249 5 01022011 01172011 8 000513974 21



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

# ESQUIRE
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD214321

|  | 11/30/2010 |
| --- | --- |
|  | NET 30 |
|  | 01/02/2011 |
|  |  |
|  |  |
|  |  |

| Assignment | Case | | | Shipped Via |
| --- | --- | --- | --- | --- |
| 11/19/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 187812 | 11/29/2010 | UPS |

| Description | | | | Amount |
| --- | --- | --- | --- | --- |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/2011** | ~~$ 4,672.49~~ $4,285.84 |
| Amount Due After 01/17/2011 | $ 5,139.74 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA

# ESQUIRE
an Alexander Gallo Company

| | |
| --- | --- |
| Invoice #: | JD214321 |
| Payment Due: | 01/02/2011 |
| **Amount Due On/Before 01/17/2011** | ~~$ 4,672.49~~ $4,285.84 |
| Amount Due After 01/17/2011 | $ 5,139.74 |

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000214321 11302010 7 000467249 5 01022011 01172011 8 000513974 21

**Libby Crawford**
**Official Court Reporter**
**402 Tri-State Road**
**Texarkana, Tx. 75501**
**903.794.4067 Ext. 237**

*5U6a382 - 1*

**TIN 426867302**

**December 13 , 2010**

Invoice No. 117-10

**Sidley Austin LLP**
**Attention: Connie Davern**
**One South Dearborn Street**
**Chicago, Il 60603**
**cdavern@sidley.com**

Ordered: 12-10-10
Delivered: 12-13-10

Re: SynQor v. Artesyn
    2:07cv497

Transcript of Pretrial Hearing held November 22, 2010

96 pages - pdf copy                    $ 86.40

Electronic Delivery

    I hereby certify that the transcripts submitted comply with the guidelines
of the Federal Judiciary Handbook.

                              Libby Crawford, CSR
                              Official Court Reporter

0060606380-52

243188

ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**ESQUIRE**
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD188573

| | |
|---|---|
| Invoice Date | 09/07/2010 |
| Terms | NET 45 |
| Payment Due | 10/07/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/17/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 162666 | 08/25/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 08/17/2010, ARTHUR HOFMANN (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (455 Pages) | $ 2,689.05 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 611.20 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,370.25 |
| DELIVERY - OTHER | $ 16.57 |
| | $ 16.57 |

Okay to pay, 12/22/10

Paul E. Veith, #45490
c/m number: 34133-80020

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/22/2010** | ~~$ 3,386.82~~ $2,689.05 |
| Amount Due After 10/22/2010 | $ 3,725.50 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

ESQUIRE
an Alexander Gallo Company

PAUL VEITH ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD188573 |
| Payment Due: | 10/07/2010 |
| **Amount Due On/Before 10/22/2010** | ~~$ 3,386.82~~ |
| Amount Due After 10/22/2010 | $ 3,725.50 |

$2,689.05

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000188573 09072010 1 000338682 6 10072010 10222010 5 000372550 37

Susan Simmons, CSR
Official Court Reporter to Judge T. John Ward
U.S. District Courts
100 East Houston St.
Marshall, TX  75670
903.935.3868
SS# 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
lssimmons@yahoo.com

December 1, 2010


Mr. Thomas Rein                          RE: 2:07-CV-479
Sidley Austin                            SynQor Vs.
Bank One Plaza                            Artesyn Technologies,
One South Dearborn Avenue                Et Al
Chicago, IL  60603


## PLAINTIFF'S PORTION OF DAILY COPY INVOICE

8 days of trial   (350 pages per day)          $25,200.00
      (This is figured at $9.00 per page)

    Supply fee                            ~~300.00~~

        TOTAL DUE                  ~~$25,500.00~~ $25,200.00


Thank you!
Please pay from this invoice

2090786

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (888) 619-3925
Fax (866) 590-3205

# ESQUIRE
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

0060638 0-31   Invoice # JD143582

| | 04/12/2010 |
|---|---|
| | NET 45 |
| | 05/12/2010 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 03/22/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 126231 | 04/07/2010 | UPS |
|---|---|---|---|---|

Services Provided on 03/22/2010, NIKLAS FALLGREN (DALLAS, TX)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (370 Pages) | $ 1,702.00 |
| EXHIBITS | $ 200.00 |
| VIDEO | $ 1,213.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 305.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,520.80 |
| DELIVERY - OTHER | $ 28.82 |
| | $ 28.82 |

