# Exhibit 4

(To Appendix A)

Integrated e Solutions, Inc.
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 2/12/2008 | 9055 |

| Bill To |
|---|
| Sidley Austin LLP |
| Sidley Contact: Monica Blouin |
| Requesting Atty: April Lambert |
| 1 South Dearborn |
| Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0802-026 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 2/5/2008 | | 5 | eDiscovery Review Database (5 GB); | 250.00 | 1,250.00 |
| | 2/5/2008 | | 2 | eDiscovery DVD Burn; | 50.00 | 100.00 |
| | | | | Volume: | | |
| | | | | 34133_80020_NREV001 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total**  $1,350.00

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073886



Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2008 | 9391 |

**Bill To**
Sidley Austin LLP
Requestor: April Lambert
Sidley Contact: Monica Blouin
1 South Dearborn
Chicago, IL 60603

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0803-088 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 3/10/2008 | | 10 | eDiscovery Review Database (10 GB): Only Process Folder "Second Delivery" Bates Range: 00016967 - 00067153 Volume: 34133_8020_NREV002 | 250.00 | 2,500.00 |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $2,500.00

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 5/7/2008 | 10064 |

| Bill To |
|---|
| Sidley Austin LLP |
| Sidley Contact: Monica Blouin |
| Requestor: April Lambert |
| 1 South Dearborn |
| Chicago, IL 60603 |

| Terms | Rep. | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0805-043 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/5/2008 | | 1.7 | eDiscovery Review Database (1.7 GB); | 250.00 | 425.00 |
| | 5/5/2008 | | 1 | eDiscovery Master DVD Burn; | 50.00 | 50.00 |
| | | | | Bates Range: | | |
| | | | | 00067154 - 00072299 | | |
| | | | | Volumes: | | |
| | | | | 34133_80020_NREV003 | | |
| | | | | 06_edocs_050508 | | |
| | | | | 07_email_050508 | | |
| | | | | 08_email_050508 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total**    $475.00

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



# Invoice

| Date | Invoice # |
|---|---|
| 5/13/2008 | 10111 |

| Bill To |
|---|
| Sidley Austin LLP |
| Sidley Contact: Monica Blouin |
| Requestor: April Lambert |
| 1 South Dearborn |
| Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0805-141 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/12/2008 | | 15 | eDiscovery Review Database (15 MB); | 0.25 | 3.75 |
| | 5/12/2008 | | 1 | eDiscovery Master CD Burn; | 25.00 | 25.00 |
| | | | | Bates Range: 00072300 - 00072302 | | |
| | | | | Volume: 34133_80020_NREV004 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $28.75

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 5/19/2008 | 10156 |

| Bill To |
|---|
| Sidley Austin LLP<br>Sidley Contact: Monica Blouin<br>Requestor: April Lambert<br>1 South Dearborn<br>Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0805-153 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 5/12/2008 | | 1.19 | eDiscovery File Conversion (1.19 GB); | 1,750.00 | 2,082.50 |
| | 5/12/2008 | | 826 | eDiscovery Native File Production; | 0.03 | 24.78 |
| | 5/12/2008 | | 2 | eDiscovery Master DVD Burn; | 50.00 | 100.00 |
| | 5/12/2008 | | 1 | eDiscovery Master CD Burn; | 25.00 | 25.00 |
| | 5/12/2008 | | 15,762 | eDiscovery Endorse; | 0.02 | 315.24 |
| | | | | Bates Range:<br>SYN00000001 - SYN00015762 | | |
| | | | | Volumes:<br>SYN001 & SYN002 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $2,547.52

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885


Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 6/30/2008 | 10710 |

| Bill To |
|---|
| Sidley Austin LLP<br>Sidley Contact: Monica Blouin<br>Requestor: April Lambert<br>1 South Dearborn<br>Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0806-395 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
|  | 6/27/2008 |  | 2.5 | eDiscovery Review Database (2.5 GB); | 250.00 | 625.00 |
|  | 6/27/2008 |  | 1 | eDiscovery Master DVD Burn; | 50.00 | 50.00 |
|  |  |  |  | Doc ID:<br>00072311 - 00075343 |  |  |
|  |  |  |  | Volume:<br>34133_80020_NREV005 |  |  |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $675.00

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

Integrated e Solutions, Inc.
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885


Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2008 | 10857 |

**Bill To**
Sidley Austin LLP
Sidley Contact: Monica Blouin
Requestor: April Lambert
1 South Dearborn
Chicago, IL 60603

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0807-093 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 7/9/2008 | | 174 | B&W Imaging; | 0.13 | 22.62 |
| | 7/9/2008 | | 5 | Color Imaging; | 0.90 | 4.50 |
| | 7/9/2008 | | 13 | eDiscovery File Conversion (13 MB); | 3.00 | 39.00 |
| | | | | Volume: 3_4B_VOL001 | | |
| | | | | Bates Range: 00000001 - 00000456 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $66.12

