# Exhibit 5

(To Appendix A)

# KROLL ONTRACK | TRIALGRAPHIX.

## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IIL217852
**Client #:** S0318-05
**Date:** 07/24/2010
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Technologies, Inc... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Graphic Development | 98.00 | $195.00 | $19,110.00 |
| Design Consultant | 11.25 | $245.00 | $2,756.25 |

| | |
|---|---|
| Subtotal | $21,866.25 |
| Tax | $0.00 |
| Total | $21,866.25 |

Services rendered after 07/24/2010 will appear on your next month's invoice.

# KROLL ONTRACK

**INVOICE**

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:            305-576-0188

**Invoice #:** IIL218889
**Client #:**  S0318-05
**Date:**       11/22/2010
**Due Date:** Due Upon Receipt
**Page:**        1 of 1

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois  60603

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Technologies, Inc... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Graphic Development | 6.50 | $195.00 | $1,267.50 |
| Design Consultant | 1.50 | $245.00 | $367.50 |

| | |
|---|---|
| Subtotal | $1,635.00 |
| Tax | $0.00 |
| Total | $1,635.00 |

Services rendered after 11/22/2010 will appear on your next month's invoice.

# KROLL ONTRACK 

**Invoice #:** IIL218955
**Client #:** S0318-05
**Date:** 11/22/2010
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

## INVOICE
**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Technologies, Inc... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Web Capture | 1.00 | $185.00 | $185.00 |
| Hard Drvie | 5.00 | $175.00 | $875.00 |
| Ontrack Prepview - Case Fee (Monthly) | 1.00 | $45.00 | $45.00 |
| Ontrack Prepview - Transcript Hosting (Monthly) | 91.00 | $4.50 | $409.50 |
| Ontrack Prepview - Transcript Hosting w/ Video (Monthly) | 59.00 | $15.00 | $885.00 |
| Ontrack Prepview - Data Upload & Linking | 7.50 | $185.00 | $1,387.50 |
| Ontrack Prepview - Clip Creation | 16.75 | $185.00 | $3,098.75 |
| Video Sync - QC/Conversion | 22.00 | $185.00 | $4,070.00 |
| CD Creation | 1.00 | $25.00 | $25.00 |
| Image Processing & Database Management | 40.25 | $185.00 | $7,446.25 |
| Data Archive | 1.00 | $1,195.00 | $1,195.00 |
| Project Consultation | 1.00 | $1,950.00 | $1,950.00 |
| Pickup/Delivery - Local | 4.00 | $20.00 | $80.00 |

| | |
|---|---|
| Subtotal | $21,652.00 |
| Tax | $216.19 |
| Total | $21,868.19 |

Services rendered after 11/22/2010 will appear on your next month's invoice.

# KROLL ONTRACK 

**Invoice #:** IIL219099
**Client #:** S0318-05
**Date:** 12/24/2010
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Ship To/Remarks:**
Marshall, TX

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Technologies, Inc... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Video Synchronization | 14.00 | $70.00 | $980.00 |
| Video Sync - QC/Conversion | 8.00 | $185.00 | $1,480.00 |
| Ontrack Prepview - Case Fee (Monthly) | 1.00 | $45.00 | $45.00 |
| Ontrack Prepview - Transcript Hosting (Monthly) | 97.00 | $4.50 | $436.50 |
| Ontrack Prepview - Transcript Hosting w/ Video (Monthly) | 78.00 | $15.00 | $1,170.00 |
| Ontrack Prepview - Data Upload & Linking | 1.50 | $185.00 | $277.50 |
| Ontrack Prepview - Clip Creation | 11.00 | $185.00 | $2,035.00 |
| Database Update | 2.00 | $75.00 | $150.00 |
| Image Processing & Database Management | 25.50 | $185.00 | $4,717.50 |
| CD Creation | 1.00 | $25.00 | $25.00 |
| DVD Creation | 1.00 | $45.00 | $45.00 |
| Project Consultation | 1.00 | $975.00 | $975.00 |
| Equipment Rental - Production Studio | 1.00 | $8,550.00 | $8,550.00 |
| On-Site PT Consulting Service | 183.75 | $245.00 | $45,018.75 |
| Travel Expenses | 1.00 | $7,299.11 | $7,299.11 |
| On-Site Graphic Artist | 323.75 | $195.00 | $63,131.25 |
| Pickup/Delivery - Local | 1.00 | $20.00 | $20.00 |
| Shipping | 1.00 | $2,942.97 | $2,942.97 |

| | |
|---|---|
| Subtotal | $139,298.58 |
| Tax | $0.00 |
| Total | $139,298.58 |

Services rendered after 12/24/2010 will appear on your next month's invoice.

Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Invoice No. IIL219099
Invoice Date: 12/24/2010

Case: *SynQor, Inc. v. Artesyn Technologies, Inc., et al*

Time billing detail for above-referenced invoice:

| Position | Date | Day | Employee | Hours Billed | Description |
|---|---|---|---|---|---|
| ~~Multimedia Consultant~~ | ~~12/9/2010~~ | ~~Th~~ | ~~Chris Gibson~~ | ~~5.00~~ | ~~Travel Time~~ |
| Multimedia Consultant | 12/9/2010 | Th | Chris Gibson | 8.50 | Database Production |
| Multimedia Consultant | 12/10/2010 | Fr | Chris Gibson | 11.75 | Database Production |
| Multimedia Consultant | 12/11/2010 | Sa | Chris Gibson | 16.25 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/12/2010 | Su | Chris Gibson | 16.00 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/13/2010 | Mo | Chris Gibson | 10.00 | In Court |
| Multimedia Consultant | 12/13/2010 | Mo | Chris Gibson | 9.25 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/14/2010 | Tu | Chris Gibson | 10.00 | In Court |
| Multimedia Consultant | 12/14/2010 | Tu | Chris Gibson | 7.25 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/15/2010 | We | Chris Gibson | 10.50 | In Court |
| Multimedia Consultant | 12/15/2010 | We | Chris Gibson | 3.25 | Database Production |
| Multimedia Consultant | 12/16/2010 | Th | Chris Gibson | 13.50 | Database Production |
| Multimedia Consultant | 12/17/2010 | Fr | Chris Gibson | 9.50 | In Court |
| Multimedia Consultant | 12/17/2010 | Fr | Chris Gibson | 1.50 | Database Production |
| Multimedia Consultant | 12/18/2010 | Sa | Chris Gibson | 9.00 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/19/2010 | Su | Chris Gibson | 12.50 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/20/2010 | Mo | Chris Gibson | 11.00 | In Court |
| Multimedia Consultant | 12/20/2010 | Mo | Chris Gibson | 6.50 | Database Production / Prep With Trial Team/W |
| Multimedia Consultant | 12/21/2010 | Tu | Chris Gibson | 7.50 | In Court |
| ~~Multimedia Consultant~~ | ~~12/21/2010~~ | ~~Tu~~ | ~~Chris Gibson~~ | ~~5.00~~ | ~~Travel Time~~ |

~~183.75~~ 173.75

173.75 x $245 = $42,568.75

# KROLL ONTRACK 

## INVOICE

**Please make check payable to:**

TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX  75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone:  800-334-5403
Fax:            305-576-0188

**Invoice #:** IIL219149
**Client #:**  S0318-05
**Date:**       12/24/2010
**Due Date:** Due Upon Receipt
**Page:**      1 of 1

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

**Ship To/Remarks:**
Marshall, TX

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Technologies, Inc... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| 48x72 Color Large Format Board ½" Mounted & Laminated | 8.00 | $502.00 | $4,016.00 |
| 36x48 Color Large Format Board ½" Mounted & Laminated | 2.00 | $267.00 | $534.00 |
| Easel | 2.00 | $65.00 | $130.00 |
| Graphic Development | 95.00 | $195.00 | $18,525.00 |
| Design Consultant | 6.25 | $245.00 | $1,531.25 |
| Shipping Box - Small | 1.00 | $65.00 | $65.00 |

|  |  |
|---|---|
| Subtotal | $24,801.25 |
| Tax | $0.00 |
| Total | $24,801.25 |

Services rendered after 12/24/2010 will appear on your next month's invoice.

# KROLL ONTRACK   

**INVOICE**

**Please make check payable to:**
TrialGraphix, Inc.
P.O. Box 202632
Dallas, TX 75320-2632

Tax ID: 05-0538152

**Billing Inquiries:**
Telephone: 800-334-5403
Fax: 305-576-0188

**Invoice #:** IIL219387
**Client #:** S0318-05
**Date:** 01/06/2011
**Due Date:** Due Upon Receipt
**Page:** 1 of 1

Russell E. Cass, Esq.
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

**Ship To/Remarks:**

| Case Name: | TG Job Number: | Client Matter Number: |
|---|---|---|
| SynQor, Inc. v. Artesyn Te... | C21314 | |

| Description | Units/Hours | Price | Extended |
|---|---|---|---|
| Ontrack Prepview - Archive Fee | 1.00 | $595.00 | $595.00 |

| | | |
|---|---|---|
| | Subtotal | $595.00 |
| | Tax | $7.97 |
| | Total | $602.97 |

Services rendered after 01/06/2011 will appear on your next month's invoice.