# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>                 Plaintiff,<br><br>     v.<br><br>ARTESYN TECHNOLOGIES, INC.,<br>ASTEC AMERICA, INC.,<br>BEL FUSE INC.,<br>CHEROKEE INTERNATIONAL CORP.,<br>DELTA ELECTRONICS, INC.,<br>DELTA PRODUCTS CORP.,<br>LINEAGE POWER CORP.,<br>MURATA ELEC. NORTH AMERICA, INC.,<br>MURATA MANUFACTURING CO., LTD.,<br>MURATA POWER SOLUTIONS INC., and<br>POWER-ONE, INC.<br><br>                 Defendants. | Civil Action No. 2:07-CV-497-DF<br>Civil Action No. 2:11-CV-444-DF |

## ORDER GRANTING UNOPPOSED THIRD MOTION TO EXTEND DEADLINES FOR BRIEFS

Before the Court is SynQor's Unopposed Third Motion to Extend Deadlines for Briefs. Having considered the Motion, the Court finds the Motion to be well taken. Accordingly, the Court GRANTS SynQor's Unopposed Third Motion to Extend Deadlines for Briefs. The due date for SynQor's briefs relating to the motions listed below are hereby extended to the dates listed in the table below:

| Motion | Case | Due Date for SynQor's Brief |
|---|---|---|
| SynQor's Motion for Sanctions and Supplemental Damages for Lineage's Sales to Juniper (Dkt. 1340) | '497 case | Feb. 10, 2012 |

| Motion | Case | Due Date for SynQor's Brief |
|---|---|---|
| Lineage's Motion for Relief from Final Judgment Under Fed. R. Civ. Pro. 60 (Dkt. 1342) | '497 case | Feb. 17, 2012 |
| SynQor's Motion for Sanctions and Supplemental Damages for Lineage's Sales to Juniper (Dkt. 60) | '444 case | Feb. 10, 2012 |
| Lineage's Motion for Summary Adjudication of No Inducement of Infringement for Foreign Sales to Juniper Networks, Inc. (Dkt. 74) | '444 case | Feb. 17, 2012 |

**SIGNED this 31st day of January, 2012.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE