# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., *et al.* | Civil Action No. 2:07-cv-497 [MHS] <br><br> **JURY** |

### DEFENDANTS MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.'S NOTICE OF COMPLIANCE WITH COURT'S ORDER (DKT. 1308 )

Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc. provide notice that they complied with the Court's Order dated September 29, 2011 in that on April 30, 2014 they produced to plaintiff reports including worldwide sales data, for each of their unregulated and semi-regulated bus converters for the quarter beginning January 1, 2014 and ending March 31, 2014.

| | |
|---|---|
| Dated: April 30, 2014 | Respectfully submitted, <br><br> */s/ E. Glenn Thames, Jr.* <br> E. Glenn Thames, Jr. <br> Texas Bar No. 00785097 <br> glennthames@potterminton.com <br> POTTER MINTON <br> A Professional Corporation <br> 110 North College Avenue, Suite 500 <br> Tyler, TX 75702 <br> (903) 597-8311 (Telephone) <br> (903) 593-0846 (Facsimile) <br><br> ***Counsel for Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.*** |

{A35/07909/0001/W1174361.1 }

# CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

                */s/ E. Glenn Thames, Jr.*
                E. Glenn Thames, Jr.