IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., | § |
| *Plaintiff*, | § Civil Action No. 2:07-CV-497 |
| v. | § (Case Closed) |
| ARTESYN TECHNOLOGIES, INC., *et al.* | § |
| *Defendants*. | § |

**DEFENDANT BEL FUSE, INC.'S
NOTICE OF COMPLIANCE WITH QUARTERLY SALES DATA DISCLOSURE**

Pursuant to the court's order dated September 29, 2011 [1308] Defendant Bel Fuse, Inc. ("Bel Fuse") notifies the court that on April 30, 2014 it served Plaintiff, through its counsel, with first quarter sales data of unregulated and semi-regulated bus converters between January 1, 2014 and March 31, 2014.

1

Respectfully submitted,

*Bel Fuse, Inc.*

By its attorneys,

*/s/ Steven N. Williams*
Steven N. Williams
swilliams@mcdolewilliams.com
TX State Bar No. 21577625
Kenneth P. Kula
kkula@mcdolewilliams.com
TX State Bar No. 24004749
William Zac Duffy
zduffy@mcdolewilliams.com
TX State Bar No. 24059697
**McDOLE & WILLIAMS, PC**
1700 Pacific Avenue, Suite 1280
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 – Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies all counsel of record who consent to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 01, 2014.

*/s/ Diane Page*
Diane Page