UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., *et al.* | Civil Action No. 2:07-cv-497 [MHS] <br><br> JURY |

ORDER GRANTING
DEFENDANTS DELTA ELECTRONICS, INC. AND DELTA PRODUCTS CORP.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH
COURT'S ORDER (DKT. 1308)

Before the Court is Defendants Delta Electronics, Inc. and Delta Products Corp.'s Unopposed Motion for Extension of Time to Comply with Court's Order (Dkt. 1308). After careful consideration, the Court concludes that the Motion should be granted. It is therefore

ORDERED that Defendants Delta Electronics, Inc. and Delta Products Corp.'s Unopposed Motion for Extension of Time to Comply with Court's Order (Dkt. 1308) is GRANTED. Defendants Delta Electronics, Inc. and Delta Products Corp. shall produce their worldwide sales data for their unregulated and semi-regulated bus converters for the most recent quarter (January 1, 2014 through March 31, 2014) to plaintiff no later than May 2, 2014.

**It is SO ORDERED.**

**SIGNED this 1st day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE