UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., | |
| v. | Civil Action No. 2:07-cv-497 [MHS] |
| ARTESYN TECHNOLOGIES, INC., *et al.* | JURY |

**DEFENDANTS DELTA ELECTRONICS, INC. AND DELTA PRODUCTS CORP.'S
NOTICE OF COMPLIANCE WITH COURT'S ORDER (DKT. 1308 )**

Defendants Delta Electronics, Inc. and Delta Products Corp. provide notice that they complied with the Court's Order dated September 29, 2011[1] in that on May 2, 2014 they produced to plaintiff reports including worldwide sales data, for each of their unregulated and semi-regulated bus converters for the quarter beginning January 1, 2014 and ending March 31, 2014.

Dated:  May 2, 2014

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
500 Plaza Tower
110 North College Avenue
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Counsel for Defendants
DELTA ELECTRONICS, INC. and
DELTA PRODUCTS CORP.

---

[1] The deadline for this reporting period was extended by Order [Dkt. 1435] to May 2, 2014 for the Delta defendants.

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 2, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

               */s/ E. Glenn Thames, Jr.*
               E. Glenn Thames, Jr.

{A35/07909/0001/W1174358.1 }