IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-497 |
| | § | |
| | § | |
| ARTESYN TECHNOLOGIES, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT BEL FUSE, INC.'S NOTICE OF
COMPLIANCE WITH COURT ORDER**

Bel Fuse, Inc. ("Bel Fuse") notifies the court that on July 31, 2014 it disclosed quarterly sales data of its unregulated and semi-regulated bus converters during the period of April 1, 2014 to June 30, 2014.

Bel Fuse made its disclosures to Plaintiff in compliance with the court's order dated September 29, 2011 [Dkt. 1308].

Respectfully submitted,

/s/ *Steven N. Williams*
Steven N. Williams
Texas State Bar No. 21577625
swilliams@mcdolewilliams.com
Kenneth P. Kula
Texas State Bar No. 24004749
kkula@ mcdolewilliams.com
Zac Duffy
Texas State Bar No. 24059697
zduffy@ mcdolewilliams.com
**MCDOLE & WILLIAMS, PC**
1700 Pacific Ave., Suite 1280
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 - Facsimile

*Attorneys for Defendant Bel Fuse, Inc.*

1

## CERTIFICATE OF SERVICE

      The undersigned certifies all counsel of record who consent to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV5(a)(3) on July 31, 2014.

                                      */s/ Diane Page*  
                                       Diane Page