# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

SYNQOR, INC.,

     v.

ARTESYN TECHNOLOGIES, INC., *et al.*

Civil Action No. 2:07-cv-497 [MHS]

**JURY**

## DEFENDANT POWER-ONE, INC.'S
## NOTICE OF COMPLIANCE WITH COURT'S ORDER (DKT. 1308 )

Defendant Power-One, Inc. provides notice that it complied with the Court's Order dated September 29, 2011 in that on July 31, 2014 it produced to plaintiff its report including worldwide sales data for its unregulated and semi-regulated bus converters for the quarter beginning April 1, 2014 and ending June 30, 2014.

Dated:  August 1, 2014

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

COUNSEL FOR POWER-ONE, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 1, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by first class mail.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.

{A35/07909/0001/W1193292.1 }