# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-497 |
| | § | |
| | § | |
| ARTESYN TECHNOLOGIES, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT BEL FUSE, INC.'S NOTICE OF COMPLIANCE WITH COURT ORDER

On or about June 20, 2014, Bel Fuse, Inc. ("Bel Fuse") acquired the power supply business of Defendant Power-One and is, therefore, notifying the court that on November 3, 2014 it disclosed Power-One quarterly sales data of its unregulated and semi-regulated bus converters during the period of July 1, 2014 to September 30, 2014. Bel Fuse made its disclosures to Plaintiff in compliance with the court's order dated September 29, 2011 [Dkt. 1308].

Respectfully submitted,

/s/*Steven N. Williams*
Steven N. Williams
Texas State Bar No. 21577625
swilliams@mcdolewilliams.com
Kenneth P. Kula
Texas State Bar No. 24004749
kkula@ mcdolewilliams.com
Zac Duffy
Texas State Bar No. 24059697
zduffy@ mcdolewilliams.com
**MCDOLE WILLIAMS**
A PROFESSIONAL CORPORATION
1700 Pacific Ave., Suite 2750
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 - Facsimile

*Attorneys for Defendant Bel Fuse, Inc.*

# CERTIFICATE OF SERVICE

With the consent of SynQor's counsel for an extension of time to serve Bel Fuse's reporting of Power-One bus converter sales disclosures, the undersigned certifies all counsel of record are being served with a true and correct copy of the foregoing document via electronic mail on November 4, 2014.

*/s/Diane Page*
Diane Page