# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> v. <br><br> ARTESYN TECHNOLOGIES, INC., *et al.* | Civil Action No. 2:07-cv-497 [MHS] <br><br> JURY |

### DEFENDANTS MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., LTD., AND MURATA POWER SOLUTIONS, INC.'S NOTICE OF COMPLIANCE WITH COURT'S ORDER (DKT. 1308)

Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc. provide notice that they complied with the Court's Order dated September 29, 2011 in that on January 21, 2015 they notified plaintiff that they had no worldwide sales of unregulated and semi-regulated bus converters for the quarter beginning October 1, 2014 and ending December 31, 2014.

Dated:  January 21, 2015

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A Professional Corporation
110 North College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

***Counsel for Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 21, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by first class mail.

                                            */s/ E. Glenn Thames, Jr.*
                                            E. Glenn Thames, Jr.