## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-497 |
| | § | |
| | § | |
| ARTESYN TECHNOLOGIES, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT BEL FUSE, INC.'S NOTICE OF
## COMPLIANCE WITH COURT ORDER

Bel Fuse, Inc. ("Bel Fuse") notifies the court that on January 30, 2015 it disclosed quarterly sales data of its unregulated and semi-regulated bus converters during the period of October 1, 2014 to December 31, 2014.  Bel Fuse made its disclosures to Plaintiff in compliance with the court's order dated September 29, 2011 [Dkt. 1308].

Further, on February 3, 2015, Bel Fuse supplemented its disclosures with Defendant Power-One, Inc.'s (Power-One) sales of unregulated and semi-regulated bus converters that Bel Fuse acquired on or about June 20, 2014. Power-One's reported sales was also during the fourth quarter period October 1, 2014 to December 31, 2014.

Respectfully submitted,

/s/ *Steven N. Williams*
Steven N. Williams
Texas State Bar No. 21577625
swilliams@mcdolewilliams.com
Kenneth P. Kula
Texas State Bar No. 24004749
kkula@ mcdolewilliams.com
Zac Duffy
Texas State Bar No. 24059697
zduffy@ mcdolewilliams.com
**MCDOLE WILLIAMS**
**A PROFESSIONAL CORPORATION**
1700 Pacific Ave., Suite 2750
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 - Facsimile

*Attorneys for Defendant Bel Fuse, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies all counsel of record who consent to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV¬5(a)(3) on February 3, 2015.

/s/ *Diane Page*
Diane Page

2