IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-497 |
| | § | |
| | § | JURY |
| ARTESYN TECHNOLOGIES, INC., *et al.* | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT BEL FUSE, INC.'S
## NOTICE OF COMPLIANCE WITH COURT ORDER

Defendant, Bel Fuse, Inc. ("Bel Fuse") together with its Power Solutions Division (formerly Power-One) ("Power Solutions") hereby notify the court that on July 31, 2015, pursuant to the Court's Order dated September 29, 2011 [Dkt. 1308], worldwide sales data for unregulated and semi-regulated bus converters for the period April 1, 2015 through June 30, 2015 was disclosed to Plaintiff.

1

Respectfully submitted,

/s/ *Steven N. Williams*
Steven N. Williams
swilliams@mcdolewilliams.com
Texas State Bar No. 21577625
Kenneth P. Kula
kkula@mcdolewilliams.com
Texas State Bar No. 24004749
William Zac Duffy
zduffy@mcdolewilliams.com
Texas State Bar No. 24059697
**McDOLE WILLIAMS**
**A PROFESSIONAL CORPORATION**
1700 Pacific Avenue, Suite 2750
Dallas, Texas 75201
(214) 979-1122 - Telephone
(214) 979-1123 - Facsimile

*Attorneys for Defendant Bel Fuse, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies all counsel of record who consent to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 31, 2015.

.

/s/ *Diane Page*
Diane Page