LOCATION: DALLAS, TX

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| **Amount Due After 05/27/2010** | | **$ 3,964.56** |
| Amount Due On/Before 05/27/2010 | | $ 3,549.62  **$3,115.00** |

Tax Number:   20-3481300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** [mastercard]

**ESQUIRE**
an Alexander Gallo Company

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice #: | JD143582 |
|---|---|
| Payment Due: | 05/12/2010 |
| **Amount Due After 05/27/2010** | **$ 3,964.56** |
| Amount Due On/Before 05/27/2010 | $ 3,549.62  **$3,115.00** |

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001  0000143582  04122010  8  000354962  7  05122010  05272010  2  000390458  06

2090777

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3206

00606380-37

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

### Invoice # JD143637

| | |
|---|---|
| | 04/12/2010 |
| Payment Due | NET 45 |
| Date of Loss | 05/12/2010 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | | | Ship Via |
|---|---|---|---|---|
| 03/23/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 127511 | 04/08/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 03/23/2010, NIKLAS FALLGREN (DALLAS, TX) | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (259 Pages) | $ 1,191.40 |
| VIDEO | $ 963.00 |
| ADMINISTRATIVE FEE | $ 70.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,224.40 |
| Services Provided on 03/23/2010, KARIM WASSEF (DALLAS, TX) | |
| MEDICAL TECHNICAL ORIGINAL & 1 TRANSCRIPT/WORD INDEX (83 Pages) | $ 381.80 |
| ADMINISTRATIVE FEE | $ 70.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 451.80 |
| DELIVERY - OTHER | $ 26.61 |
| | $ 26.61 |

### CONTINUED ON NEXT PAGE ...

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA**

**ESQUIRE**
an Alexander Gallo Company

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #:      JD143637
Payment Due:      05/12/2010

**Amount Due After 05/27/2010**      $ 2,873.09

Amount Due On/Before 05/27/2010      $ 2,702.81

$2,536.20

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000143637 04122010 8 000870281 3 05122010 05272010 2 000297309 14

## ESQUIRE

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (888) 590-3205



### ESQUIRE
vs Alexander Galie Company

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

### Invoice # JD143637

| 04/12/2010 |
| NET 45 |
| 05/12/2010 |

THOMAS REIN ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 03/23/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 127511 | 04/08/2010 | UPS |

LOCATION: DALLAS, TX

| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due After 05/27/2010** | | $ 2,973.09 |
| Amount Due On/Before 05/27/2010 | | $ 2,703.81  $2,536.20 |

Tax Number: 20-3481300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

### ESQUIRE
vs Alexander Galie Company

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Invoice #: | JD143637 |
| Payment Due: | 05/12/2010 |
| **Amount Due After 05/27/2010** | **$ 2,973.09** |
| Amount Due On/Before 05/27/2010 | $ 2,703.81 |
| | $2,536.20 |

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000143637 04122010 8 000270281 3 05122010 05272010 2 000297309 14

 ESQUIRE.

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

## Invoice # JD146218



| | 04/20/2010 |
|---|---|
| | NET 45 |
| | 05/20/2010 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 04/02/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 131110 | 04/19/2010 | UPS |
|---|---|---|---|---|

| | Amount |
|---|---|
| Services Provided on 04/02/2010, ARTHUR HOFMANN (CHICAGO, IL) | |
| ONE COPY OF TRANSCRIPT/WORD INDEX (441 Pages) | $ 1,477.35 |
| EXHIBITS | $ 42.50 |
| LITIGATION SUPPORT DISK | ~~$ 50.00~~ |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 1,569.85 |
| | |
| DELIVERY - OTHER | ~~$ 13.00~~ |
| | $ 13.06 |

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/04/2010** | **$ 1,741.20** |
| Amount Due On/Before 06/04/2010 | ~~$ 1,582.91~~ $ 1,519.85 |

Tax Number: 20-3491300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA  DISCOVER

 ESQUIRE

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD146218 |
| Payment Due: | 05/20/2010 |
| **Amount Due After 06/04/2010** | **$ 1,741.20** |
| Amount Due On/Before 06/04/2010 | ~~$ 1,582.91~~ |

$ 1,519.85

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000146218 04202010 3 000158291 4 05202010 06042010 0 000174120 60