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885



Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2008 | 10852 |

| Bill To |
|---|
| Sidley Austin LLP |
| Sidley Contact: Monica Blouin |
| Requestor: April Lambert |
| 1 South Dearborn |
| Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0807-134 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 7/11/2008 | | 1,414 | B&W Imaging; | 0.12 | 169.68 |
| | 7/11/2008 | | 1,845 | eDiscovery File Conversion PDF to TIFF; | 0.04 | 73.80 |
| | | | | Bates Range: 00000457 - 00003701 | | |
| | | | | Volume: 3_48_VOL002 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $243.48

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885


Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 7/16/2008 | 10875 |

**Bill To**
Sidley Austin LLP
Sidley Contact: Monica Blouin
Requestor: April Lambert
1 South Dearborn
Chicago, IL 60603

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0807-135 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 7/11/2008 | | 3 | eDiscovery File Conversion (3 MB); | 3.00 | 9.00 |
| | 7/11/2008 | | 15 | eDiscovery Native File Production; | 0.03 | 0.45 |
| | 7/11/2008 | | 81 | eDiscovery Endorse; | 0.02 | 1.62 |
| | | | | Bates Range: SYN00023317 - SYN00023397 | | |
| | | | | Volume: SYNVOL004 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $11.07

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

Integrated e Solutions, Inc.
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885


Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2008 | 10661 |

| Bill To |
|---|
| Sidley Austin LLP<br>Sidley Contact: Monica Blouin<br>Requestor: April Lambert<br>1 South Dearborn<br>Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0807-103 SynQor 34133-80020 | SynQor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 7/9/2008 | | 227 | eDiscovery File Conversion (227 MB); | 1.75 | 397.25 |
| | 7/9/2008 | | 2,695 | eDiscovery Native File Production; | 0.03 | 80.85 |
| | 7/9/2008 | | 7,171 | eDiscovery Endorse; | 0.02 | 143.42 |
| | 7/9/2008 | | 1 | Hard Drive; | 150.00 | 150.00 |
| | | | | Bates Range:<br>SYN00016146 - SYN00023316 | | |
| | | | | Volume:<br>SYNVOL003 | | |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $771.52

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.

**Integrated e Solutions, Inc.**
224 N. Des Plaines, Suite 1 North
Chicago, IL 60661
312-441-0022 - Phone
312-441-0992 - Fax
FED ID # 27-0073885


Integrated e Solutions

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2008 | 11959 |

| Bill To |
|---|
| Sidley Austin LLP<br>Sidley Contact: Monica Blouin<br>Requestor: April Lambert<br>1 South Dearborn<br>Chicago, IL 60603 |

| Terms | Rep | Project | Client Billing Reference |
|---|---|---|---|
| Net 30 | RR | 0811-025 Synqor 34133-80020 | Synqor 34133-80020 |

| Box No./CD No. | Date | Timekeeper | Quantity/Hours | Description | Rate | Amount |
|---|---|---|---|---|---|---|
| | 11/5/2008 | | 42 | eDiscovery Review Database (42 MB);<br><br>Bates Range:<br>DOSA00000001 - DOSA00000191<br><br>Volume:<br>34133_80020_DOSA_NREV_VOL001 | 0.25 | 10.50 |

THANK YOU FOR CHOOSING INTEGRATED E SOLUTIONS, INC.

**Total** $10.50

A 1.5% monthly finance charge will be applied to all past due invoices and are subject to recovery and attorneys fees.



## My Accounts / Account Summary
## WORLD MASTERCARD

### Overview

**Account Number**

**Name**          KELLY, BENJAMIN B

**Billing Address**

**Current Balance**

**Available Credit**

**Credit Limit**

**Cash Rewards**

**USAA Debt Protection**

  Not Enrolled

---

**BILLING INFORMATION**  Your billing information is updated when your next statement cycles.

**Statement Balance**  As of Apr 7, 2009

**Last Payment Received**  As of Mar 31, 2009

**Payment Due Date**

**Minimum Payment Due**                                                                 $0.00

**Purchase APR**

Charges from Apr 16, 2009 to Apr 16, 2009

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| Apr 16, 2009 | | MOUSER ELECTRONICS DIS | ($213.07) |



**MOUSER ELECTRONICS**

a company

4/16/2009 2:00 PM

Sales Order #:
Web Order #: 2671376
Order Date: 4/16/2009
Order Status: Data Pending Update