**@ ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*Invoice # JD147308*        0006 380 32

2733504

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

M. HATCHER
①  30974

| | |
|---|---|
| 04/22/2010 |
| NET 45 |
| 05/22/2010 |

| 04/06/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 119181 | 04/14/2010 | UPS |
|---|---|---|---|---|

Services Provided on 04/06/2010, GUISONG HUANG

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 876.50 |
| EXHIBITS | $ 30.00 |
| APPEARANCE FEE | $ 250.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| REALTIME FEED | $ 272.25 |
| INTERPRETING SERVICES | $ 1,550.00 |
| | $ 2,998.75 |
| | |
| TRAVEL DAY-REPORTER | $ 250.00 |
| AIR FARE-CAB FARE - HOTEL- REPORTER | $ 4,386.81 |
| DELIVERY - OTHER | $ 17.50 |
| | $ 4,654.31 |

3√133-8002 0

LOCATION: *TAIPEI, TAIWAN*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| | Amount Due On/Before 06/06/2010 | $ 7,653.06 $7,115.56 |
| | Amount Due After 06/06/2010 | $ 8,418.37 |

Tax Number:   20-3491306

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA** 〔 〕〔 〕

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD147308 |
| Payment Due: | 05/22/2010 |
| Amount Due On/Before 06/06/2010 | $ 7,653.06 $7,115.56 |
| Amount Due After 06/06/2010 | $ 8,418.37 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000147308 04222010 2 000765306 7 05222010 06062010 1 000841837 37



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com



**Invoice # JD149373**

| | |
|---|---|
| | 04/28/2010 |
| | NET 45 |
| | 05/28/2010 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Style | | | UPS |
|---|---|---|---|---|
| 03/24/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 128055 | 04/12/2010 | UPS |

**Description**

Services Provided on 03/24/2010, MICHAEL WAGNER (COSTA MESA, CA)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (354 Pages) | $ 2,124.00 |
| EXHIBITS | $ 160.50 |
| VIDEO | $ 1,413.00 |
| APPEARANCE FEE | $ 105.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 454.40 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 4,421.90 |
| DELIVERY - OTHER | $ 21.07 |
| | $ 21.07 |

**CONTINUED ON NEXT PAGE ...**

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 VISA

**ESQUIRE**

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD149373 |
| Payment Due: | 05/28/2010 |
| **Amount Due After 06/12/2010** | **$ 4,887.27** |
| Amount Due On/Before 06/12/2010 | $ 4,442.97 |
| | **$3,697.50** |

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000149373 04282010 8 000444297 2 05282010 06122010 4 000488727 73

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

### Invoice # JD149373




THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603



| | | 04/28/2010 |
| | | NET 45 |
| | | 05/28/2010 |

| 03/24/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 128055 | 04/12/2010 | UPS |
|---|---|---|---|---|

| Description | | Amount |
|---|---|---|

*LOCATION: COSTA MESA, CA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 06/12/2010** | **$ 4,887.27** |
| Amount Due On/Before 06/12/2010 | ~~$ 4,443.97~~ $3,697.50 |

**Tax Number:** 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMEX

| | |
|---|---|
| Invoice #: | JD149373 |
| Payment Due: | 05/28/2010 |
| **Amount Due After 06/12/2010** | **$ 4,887.27** |
| Amount Due On/Before 06/12/2010 | ~~$ 4,443.97~~ $3,697.50 |

**ESQUIRE**
an Alexander Gallo Company

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000149373 04282010 8 000444297 2 05282010 06122010 4 000488727 73



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205




THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

### Invoice # JD149576

| | |
|---|---|
| | 04/29/2010 |
| | NET 45 |
| | 05/29/2010 |

| 03/25/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 128060 | 04/27/2010 | UPS |
|---|---|---|---|---|

**Description**

Services Provided on 03/25/2010, DENNIS POULIOT (COSTA MESA, CA)

| Description | Amount |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (55 Pages) | $ 330.00 |
| VIDEO | $ 503.00 |
| APPEARANCE FEE | $ 105.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 70.40 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 15.00 |
| | $ 1,173.40 |
| DELIVERY - OTHER | $ 17.50 |
| | $ 17.50 |

LOCATION: COSTA MESA, CA

| | Tax: | $ 0.00 |
|---|---|---|
| | Paid: | $ 0.00 |
| | **Amount Due After 06/13/2010** | **$ 1,309.99** |
| | Amount Due On/Before 06/13/2010 | $ 1,199.99 **$833.00** |