### Billing Address

Sidley Austin
Benjamin Kelly
717 N. Harwood St.
Suite 3400
Dallas, TX 75201
United States
214-981-3300

### Shipping Address

Sidley Austin
Benjamin Kelly
717 N. Harwood St.
Suite 3400
Dallas, TX 75201
United States
214-981-3300

### Payment Method

Mastercard

### Shipping Method

Shipping Method: UPS Ground

| | | | | | |
|---|---|---|---|---|---|
| | 2 | $93.73 | $187.46 | 2 Pending | Pending |

Mouser #: 826-TQN25A48S12-R
Mfr. #: TQN25A48S12-R
Desc.: DC/DC Converters Isolated 300W 48VDC 12V 25A

**MERCHANDISE TOTAL: $187.46 (USD)**

THIS ORDER IS SUBJECT TO ALL TERMS AND CONDITIONS DISPLAYED AT:
www.mouser.com/saleterms/



**Document Efficiency At Work**
A RICOH COMPANY

IKON Office Solutions - Dallas, TX
Phone (214) 382-4566  Fax (214) 382-2679
Federal ID: 230334400

# INVOICE

7 0111 51
00603887-54

| | |
|---|---|
| Invoice # | DAL09070500 |
| Invoice Date: | 07/28/2009 |
| Due Date: | 08/07/2009 |
| Terms: | Net 10 Days |
| Customer Code: | DAL-SDAU |
| Natl ID: | 67368 |

**BILL TO:**
SIDLEY AUSTIN LLP
1717 HARWOOD
SUITE 3400
DALLAS, TX 75201

**SHIP TO:**
SIDLEY AUSTIN LLP
1717 HARWOOD
SUITE 3400
DALLAS, TX 75201
Attn: Doreen Kaminsky

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 34133-80020 | | | Bobby Nicholas |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0907-0273 | 07/24/2009 | Doreen Kaminsky - SIDLEY AUSTIN LLP | | | | |
| | | Image Conversion (Basic PDF/TIFF per Unit) | 2,294.00 | 0.0200 | | 45.88 |
| | | Prints w/ Assembly | 715.00 | 0.0900 | | 64.35 |
| | | Color Copy Hammermill - 8.5x11 | 1,579.00 | 0.6500 | | 1,026.35 |

7/30/2009

309 70

| **Please Pay From This Invoice** | Taxable Sales: | 1,136.58 |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 93.77 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,230.35** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____  Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
SIDLEY AUSTIN LLP
1717 HARWOOD
SUITE 3400
DALLAS, TX 75201

**Amount Enclosed**
$

Invoice: DAL09070500
Invoice Date: 07/28/2009
Due Date: 08/07/2009
Customer Code: DAL-SDAU
Natl ID: 67368

**Please Remit To:**
IKON Office Solutions
Dallas District - DAL
P O Box 676466
Dallas, TX 75267-6466

**PAY THIS AMOUNT** $ 1,230.35

00603887-26

Page 1 of 1



**IKON Document Efficiency At Work.**
A RICOH COMPANY

IKON Office Solutions - Boston, MA
Phone (617) 371-1300   Fax (617) 371-1310
Federal ID  230334400

# INVOICE

| Invoice # | BOS09100260 |
| --- | --- |
| Invoice Date | 10/16/2009 |
| Due Date | 10/26/2009 |
| Terms | Net 10 Days |
| Customer Code | BOS-002R |
| Natl ID | 26794 |

**BILL TO:**
SIDLEY, AUSTIN, BROWN & WOOD
717 N. HARWOOD STREET
DALLAS, TX 75201

202903 1

**SHIP TO:**
SIDLEY, AUSTIN, BROWN & WOOD
717 N. HARWOOD STREET
DALLAS, TX 75201

Attn: David DeZern

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
| --- | --- | --- | --- |
| 34133-80020 | | | Nick Fiori |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
| --- | --- | --- | --- | --- | --- | --- |
| SO-0910-0338 | 10/15/2009 | | | | | |
| | CD - Master(s) | | 1.00 | 35.0000 | | 35.00 |
| | Labor: Project Labor only (per hr) | | 2.00 | 75.0000 | | 150.00 |
| | Image Capture EE - Heavy Glasswork | | 570.00 | 0.2500 | | 142.50 |

OCT 1 9 2009

CPO

Client/Matter No. 34133-80020
Approved: _____
David T. DeZern/94691
Date: 10/16/2009

| **Please Pay From This Invoice** | Taxable Sales | 177 50 |
| --- | --- | --- |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax | 14 64 |
| | Non-Taxable | 150 00 |
| | Postage | 0 00 |
| | Delivery | 0 00 |
| | **PAY THIS AMOUNT  $** | **342.14** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date _____