Tax Number:  20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  [card logos]

**ESQUIRE**

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD149576 |
| Payment Due: | 05/29/2010 |
| **Amount Due After 06/13/2010** | **$ 1,309.99** |
| Amount Due On/Before 06/13/2010 | $ 1,199.99 |

**$833.00**

Remit to:

Esquire Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000149576 04292010 0 000119090 3 05292010 06132010 0 000130999 82



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 580-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

*Invoice # JD161637*

| | |
|---|---|
| | 06/10/2010 |
| | NET 45 |
| | 07/10/2010 |
| | |
| | |
| | |

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 05/20/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 141441 | 06/09/2010 | UPS |
|---|---|---|---|---|

Services Provided on 05/20/2010, MARK JUTRAS (NEWTON, MA)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (93 Pages) | $ 423.15 |
| EXHIBITS | $ 232.25 |
| VIDEO | $ 580.50 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| LITIGATION SUPPORT DISK | ~~$ 35.00~~ |
| CONDENSED TRANSCRIPT | ~~$ 0.00~~ |
| | $ 1,290.90 |
| DELIVERY - OTHER | ~~$ 17.50~~ |
| | $ 17.50 |

*THANK YOU*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 07/25/2010** | $ 1,439.24 |
| Amount Due On/Before 07/25/2010 | ~~$ 1,388.40~~ $1,235.90 |

Tax Number:   20-3491300

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA ▪▪▪▪ ▪▪▪▪▪



**ESQUIRE**
an Alexander Gallo Company

MICHAEL HATCHER ,ESQ
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD161637 |
| Payment Due: | 07/10/2010 |
| **Amount Due After 07/25/2010** | $ 1,439.24 |
| Amount Due On/Before 07/25/2010 | ~~$ 1,388.40~~ |

$1,235.90

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

Thank you for your business!

001 0000161637 06102010 2 000130840 1 07102010 07252010 8 000143924 96



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

## Invoice # JD165432



MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

| Invoice Date | 06/22/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 07/22/2010 |
| | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped On | Shipped Via |
|---|---|---|---|---|
| 06/04/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 147608 | 06/21/2010 | UPS |

**Description**

Original Deposition for DENNIS ROARK, 06/04/2010 (DALLAS, TX)

*JOB LOCATION: DALLAS, TX*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 08/06/2010** | **$ 2,706.79** |
| Amount Due On/Before 08/06/2010 | $ 2,460.72 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



VISA  discover

| Invoice #: | JD165432 |
|---|---|
| Payment Due: | 07/22/2010 |
| **Amount Due After 08/06/2010** | **$ 2,706.79** |
| Amount Due On/Before 08/06/2010 | $ 2,460.72 |

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000165432 06222010 7 000246072 3 07222010 08062010 9 000270679 04



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

## Invoice # JD168487

| | | |
|---|---|---|
| | | 06/30/2010 |
| Terms | | NET 45 |
| | | 07/30/2010 |
| | | |
| | | |
| | | |

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

| 06/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 145694 | 06/28/2010 | UPS |
|---|---|---|---|---|

Original Deposition for AMRITLAL PATEL, 06/09/2010 (IRVINE, CA)

*JOB LOCATION: IRVINE, CA*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due After 08/14/2010** | **$ 1,978.66** |
| Amount Due On/Before 08/14/2010 | $ 1,798.78 |

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA**

**ESQUIRE**

MICHAEL HATCHER ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3400
717 NORTH HARWOOD
DALLAS, TX 75201

| | |
|---|---|
| Invoice #: | JD168487 |
| Payment Due: | 07/30/2010 |
| **Amount Due After 08/14/2010** | **$ 1,978.66** |
| Amount Due On/Before 08/14/2010 | $ 1,798.78 |

Remit to:

Esquire Deposition Solutions
PO Box 1518
New York NY 10008-1518
www.esquiresolutions.com

**Thank you for your business!**

001 0000168487 06302010 4 000179878 4 07302010 08142010 2 000197866 65

**ⓔ ESQUIRE**

Esquire Solutions · Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
An Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*2/33FM*

**Invoice # JD186498** *00606380·32*

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*M. HATCHER (P)*
*30970*

| | 08/30/2010 |
| --- | --- |
| | NET 45 |
| | 09/29/2010 |

| 08/10/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 162497 | 08/19/2010 | UPS |
| --- | --- | --- | --- | --- |