Please pay from this copy. The party named on this bill is held responsible for payment

**Payment From:**
SIDLEY, AUSTIN, BROWN & WOOD
717 N. HARWOOD STREET
DALLAS, TX 75201

**Amount Enclosed**
$

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

Invoice: BOS09100260
Invoice Date  10/16/2009
Due Date  10/26/2009
Customer Code  BOS-002R
Natl ID  26794

**PAY THIS AMOUNT  $ 342.14**



**BlueStar**

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|---|---|
| 10/15/2009 | 61899 |

Bill To

Sidley Austin LLP
One South Dearborn
Chicago, Illinois 60603

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**  $1,207.43

BlueStar Computer Solutions, Inc.

| Attention | Terms | Due Date | Client Matter | Rep |
|---|---|---|---|---|
| Karin Nakai | Net 30 | 11/14/2009 | 34133-80020-Syncor | MP |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Scan | 5,138 | 0.205 | 10/13/2009 | 1,053.29 |
| OCR Documents | 5,138 | 0.03 | 10/13/2009 | 154.14 |

Customer Signature:

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533

| Total | $1,207.43 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $1,207.43 |



# Invoice

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

| Date | Invoice # |
|---|---|
| 7/26/2010 | 63939 |

**Bill To**

Sidley Austin LLP
One South Dearborn Street, 10th Floor
Chicago, IL  60603

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

**Balance Due**  $518.94

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|---|---|---|---|---|
| Karin Nakai | Due on receipt | 7/26/2010 | 34133-80020-Fujitsu/Cisco | MP |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| PDF Conversion (per page) | 1,922 | 0.03 | 7/22/2010 | 57.66 |
| Black and White Blowbacks | 5,766 | 0.08 | 7/22/2010 | 461.28 |

Customer Signature:

| | |
|---|---|
| Total | $518.94 |
| Payments/Credits | $0.00 |
| Balance Due | $518.94 |

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533



**BlueStar**

226 South Wabash Avenue Suite 200
Chicago, Illinois 60604

# Invoice

| Date | Invoice # |
|---|---|
| 8/17/2010 | 64133 |

Bill To
Sidley Austin LLP
One South Dearborn Street, 36th Floor
Chicago, IL 60603

☐ Please check box if address is incorrect or has changed, and indicate change(s) below.

| Balance Due | $550.00 |
|---|---|

**BlueStar Computer Solutions, Inc.**

| Attention | Terms | Due Date | Client Matter | Rep |
|---|---|---|---|---|
| Karin Nakai | Net 10 | 8/27/2010 | 34133-80020 - Synqor | MP |

| Description | Qty | Rate | Service Date | Amount |
|---|---|---|---|---|
| Hard Drive Duplication | 4 | 137.50 | 8/16/2010 | 550.00 |

Customer Signature:

For questions about your bill please call 312.939.3000. Our Federal Tax ID number is 56-2355533

| Total | $550.00 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $550.00 |

*700262* 



## Document Technologies, Inc.

105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 559980    *214278*

Invoice Date: 11/30/10

Bill To:
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Carol Timosciek

Ship To:
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

| | |
|---|---|
| Customer ID | 12941 |
| Terms | Net 15 Days |
| SalesPerson | CHI GMC |
| SalesPerson 2 | |
| Cust. P.O. | |

| | |
|---|---|
| Job No. | CB57771/IM 11-20359 |
| ESI Project No. | |
| Client / Matter No. | SynQor v. Artesyn, et al. - 34133-80020 |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| 76,842 | Blowbacks | 0.07 | 5,378.94 |
| 29,707 | Blowbacks - Color | 0.50 | 14,853.50 |
| 57,592 | Blowbacks | 0.07 | 4,031.44 |
| 17,355 | Blowbacks - Color | 0.50 | 8,677.50 |
| 4,160 | File Folders | 0.50 | 2,080.00 |
| 102 | Redwelds | 2.00 | 204.00 |
| 77 | Blowbacks -Assembly/Hr. | 25.00 | 1,925.00 |
| 88 | CD Burn | 10.00 | 880.00 |

*authorized by: Carol Timosciek (38956)*
*approved by: S. Koh @ 59191*

*34133-80020*

**Received**

DEC 29 2010

**Chicago AP**

Thank you for choosing Document Technologies, Inc.
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 38,030.38 |
| Total Sales Tax: | 0.00 |
| Total: | 38,030.38 |

Accepted By: _____

**Remit To:** Document Technologies - Chicago
PO Box 933435
Atlanta, GA 31193-3435