Services Provided on 08/10/2010, CHARLES KELLY (MALVERN, PA)

| | |
| --- | --- |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 2,040.20 |
| EXHIBITS | $ 315.75 |
| VIDEO | $ 1,023.00 |
| APPEARANCE FEE | $ 70.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 202.80 |
| TELECONFERENCING | $ 185.45 |
| | $ 3,897.20 |

*34133-8002*

| | |
| --- | --- |
| DELIVERY - OTHER | $ 43.57 |
| MILEAGE-VIDEOGRAGPHER | $ 25.00 |
| | $ 68.57 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 4-DAY EXPEDITED RATE.*

| | Tax: | $ 0.00 |
| --- | --- | --- |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 10/14/2010** | | ~~$ 3,965.77~~ *$3,378.95* |
| Amount Due After 10/14/2010 | | $ 4,362.35 |

Tax Number: 20-3481380

---

Please detach and return this bottom portion with your payment
or pay online at **WWW.ESQUIRECONNECT.NET**

**VISA** [logos]

**ⓔ ESQUIRE**
An Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
| --- | --- |
| Invoice #: | JD186498 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | ~~$ 3,965.77~~ *$3,378.95* |
| Amount Due After 10/14/2010 | $ 4,362.35 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000186498 08302010 3 000396577 8 09292010 10142010 2 000436235 62

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205



**ESQUIRE**
an Alexander Gallo Company

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*213493*
*00606 380.37*

**Invoice # JD186525**

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*M. HATCHER P*
*30970*

| 08/30/2010 |
| --- |
| NET 45 |
| 09/29/2010 |

| 08/11/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 162519 | 08/18/2010 | UPS |
| --- | --- | --- | --- | --- |

Services Provided on 08/11/2010, AMIN BEMAT (HOUSTON, TX)

| | |
| --- | --- |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT PACKAGE | $ 1,308.56 |
| EXHIBITS | $ 198.75 |
| VIDEO | $ 900.50 |
| ADMINISTRATIVE FEE | ~~$ 30.00~~ |
| ROUGH DRAFT | ~~$ 108.00~~ |
| TELECONFERENCING | ~~$ 149.85~~ |
| | $ 2,715.66 |
| DELIVERY - OTHER | ~~$ 36.77~~ |
| | $ 36.77 |

*34133-80020*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | | |
| --- | --- | --- |
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| | **Amount Due On/Before 10/14/2010** | ~~$ 2,752.43~~ *$2,407.81* |
| | Amount Due After 10/14/2010 | $ 3,027.67 |

Tax Number:   20-3481300

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net
VISA

**ESQUIRE**
an Alexander Gallo Company

| | |
| --- | --- |
| Invoice #: | JD186525 |
| Payment Due: | 09/29/2010 |
| **Amount Due On/Before 10/14/2010** | ~~$ 2,752.43~~ *$2,407.81* |
| Amount Due After 10/14/2010 | $ 3,027.67 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000186525 08302010 8 000275243 9 09292010 10142010 2 000302767 40



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

**ESQUIRE**
an Alexander Gallo Company

Toll Free (866) 619-3925
Fax (866) 590-3205

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*H35854*          *0060380-32*

Invoice # JD188553

| | |
|---|---|
| | 09/07/2010 |
| | NET 45 |
| | 10/07/2010 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

*M. Hatcher*
*(P) 30970*

| 08/18/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 165389 | 08/25/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/18/2010, ARDESHIR MOHAMMADIAN (MENLO PARK, CA)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 3,168.63 |
| EXHIBITS | $ 492.00 |
| VIDEO | $ 1,083.00 |
| ADMINISTRATIVE FEE | ~~$ 20.00~~ |
| REALTIME SERVICE PROVIDED | $ 100.00 |
| | $ 4,863.63 |
| DELIVERY - OTHER | ~~$ 81.10~~ |
| | $ 81.10 |

*34133.8002 U*

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| | Amount Due On/Before 10/22/2010 | ~~$ 4,944.73~~ $ 4,843.63 |
| | Amount Due After 10/22/2010 | $ 5,439.20 |

Tax Number:   20-3481300

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA** MasterCard

**ESQUIRE**
an Alexander Gallo Company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD188553 |
| Payment Due: | 10/07/2010 |
| Amount Due On/Before 10/22/2010 | ~~$ 4,944.73~~ $ 4,843.63 |
| Amount Due After 10/22/2010 | $ 5,439.20 |

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

*ped. 12/28/10*

001 0000188553 09072010 5 000494473 0 10072010 10222010 5 000543920 06



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

*00606380* 32

Remit to:
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

07/33468
0742 0

**Invoice # JD189003**

| | |
|---|---|
| | 09/08/2010 |
| | NET 45 |
| | 10/08/2010 |

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| 08/19/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 166222 | 09/07/2010 | UPS |
|---|---|---|---|---|

Services Provided on 08/19/2010, ROBERT BALLENGER (PALO ALTO, CA)

| | |
|---|---|
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT PACKAGE | $ 2,997.23 |
| EXHIBITS | $ 714.75 |
| VIDEO | $ 1,140.00 |
| ADMINISTRATIVE FEE | $ 1,140.00 |
| ROUGH DRAFT | ~~$ 20.00~~ |
| TELECONFERENCING | ~~$ 448.20~~ |
| | ~~$ 270.45~~ |
| | $ 5,586.63 |
| DELIVERY - OTHER | ~~$ 17.50~~ |
| | $ 17.50 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 10/23/2010** | ~~$ 5,603.13~~ $4,851.98 |
| Amount Due After 10/23/2010 | $ 6,163.44 |

Tax Number: 20-3481300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA

**ESQUIRE**

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD189003 |
| Payment Due: | 10/08/2010 |
| **Amount Due On/Before 10/23/2010** | ~~$ 5,603.13~~ $4,851.98 |
| Amount Due After 10/23/2010 | $ 6,163.44 |

Remit to:
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

pd. 12/07/10

001 0000189003 09082010 9 000560313 9 10082010 10232010 1 000616344 04



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

*2133472*

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

### Invoice # JD212365

| | |
|---|---|
| Invoice Date | 11/24/2010 |
| Terms | NET 45 |
| Payment Due | 12/24/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/05/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 183524 | 11/19/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/05/2010, NICHOLAS GODICI (BOSTON, MA) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (358 Pages) | $ 1,414.10 |
| EXHIBITS | $ 181.25 |
| VIDEO | $ 1,158.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 489.60 |
| REALTIME SERVICE PROVIDED | $ 100.00 |
| LITIGATION SUPPORT DISK | $ 35.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,397.95 |
| DELIVERY · OTHER | $ 19.04 |
| | $ 19.04 |

**CONTINUED ON NEXT PAGE ...**

Tax Number:   20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**ESQUIRE**

  VISA

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #:         JD212365
Payment Due:    12/24/2010

**Amount Due On/Before 01/08/2011**      $ 3,416.99  $2,853.35

Amount Due After 01/08/2011          $ 3,758.69

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000212365 11242010 0 000341699 2 12242010 01082011 8 000375869 60



**ESQUIRE**
an Alexander Gallo Company

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD212365

| Invoice Date | 11/24/2010 |
| --- | --- |
| Terms | NET 45 |
| Payment Due | 12/24/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
| --- | --- | --- | --- | --- |
| 11/05/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 183524 | 11/19/2010 | UPS |

| Description | Amount |
| --- | --- |
| | |

| | |
| --- | --- |
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/08/2011** | ~~$ 3,416.00~~ $2,853.35 |
| Amount Due After 01/08/2011 | $ 3,758.69 |

Tax Number:   20-3491300

-----------------------------------------------------------------

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  DISCOVER

**ESQUIRE**

| Invoice #: | JD212365 |
| --- | --- |
| Payment Due: | 12/24/2010 |
| **Amount Due On/Before 01/08/2011** | ~~$ 3,416.00~~ |
| Amount Due After 01/08/2011 | $ 3,758.69 |

RUSSELL CASS ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

$2,853.35

**Thank you for your business!**

001 0000212365 11242010 0 000341699 2 12242010 01082011 8 000375869 60



**ESQUIRE**
Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com



THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

## Invoice # JD213545

| | |
|---|---|
| Invoice Date | 11/30/2010 |
| Terms | NET 30 |
| Payment Due | 12/31/2010 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

| Assignment | Caption | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/05/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 181781 | 11/08/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/05/2010, THOMAS RHYNE (AUSTIN, TX) | |
| MEDICAL TECHNICAL ORIGINAL & ONE  COPY OF TRANSCRIPT/WORD INDEX | $ 2,460.20 |
| EXHIBITS | $ 96.50 |
| VIDEO | $ 1,213.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 949.80 |
| REALTIME SERVICE PROVIDED | $ 100.00 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 4,288.50 |
| DELIVERY - OTHER | $ 16.72 |
| | $ 16.72 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/15/2011** | | $ 4,305.22  $3,869.70 |
| Amount Due After 01/15/2011 | | $ 4,735.74 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1-DAY EXPEDITED RATE.*

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**



**ESQUIRE**

VISA  American  Discover

| | |
|---|---|
| Invoice #: | JD213545 |
| Payment Due: | 12/31/2010 |

**Amount Due On/Before 01/15/2011**      $ 4,305.22

Amount Due After 01/15/2011      $ 4,735.74

$3,869.70

THOMAS REIN ,ESQ.
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**
Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000213545 11302010 1 000430522 4 12312010 01152011 4 000473574 27



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

STEPHANIE KOH ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3700
ONE DEARBORN STREET
CHICAGO, IL 60603

### Invoice # JD213663



| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 12/31/2010 |
| Date of Loss | |
| Claim Number | |
| Insured | |
| Your Reference | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/03/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 178731 | 12/17/2010 | UPS |

**Description**

Original Deposition for BRIAN NAPPER, 11/03/2010 (SAN FRANCISCO, CA)

    EXHIBITS

    VIDEO

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/15/20** | **$ 3,416.22** |
| Amount Due After 01/15/2011 | $ 3,757.84 |

Tax Number: 20-3491300

--- Please detach and return this bottom portion with your payment ---
or pay online at **www.esquireconnect.net**

**ESQUIRE**

VISA  AMERICAN EXPRESS  DISCOVER  MasterCard

| | |
|---|---|
| Invoice #: | JD213663 |
| Payment Due: | 12/31/2010 |
| **Amount Due On/Before 01/15/2011** | **$ 3,416.22** |
| Amount Due After 01/15/2011 | $ 3,757.84 |

STEPHANIE KOH ,ESQ.
SIDLEY AUSTIN, LLP - DALLAS
SUITE 3700
ONE DEARBORN STREET
CHICAGO, IL 60603

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000213663 11302010 8 000341622 1 12312010 01152011 4 000375784 44



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

00606380-

# ESQUIRE
an Alexander Gallo Company



2139095

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

### *Invoice # JD213856*

| | |
|---|---|
| **Invoice Date** | 11/30/2010 |
| **Terms** | NET 30 |
| **Payment Due** | 01/01/2011 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/01/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 181960 | 11/10/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/01/2010, STEPHEN LEEB (BOSTON, MA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT/WORD INDEX (458 Pages) | $ 2,509.84 |
| EXHIBITS | $ 701.30 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 611.20 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 3,892.34 |
| DELIVERY - OTHER | $ 117.20 |
| | $ 117.20 |

PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 8-DAY EXPEDITED RATE.

VIDEO SURCHARGE APPLIED

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/16/2011** | ~~$ 4,009.54~~ $3,211.14 |
| Amount Due After 01/16/2011 | $ 4,410.49 |

Tax Number:  20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at www.esquireconnect.net

**VISA** [card logos]

# ESQUIRE
an Alexander Gallo company

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD213856 |
| Payment Due: | 01/01/2011 |
| **Amount Due On/Before 01/16/2011** | ~~$ 4,009.54~~ $3,211.14 |
| Amount Due After 01/16/2011 | $ 4,410.49 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000213856 11302010 0 000400954 2 01012011 01162011 2 000441049 08



**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

2139094

0116058032

### Invoice # JD214352

| Invoice Date | 11/30/2010 |
|---|---|
| Terms | NET 30 |
| Payment Due | 01/02/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/17/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 167811 | 11/30/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/17/2010, JOSEPH McALEXANDER (BOSTON, MA) | |
| MEDICAL TECHNICAL ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX (367 Pages) | $ 2,882.60 |
| EXHIBITS | $ 148.50 |
| VIDEO | $ 1,323.00 |
| ADMINISTRATIVE FEE | ~~$ 30.00~~ |
| LITIGATION SUPPORT DISK | ~~$ 50.00~~ |
| CONDENSED TRANSCRIPT | ~~$ 0.00~~ |
| | $ 4,404.10 |
| DELIVERY · OTHER | ~~$ 23.35~~ |
| | $ 23.35 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 3-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/17/2011** | ~~$ 4,427.45~~ $ 4,334.10 |
| Amount Due After 01/17/2011 | $ 4,870.20 |

Tax Number: 20-3481300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** ~~~~~~ Discover ~~~~~~



**ESQUIRE**

SIDLEY AUSTIN, LLP · CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Invoice #: JD214352
Payment Due: 01/02/2011

**Amount Due On/Before 01/17/2011** ~~$ 4,427.45~~ $ 4,334.10

Amount Due After 01/17/2011 $ 4,870.20

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

Thank you for your business!

001 0000214352 11302010 2 000442745 2 01022011 01172011 8 000487020 93

 **ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
an Alexander Gallo Company

OO 006380-32

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

2145731

### Invoice # JD214984

| Invoice Date | 12/07/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 01/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

THOMAS HANKINSON
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/02/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 193016 | 12/06/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 12/02/2010, DIANE GERACI (CAMBRIDGE, MA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 514.00 |
| EXHIBITS | $ 109.00 |
| VIDEO | $ 90.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| | $ 733.00 |
| | |
| DELIVERY - OTHER | $ 16.95 |
| | $ 16.95 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 1-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 01/21/2011** | ~~$ 749.95~~ $ 713.00 |
| Amount Due After 01/21/2011 | $ 824.95 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

 **VISA** MasterCard DISCOVER

**ESQUIRE**
an Alexander Gallo Company

THOMAS HANKINSON
SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| | |
|---|---|
| Invoice #: | JD214984 |
| Payment Due: | 01/06/2011 |
| **Amount Due On/Before 01/21/2011** | ~~$ 749.95~~ $ 713.00 |
| Amount Due After 01/21/2011 | $ 824.95 |

**Remit to:**

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000214984 12072010 1 000074995 9 01062011 01212011 9 000082495 82

00606380-32

**ESQUIRE**

Esquire Solutions - Boston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (866) 619-3925
Fax (866) 590-3205

**ESQUIRE**
*an Alexander Gallo Company*

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

*844002*

### Invoice # JD215284

| Invoice Date | 12/07/2010 |
|---|---|
| Terms | NET 45 |
| Payment Due | 01/06/2011 |
| Date of Loss | |
| Name of Insured | |
| Adjuster | |
| Claim Number | |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 11/09/2010 | SYNQOR INC vs. ARTESYN TECHNOLOGIES, INC | 187805 | 11/19/2010 | UPS |

| Description | Amount |
|---|---|
| Services Provided on 11/09/2010, ALLEN ROZMAN (DALLAS, TX) | |
| ORIGINAL & ONE COPY OF TRANSCRIPT/WORD INDEX | $ 1,312.22 |
| EXHIBITS | $ 22.00 |
| VIDEO | $ 838.00 |
| ADMINISTRATIVE FEE | $ 20.00 |
| ROUGH DRAFT | $ 189.95 |
| LITIGATION SUPPORT DISK | $ 50.00 |
| CONDENSED TRANSCRIPT | $ 0.00 |
| | $ 2,411.27 |
| DELIVERY - OTHER | $ 14.19 |
| | $ 14.19 |

*PLEASE NOTE: THE ABOVE AMOUNT REFLECTS A 5-DAY EXPEDITED RATE.*

*VIDEO SURCHARGE APPLIED*

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 0.00 |
| **Amount Due On/Before 01/21/2011** | | ~~$ 2,425.46~~ $2,172.22 |
| Amount Due After 01/21/2011 | | $ 2,668.01 |

Tax Number: 20-3491300

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

**VISA** 〔DISCOVER〕

**ESQUIRE**
*an Alexander Gallo Company*

| | |
|---|---|
| Invoice #: | JD215284 |
| Payment Due: | 01/06/2011 |
| **Amount Due On/Before 01/21/2011** | ~~$ 2,425.46~~ $2,172.22 |
| Amount Due After 01/21/2011 | $ 2,668.01 |

SIDLEY AUSTIN, LLP - CHICAGO
SUITE 3700
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603

Remit to:

Esquire Deposition Solutions
PO Box 934157
Atlanta GA 31193-4157
www.esquiresolutions.com

**Thank you for your business!**

001 0000215284 12072010 9 000242546 5 01062011 01212011 9 000266801 40